OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo                                              LOCKBOX 18
   **CLERK**                                     844 NORTH KING STREET
                                                 BOGGS FEDERAL BUILDING
                                              WILMINGTON, DELAWARE 19801
                                                     (302) 573-6170

                            November 10, 2005

Mr. Richard W. Wieking
Clerk, U.S. District Court
United States District Court
Phillip Burton
  United States Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3434

           RE:    **In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717**
                  CA 05-441 JJF (D/DE)
                  CA 05-470 JJF (D/DE)
                  CA 05-473 JJF (D/DE)
                  CA 05-476 JJF (D/DE)
                  CA 05-2669 (ND/CA) - **05-773 JJF (D/DE)**
                  CA 05-2699 (ND/CA) - **05-774 JJF (D/DE)**
                  CA 05-2700 (ND/CA) - **05-775 JJF (D/DE)**
                  CA 05-2720 (ND/CA) - **05-776 JJF (D/DE)**
                  CA 05-2721 (ND/CA) - **05-777 JJF (D/DE)**
                  CA 05-2743 (ND/CA) - **05-778 JJF (D/DE)**
                  CA 05-2758 (ND/CA) - **05-779 JJF (D/DE)**
                  CA 05-2813 (ND/CA) - **05-780 JJF (D/DE)**
                  CA 05-2818 (ND/CA) - **05-781 JJF (D/DE)**
                  CA 05-2823 (ND/CA) - **05-782 JJF (D/DE)**

Dear Mr. Wieking:

         In accordance with 28 U.S.C. § 1407, enclosed is a certified copy of the *Order of Transfer*
issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case
in your District.  Kindly forward the complete original file, together with a certified copy of the
docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
Federal Building, Lockbox 18
844 N. King St.
Wilmington, DE 19801

If our case file is maintained in electronic format in CM/ECF, please contact Elizabeth Strickler or Monica Mosley at 302-573-6170.

Sincerely,

Peter T. Dalleo, Clerk

By: ___/s/_____
        Monica Mosley
        Deputy Clerk

Enc.
cc: Michael Beck, Clerk of Panel