# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

November 21, 2005

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

   RE: Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,
     C.A. No. 05-441-JJF

     Richards, et al. v. Intel Corp. et al.,
     C.A. No 05-672-JJF

     Kurzman v. Intel Corporation,
     C.A. No. 05-710-JJF

     In re Intel Corp.,
     C.A. No. 05-MD-1717-JJF

Dear Mr. Cottrell:

  I have received your November 18, 2005 letter and request for a status conference. As you may know, we have not yet received all the files ordered transferred to the District of Delaware by the Multi-District Litigation Panel. Hopefully, the transfers will be completed shortly, so that jurisdiction can be exercised over the cases transferred. Once the transfer process is complete, an initial case management conference will be scheduled and noticed to all parties transferred to Delaware.

                Sincerely,

                *Joseph J. Farnan Jr.*

                JOSEPH J. FARNAN, JR.

JJFjr:rjp

cc: Robert D. Goldberg, Esquire
   Clerk, United States District Court