# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

November 22, 2005

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

      RE:    Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,
             C.A. No. 05-441-JJF

            In re Intel Corp.,
             C.A. No. 05-MD-1717-JJF

Dear Mr. Horwitz:

      I have received your November 21, 2005 letter expressing Defendants views on how the above-captioned cases should proceed. As the Court explained in its November 21, 2005 letter to Mr. Cottrell on behalf of Advanced Micro Devices, Inc., it may not be efficient to engage in discussions concerning case management without a prior discussion with me which will not occur until all the cases transferred by the Multi-District Litigation Panel have been lodged in this Court.

                                              Sincerely,

                                              JOSEPH J. FARNAN, JR.

JJFjr:rjp

    cc:    Frederick L. Cottrell, III, Esquire
            Clerk, United States District Court