OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
**CLERK**

LOCKBOX 18
844 NORTH KING STREET
BOGGS FEDERAL BUILDING
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 29, 2005

TO:  Counsel of Record (See attached)

RE:  IN RE INTEL CORPORATION, MDL 05-1717 JJF

Dear Counsel:

This is to advise you that a certified copy of the Multi-District Transfer Order was docketed in this court on 11/9/05.

The following actions have been transferred to the District of Delaware:

Northern District of California
Lipton, et al. v. Intel Corp., C.A. No. 05-2669
Prophias, et al. v. Intel Corp., C.A. No. 05-2699
Konieczka v. Intel Corp., C.A. No. 05-2700
Niehaus v. Intel Corp., C.A. No. 05-2720
Hamilton v. Intel Corp., C.A. No. 05-2721
Brauch v. Intel Corp., C.A. No. 05-2743
Baxley v. Intel Corp., C.A. No. 05-2758
Frazier, et al. v. Intel Corp., C.A. No. 05-2813
Dickerson v. Intel Corp., C.A. No. 05-2818
The Harman Press v. Intel Corp., C.A. No. 05-2823

The name and address of the Judge to whom this case has been assigned in this court is:

The Honorable Joseph J. Farnan, Jr.
United States Judge
District of Delaware
844 N. King St., Lockbox 27
Wilmington, DE 19801

Attorneys of record in Multi-District Litigation (MDL) cases, who are not members of the

Counsel of Record
November 29, 2005
Page Two

bar of this Court, will register for ECF on a case-by-case basis. Enclosed with this letter is a Registration Form. An original signed registration form should be submitted to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

    Additionally, a copy of the District of Delaware's Local Rules is available on our website at: www.ded.uscourts.gov.

    Any questions concerning the case management of this case should be directed to:

Deborah Krett
Case Manager to Judge Joseph J. Farnan, Jr.
(302) 573-6168

Thank you.

                                                        Sincerely,
                                                        PETER T. DALLEO, CLERK

                                                        Deputy Clerk

cc:    Honorable Joseph J. Farnan
        Counsel on Attached List

# Mailing Information for a Case 1:05-md-01717-JJF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Mark Balabanian**
  david.balabanian@bingham.com

- **Adam L. Balick**
  abalick@balick.com

- **Steve W. Berman**
  steve@hbsslaw.com

- **Darren B. Bernhard**
  bernhardd@howrey.com

- **Garrett D. Blanchfield, Jr**
  g.blanchfield@rwblawfirm.com

- **Robert E. Cooper**
  rcooper@gibsondunn.com

- **Frederick L. Cottrell, III**
  cottrell@rlf.com

- **Charles P. Diamond**
  CDiamond@omm.com

- **Steven J. Fineman**
  fineman@rlf.com

- **Daniel S. Floyd**
  dfloyd@gibsondunn.com

- **Richard L. Horwitz**
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com;nmcmenamin@potteranderson.com;achin@potteranderson.com;mbʑ

- **Michele C. Jackson**
  mjackson@lchb.com

- **Michael P. Lehmann**
  mplehmann@furth.com

- **James Gordon McMillan, III**
  jmcmillan@bmf-law.com

- **A. Zachary Naylor**
  zacharynaylor@chimicles.com amandadurham@chimicles.com

- **Mark A. Samuels**
  MSamuels@omm.com

- **R. Alexander Saveri**
  rick@saveri.com

- **Chad Michael Shandler**
  shandler@rlf.com pstewart@rlf.com

- **Linda J. Smith**
  lsmith@omm.com

- **Bruce J. Wecker**
  bwecker@hosielaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael J. Beck
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

Daniel Hume
Kirby McInerney & Squire L.L.P.
830 Third Avenue
10th Floor
New York, NY 10022

Fred T. Isquith, Sr
Wolf Haldenstein Adler Freeman & Herz LLC
270 Madison Ave.
11th Floor
New York, NY 10016

Phil Paul
```



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
ELECTRONIC FILING REGISTRATION FORM**

*FOR ATTORNEYS IN MULTI-DISTRICT LITIGATION (MDL)
CASES WHO ARE NOT ADMITTED TO THE BAR OF THIS COURT*

Instructions: Attorneys of record in Multi-District Litigation (MDL) cases, who are not members of the bar of this Court, shall register for ECF on a case-by-case basis. Submit an original signed registration form to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

WEBSITE: WWW.DED.USCOURTS.GOV

(Please Print or Type all information)

CASE
CAPTION: _____    DIST. OF DE
                      v. _____    MDL CA # _____

Internet E-Mail Address: _____

Last Name: _____   Generation: (e.g., Jr., Sr.) _____

First Name: _____   Middle Initial: _____

Firm's Name: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Do you have a PACER Account (required)?   ☐ Yes   ☐ No

Phone No.: _____   FAX No.: _____

By submitting this form, I hereby agree to abide by all District of Delaware rules, orders, policies and procedures governing the use of ECF. I have independently reviewed both the ECF User's Manual and Civil Tutorial on the Court's web site. I consent to receive service of documents and notice of filings by electronic means via ECF in the circumstances permitted under those guidelines. I understand that the combination of user ID and password will serve as the signature of the attorney filing the document. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect that my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk's Office if there is a change in my personal data, such as name, e-mail address, firm address, phone number, etc. I further understand that my user ID and password are valid for this MDL action only.

_____                    _____
        Signature                                       Date

| Submit completed registration form to: | **COURT USE ONLY:**  (ECF MDL Atty Reg Form - Rev 3/05) |
|---|---|
| Clerk<br>U.S. District Court for the District of Delaware<br>ATTN: ECF Registration<br>Room 4209, Lockbox 18<br>844 N. King Street<br>Wilmington, DE 19801<br><br>(302) 573-6170 | DATE REGISTRATION FORM RECEIVED: _____<br><br>USER ID: _____ PASSWORD: _____<br><br>DATE ISSUED: _____ BY: _____ |