## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-441 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | )  C.A. No. 05-MD-1717 (JJF)<br>)<br>) |

### NOTICE OF SERVICE

The undersigned, counsel for Intel Corporation and Intel Kabushiki Kaisha, hereby certifies that true and correct copies of Intel Corporation's and Intel Kabushiki Kaisha's First Set of Request for the Production of Documents to Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. were caused to be served on December 9, 2005 on the attorneys of record at the following addresses as indicated:

### VIA EMAIL AND U.S. MAIL

Michael Maddigan
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

**VIA HAND DELIVERY**

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**FIRST CLASS U.S. MAIL**

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Robert D. Goldberg (#631)
BIGGS AND BATTAGLIA
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

James L. Holzman (#663)
David W. Gregory (#4408)
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Joel E. Friedlander (#3163)
James G. McMillan, III (#3979)
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Scott E. Chambers (#2532)
Jeffrey J. Clark (#3485)
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

Jeffrey S. Goddess (#630)
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

R. Bruce McNew (#967)
TAYLOR & McNEW, LLP
3711 Kenneth Pike
Suite 210
Greenville, DE 19807

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Robert E. Cooper<br>Daniel S. Floyd<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 900071<br>(213) 229-7000 | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    W. Harding Drane, Jr. (#1023)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19899-0951<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    wdrane@potteranderson.com |
| Peter E. Moll<br>Darren B. Bernhard<br>Howrey LLP<br>1299 Pennsylvania Avenue<br>N.W. Washington, DC 20004<br>(202) 783-0800 | Attorneys for Defendants<br>Intel Corporation and Intel Kabushiki Kaisha |

Dated:  December 9, 2005

710647

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on December 9, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

### VIA HAND DELIVERY

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

### FIRST CLASS U.S. MAIL

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Robert D. Goldberg (#631)
BIGGS AND BATTAGLIA
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

James L. Holzman (#663)
David W. Gregory (#4408)
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Joel E. Friedlander (#3163)
James G. McMillan, III (#3979)
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Scott E. Chambers (#2532)
Jeffrey J. Clark (#3485)
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

Jeffrey S. Goddess (#630)
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

R. Bruce McNew (#967)
TAYLOR & McNEW, LLP
3711 Kenneth Pike
Suite 210
Greenville, DE 19807


      I hereby certify that on December 9, 2005, I have sent via U.S. Mail the documents to the following non-registered participants:

Michael Maddigan
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071


      By:   */s/ Richard L. Horwitz*
           Richard L. Horwitz (#2246)
           W. Harding Drane, Jr. (#1023)
           Hercules Plaza, 6th Floor
           1313 N. Market Street
           P.O. Box 951
           Wilmington, DE 19899-0951
           (302) 984-6000
           rhorwitz@potteranderson.com
           wdrane@potteranderson.com

689962