# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIACOBBE-FRITZ FINE ART LLC, on its own behalf and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION,<br>a Delaware corporation,<br><br>      Defendant. | C. A. No. 05-846 (JJF)<br><br>**CLASS ACTION COMPLAINT FOR INJUNCTIVE RELIEF, RESTITUTION AND DISGORGEMENT**<br><br>**JURY TRIAL DEMANDED** |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | C.A. No. 05-MD-1717 (JJF) |

## DEFENDANT INTEL CORPORATION'S NOTICE OF RELATED ACTION

Pursuant to Local Rule 3.1(b) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Defendant Intel Corporation designates this case as a Related Action to the actions transferred to this District by the Judicial Panel on Multidistrict Litigation as part of MDL-1717, *In re Intel Corp. Microprocessor Antitrust Litigation*. The allegations in this matter arise from the same or substantially identical transactions, happenings, or events as the actions included in MDL-1717. All of the MDL-1717 actions have been assigned to the Hon. Joseph J. Farnan, Jr.

2

| | Respectfully Submitted, |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  (415) 393-2000<br>Facsimile:  (415) 393-2286 | By:  */s/ Richard L. Horwitz*<br>   Richard L. Horwitz (2246)<br>   Hercules Plaza, 6th Floor<br>   1313 North Market Street<br>   Wilmington, Delaware 19801<br>   Telephone: (302) 984-6000<br>   rhorwitz@potteranderson.com |
| Richard A. Ripley<br>Gregory F. Wells<br>BINGHAM McCUTCHEN LLP<br>1120 20th Street, NW, Suite 800<br>Washington, DC 20036<br>Telephone:  (202) 778-6150<br>Facsimile:  (202) 778-6155 | |
| Attorneys for Defendant<br>INTEL CORPORATION | |

712615