OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
**CLERK**

LOCKBOX 18
844 NORTH KING STREET
BOGGS FEDERAL BUILDING
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 29, 2005

Mr. Weldon S. Hamrick, Jr.
Clerk
United States District Court
Edward J. Schwartz Federal Building
Suite 4290
880 Front Street
San Diego, CA 92101

RE:   **In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717**
      CA 05-1507 (SD/CA) - **05-911 JJF (D/DE)**

Dear Mr. Hamrick:

In accordance with 28 U.S.C. § 1407, enclosed is a certified copy of the *Conditional Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

   Clerk, U.S. District Court
   Federal Building, Lockbox 18
   844 N. King St.
   Wilmington, DE 19801

If our case file is maintained in electronic format in CM/ECF, please contact Elizabeth Strickler or Monica Mosley at 302-573-6170.

Sincerely,

Peter T. Dalleo, Clerk

By: __/s/_____
       Monica Mosley
       Deputy Clerk

Enc.
cc: Michael Beck, Clerk of Panel