OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
**CLERK**

LOCKBOX 18
844 NORTH KING STREET
BOGGS FEDERAL BUILDING
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 29, 2005

Mr. Clarence G. Maddox II
Clerk/Court Administrator
United States District Court
150 Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

RE: **In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717**
CA 05-22262 (SD/FL) - **05-912 JJF (D/DE)**

Dear Mr. Maddox:

In accordance with 28 U.S.C. § 1407, enclosed is a certified copy of the *Conditional Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

> Clerk, U.S. District Court
> Federal Building, Lockbox 18
> 844 N. King St.
> Wilmington, DE 19801

If our case file is maintained in electronic format in CM/ECF, please contact Elizabeth Strickler or Monica Mosley at 302-573-6170.

Sincerely,

Peter T. Dalleo, Clerk

By: __/s/_____
Monica Mosley
Deputy Clerk

Enc.

cc: Michael Beck, Clerk of Panel