OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
**CLERK**

LOCKBOX 18
844 NORTH KING STREET
BOGGS FEDERAL BUILDING
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 29, 2005

Mr. Thomas M. Gould
Clerk
United States District Court
242 Clifford Davis Federal Bldg
167 North Main Street
Memphis, TN 38103

RE:  **In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717**
     CA 05-2605 (WD/TN) - 05-914 JJF (D/DE)

Dear Mr. Gould:

In accordance with 28 U.S.C. § 1407, enclosed is a certified copy of the *Conditional Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

> Clerk, U.S. District Court
> Federal Building, Lockbox 18
> 844 N. King St.
> Wilmington, DE 19801

If our case file is maintained in electronic format in CM/ECF, please contact Elizabeth Strickler or Monica Mosley at 302-573-6170.

Sincerely,

Peter T. Dalleo, Clerk

By: __/s/_____
    Monica Mosley
    Deputy Clerk

Enc.

cc: Michael Beck, Clerk of Panel