# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

December 6, 2005


RECEIVED
DEC 1 2 2005

Honorable Joseph J. Farnan, Jr.
U.S. District Judge
J. Caleb Boggs Federal Building
Lockbox 27
844 North King Street
Wilmington, DE 19801

Re: MDL-1717 -- In re Intel Corp. Microprocessor Antitrust Litigation

(See Attached Schedule CTO-1)

Dear Judge Farnan:

    For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

                            Very truly,

                            Michael J. Beck
                            Clerk of the Panel

                            By _____
                                   Deputy Clerk

cc:    (See Attached List of Judges)

JPML Form 39B

RECEIVED
DEC 1 2 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 6 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1717

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On November 8, 2005, the Panel transferred ten civil actions to the United States District Court for the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Joseph J. Farnan, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Delaware and assigned to Judge Farnan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Delaware for the reasons stated in the order of November 8, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Joseph J. Farnan, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Delaware. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1717
## IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION

**DIST. DIV. C.A. #**            **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3  05-2830            Shanghai 1930 Restaurant Partners, L.P. v. Intel Corp.
  CAN 3  05-2831            Major League Softball, Inc. v. Intel Corp.
  CAN 3  05-2834            Benjamin Allanoff v. Intel Corp.
  CAN 3  05-2858            Law Offices of Laurel Stanley, et al. v. Intel Corp.
  CAN 3  05-2859            Lazio Family Products v. Intel Corp.
  CAN 3  05-2882            Ian Walker v. Intel Corp.
  CAN 3  05-2897            Kevin Stoltz v. Intel Corp.
  CAN 3  05-2898            Peter Jon Naigo v. Intel Corp.
  CAN 3  05-2916            Patrick J. Hewson v. Intel Corp.
  CAN 3  05-2957            Lawrence Lang v. Intel Corp.
  CAN 3  05-3028            Trotter-Vogel Realty, Inc. v. Intel Corp.
  CAN 3  05-3094            Karol Juskiewicz v. Intel Corp.
  CAN 3  05-3197            Athan Uwakwe v. Intel Corp.
  CAN 3  05-3271            Jose Juan v. Intel Corp.
  CAN 3  05-3272            Dressed to Kill Custom Draperies LLC v. Intel Corp.
  CAN 3  05-3273            Tracy Kinder v. Intel Corp.
  CAN 3  05-3277            Edward Rush v. Intel Corp.

CALIFORNIA SOUTHERN
  CAS 3  05-1507            Justin Suarez v. Intel Corp.

FLORIDA SOUTHERN
  FLS 1  05-22262           Nathaniel Schwartz v. Intel Corp.

KANSAS
  KS  6  05-1303            Marvin D. Chance, Jr. v. Intel Corp., et al.

TENNESSEE EASTERN
  TNE 2  05-212             Andrew Armbrister, et al. v. Intel Corp.

TENNESSEE WESTERN
  TNW 2  05-2605            Cory Wiles v. Intel Corp.

INVOLVED JUDGES LIST (CTO-1)
DOCKET NO. 1717
IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION

Hon. J. Daniel Breen
U.S. District Judge
345 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Hon. J. Ronnie Greer
U.S. District Judge
United States District Court
220 West Depot Street
Suite 405
Greeneville, TN 37743

Hon. J. Thomas Marten
U.S. District Judge
232 U.S. Courthouse
401 North Market St.
Wichita, KS 67202

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Thomas J. Whelan
U.S. District Judge
3155 Edward J. Schwartz U.S. Courthouse
940 Front Street, Suite 3155
San Diego, CA 92101