IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                              :
                                    :
INTEL CORP. MICROPROCESSOR          : MDL Docket No. 05-1717-JJF
ANTITRUST LITIGATION                :

### O R D E R

WHEREAS, in addition to the principal antitrust action (Civil Action No. 05-441-JJF) in this matter, the Court currently has jurisdiction over forty-one related class action suits, and expects that a significant number of additional class action suits will soon be transferred to its jurisdiction;

WHEREAS, the Court intends to hold an initial conference with respect to all litigation related to this matter at the earliest practical opportunity;

WHEREAS, the Court concludes that fair and efficient representation of the putative class requires the Court to appoint interim class counsel, pursuant to Federal Rule of Civil Procedure 23(g), pending a decision on certification of the class;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Attorneys seeking appointment as class counsel shall file an application with the Court no later than **January 24, 2006**;

2. Applications shall address the applicant's suitability under the criteria set forth in Federal Rule of Civil Procedure 23(g)(1)(C);

3. Applications shall also set forth attorney fee proposals, rates, and percentages that applicants expect to seek if the litigation succeeds in creating a common fund.

January 10, 2006
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE