IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) | MDL Docket No. 05-MD-1717-JJF |

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, the undersigned hereby certifies that counsel contacted other plaintiffs' class counsel in an effort to reach agreement on the matters contained in the Motion for Appointment as Interim Class Counsel. Counsel were unable to reach agreement.

PRICKETT, JONES & ELLIOTT, P.A.

James L. Holzman (DE Bar #663)
David W. Gregory (DE Bar #4408)
1310 King Street
Box 1328
Wilmington, DE 19899
Telephone: (302) 888-6500
Facsimile: (302) 658-8111
jlholzman@prickett.com
dwgregory@prickett.com
*Counsel for Phil Paul, Christian Ambruoso, Fairmont Orthopedics & Sports Medicine, P.A., Law Offices of Kwasi Asiedu, HP Consulting Services, Inc., Jerome Feitelberg, Robin S. Weeth, Melinda Harr, D.D.S., P.C., Henry Kornegay, Bergerson & Associates, Inc., Phillip Boeding, Stuart Munson, Lee Pines, Jodi Salpeter, Jay Salpeter, Cheryl Glick-Salpeter, Gabriella Horroeder-Perras, Michael H. Roach*

Dated: January 24, 2006

19684.1\290183v1