# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION
### 1310 KING STREET, BOX 1328
### WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

DOVER OFFICE
11 NORTH STATE STREET
DOVER, DE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

PENNSYLVANIA OFFICE
217 WEST STATE STREET
KENNETT SQUARE, PA 19348
TEL: (610) 444-1573
FAX: (610) 444-9273

Writer's Direct Dial: (302) 888-6509
Writer's Telecopy Number: (302) 888-6333
Writer's E-Mail Address: JLHolzman@prickett.com

January 24, 2006

**VIA E-FILING & HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

RE:  **In re Intel Corporation Microprocessor Antitrust Litigation**
     **MDL Docket No. 05-MD-1717**

Dear Judge Farnan:

We represent plaintiffs in several purchaser antitrust class action lawsuits against Intel Corporation. In accordance with an order of the Court dated January 10, 2006 (D.I. 18) we have filed a Motion for Appointment as Interim Class Counsel (the "Motion"). Pursuant to the January 10 Order and the Court's permission, we are submitting our Fee Proposal relating to the Motion for in camera review. We enclose courtesy copies of the Motion and the Fee Proposal. I am available should the Court have any questions.

Respectfully submitted,

JAMES L. HOLZMAN
(DE Bar No. 663)

cc:  Clerk of the Court (via e-file)
     Counsel included on the attached service list (via e-file; w/out encl.)

Enclosures

19684.1\290323v1

## SERVICE LIST

VIA ELECTRONIC FILING

Adam L. Balick
Balick & Balick
711 North King Street
Wilmington, DE 19801-3503
abalick@balick.com
*Counsel for AMD International Sales & Service LTD and Advanced Micro Devices, Inc.*

Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
fineman@rlf.com
*Counsel for AMD International Sales & Service LTD and Advanced Micro Devices, Inc.*

James Gordon McMillan, III
Bouchard Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
jmcmillan@bmf-law.com
*Counsel for Raphael Allison and Matthew Kravitz*

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
*Counsel for AMD International Sales & Service LTD and Advanced Micro Devices, Inc.*

Chad Michael Shandler
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
shandler@rlf.com
*Counsel for AMD International Sales & Service LTD and Advanced Micro Devices, Inc.*

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
*Counsel for Intel Corporation and Intel Kabushiki Kaisha*

Scott E. Chambers
Schmittinger & Rodriguez, P.A.
414 S State St.
P.O. Box 497
Dover, DE 19903
schambers@schmittrod.com
*Counsel for David Arnold, Andrew S. Cohn, Jason Craig, Maria Griffin, Lena K. Manyin, Paul Ramos and Michael Ruccolo*

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
zacharynaylor@chimicles.com
*Counsel for Nancy Bjork, James R. Conley, Carrol Cowan, Vanessa Z. DeGeorge, Russell Dennis, Damon DiMarco, Charles Dupraz, Melissa Goeke, Caresse Harms, JWRE Inc., Jim Kidwell, Leonard Lorenzo, Michael E. Ludt, John Maita, Chrystal Moeller, Robert J. Rainwater, Mary Reeder, Jeff Vaught, Ryan James Volden and Sonia Yaco*

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com
*Counsel for Ludy A. Chacon, Joseph Samuel Cone, Darice Russ and Michael K. Simon*

Reginald Von Terrell
The Terrell Law Group
223 25th Street
Richmond, CA 94804
REGGIET2@aol.com
*Counsel for Athan Uwakwe*

Robert Ray Davis
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
robertdavis@chimicles.com
*Counsel for Gideon Elliott, Angel Genese and Nir Goldman*

Robert D. Goldberg
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
goldberg@batlaw.com
*Counsel for Richard Caplan, Virginia Deering, Ficor Acquisition Co LLC, Giacobbe-Fritz Fine Art LLC, Tom Hobbs, David Kurzman, Leslie March, Andrew Marcus, Paula Nardella, Bill Richards, Maria Pilar Salgado, Ron Terranova, Nancy Wolfe and Carl Yamaguchi*

R. Bruce McNew
Taylor & McNew LLP
3711 Kennett Pike, Suite 210
Greenville, DE 19807
mcnew@taylormcnew.com
*Counsel for Robert Marshall*

Ali Oromchian
Finkelstein Thompson & Loughran
601 Montgomery Street
Suite 665
San Francisco, CA 94111
ao@ftllaw.com
*Counsel for Ian Walker*

Charles P. Diamond
O'Melveny & Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
CDiamond@omm.com
*Counsel for AMD International Sales & Service LTD and Advanced Micro Devices, Inc.*

Mark A. Samuels
O'Melveny & Meyers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
MSamuels@omm.com
*Counsel for AMD International Sales & Service LTD and Advanced Micro Devices, Inc.*

Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
lsmith@omm.com
*Counsel for AMD International Sales & Service LTD and Advanced Micro Devices, Inc.*

Gordon Ball
Ball & Scott
550 Main Avenue
750 NationsBank Center
Knoxville, TN 37902
gball@ballandscott.com
*Counsel for Andrew Armbrister and Melissa Armbrister*

Garrett D. Blanchfield, Jr.
Richard Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota St.
St. Paul, MN 55101
g.blanchfield@rwblawfirm.com
*Counsel for Susan Baxley*

Jeffrey F. Keller
Law Offices of Jeffrey F. Keller
425 Second St.
Suite 500
San Francisco, CA 94107
jfkeller@kellergrover.com
*Counsel for Susan Baxley and Kevin Stoltz*

Donald F. Drummond
Drummond & Associates
One California St.
Suite 300
San Francisco, CA 94111
ballen@drummondlaw.net
*Counsel for Dressed to Kill Custom Draperies LLC, Jose Juan, Tracy Kinder and Edward Rush*

Michele C. Jackson
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery St.
30th Floor
San Francisco, CA 94111
mjackson@lchb.com
*Counsel for Huston Frazier, Jeanne Cook Frazier and Brian Weiner*

Juden Justice Reed
Schubert & Reed LLP
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111
jreed@schubert-reed.com
*Counsel for Patrick J. Hewson*

David Mark Balabanian
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
david.balabanian@bingham.com
*Counsel for Intel Corporation*

Jef Feibelman
Burch Porter & Johnson
130 N. Court Ave.
Memphis, TN 38103
jfeibelman@bpjlaw.com
*Counsel for Intel Corporation*

Darren B. Bernhard
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Bernhardd@howrey.com
*Counsel for Intel Corporation and Intel Kabushiki Kaisha*

Jerry W. Laughlin
Rogers Laughlin Nunnally Hood & Crum
100 South Main St.
Greeneville, TN 37743
jlaughlin2@earthlink.net
*Counsel for Intel Corporation*

Joseph M. Patane
Law Office of Joseph M. Patane
2280 Untion St.
San Francisco, CA 94123
jpatane@tatp.com
*Counsel for Karol Juskiewicz and Lawrence Lang*

B.J. Wade
Glassman Edwards Wade & Wyatt P.C.
26 N. Second St.
Memphis, TN 38103
bwade@gewwlaw.com
*Counsel for Cory Wiles*

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
joy.fuyuno@bingham.com
*Counsel for Intel Corporation*

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
chris.hockett@bingham.com
*Counsel for Intel Corporation*

Maria Nunzio Alioto
Trump Alioto Trump & Prescott LLP
2280 Union St.
San Francisco, CA 94123
malioto@tatp.com
*Counsel for Karol Juskiewicz and Lawrence Lang*

Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montgomery St.
Suite 3400
San Francisco, CA 94104
foslaw@pacbell.net
*Counsel for Lazio Family Products*

Daniel S. Floyd
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California
90071-3197
dfloyd@gibsondunn.com
*Counsel for Intel Corporation*

David Boies, III
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030
dboies@straus-boies.com
*Counsel for Jose Juan*

Fred T. Isquith
Wolf Haldenstein Adler Freeman & Herz LLC
270 Madison Ave.
11th Floor
New York, NY
Isquith@whafh.com
*Counsel for Kathy Ann Chapman, Caresse Harms, JWRE Inc., Jim Kidwell, John Maita, Chrystal Moeller, Robert J. Rainwater, Mary Reeder and Sonia Yaco*

Robert E. Cooper
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California
90071-3197
rcooper@gibsondunn.com
*Counsel for Intel Corporation*

Bruce J. Wecker
Hosie & McArthur
1 Market St.
Spear Street Tower
Suite 2200
San Francisco, CA 94105
bwecker@hosielaw.com
*Counsel for Dwight E. Dickerson*

Donald Chidi Amamgbo
Amambgo & Associates APC
1940 Embarcadero Cove
Oakland, CA 94606
DonaldAmamgbo@Citycom.com
*Counsel for Athan Uwakwe*

Nancy Fineman
Cotchett Pitre Simon & McCarthy
840 Malcolm Rd.
Suite 200
Burlingame, CA 94010
nfineman@cpsmlaw.com
*Counsel for Trotter-Vogel Realty Inc.*

<u>VIA U.S. MAIL FIRST CLASS</u>

Robert J. Kriner, Jr.
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
*Counsel for Stuart Schupler*

Daniel B. Allanoff
Meredith Cohen Greenfogel & Skirnick P.C.
117 South 17th St.
22nd Floor
Architects Building
Philadelphia, PA 19103
*Counsel for Benjamin Allanoff*

Daniel Hume
Kirby McInerney & Squire L.L.P.
830 Third Avenue
10th Floor
New York, NY 10022
*Counsel for Raphael Allison and Matthew Kravitz*

Douglas G. Thompson, Jr.
Finkelstein Thompson & Loughran
1050 30th St., N.W.
Washington, DC 20007
*Counsel for Ian Walker*

Richard A. Ripley
Bingham McCutchen
1120 20th Street, NW
Suite 800
Washington, DC 20036
*Counsel for Intel Corporation*

Edward A. Wallace
The Wexler Firm LLP
One North LaSalle St.
Suite 2000
Chicago, IL 60602
*Counsel for Peter Jon Naigow*

Randy R. Renick
128 North Fair Oaks Avenue
Suite 204
Pasedena, CA 91103
*Counsel for Shanghai 1930 Restaurant Partners L.P.*

Michael L. Kirby
Kirby Noonan Lance and Hoge
600 West Broadway
Suite 1100
San Diego, CA 92101-3302
*Counsel for Justin Suarez*

Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
*Counsel for William F. Cronin and Law Offices of Laurel Stanley*

Harvey W. Gurland
Duane Morris
200 S. Biscayne Blvd.
Suite 3400
Miami, FL 33131
*Counsel for Intel Corporation*

Scott Ames
Serratore & Ames
9595 Wilshire Blvd.
Suite 201
Los Angeles, CA 90212
*Counsel for Major League Softball Inc.*

Lance A. Harke
Harke & Clasby LLP
155 South Miami Ave.
Suite 600
Miami, FL 33130
*Counsel for Nathaniel Schwartz*

Donald L. Perelman
Fine Kaplan & Black RPC
1835 Market St.
28th Floor
Philadelphia, PA 19103
*Counsel for Kevin Stoltz*

Russell M. Aoki
Aoki Sakamoto Grant LLP
One Convention Place
701 Pike St.
Suite 1525
Seattle, WA 98101
*Counsel for Kevin Stoltz*

Clerk Michael J. Beck
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Rom G-255, Federal Judiciary Bldg.
Washington, DC  20002-8004