# BIGGS AND BATTAGLIA

| | | |
|---|---|---|
| **VICTOR F. BATTAGLIA**<br>**ROBERT D. GOLDBERG**<br>**PHILIP B. BARTOSHESKY**<br>**VICTOR F. BATTAGLIA, JR.** | **ATTORNEYS AT LAW**<br>**921 NORTH ORANGE STREET**<br>**P.O. BOX 1489**<br>**WILMINGTON, DELAWARE 19899**<br>(302) 655-9677<br>TELECOPIER (302) 655-7924 | OF COUNSEL<br>**JOHN BIGGS III**<br>**GERARD P. KAVANAUGH, SR.**<br>**S. BERNARD ABLEMAN** |

Writer's Direct E-mail: Goldberg@batlaw.com

January 24, 2006

*Via Electronic Filing and Hand Delivery*
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

> *In Re: Intel Corporation Microprocessor Antitrust Litigation*
> *MDL Docket No. 05-MD-1717 JJF*
> *Civil Action Nos.: 1:05-CV-00672, JJF 1:05-CV-00710 JJF*

Dear Judge Farnan:

Pursuant to the Motion to Consolidate Cases and for Appointment of Co-Lead Counsel and Liaison Counsel filed with the Court on November 10, 2005 and your Order of January 10, 2006, I enclose herewith two copies of the National Plaintiffs Group's Fee Proposal in Support of its Motion for Consolidation and Appointment of Interim Class Counsel and Liaison Counsel. I ask that this Proposal be filed with the Court *in camera*.

If Your Honor has any questions, we are available at the Court's convenience.

Respectfully submitted,

/s/ Robert D. Goldberg (#631)

Robert D. Goldberg (Bar # 631)

RDG/mnj
cc: Clerk of the Court
     Richard L. Horwitz, Esq. (via e-file)
     James L. Holzman, Esq.
     Joel Friedlander, Esq.
     James G. McMillan, III, Esq.
     Scott E. Chambers, Esq.
     Jeffrey J. Clark, Esq.
     Pamela S. Tikellis, Esq.
     Robert J. Kriner, Jr., Esq.

A. Zachary Naylor, Esq.
Robert R. Davis, Esq.
R. Bruce McNew, Esq.
Jeffrey S. Goddess, Esq.

# CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on January 24, 2006, I caused a copy of the attached letter from Robert D. Goldberg to The Honorable Joseph J. Farnan, Jr. to be served on the following in the manner indicated:

## VIA ELECTRONIC FILING

**David Mark Balabanian**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Email: david.balabanian@bingham.com

**Jef Feibelman**
Burch Porter & Johnson
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
Email: jfeibelman@bpjlaw.com

**Jerry W. Laughlin**
Rogers Laughlin Nunnally Hood & Crum
100 South Main St.
Greeneville, TN 37743
423-639-5183
Email: jlaughlin2@earthlink.net

**Joy K. Fuyuno**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
415-393-2000
Email: joy.fuyuno@bingham.com

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com

**Christopher B. Hockett**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
415-393-2000
Email: chris.hockett@bingham.com

**Daniel S. Floyd**
Pro Hac Vice
Email: dfloyd@gibsondunn.com

**Darren B. Bernhard**
Pro Hac Vice
Email: bernhardd@howrey.com

**Robert E. Cooper**
Pro Hac Vice
Email: rcooper@gibsondunn.com

**David William Gregory**
Prickett, Jones & Elliott, P.A.
1310 King St., P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: dwgregory@prickett.com

**Eric M. Andersen**
Prickett, Jones & Elliott, P.A.
1310 King St., P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: emandersen@prickett.com

**James L. Holzman**
Prickett, Jones & Elliott, P.A.
1310 King St., P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: jlholzman@prickett.com

**A. Zachary Naylor**
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Email: zacharynaylor@chimicles.com

**Fred T. Isquith**
Wolf Haldenstein Adler Freeman & Herz
270 Madison Ave., 11th Floor
New York, NY 10016
(212) 545-4600
Email: Isquith@whafh.com

**Adam L. Balick**
Balick & Balick
711 North King Street
Wilmington, DE 19801-3503
(302) 658-4265
Email: abalick@balick.com

**Chad Michael Shandler**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: shandler@rlf.com

**Charles P. Diamond**
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Email: CDiamond@omm.com

**Frederick L. Cottrell, III**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: cottrell@rlf.com

**Steven J. Fineman**
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: fineman@rlf.com

**Linda J. Smith**
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Email: lsmith@omm.com

**Mark A. Samuels**
O'Melveny & Meyers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
Email: MSamuels@omm.com

**James Gordon McMillan, III**
Bouchard Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
Email: jmcmillan@bmf-law.com

**Steve W. Berman**
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
Email: steve@hbsslaw.com

**Garrett D. Blanchfield, Jr.**
Richard Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota St.
St. Paul, MN 55101
Email: g.blanchfield@rwblawfirm.com

**Jeffrey F. Keller**
Law Offices of Jeffrey F. Keller
425 Second St., Suite 500
San Francisco, CA 94107
415-543-1305
Email: jfkeller@kellergrover.com

**Michele C. Jackson**
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery St., 30th Floor
San Francisco, CA 94111
Email: mjackson@lchb.com

**Michael P. Lehmann**
Furth Firm LLP
225 Bush St.
15th Floor
San Francisco, CA 94104
(415) 433-2070
Email: mlehmann@furth.com

**R. Alexander Saveri**
Saveri & Saveri Inc.
111 Pine St., Suite 1700
San Francisco, CA 94111
Email: rick@saveri.com

**Bruce J. Wecker**
Hosie & McArthur
1 Market St.
Spear Street Tower
Suite 2200
San Francisco, CA 94105
Email: bwecker@hosielaw.com

**Francis O. Scarpulla**
Law Offices of Francis O. Scarpulla
44 Montgomery St.
Suite 3400
San Francisco, CA 94104
415-788-7210
Email: foslaw@pacbell.net

**Ali Oromchian**
Finkelstein Thompson & Loughran
601 Montgomery Street, Suite 665
San Francisco, CA 94111
415-398-8700
Email: ao@ftllaw.com

**Juden Justice Reed**
Schubert & Reed LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
415-788-4220
Email: jreed@schubert-reed.com

**Joseph M. Patane**
Law Office of Joseph M. Patane
2280 Untion St.
San Francisco, CA 94123
415-563-7200
Email: jpatane@tatp.com

**Maria Nunzio Alioto**
Trump Alioto Trump & Prescott LLP
2280 Union St.
San Francisco, CA 94123
415-563-7200
Email: malioto@tatp.com

**Nancy Fineman**
Cotchett Pitre Simon & McCarthy
840 Malcolm Rd., Suite 200
Burlingame, CA 94010
650-697-6000
Email: nfineman@cpsmlaw.com

**Donald Chidi Amamgbo**
Amambgo & Associates APC
1940 Embarcadero Cove
Oakland, CA 94606
510-434-7800
Email: DonaldAmambgo@Citycom.com

**Reginald Von Terrell**
The Terrell Law Group
223 25th Street
Richmond, CA 94804
510-237-9700
Email: REGGIE2@aol.com

**David Boies, III**
Straus & Boies LLP
4041 University Dr., 5th Floor
Fairfax, VA 22030
703-764-8700
Email: dboies@straus-boies.com

**Donald F. Drummond**
Drummond & Associates
One California St., Suite 300
San Francisco, CA 94111
415-433-2261
Email: ballen@drummondlaw.net

**Gordon Ball**
Ball & Scott
550 Main Avenue, 750 NationsBank Center
Knoxville, TN 37902
865-525-7028
Email: filings@ballandscott.com

**B.J. Wade**
Glassman Edwards Wade & Wyatt P.C.
26 N. Second St.
Memphis, TN 38103
901-527-4673
Email: bwade@gewwlaw.com

**VIA FIRST CLASS MAIL**

**Harvey W. Gurland**
Duane Morris
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131

**Richard A. Ripley**
Bingham McCutchen
1120 20th Street, NW Suite 800
Washington, DC 20036
202-778-6150

**Michael J. Beck**
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

**Daniel Hume**
Kirby McInerney & Squire L.L.P.
830 Third Avenue, 10th Floor
New York, NY 10022

**Randy R. Renick**
128 North Fair Oaks Avenue
Suite 204
Pasedena, CA 91103
626-585-9608

**Scott Ames**
Serratore & Ames
9595 Wilshire Blvd.
Suite 201
Los Angeles, CA 90212
310-205-2460

**Daniel B. Allanoff**
Meredith Cohen Greenfogel & Skirnick P.C.
117 South 17th St.
22nd Floor
Architects Building
Philadelphia, PA 19103
215-564-5182

**Craig C. Corbitt**
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-693-0700

**Douglas G. Thompson, Jr.**
Finkelstein Thompson & Loughran
1050 30th St., N.W.
Washington, DC 20007

**Donald L. Perelman**
Fine Kaplan & Black RPC
1835 Market St.
28th Floor
Philadelphia, PA 19103
215-567-6565

**Russell M. Aoki**
Aoki Sakamoto Grant LLP
One Convention Place
701 Pike St., Suite 1525
Seattle, WA 98101
206-624-1400

**Edward A. Wallace**
The Wexler Firm LLP
One North LaSalle St.
Suite 2000
Chicago, IL 60602
312-346-2222

**Lance A. Harke**
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, FL 33130

**Michael L. Kirby**
Kirby Noonan Lance and Hoge
600 West Broadway
Suite 1100
San Diego, CA 92101-3302
619-231-9593

      /s/ Robert D. Goldberg
    Robert D. Goldberg (I.D. #631)