## Biggs and Battaglia

Biggs and Battaglia is a small general practice firm practicing in the following areas: Trials, Negligence, Criminal, Insurance, Corporation, Tax, Probate, Real Estate, Products Liability and Family Law. Environmental Law.

Biggs and Battaglia has been an active participant in both corporate class action and derivative litigation in the Delaware Courts. Biggs and Battaglia has represented plaintiffs in numerous class and derivative actions in the last 20 years. Members participating in the class action litigation and a brief resume are as follows:

### Victor F. Battaglia

**Admitted:** 1958, District of Columbia; 1960, Delaware

**Law School:** Georgetown University (J.D., 1958; LL.M., 1959)

**College:** University of Delaware, B.S., 1955

**Member:** Delaware State (President, 1979; Chairman, Professional Responsibility; Member, Health Law Section) and American Bar Associations; Delaware Bar Foundation (Chairman, Board of Directors, 1986-1991); American Judicature Society.

**Biography:** Delta Theta Phi; Beta Beta Beta. Samuel Williston Fellow, Georgetown University, 1958-1959. Counsel, Governor's Committee to Revise the Penal Code, 1967-1972. Chairman, Board of Trustees, Delaware Technical and Community College, 1983-1993. Member, 1971— and Co-Chairman, 1978-1994, Long Range Courts Planning Committee. Fellow: American Bar Foundation; American College of Trial Lawyers; American Board of Criminal Lawyers.

**Born:** Wilmington, Delaware, November 27, 1933

### Robert D. Goldberg

**Admitted:** 1974, Delaware District Court for the District of Delaware; 1982 Third Circuit Court of Appeals

**Law School:** Boston College, J.D., 1974

**College:** University of Delaware, B.A., 1968

**Member:** Delaware State and American Bar Associations.

**Biography:** First Assistant City Solicitor, 1977-1982 and City Solicitor, 1982-1985, Wilmington, Delaware. Regional Vice-President, National Institute of Municipal Law Officers, 1982-1985.

**Born:** Wilmington, Delaware, May 18, 1946

### Philip B. Bartoshesky

**Admitted:** 1982, Delaware

**Law School:** Delaware Law School of Widener University, J.D., 1981

**College:** University of Notre Dame, B.S., 1977; Rutgers University

**Member:** Delaware State and American Bar Associations.

**Biography:** Member, Moot Court Honor Society.

**Born:** Wilmington, Delaware, March 8, 1955