# BIGGS AND BATTAGLIA

| | | |
|---|---|---|
| VICTOR F. BATTAGLIA<br>ROBERT D. GOLDBERG<br>PHILIP B. BARTOSHESKY<br>VICTOR F. BATTAGLIA, JR. | ATTORNEYS AT LAW<br>921 NORTH ORANGE STREET<br>P.O. BOX 1489<br>WILMINGTON, DELAWARE 19899<br>(302) 655-9677<br>TELECOPIER (302) 655-7924 | OF COUNSEL<br>JOHN BIGGS III<br>GERARD P. KAVANAUGH, SR.<br>S. BERNARD ABLEMAN |

Writer's Direct E-mail: Goldberg@batlaw.com

January 25, 2006

*Via Electronic Filing and Hand Delivery*
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

> *In Re: Intel Corporation Microprocessor Antitrust Litigation*
> *MDL Docket No. 05-MD-1717 JJF*
> *Civil Action Nos.: 1:05-CV-00672, JJF 1:05-CV-00710 JJF*

Dear Judge Farnan:

In my letter to the Court yesterday transmitting the National Plaintiffs Group's Fee Proposal, it was incorrectly linked it to the wrong motion. I write to correct this error and to advise the Court that the *in camera* submission was in connection with the Motion to Consolidate Cases and for Appointment of Co-Lead Counsel and Liaison Counsel filed with the Court yesterday, January 24, 2006 pursuant to your Order of January 10, 2006.

If Your Honor has any questions, we are available at the Court's convenience.

Respectfully submitted,

/s/ Robert D. Goldberg (#631)

Robert D. Goldberg (Bar # 631)

RDG/mnj
cc: Clerk of the Court
　　Richard L. Horwitz, Esq. (via e-file)
　　James L. Holzman, Esq.
　　Joel Friedlander, Esq.
　　James G. McMillan, III, Esq.
　　Scott E. Chambers, Esq.
　　Jeffrey J. Clark, Esq.
　　Pamela S. Tikellis, Esq.
　　Robert J. Kriner, Jr., Esq.

A. Zachary Naylor, Esq.
Robert R. Davis, Esq.
R. Bruce McNew, Esq.
Jeffrey S. Goddess, Esq.