Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

**RECEIVED JAN 25 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

05 1717-JJF

Douglas G. Thompson, Jr., Esq.
Finkelstein, Thompson & Loughran
1055 Thomas Jefferson Street, N.W.
Suite 601
Washington, D.C. 20007



Mailed From 19801
01/10/2006
US POSTAGE $00.390

**Return To Sender**
☐ Attempted not known      ☐ No suite number
☐ Insufficient address     ☐ No apt. number
☒ Unable to forward
☐ No such street address

NIXIE

RETURN TO SENDER
TEMPORARILY AWAY
UNABLE TO FORWARD

BC: 19899001818      *1527-10030-11-41


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| INTEL CORP. MICROPROCESSOR | : MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION | : |

### O R D E R

WHEREAS, in addition to the principal antitrust action (Civil Action No. 05-441-JJF) in this matter, the Court currently has jurisdiction over forty-one related class action suits, and expects that a significant number of additional class action suits will soon be transferred to its jurisdiction;

WHEREAS, the Court intends to hold an initial conference with respect to all litigation related to this matter at the earliest practical opportunity;

WHEREAS, the Court concludes that fair and efficient representation of the putative class requires the Court to appoint interim class counsel, pursuant to Federal Rule of Civil Procedure 23(g), pending a decision on certification of the class;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Attorneys seeking appointment as class counsel shall file an application with the Court no later than **January 24, 2006**;

2. Applications shall address the applicant's suitability under the criteria set forth in Federal Rule of Civil Procedure 23(g)(1)(C);