IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) | MDL Docket No. 05-MD-1717-JJF |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of the following attorneys on behalf of Phil Paul is granted: Michael D. Hausfeld, Esquire, Daniel A. Small, Esquire and Brent W. Landau, Esquire.

_____
United States District Judge

Dated: _____

19684.1\295919v1