IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL Docket No. 05-MD-1717-JJF |

**REPLY MEMORANDUM OF COHEN MILSTEIN HAUSFELD & TOLL, THE FURTH FIRM, HAGENS BERMAN SOBOL SHAPIRO, AND SAVERI & SAVERI IN SUPPORT OF THEIR APPLICATION TO BE APPOINTED INTERIM CLASS COUNSEL**

## INTRODUCTION

The law firms of Cohen Milstein Hausfeld & Toll P.L.L.C., The Furth Firm L.L.P., Hagens Berman Sobol & Shapiro L.L.P., and Saveri & Saveri, Inc. (the "CFHS firms") submit this brief reply to National Plaintiffs Group's Response in Opposition to the San Francisco Group's Motion for Appointment as Interim Lead Counsel (Feb. 7, 2006) ("WH Response"; D.I. 32).[1] The CFHS firms address the WH Group's two primary points, which were also made in their memorandum in support of their interim class counsel motion ("WH Mem."; D.I. 24): (1) that the plaintiffs represented by the CFHS firms and their supporters do not have standing to assert claims under the laws of eight states (WH Mem. at 19-22; WH Response at 4-5); and (2) that four co-lead counsel are too many (WH Mem. at 16-19; WH Response at 5-7).[2] These arguments are without merit. As further discussed below:

---

[1] The CFHS firms refer to the self-styled "National Plaintiffs' Group" as the "WH Group." This is a neutral term that reflects the fact that the group seeks to have Wolf Haldenstein appointed as sole lead counsel.

The WH Group refers to the CFHS firms as the "San Francisco Group" even though only two of the firms are based in San Francisco, while the other two are based in Seattle, Washington (with offices in other cities) and Washington, D.C. (with offices in other cities). As reflected in the CFHS firms' application, all four firms have been involved in antitrust and other consumer protection class action litigation in federal courts throughout the country. Moreover, the CFHS firms are acting on behalf of over 40 firms, with offices situated across the country, representing over 60 plaintiffs from over 20 states. Thus, the CFHS firms and their constituents, as well as the plaintiffs they represent, are no less national in scope than the firms making up the WH Group.

[2] The CFHS firms do not address the many *ad hominen* attacks of the WH Group, but are certainly prepared to do so if the Court so desires.

19684.1\297331v1

- Where the plaintiffs live is irrelevant because the Court will appoint lead *counsel*, not lead *plaintiffs*.

- A four-way leadership structure is at least as efficient as a single lead firm, especially in a case of this magnitude.

## ARGUMENT

### I. AT ISSUE ARE THE QUALIFICATIONS OF PLAINTIFFS' COUNSEL, NOT THE NUMBER OR LOCATION OF THEIR CLIENTS.

The WH Group places great emphasis on who they represent in this litigation. That is a red herring. Whomever is selected to lead this case for the class action plaintiffs will do so for *all* such plaintiffs, including those represented by the WH Group. In other words, if the WH Group's clients solve the asserted standing problem, they do so no less if the CFHS firms are appointed interim class counsel. The Court is selecting lead *counsel*, not lead *plaintiffs*.

In any event, the CFHS firms do not agree that standing requires that there be a plaintiff from each "indirect purchaser" state. For example, a nationwide class of indirect purchasers may be able to sue solely under California law, given that Intel and its chief competitor, Advanced Micro Devices, Inc. ("AMD"), are both headquartered in California. *See, e.g., Wershba v. Apple Computer, Inc.*, 91 Cal.App.4th 224, 241-45, 110 Cal.Rptr.2d 145, 160-62 (2001), *review denied; Clothesrigger, Inc. v. GTE Corp.*, 191 Cal.App.3d 605, 615-17, 236 Cal.Rptr. 605, 609-11 (1987). If so, such a class would not require representation by plaintiffs from each indirect purchaser state. *See, e.g., In re Warfarin Sodium Antitrust Litig.*, 212 F.R.D. 231, 240 & nn.5 & 6, 246-52 (D. Del. 2002) (Robinson, C.J.), *aff'd*, 391 F.3d 516 (3d Cir. 2004) (nationwide class represented by consumers from four states and third party payors from five states).

Moreover, even in class actions seeking to apply multiple states' laws, courts have not required that there be a representative from each state involved, and there is certainly no reason for plaintiffs to concede that issue. *See, e.g., In re Relafen Antitrust Litig.*, 221 F.R.D. 260, 267-

70 (D. Mass. 2004) (holding that California and Massachusetts residents could represent class members in California, Massachusetts, Vermont and, for some claims, Tennessee); *Mowbray v. Waste Management Holdings, Inc.*, 189 F.R.D. 194, 195, 199, 202 (D. Mass. 1999), *aff'd*, 208 F.3d 288, 299 (1st Cir. 2000) (holding that Illinois plaintiff could represent class members with similar claims arising under the laws of California, Georgia, Pennsylvania, Maryland, Michigan, New York, Texas, Virginia and Wisconsin); *Nichols v. Smithkline Beecham Corp.*, 2005 WL 950616 (E.D. Pa. Apr. 22, 2005) (permitting eight named plaintiffs to represent a class suing under the laws of 41 states and the District of Columbia) (attached as Exhibit A).

The geographic dispersion of the class action plaintiffs is not relevant to the Court's selection of class counsel.

**II.   FOUR CO-LEADS ARE NOT TOO MANY, ESPECIALLY GIVEN THE SIZE OF THIS LITIGATION.**

The WH Group's objection to a four-way leadership structure is based on the assumption that such a structure is inherently less efficient than a single lead firm. However, there is no basis for that assumption.

This is a very large antitrust case. Intel's chief counsel was quoted in the *New York Times* as saying that, given the number of documents and witnesses involved, "[w]e believe this will be one of the largest pieces of litigation in U.S. history." *New York Times*, September 2, 2005, Section C, p.2, attached hereto as Exhibit B. Similarly, AMD's recent letter to the Court describes the scope of discovery in this litigation as "daunting." The letter details how millions of pages of documents will be produced and hundreds of depositions likely will be taken to properly prepare this case for trial. Letter to Hon. J. Farnan, Jr. from F. Cottrell, III, Esq., dated Feb. 13, 2006 ("Cottrell Ltr."; D.I. 35) at 1-2. Clearly, many lawyers will need to work on this case for the class action plaintiffs. There is no reason to believe that this case will be more efficiently litigated if these numerous lawyers work for one firm rather than multiple firms.

In any event, the WH Group concedes that these class actions are too big to be handled by a single firm. Their solution is to form an "*ad hoc* law firm" consisting of many plaintiffs' firms. WH Mem. at 17 n.15; WH Response at 6 n.12. But nowhere does the WH Group explain why multiple firms will work together any more efficiently simply because the WH Group calls them a single *ad hoc* firm.

The WH Group also overlooks the incentive of class counsel to work efficiently. If, as the law of this Circuit provides, *In re Cendant Corp. Prides Litig.*, 243 F.3d 722, 734 (3d Cir. 2001), class counsel are paid as a percentage of the recovery, the fewer hours they take to achieve a particular result, the better off they are. The CFHS firms will work efficiently, not only to move the case ahead aggressively for the benefit of the putative class and to avoid wasting the Court's and the parties' time and resources, but also in furtherance of their own self interest.

The WH Group would have the Court believe that most courts choose just one or two co-lead firms. WH Response at 1-2. That is simply not the case. Four or more co-lead counsel often have been appointed in antitrust class actions, including smaller and less complex cases than this *Intel* litigation, and including at least one case in which Wolf Haldenstein is one of four co-lead counsel.[3]

The CFHS firms can and will work together and with other co-counsel efficiently, while amassing sufficient resources to aggressively litigate this large-scale antitrust case.

---

[3] *See, e.g., In re Graphite Electrodes Antitrust Litig.*, MDL No. 1023 (E.D. Pa.); *In re Polyester Staple Antitrust Litig.*, MDL No. 1516 (W.D.N.C.); *In re Pressure Sensitive Labelstock Antitrust Litig.*, MDL No. 1556 (M.D. Pa.); *In re High Pressure Laminates Antitrust Litig.*, MDL No. 1368 (S.D.N.Y.); *In re Polypropylene Carpet Antitrust Litig.*, MDL No. 1075 (N.D. Ga.); *In re Cotton Yarn Antitrust Litig.*, MDL No. 1622 (M.D.N.C.); *In re Urethane Antitrust Litig.*, MDL No. 1616 (D. Kan.); *Gulf Coast Fence Co. v. Davis Walker Corp. (Chain Link Fence Antitrust Litig.)*, Civ. No. 87-2443 (D. Md.); *In re Carbon Black Antitrust Litig.*, MDL No. 1543 (D. Mass.); *In re Sulfuric Acid Antitrust Litig.*, MDL No. 1536 (N.D. Ill.) (in which WH is one of four co-leads); *In re Microsoft Corp. Antitrust Litig.*, MDL No. 1332 (D. Md.) (appointing nine-member Lead Counsel Committee); *In re Publication Paper Antitrust Litig.*, MDL No. 1631 (D. Conn.).

## CONCLUSION

Under proper Rule 23(g) analysis, lead counsel should be chosen here based on their experience, knowledge and resources to manage this very large, complex, expensive and cutting-edge antitrust action. In the words of AMD, lead counsel for this litigation must have "demonstrated ability to assemble and lead a network of experienced law firms and to field and deploy collaboratively a very deep bench," as well as "demonstrated antitrust competence in very complex cases." Cottrell Ltr. at 2. The CFHS firms clearly have these qualifications. We therefore respectfully submit that the CFHS firms' application for appointment as interim class counsel should be granted.

| | |
|---|---|
| COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.<br>Michael D. Hausfeld<br>Daniel A. Small<br>Brent W. Landau<br>Allyson B. Baker<br>1100 New York Avenue, NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>*Counsel for Plaintiff Phil Paul* | PRICKETT, JONES & ELLIOTT, P.A.<br><br>_/s/ James L. Holzman_<br>James L. Holzman (DE Bar #663)<br>David W. Gregory (DE Bar #4408)<br>1310 King Street<br>Wilmington, DE 19801<br>Telephone: (302) 888-6500<br>jlholzman@prickett.com<br>dwgregory@prickett.com<br>*Counsel for Plaintiffs Phil Paul, Christian Ambruoso, Fairmont Orthopedics & Sports Medicine, P.A., Law Offices of Kwasi Asiedu, HP Consulting Services, Inc., Jerome Feitelberg, Robin S. Weeth, Melinda Harr, D.D.S., P.C., Henry Kornegay, Bergerson & Associates, Phillip Boeding, Stuart Munson, Lee Pines, Jodi Salpeter, Jay Salpeter, Cheryl Glick-Salpeter, Gabriella Horroeder-Perras and Michael H. Roach* |

-6-

THE FURTH FIRM LLP
Frederick P. Furth
Michael P. Lehmann
Alex C. Turan
225 Bush Street, 15th Floor
San Francisco, CA 94104
*Counsel for Jodi Salpeter, Jay Salpeter, Cheryl Glick-Salpeter, Michael H. Roach, Michael Brauch, Andrew Meimes, Lazio Family Products, Law Offices of Laurel Stanley, Benjamin Allanoff*

HAGENS BERMAN SOBOL SHAPIRO L.L.P.
Steve W. Berman
Anthony Shapiro
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
*Counsel for David E. Lipton, Dana F. Thibedeau, Ronald Konieczka, Maria I. Prohias, Steven J. Hamilton, Patricia M. Niehaus, Nathaniel Schwartz*

SAVERI & SAVERI, INC.
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
111 Pine Street, Suite 1700
San Francisco, CA 94111
*Counsel for The Harman Press, Major League Softball, Inc., Shanghai 1930 Restaurant Partners, L.P.*

Dated: February 14, 2006

## CERTIFICATE OF SERVICE

I, David W. Gregory, hereby certify that on this 14th day of February, 2006, the foregoing Reply Memorandum of Cohen Milstein Hausfeld & Toll, The Furth Firm, Hagens Berman Sobol Shapiro and Saveri & Saveri in Support of Their Application to be Appointed Interim Class Counsel was served on counsel for the following parties as indicated below:

### VIA ELECTRONIC FILING

Adam L. Balick
Balick & Balick
711 North King Street
Wilmington, DE 19801-3503
abalick@balick.com

Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
fineman@rlf.com

James Gordon McMillan, III
Bouchard Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
jmcmillan@bmf-law.com

Scott E. Chambers
Schmittinger & Rodriguez, P.A.
414 S State St.
P.O. Box 497
Dover, DE 19903
schambers@schmittrod.com

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
cottrell@rlf.com

Chad Michael Shandler
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
shandler@rlf.com

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com

Robert Ray Davis
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
robertdavis@chimicles.com

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
zacharynaylor@chimicles.com

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com

Reginald Von Terrell
The Terrell Law Group
223 25th Street
Richmond, CA 94804
REGGIET2@aol.com

Charles P. Diamond
O'Melveny & Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
CDiamond@omm.com

Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
lsmith@omm.com

Garrett D. Blanchfield, Jr.
Richard Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota St.
St. Paul, MN 55101
g.blanchfield@rwblawfirm.com

Robert D. Goldberg
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
goldberg@batlaw.com

R. Bruce McNew
Taylor & McNew LLP
3711 Kennett Pike, Suite 210
Greenville, DE 19807
mcnew@taylormcnew.com

Ali Oromchian
Finkelstein Thompson & Loughran
601 Montgomery Street
Suite 665
San Francisco, CA 94111
ao@ftllaw.com

Mark A. Samuels
O'Melveny & Meyers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
MSamuels@omm.com

Gordon Ball
Ball & Scott
550 Main Avenue
750 NationsBank Center
Knoxville, TN 37902
gball@ballandscott.com

Jeffrey F. Keller
Law Offices of Jeffrey F. Keller
425 Second St.
Suite 500
San Francisco, CA 94107
jfkeller@kellergrover.com

Donald F. Drummond
Drummond & Associates
One California St.
Suite 300
San Francisco, CA 94111
ballen@drummondlaw.net

Juden Justice Reed
Schubert & Reed LLP
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111
jreed@schubert-reed.com

Jef Feibelman
Burch Porter & Johnson
130 N. Court Ave.
Memphis, TN 38103
jfeibelman@bpjlaw.com

Darren B. Bernhard
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Bernhardd@howrey.com

Jerry W. Laughlin
Rogers Laughlin Nunnally Hood & Crum
100 South Main St.
Greeneville, TN 37743
jlaughlin2@earthlink.net

Joseph M. Patane
Law Office of Joseph M. Patane
2280 Untion St.
San Francisco, CA 94123
jpatane@tatp.com

Michele C. Jackson
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery St.
30th Floor
San Francisco, CA 94111
mjackson@lchb.com

David Mark Balabanian
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
david.balabanian@bingham.com

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
joy.fuyuno@bingham.com

Christopher B. Hockett
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
chris.hockett@bingham.com

Maria Nunzio Alioto
Trump Alioto Trump & Prescott LLP
2280 Union St.
San Francisco, CA 94123
malioto@tatp.com

Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montgomery St.
Suite 3400
San Francisco, CA 94104
foslaw@pacbell.net

3

B.J. Wade
Glassman Edwards Wade & Wyatt P.C.
26 N. Second St.
Memphis, TN 38103
bwade@gewwlaw.com

David Boies, III
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030
dboies@straus-boies.com

Robert E. Cooper
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California
90071-3197
rcooper@gibsondunn.com

Donald Chidi Amamgbo
Amambgo & Associates APC
1940 Embarcadero Cove
Oakland, CA 94606
DonaldAmamgbo@Citycom.com

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
steve@hbsslaw.com

R. Alexander Saveri
Saveri & Saveri Inc.
111 Pine Street
Suite 1700
San Francisco, CA 94111
rick@saveri.com

Daniel S. Floyd
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California
90071-3197
dfloyd@gibsondunn.com

Fred T. Isquith
Wolf Haldenstein Adler Freeman & Herz LLC
270 Madison Ave.
11th Floor
New York, NY
Isquith@whafh.com

Bruce J. Wecker
Hosie & McArthur
1 Market St.
Spear Street Tower
Suite 2200
San Francisco, CA 94105
bwecker@hosielaw.com

Nancy Fineman
Cotchett Pitre Simon & McCarthy
840 Malcolm Rd.
Suite 200
Burlingame, CA 94010
nfineman@cpsmlaw.com

Michael P. Lehmann
Furth Firm LLP
225 Bush Street
15th Floor
San Francisco, CA 94104
mlehmann@furth.com

Steven A. Asher
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
asher@wka-law.com

4

Allyson B. Baker
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
abaker@cmht.com

Robert S. Kitchenoff
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA  19103
kitchenoff@wka-law.com

Douglas A. Millen
Much Shelist Freed Denenberg Ament & Rubenstein, PC
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606-1615
dmillen@muchshelist.com

Daniel A. Small
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
dsmall@cmht.com

Natalie Bennett
Shepherd, Finkelman, Miller, & Shah
35 East State Street
Media, PA  19063
nfinkelman@classactioncounsel.com

James R. Malone, Jr.
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA  19041
JamesMalone@Chimicles.com

Chad M. Shandler
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801
shandler@rlf.com

Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA  94104-4229
aturan@furth.com

<u>VIA U.S. MAIL FIRST CLASS</u>

Robert J. Kriner, Jr.
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Daniel Hume
Kirby McInerney & Squire L.L.P.
830 Third Avenue
10th Floor
New York, NY 10022

Douglas G. Thompson, Jr.
Finkelstein Thompson & Loughran
1050 30th St., N.W.
Washington, DC 20007

Richard A. Ripley
Bingham McCutchen
1120 20th Street, NW
Suite 800
Washington, DC 20036

Edward A. Wallace
The Wexler Firm LLP
One North LaSalle St.
Suite 2000
Chicago, IL 60602

Randy R. Renick
128 North Fair Oaks Avenue
Suite 204
Pasedena, CA 91103

Michael L. Kirby
Kirby Noonan Lance and Hoge
600 West Broadway
Suite 1100
San Diego, CA 92101-3302

Daniel B. Allanoff
Meredith Cohen Greenfogel & Skirnick P.C.
117 South 17th St.
22nd Floor
Architects Building
Philadelphia, PA 19103

Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Harvey W. Gurland
Duane Morris
200 S. Biscayne Blvd.
Suite 3400
Miami, FL 33131

Scott Ames
Serratore & Ames
9595 Wilshire Blvd.
Suite 201
Los Angeles, CA 90212

Lance A. Harke
Harke & Clasby LLP
155 South Miami Ave.
Suite 600
Miami, FL 33130

Donald L. Perelman
Fine Kaplan & Black RPC
1835 Market St.
28th Floor
Philadelphia, PA 19103

Russell M. Aoki
Aoki Sakamoto Grant LLP
One Convention Place
701 Pike St.
Suite 1525
Seattle, WA 98101

Clerk Michael J. Beck
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Rom G-255, Federal Judiciary Bldg.
Washington, DC  20002-8004


                                                /s/ David W. Gregory
                                      David W. Gregory (DE Bar ID 4408)