UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL Docket No. 05-MD-1717-JJF<br>Civil Action No. 1:05-CV-00485-JJF<br><br>Judge Joseph J. Farnan, Jr. |

### THE NATIONAL PLAINTIFFS GROUP'S REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CLASS COUNSEL AND LIAISON COUNSEL

The plaintiffs comprising the National Plaintiffs Group,[1] by their counsel, respectfully submit this reply in further support of their motion pursuant to F.R.C.P. Rule 23 (g) for consolidation and appointment of Interim Class Counsel and liaison counsel in the class action lawsuits against Intel Corporation that have been transferred to and coordinated before this Court by the November 8, 2005 Order of the Judicial Panel on Multidistrict Litigation.

In their reply papers, while not formally opposing the National Plaintiffs Group's Rule 23(g) motion, the San Francisco Group continues to urge the Court to adopt its proposed bloated leadership structure for this litigation, including a four-firm leadership group and several undisclosed additional layers of counsel. Significantly, there appears to be no decision in this Circuit supporting the appointment of such an overpopulated leadership group when such appointment is, as here, contested. The San Francisco Group has failed to cite any authority in support of their position. Indeed, the law in this Circuit appears to be to the contrary. Here, the courts strongly favor the appointment of a single, experienced lead counsel who possesses the

---

[1] Information regarding the more than 30 plaintiffs comprising the National Plaintiffs Group, together with the captions of the actions they filed in this Court, is set forth in Footnote One of the National Plaintiff Group's *Memorandum Of Law in Support of its Motion for Appointment of Interim Class Counsel and Liaison Counsel and in Opposition to the San Francisco Group's Motion for Consolidation and Appointment of Co-Lead Counsel and Liaison Counsel*, filed in this Court on January 24, 2006 (the "Opening Memorandum" or "Opening Mem.").

resources to prosecute the action and to draw on the skills and expertise of other plaintiffs' counsel in the case on an as-needed basis. *See, e.g., In re Nice Sys., Ltd. Sec. Litig.*, 188 F.R.D. 206, 224 (D. N.J. 1999) (recognizing and endorsing the ability of a sole lead counsel "[to] distribute non-duplicative work assignments to non-lead counsel so as to facilitate the orderly and efficient prosecution of the . . . action.") (citing *In re Wells Fargo Sec. Litig.*, 156 F.R.D. 223 at 227 (N.D. Cal. 1994) (appointing a single lead counsel but stating the firm may "farm[] out work on the case to another law firm because of specialized knowledge, geographic proximity to witnesses or evidence or other comparative advantages, or even to spread risk")).

Particularly interesting in this context is *In re Milestone Sci. Sec. Litig.*, 187 F.R.D. 165 (D. N.J. 1999). In that case, the Cohen Milstein firm – one of the firms comprising the San Francisco Group's proposed four-way leadership in this case – had its three-way leadership proposal rejected in favor of the appointment of a sole lead counsel. Indeed, in *Milestone*, the court criticized Cohen Milstein's proposed multi-firm leadership structure, stating:

> Abbey, Gardy appears able to singly undertake the responsibilities of lead counsel in this action. *See* Revised Lead Counsel Order (revising the proposed duties and functions of Abbey, Gardy to fit the role of sole lead counsel). Schoengold and Cohen, Milstein, by contrast, rigidly advocate an inefficient litigation by committee approach, similar to that originally proposed by the lead plaintiff. *Compare* Pre-Trial Order No. 3 with Pre-Trial Order No. 2. Neither Schoengold nor Cohen, Milstein has demonstrated a willingness to individually assume all of the responsibilities associated with the sole lead counsel position. Consequently, in this case it appears Abbey, Gardy is a more suitable lead counsel selection.

*Id.* at 180.[2] The court further noted that "[i]t further appears Abbey, Gardy has sufficient resources and flexibility to effectively manage the litigation for the entire Plaintiff Class." *Id.*

---

[2] In rejecting the Cohen Milstein structure in favor of appointing sole lead counsel, the *Milestone* court also stated:

> [I]t appears the appointment of several lead counsel will not promote the efficient prosecution of this case, and is not warranted. * * * ***The simple assurance that there is a benefit to be derived from the input of several law firms is not sufficient justification.***

The *Milestone* court specifically rejected the multiple-firm lead counsel proposal proffered by Cohen Milstein and other firms, stating:

> Schoengold and Cohen, Milstein have not demonstrated how the possible benefits derived from appointing several lead counsel outweigh the complications and increased costs and expenses associated with the litigation by committee approach. Accordingly, there is no reason to burden the Plaintiff Class with additional counsel fees, delay or confusion which would result from the appointment of multiple counsel. Abbey, Gardy is approved as sole lead counsel for the Plaintiff Class. As noted, this decision does not prohibit Abbey, Gardy from farming out work to other firms because of expertise, proximity to witnesses or evidence or to promote efficiency or expedition.

*Id.* at 181. The court also recognized that "the approval of multiple lead counsel may engender inefficiency in class action litigation . . . [citation omitted] [and that] [t]he potential for duplicative services and the concomitant increase in attorneys' fees works against the approval of multiple lead counsel. *Id.* (*citing Chill v. Green Tree Fin. Corp.*, 181 F.R.D. 398, 413 (D. Minn. 1998)).[3] The court concluded: "[s]imply stated: class actions are not to be used as a vehicle to promote attorney employment." *Id.* at 178.

Moreover, regardless of the qualities of the law firms seeking appointment as Interim Class Counsel here, if the plaintiffs who those firms represent lack standing or are otherwise inadequate to file and prosecute their claims, then those plaintiffs' lawyers do not satisfy the Rule 23(g) requirements for appointment as Interim Class Counsel.

This point is confirmed by the Notes of the Advisory Committee on the 2003 amendments to Fed. R. Civ. P. 23(g), which explain that the Rule 23(g) analysis of counsel is not

---

*In re Milestone*, 187 F.R.D. at 178 (emphasis added). The same is true here.

[3]   *See also Reiger v. Altris Software, Inc.*, Case No. 98cv0528J (JFS), 1998 U.S. Dist. LEXIS 14705, at *15-16, *18 (S.D. Cal. Sept. 14, 1998) (observing the enlargement of the number of lead counsel may "'unnecessarily increase the time and expense spent on preparing and litigating the case'") (citation omitted).

separated from the adequacy of the plaintiffs they represent. *See* Notes to Rule 23(a)(4) ("Rule 23(a)(4) will continue to call for scrutiny of the proposed class representative, while this subdivision will guide the court in assessing proposed class counsel as part of the certification decision."). Such adequacy necessarily includes an examination of those plaintiffs' standing to litigate the claims filed by them. If the plaintiffs lack standing and are inadequate to pursue their claims, those plaintiffs' lawyers cannot be deemed adequate to prosecute them. As set forth in the National Plaintiffs Group's opening memorandum, the plaintiffs comprising that group are the only plaintiffs in these actions with standing to prosecute their claims. The San Francisco Group's plaintiffs lack such standing, thereby rendering them inadequate and requiring the denial of their counsel's interim class counsel application.

Finally, the National Plaintiffs Group generally agrees with the substance of the February 13, 2006 letter that AMD's counsel submitted to the Court. Specifically, the National Plaintiffs Group agrees that this is a complex case that will require the marshalling of substantial resources in terms of both personnel and capital. There are many excellent law firms who have filed the class action cases comprising this coordinated action – including the 23 law firms supporting Wolf Haldenstein's appointment as sole Interim Class Counsel, as well as many of the firms supporting the San Francisco Group's position. We anticipate that the Court-appointed leader of these class cases will be expected to call upon the resources and skills of those well-qualified firms in prosecuting these cases, regardless of present alliances. The National Plaintiffs Group, however, has chosen to seek the appointment of a single leader and voice to lead these cases. In contrast, the San Francisco Group advances a bloated, lawyer-driven leadership structure that, by its very nature, fosters inefficiency and contravenes the general consensus of the courts in this Circuit with respect to appointing lead counsel in complex class actions.

## IV. CONCLUSION

For the reasons set forth in their Opening Memorandum, their Response Memorandum, and above, the members of the National Plaintiffs Group respectfully request that the Court grant their motion and enter an Order consolidating these cases and appointing Wolf Haldenstein Adler Freeman & Herz LLP as Interim Class Counsel and Biggs and Battaglia as Liaison Counsel.

**DATED:** February 14, 2006

BIGGS AND BATTAGLIA

<u>    ROBERT D. GOLDBERG    </u>
Robert D. Goldberg
921 North Orange Street
P.O. Box 1489
Wilmington, Delaware 19899
Telephone: (302) 655-9677
Facsimile: (302) 655-7924

*Proposed Liaison Counsel for the National Plaintiffs Group*

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Fred Taylor Isquith
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
Mary Jane Edelstein Fait
Adam J. Levitt
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.

>Rachele R. Rickert
>750 B Street, Suite 2770
>San Diego, California 92101
>Telephone: (619) 239-4599
>Facsimile: (619) 234-4599
>
>***Proposed Interim Class Counsel for the National Plaintiffs Group***

Ann Lugbill
2406 Auburn Avenue
Cincinnati, Ohio 45219
Tel: (513) 784-1280
Fax: (513) 784-1449
***Counsel for Mary Reeder***

Brandon N. Voelker
28 West 5th Street
Covington, Kentucky 41011
Tel: (859) 491-5551
Fax: (859) 491-0187
***Counsel for Mary Reeder***

Gene Summerlin
OGBORN, SUMMERLIN
 & OGBORN, PC
210 Windsor Place
330 South Tenth Street
Lincoln, Nebraska 68508
Tel: (402) 434-8040
Fax: (402) 434-8044
***Counsel for JWRE, Inc., Chrystal Moeller, and Caresse Harms***

Robert J. Sharkey
VANDERVOORT, CHRIST
 & FISHER, PC
Fifth Third Bank Building, Suite 312
67 West Michigan Avenue
Battle Creek, Michigan 49017
Tel: (269) 965-7000
Fax: (269) 965-0646
***Counsel for Robert J. Rainwater***

Richard A. Lockridge
Robert K. Shelquist
LOCKRIDGE GRINDAL
 NAUEN P.L.L.P.

100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
*Counsel for Kathy Ann Chapman,*
*Nancy Bjork, Ron Terranova, and Carl Yamaguchi*

Noah Golden-Krasner
LAW OFFICES OF NOAH
 GOLDEN-KRASNER
354 West Main Street
Madison, Wisconsin 53703
Tel: (608) 441-8924
Fax: (608) 442-9494
*Counsel for Sonia Yaco*

Tim Semelroth
RICCOLO & SEMELROTH, PC
425 Second St. SE, Ste 1140
Cedar Rapids, Iowa 52401
Tel: (319) 365-9200
Fax: (319) 365-1114
*Counsel for Ryan James Volden*

Robert J. Rubin, PA
RUBIN & STROUT, PA
480 West Street
Rockport, Maine 04856
Tel: (207) 236-8260
Fax: (207) 236-4981
*Counsel for Melissa Goeke*

Charles F. Speer
Donnamarie Landsberg
SPEER LAW FIRM, PC
104 W. 9th Street, Suite 305
Kansas City, Missouri 64105
Tel: (816) 472-3560
Fax: (816) 421-2150
*Counsel for Jeff Vaught*

Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, Vermont 05403
Tel: (802) 862-0030

Fax: (802) 862-0060
*Counsel for Ficor Acquisition Co., LLC,
dba Mills & Greer Sporting Goods*

Peter G. Gruber
PETER G. GRUBER, P.A.
One Datran Center, Suite 910
9100 South Dadeland Boulevard
Miami, Florida 33156
Tel: (305) 670-1010
Fax: (305) 670-0228
*Counsel for Maria Pilar Salgado*

Nancy Freeman Gans
MOULTON & GANS, P.C.
55 Cleveland Road
Wellesley, Massachusetts 02481
Tel: (617) 369-7979
Fax: (617) 369-7980
*Counsel for Paula Nardella*

Richard J.R. Raleigh Jr.
WILMER & LEE, P.A.
100 Washington Street, Suite 200
Huntsville, Alabama 35801
Tel: (256) 533-0202
Fax: (256) 533-0302
*Counsel for Nancy Wolfe*

Jayne Goldstein
MAGER & GOLDSTEIN LLP
2825 University Drive, Suite 350
Coral Springs, Florida 33065
Tel: (954) 341-0844
Fax: (954) 341-0855
*Counsel for Leslie March, Virginia Deering,
and Giacobbe-Fritz Fine Art LLC*

Carol A. Mager
MAGER & GOLDSTEIN LLP
One Liberty Place, 21st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 640-3280

Fax: (215) 640-3281
*Counsel for Leslie March, Virginia Deering, and Giacobbe-Fritz Fine Art LLC*

Van Bunch
BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, PC
57 Carriage Hill
Signal Mountain, Tennessee 37377
Tel: (423) 886-9736
*Counsel for Tom Hobbs*

Barry C. Blackburn
THE BLACKBURN LAW FIRM, PLLC
6933 Crumpler Boulevard, Suite B
P.O. Box 70
Olive Branch, Mississippi
Tel: (662) 895-6116
Fax: (662) 895-6121
*Counsel for Bill Richards*

Greg McEwen
THE MCEWEN LAW FIRM, P.L.L.C.
5850 Blackshire Path
Inver Grove Heights, Minnesota 55076
Tel: (651) 224-3833
Fax: (651) 223-5790
*Counsel for Ron Terranova*

Jerold T. Matayoshi
FUKUNAGA MATAYOSHI HERSHEY
 & CHING, LLP
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 533-4300
Fax: (808) 531-7585
*Counsel for Carl Yamaguchi*


Patrick J. Murphy
MURPHY, SMALL & ASSOCIATES
1100 East Bridger Avenue
Las Vegas, Nevada 89101
Tel: (702) 259-4600

Fax: (702) 259-4748
*Counsel for Ron Terranova*

David Pastor
GILMAN AND PASTOR, L.L.P
60 State Street, 37th Floor
Boston, Massachusetts 02109
Tel: (617) 742-9700
Fax: (617) 742-9701

*Counsel for David Kurzman*

Bryan L. Clobes
MILLER FAUCHER AND CAFFERTY LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103
Tel: (215) 864-2800
Fax: (215) 864-2810

*Counsel for Matthew Ludt*

13016

CERTIFICATE OF SERVICE

I, Robert D. Goldberg, counsel of record, hereby certify that I caused a copy of the attached The National Plaintiffs Group's Reply Memorandum In Further Support Of Their Motion For Consolidation And Appointment Of Interim Class Counsel And Liaison Counsel to be served on the following individuals by electronic filing on February 14, 2006 and on the remainder of the individuals not registered for electronic filing by first class mail on February 15, 2006.

## **VIA ELECTRONIC FILING**

**David Mark Balabanian**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Email: david.balabanian@bingham.com

**Jef Feibelman**
Burch Porter & Johnson
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
Email: jfeibelman@bpjlaw.com

**Jerry W. Laughlin**
Rogers Laughlin Nunnally Hood & Crum
100 South Main St.
Greeneville, TN 37743
423-639-5183
Email: jlaughlin2@earthlink.net

**Joy K. Fuyuno**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
415-393-2000
Email: joy.fuyuno@bingham.com

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000

Email: rhorwitz@potteranderson.com

**Christopher B. Hockett**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
415-393-2000
Email: chris.hockett@bingham.com

**Daniel S. Floyd**
Pro Hac Vice
Email: dfloyd@gibsondunn.com

**Darren B. Bernhard**
Pro Hac Vice
Email: bernhardd@howrey.com

**Robert E. Cooper**
Pro Hac Vice
Email: rcooper@gibsondunn.com

**David William Gregory**
Prickett, Jones & Elliott, P.A.
1310 King St., P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: dwgregory@prickett.com

**Eric M. Andersen**
Prickett, Jones & Elliott, P.A.
1310 King St., P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: emandersen@prickett.com

**James L. Holzman**
Prickett, Jones & Elliott, P.A.
1310 King St., P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: jlholzman@prickett.com

**A. Zachary Naylor**
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Email: zacharynaylor@chimicles.com

**Fred T. Isquith**
Wolf Haldenstein Adler Freeman & Herz
270 Madison Ave., 11th Floor
New York, NY 10016
(212) 545-4600
Email: Isquith@whafh.com

**Adam L. Balick**
Balick & Balick
711 North King Street
Wilmington, DE 19801-3503
(302) 658-4265
Email: abalick@balick.com

**Chad Michael Shandler**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: shandler@rlf.com

**Charles P. Diamond**
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Email: CDiamond@omm.com

**Frederick L. Cottrell, III**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: cottrell@rlf.com

**Steven J. Fineman**
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: fineman@rlf.com

**Linda J. Smith**
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Email: lsmith@omm.com

**Mark A. Samuels**
O'Melveny & Meyers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
Email: MSamuels@omm.com

**James Gordon McMillan, III**
Bouchard Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
Email: jmcmillan@bmf-law.com

**Steve W. Berman**
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
Email: steve@hbsslaw.com

**Garrett D. Blanchfield, Jr.**
Richard Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota St.
St. Paul, MN 55101
Email: g.blanchfield@rwblawfirm.com

**Jeffrey F. Keller**
Law Offices of Jeffrey F. Keller
425 Second St., Suite 500
San Francisco, CA 94107
415-543-1305
Email: jfkeller@kellergrover.com

**Michele C. Jackson**
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery St., 30th Floor
San Francisco, CA 94111
Email: mjackson@lchb.com

**Michael P. Lehmann**
Furth Firm LLP
225 Bush St.
15th Floor
San Francisco, CA 94104
(415) 433-2070

Email: mlehmann@furth.com

**R. Alexander Saveri**
Saveri & Saveri Inc.
111 Pine St., Suite 1700
San Francisco, CA 94111
Email: rick@saveri.com

**Bruce J. Wecker**
Hosie & McArthur
1 Market St.
Spear Street Tower
Suite 2200
San Francisco, CA 94105
Email: bwecker@hosielaw.com

**Francis O. Scarpulla**
Law Offices of Francis O. Scarpulla
44 Montgomery St.
Suite 3400
San Francisco, CA 94104
415-788-7210
Email: foslaw@pacbell.net

**Ali Oromchian**
Finkelstein Thompson & Loughran
601 Montgomery Street, Suite 665
San Francisco, CA 94111
415-398-8700
Email: ao@ftllaw.com

**Juden Justice Reed**
Schubert & Reed LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
415-788-4220
Email: jreed@schubert-reed.com

**Joseph M. Patane**
Law Office of Joseph M. Patane
2280 Untion St.
San Francisco, CA 94123
415-563-7200
Email: jpatane@tatp.com

**Maria Nunzio Alioto**
Trump Alioto Trump & Prescott LLP
2280 Union St.
San Francisco, CA 94123
415-563-7200

Email: malioto@tatp.com

**Nancy Fineman**
Cotchett Pitre Simon & McCarthy
840 Malcolm Rd., Suite 200
Burlingame, CA 94010
650-697-6000
Email: nfineman@cpsmlaw.com

**Donald Chidi Amamgbo**
Amambgo & Associates APC
1940 Embarcadero Cove
Oakland, CA 94606
510-434-7800
Email: DonaldAmambgo@Citycom.com

**Reginald Von Terrell**
The Terrell Law Group
223 25th Street
Richmond, CA 94804
510-237-9700
Email: REGGIE2@aol.com

**David Boies, III**
Straus & Boies LLP
4041 University Dr., 5th Floor
Fairfax, VA 22030
703-764-8700
Email: dboies@straus-boies.com

**Donald F. Drummond**
Drummond & Associates
One California St., Suite 300
San Francisco, CA 94111
415-433-2261
Email: ballen@drummondlaw.net

**Gordon Ball**
Ball & Scott
550 Main Avenue, 750 NationsBank Center
Knoxville, TN 37902
865-525-7028
Email: filings@ballandscott.com

**B.J. Wade**
Glassman Edwards Wade & Wyatt P.C.
26 N. Second St.
Memphis, TN 38103
901-527-4673

Email: bwade@gewwlaw.com

**VIA FIRST CLASS MAIL**

**Harvey W. Gurland**
Duane Morris
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131

**Richard A. Ripley**
Bingham McCutchen
1120 20th Street, NW Suite 800
Washington, DC 20036
202-778-6150

**Michael J. Beck**
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

**Daniel Hume**
Kirby McInerney & Squire L.L.P.
830 Third Avenue, 10th Floor
New York, NY 10022

**Randy R. Renick**
128 North Fair Oaks Avenue
Suite 204
Pasedena, CA 91103
626-585-9608

**Scott Ames**
Serratore & Ames
9595 Wilshire Blvd.
Suite 201
Los Angeles, CA 90212
310-205-2460

**Daniel B. Allanoff**
Meredith Cohen Greenfogel & Skirnick P.C.
117 South 17th St.
22nd Floor
Architects Building
Philadelphia, PA 19103
215-564-5182

**Craig C. Corbitt**
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-693-0700

**Douglas G. Thompson, Jr.**
Finkelstein Thompson & Loughran
1050 30th St., N.W.
Washington, DC 20007

**Donald L. Perelman**
Fine Kaplan & Black RPC
1835 Market St.
28th Floor
Philadelphia, PA 19103
215-567-6565

**Russell M. Aoki**
Aoki Sakamoto Grant LLP
One Convention Place
701 Pike St., Suite 1525
Seattle, WA 98101
206-624-1400

**Edward A. Wallace**
The Wexler Firm LLP
One North LaSalle St.
Suite 2000
Chicago, IL 60602
312-346-2222

**Lance A. Harke**
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, FL 33130

**Michael L. Kirby**
Kirby Noonan Lance and Hoge
600 West Broadway
Suite 1100
San Diego, CA 92101-3302
619-231-9593

                                        /s/ Robert D. Goldberg
                                        Robert D. Goldberg (I.D. #631)