

**KANSAS OFFICE**
4121 W. 83rd Street, Suite 256
Prairie Village, KS 66208
Telephone: (913) 901-0505
Facsimile: (913) 901-0419

Gunderson Sharp & Walke, L.L.P.
*A Limited Liability Partnership Including Professional Corporations\**



Rex A. Sharp
Email: rsharp@midwest-law.com

*Admitted in KS, OK, TX, CO, MO
Board Certified in Civil Advocacy
By National Board of Trial Advocacy

March 9, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King St.
Wilmington, DE 19801

      Re:   *In re Intel Corp.*, C.A. No. 05-MD-1717-JJF

Dear Judge Farnan:

    I am counsel representing the plaintiff in *Chance v. Intel Corp.*, C.A. No. 6:05-1303 (D. Kan.), a case filed in Kansas state court that was removed to federal district court. Plaintiff Chance filed a motion in the Kansas district court, fully briefed as of December 6, 2005, to remand the case to state court. In addition, the Judicial Panel on Multidistrict Litigation has conditionally transferred the case to Your Honor's MDL docket. Plaintiff Chance filed an opposition to that conditional transfer order (only in an effort to have the already fully briefed remand motion heard), which is due to be decided by the Panel without oral argument at its hearing on March 30, 2006.

    I write in an abundance of caution, in case Your Honor is waiting to see whether *Chance* is transferred to your Court before proceeding in the MDL litigation. I wish to advise the Court that plaintiff Chance, if his case is transferred to MDL No. 1717 and federal removal jurisdiction exists, will agree to be bound by any decisions issued by Your Honor before the transfer, and that he has no objection to the Court proceeding in the MDL litigation before the transfer issue is decided.

                                            Respectfully submitted,

                                            Rex Sharp
                                            For Gunderson Sharp & Walke, L.L.P.

cc:   Tim J. Moore
       Charles Diamond

---

\* *Gunderson Law, P.C., general partner*
    *Joseph R. Gunderson, independent contractor of Gunderson Sharp & Walke, L.L.P. and employee of Gunderson Law, P.C.*
*Rex A. Sharp, P.A., general partner*
    *Rex A. Sharp, independent contractor of Gunderson Sharp & Walke, L.L.P. and employee of Rex A. Sharp, P.A.*




Gunderson, Sharp & Walke, LLP
4121 West 83rd Street
Suite 256
Prairie Village, Kansas 66208

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King St.
Wilmington, DE 19801