IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) <br> ) MDL Docket No. 05-MD-1717 JJF <br> ) Case No. 1:05-cv-00556-JJF <br> ) |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Hollis L. Salzman of Goodkind Labaton Rudoff & Sucharow LLP, 100 Park Avenue, New York, New York 10017 to represent the plaintiffs Angel Genese, Gideon Elliot, and Nir Goldman in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2006