# CERTIFICATION OF HOLLIS L. SALZMAN
## IN SUPPORT OF ADMISSION *PRO HAC VICE*

Pursuant to Local Rules 83.5, I certify that I am admitted, practicing and in good standing as a member of the Bars of the States of New York, New Jersey and Florida and the United States District Courts for the Southern and Eastern Districts of New York and the Middle and Southern Districts of Florida. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this action. I also certify I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $25.00 was submitted to the Clerk's Office in upon filing of this motion.

_____
Hollis L. Salzman
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, New York 10017

Dated: March 7, 2006