IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | )<br>) MDL Docket No. 05-MD-1717 JJF<br>) Case No. 1:05-cv-00556-JJF<br>) |

## MOTION PRO HAC VICE

A. Zachary Naylor, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Kellie Safar of Labaton Sucharow & Rudoff LLP, 100 Park Avenue, New York, New York 10017 to represent plaintiffs Angel Genese, Gideon Elliot, and Nir Goldman in this action.

Dated: March 24, 2006

CHIMICLES & TIKELLIS LLP

_____
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Attorneys for Plaintiffs