## CERTIFICATION OF KELLIE SAFAR
## IN SUPPORT OF ADMISSION *PRO HAC VICE*

Pursuant to Local Rules 83.5, I certify that I am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and the United States District Court for the District of New Jersey. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this action. I also certify I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $25.00 was submitted to the Clerk's Office in upon filing of this motion.

Kellie Safar
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, New York 10017

Dated: March 7, 2006