IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) C.A. No. 1:05-MD-1717 (JJF) |

### REQUEST FOR REMOVAL OF LOCAL COUNSEL FROM DISTRIBUTION LIST

The counsel for Intel Corporation listed below respectfully request that they be removed from the distribution list for Case No. 05-MD-1717. *See* Attachments A-C.

Jef Feibelman, Esq.
Burch, Porter & Johnson, PLLC
130 North Court Ave.
Memphis, TN 38103

Harvey Gurland, Esq.
200 South Biscayne Blvd., Suite 3410
Miami, FL 33131

Jerry M. Laughlin, Esq.
100 South Main Street
Greenville, TN 37743-4922

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David M. Balabanian<br>Christopher B. Hockett<br>Nora C. Cregan<br>Joy K. Fuyuno<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 | By: /s/ Richard L. Horwitz<br>    Richard L. Horwitz (2246)<br>    Hercules Plaza, 6th Floor<br>    1313 North Market Street<br>    Wilmington, Delaware 19801<br>    Telephone: (302) 984-6000<br>    rhorwitz@potteranderson.com |
| Richard A. Ripley<br>Gregory F. Wells<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 373-6000<br>Facsimile: (202) 373-6001 |  |
| Attorneys for Defendant<br>INTEL CORPORATION |  |

## Attachment A

I am representing defendant Intel Corporation ("Intel") in *Wiles v. Intel*, Case No. 05-2605 JDB (W.D. Tenn.). I am currently listed as counsel for Intel in MDL Docket Number 05-MD-1717-JJF. Please remove me from the distribution list for Docket Number 05-MD-1717-JJF.

Date: March 13, 2006

Jef Feibelman, Esq.
Burch, Porter & Johnson, PLLC
130 North Court Ave.
Memphis, TN 38103

## Attachment B

I am representing defendant Intel Corporation ("Intel") in *Schwartz v. Intel*, Case No. 05-22262 (S.D. Fla.). I am currently listed as counsel for Intel in MDL Docket Number 05-MD-1717-JJF. Please remove me from the distribution list for Docket Number 05-MD-1717-JJF.

Date: March 14, 2006

Harvey Gurland, Esq.
200 South Biscayne Blvd., Suite 3410
Miami, FL 33131

## Attachment C

I am representing defendant Intel Corporation ("Intel") in *Armbrister v Intel*, Case No. 2:05-cv-212 (E.D. Tenn.). I am currently listed as counsel for Intel in MDL Docket Number 05-MD-1717-JJF. Please remove me from the distribution list for Docket Number 05-MD-1717-JJF.

Date: March 13, 2006

Jerry M. Laughlin, Esq.
100 South Main Street
Greenville, TN 37743-4922

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on March 28, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

I hereby certify that on March 28, 2006, I have sent the documents to the following non-registered participants in the manner indicated:

**VIA FIRST CLASS U.S. MAIL**

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Robert D. Goldberg (#631)
Biggs And Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

James L. Holzman (#663)
David W. Gregory (#4408)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Joel E. Friedlander (#3163)
James G. McMillan, III (#3979)
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Scott E. Chambers (#2532)
Jeffrey J. Clark (#3485)
Schmittinger & Rodriguez, P.A.
414 South State Street

Jeffrey S. Goddess (#630)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070

| | |
|---|---|
| P.O. Box 497<br>Dover, DE 19903 | Wilmington, DE 19899-1070 |
| R. Bruce McNew (#967)<br>Taylor & McNew, LLP<br>2710 Centerville Road<br>Suite 210<br>Wilmington, DE 19808 | Salem M. Katsch<br>Laurin B. Grollman<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway, 22nd Floor<br>New York, NY 10019 |

VIA FEDERAL EXPRESS

Michael Maddigan
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com

725436v1