UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | No. 05-MD-1717-JJF |

THIS DOCUMENT RELATES TO:

All actions except

*Advanced Micro Devices, Inc. v. Intel Corp.*, C.A. No. 05-441-JJF;

*Hewson v. Intel Corp.*, C.A. No.:05-902-JJF;

and

*Uwakwe v. Intel Corp.*, C.A. No. 05-906-JJF

### ORDER

Upon consideration of Defendant Intel Corporation's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Class Action Complaints:

IT IS HEREBY ORDERED this __10__ day of __April__, 2006, that the Motion is GRANTED.

Defendant Intel Corporation's response to the 70 separate class action complaints pending before this Court in this MDL proceeding, which are listed on Exhibit A hereto, shall be due 60 days after the filing of a Consolidated Class Action Complaint.

_____
United States District Judge