**Cases Included in National Plaintiffs Group**

1. *Kidwell, et al v. Intel Corp.* No. 1:05-cv-470-JJF (D. Del)
2. *Rainwater, et al v. Intel Corp.*, No. 1:05-cv-473-JJF (D. Del.)
3. *Volden, et al v. Intel Corp.*, No. 1:05-cv-488-JJF (D. Del.)
4. *Ficor Acquisition Corp., et al v. Intel Corp.*, No. 1:05-cv-515-JJF (D. Del)
5. *Richards, et al v. Intel Corp.*, No. 1:05-cv-672-JJF (D. Del.)
6. *Kurzman, et al v. Intel Corp.*, No. 1:05-cv-710-JJF (D. Del.)
7. *Giacobbe-Fritz Fine Art LLC v. Intel Corp.*, No. 1:05-cv-846-JJF (D. Del.)
8. *Ludt v. Intel Corp.*, No. 1:05-cv-00510-JJF (D. Del.)

**Cases Included in CFHS Group**

9. *Kravitz v. Intel Corp.*, No. 1:05-cv-00476-JJF (D. Del.)
10. *Paul v. Intel Corp.*, No. 1:05-cv-00485-JJF (D. Del.)
11. *Chacon v. Intel Corp.*, No. 1:05-cv-00489-JJF (D. Del.)
12. *Simon v. Intel Corp.*, No. 1:05-cv-00490-JJF (D. Del.)
13. *Ambrusoso v. Intel Corp.*, No. 1:05-cv-00505-JJF (D. Del.)
14. *Baran v. Intel Corp.*, No. 1:05-cv-00508-JJF (D. Del.)
15. *Czysz v. Intel Corp.*, No. 1:05-cv-00509-JJF (D. Del.)
16. *Fairmont Ortho. & Sports Medicine v. Intel Corp.*, No. 1:05-cv-00519-JJF (D. Del.)
17. *Law Offices of Kwasi Asiedu v. Intel Corp.*, No. 1:05-cv-00520-JJF (D. Del.)
18. *HP Consulting Services v. Intel Corp.*, No. 1:05-cv-00521-JJF (D. Del.)
19. *Cowan v. Intel Corp.*, No. 1:05-cv-00522-JJF (D. Del.)
20. *Manyin v. Intel Corp.*, No. 1:05-cv-00526-JJF (D. Del.)
21. *Cone v. Intel Corp.*, No. 1:05-cv-00531-JJF (D. Del.)
22. *Feitelberg v. Intel Corp.*, No. 1:05-cv-00532-JJF (D. Del.)
23. *Weeth v. Intel Corp.*, No. 1:05-cv-00533-JJF (D. Del.)
24. *Harr v. Intel Corp.*, No. 1:05-cv-00537-JJF (D. Del.)
25. *Cohn v. Intel Corp.*, No. 1:05-cv-00539-JJF (D. Del.)
26. *Griffin v. Intel Corp.*, No. 1:05-cv-00540-JJF (D. Del.)
27. *Kornegay v. Intel Corp.*, No. 1:05-cv-00541-JJF (D. Del.)
28. *Ramos v. Intel Corp.*, No. 1:05-cv-00544-JJF (D. Del.)
29. *Bergerson & Associates, Inc. v. Intel Corp.*, No. 1:05-cv-00547-JJF (D. Del.)
30. *Arnold v. Intel Corp.*, No. 1:05-cv-00554-JJF (D. Del.)
31. *Genese v. Intel Corp.*, No. 1:05-cv-00556-JJF (D. Del.)
32. *Boeding v. Intel Corp.*, No. 1:05-cv-00557-JJF (D. Del.)
33. *Munson v. Intel Corp.*, No. 1:05-cv-00558-JJF (D. Del.)
34. *Pines v. Intel Corp.*, No. 1:05-cv-00560-JJF (D. Del.)
35. *Salpeter v. Intel Corp.*, No. 1:05-cv-00575-JJF (D. Del.)
36. *Herroeder-Perras v. Intel Corp.*, No. 1:05-cv-00616-JJF (D. Del.)
37. *Roach v. Intel Corp.*, No. 1:05-cv-00617-JJF (D. Del.)
38. *Di Marco v. Intel Corp.*, No. 1:05-cv-00627-JJF (D. Del.)
39. *Schupler v. Intel Corp.*, No. 1:05-cv-00674-JJF (D. Del.)
40. *Lipton v. Intel Corp.*, No. 1:05-cv-00773-JJF (D. Del.)
41. *Prohias v. Intel Corp.*, No. 1:05-cv-00774-JJF (D. Del.)
42. *Koniecza v. Intel Corp.*, No. 1:05-cv-00775-JJF (D. Del.)
43. *Niehaus v. Intel Corp.*, No. 1:05-cv-00776-JJF (D. Del.)
44. *Hamilton v. Intel Corp.*, No. 1:05-cv-00777-JJF (D. Del.)

45. *Brauch v. Intel Corp.*, No. 1:05-cv-00778-JJF (D. Del.)
46. *Baxley v. Intel Corp.*, No. 1:05-cv-00779-JJF (D. Del.)
47. *Frazier v. Intel Corp.*, No. 1:05-cv-00780-JJF (D. Del.)
48. *Dickerson v. Intel Corp.*, No. 1:05-cv-00781-JJF (D. Del.)
49. *The Harman Press v. Intel Corp.*, No. 1:05-cv-00782-JJF (D. Del.)
50. *Shanghai 1930 Restaurant v. Intel Corp.*, No. 1:05-cv-00894-JJF (D. Del.)
51. *Major League Softball, Inc. v. Intel Corp.*, No. 1:05-cv-00895-JJF (D. Del.)
52. *Allanoff v. Intel Corp.*, No. 1:05-cv-00896-JJF (D. Del.)
53. *Law Offices of Laurel Stanley v. Intel Corp.*, No. 1:05-cv-00897-JJF (D. Del.)
54. *Lazio Family Prods. v. Intel Corp.*, No. 1:05-cv-00898-JJF (D. Del.)
55. *Walker v. Intel Corp.*, No. 1:05-cv-00899-JJF (D. Del.)
56. *Stoltz v. Intel Corp.*, No. 1:05-cv-00900-JJF (D. Del.)
57. *Naigow v. Intel Corp.*, No. 1:05-cv-00901-JJF (D. Del.)
58. *Hewson v. Intel Corp.*, No. 1:05-cv-00902-JJF (D. Del.)
59. *Lang v. Intel Corp.*, No. 1:05-cv-00903-JJF (D. Del.)
60. *Trotter-Vogel Realty, Inc. v. Intel Corp.*, No. 1:05-cv-00904-JJF (D. Del.)
61. *Juskiewicz v. Intel Corp.*, No. 1:05-cv-00905-JJF (D. Del.)
62. *Juan v. Intel Corp.*, No. 1:05-cv-00907-JJF (D. Del.)
63. *Dressed to Kill Draperies, LLC v. Intel Corp.*, No. 1:05-cv-00908-JJF (D. Del.)
64. *Kinder v. Intel Corp.*, No. 1:05-cv-00909-JJF (D. Del.)
65. *Rush v. Intel Corp.*, No. 1:05-cv-00910-JJF (D. Del.)
66. *Schwartz v. Intel Corp.*, No. 1:05-cv-00912-JJF (D. Del.)
67. *Marshall v. Intel Corp.*, No. 1:05-cv-00686-JJF (D. Del.)

## Cases Not Included in Either Group

1. *Suarez v. Intel Corp.*, No. 1:05-cv-00911-JJF (D. Del.)
2. *Armbrister v. Intel Corp.*, No. 1:05-cv-00913-JJF (D. Del.)
3. *Wiles v. Intel Corp.*, No. 1:05-cv-00914-JJF (D. Del.)