OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>**CLERK** | LOCKBOX 18<br>844 NORTH KING STREET<br>BOGGS FEDERAL BUILDING<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

April 25, 2006

Mr. Ralph L. DeLoach
Clerk
United States District Court
259 Robert J. Dole
 United States Courthouse
500 State Avenue
Kansas City, KS 66101-2400

      RE:    **In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717**
              CA 6:05-1303 (USDC/KS) - **06-265 JJF (D/DE)**

Dear Mr. DeLoach:

      In accordance with 28 U.S.C. § 1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

              Clerk, U.S. District Court
              Federal Building, Lockbox 18
              844 N. King St.
              Wilmington, DE 19801

      If your case file is maintained in electronic format in CM/ECF, please contact Monica Mosley at 302-573-6170.

                                             Sincerely,

                                             Peter T. Dalleo, Clerk

                                             By: __/s/_____
                                                   Monica Mosley
                                                   Deputy Clerk

Enc.
cc: Michael Beck, Clerk of Panel