IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE INTEL CORP. MICROPROCESSOR LITIGATION** | MDL Docket No. 05-1717-JJF |

This Pleading Pertains to:

| | |
|---|---|
| JIM KIDWELL, MARY REEDER, JOHN MAITA, JWRE, INC., CHRYSTAL MOELLER, and CARESSE HARMS, on their own behalves and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>  vs.<br><br>INTEL CORPORATION, A DELAWARE CORPORATION,<br><br>           Defendant. | Case No. 05-470-JJF |
| ROBERT J. RAINWATER, KATHY ANN CHAPMAN, and SONIA YACO, on their own behalves and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>  vs.<br><br>INTEL CORPORATION, A DELAWARE CORPORATION,<br><br>           Defendant. | Case No. 05-473-JJF |

Additional captions continue on following pages

**THE NATIONAL PLAINTIFFS GROUP'S MOTION
FOR LEAVE TO FILE THEIR CONSOLIDATED COMPLAINT**

| | |
|---|---|
| RYAN JAMES VOLDEN, CHARLES DUPRAZ, VANESSA Z. DEGEORGE, MELISSA GOEKE, JAMES R. CONLEY, NANCY BJORK, TOM KIDWELL, and JEFF VAUGHT, on their own behalves and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>  vs.<br><br>INTEL CORPORATION, A DELAWARE CORPORATION,<br><br>                  Defendant. | Case No. 05-488-JJF |
| FICOR ACQUISITION CO., LLC, d/b/a MILLS & GREER SPORTING GOODS, RICHARD CAPLAN, MARIA PILAR SALGADO, PAULA NARDELLA, NANCY WOLFE, LESLIE MARCH, TOM HOBBS, ANDREW MARCUS, and VIRGINIA DEERING, on their own behalves and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>  vs.<br><br>INTEL CORPORATION, A DELAWARE CORPORATION,<br><br>                  Defendant. | Case No. 05-515-JJF |
| BILL RICHARDS, CARL YAMAGUCHI, and RON TERRANOVA on their own behalves and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>  vs.<br><br>INTEL CORPORATION, A DELAWARE CORPORATION,<br><br>                  Defendant. | Case No. 05-672-JJF |

| | |
|---|---|
| DAVID KURZMAN, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>INTEL CORPORATION, A DELAWARE CORPORATION,<br><br>     Defendant. | Case No. 05-710-JJF |
| GIACOBBE-FRITZ FINE ART LLC, on its own behalf and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>INTEL CORPORATION, A DELAWARE CORPORATION,<br><br>     Defendant. | Case No. 05-846-JJF |

**THE NATIONAL PLAINTIFFS GROUP'S MOTION
FOR LEAVE TO FILE THEIR CONSOLIDATED COMPLAINT**

The plaintiffs comprising the National Plaintiffs Group,[1] by their counsel, respectfully move the Court for an Order granting them leave to file their Consolidated Complaint, a copy of

---

[1] The National Plaintiffs Group is comprised of the following named plaintiffs (identified by state), in each of following actions, filed in this Court: **(a)** Jim Kidwell (Arizona), Mary Reeder (Ohio), John Maita (New Jersey), JWRE, Inc. (Nebraska), Chrystal Moeller (Nebraska), and Caresse Harms (Nebraska), named plaintiffs in ***Kidwell, et al. v. Intel Corp.***, No. 05-470, filed in the District of Delaware on July 6, 2005; **(b)** Robert J. Rainwater (Michigan), Kathy Ann Chapman (Minnesota), and Sonia Yaco (Wisconsin), named plaintiffs in ***Rainwater, et al. v. Intel Corp.***, Case No. 05-473, filed in the District of Delaware on July 7, 2005; **(c)** James Volden (Iowa), Charles Dupraz (South Dakota), Vanessa Z. DeGeorge (North Carolina), Melissa Goeke (Maine), James R. Conley (North Dakota), Nancy Bjork (North Dakota), Tom Kidwell (Kansas), and Jeff Vaught (Kansas), named plaintiffs in ***Volden, et al. v. Intel Corp.***, Case No. 05-488, filed in the District of Delaware on July 13, 2005; **(d)** Ficor Acquisition Co., LLC, dba Mills & Greer Sporting Goods (Vermont), Richard Caplan (Washington, D.C.), Maria Pilar Salgado (Florida), Paula Nardella (Massachusetts), Nancy Wolfe (Alabama), Leslie March (Louisiana), Tom Hobbs (Tennessee), Andrew Marcus (New York), and Virginia Deering (West Virginia), named plaintiffs in ***Ficor Acquisition Corp., et al. v. Intel Corp.***, Case No. 05-515, filed in the District of Delaware on July 21, 2005; **(e)** Bill Richards (Mississippi), Ron Terranova (Nevada), and Carl Yamaguchi (Hawaii), in the action captioned ***Richards, et al. v. Intel Corp.***, No. 05-672, filed in the District of Delaware on September 14, 2005; **(f)** David Kurzman, in the action captioned ***Kurzman v.***

1

which is appended hereto as Exhibit A. The grounds for this motion are set forth in the accompanying memorandum of law contemporaneously filed in support thereof.[2]

**DATED:** May 2, 2006   **BIGGS AND BATTAGLIA**

/s/ Robert D. Goldberg
Robert D. Goldberg (ID #631)
921 North Orange Street
P.O. Box 1489
Wilmington, Delaware 19899
Telephone: (302) 655-9677
Facsimile: (302) 655-7924

*Proposed Liaison Counsel for the National Plaintiffs Group*

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Fred Taylor Isquith
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
Mary Jane Edelstein Fait
Adam J. Levitt
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert

---

*Intel Corp.*, No. 05-710, filed in the District of Delaware on September 29, 2005; and **(g)** Giacobbe-Fritz Fine Art LLC (New Mexico), in the action captioned *Giacobbe-Fritz Fine Art LLC v. Intel Corp.*, No 05-846 (JJF), filed in the District of Delaware on December 7, 2005, and is supported by each of the 22 law firms listed on the signature block at the end of this pleading.

[2] Should the Court grant the National Plaintiffs Group's motion and the National Plaintiffs' Group is permitted to file its proposed Consolidated Complaint, the National Plaintiffs Group will separately move to withdraw Mary Reeder and Nancy Wolfe from this action.

2

        750 B Street, Suite 2770
        San Diego, California  92101
        Telephone:  (619) 239-4599
        Facsimile:   (619) 234-4599

*Counsel for the National Plaintiffs Group*

Ann Lugbill
2406 Auburn Avenue
Cincinnati, Ohio  45219
Tel:  (513) 784-1280
Fax:  (513) 784-1449
*Counsel for Mary Reeder*

Brandon N. Voelker
28 West 5th Street
Covington, Kentucky  41011
Tel:  (859) 491-5551
Fax:  (859) 491-0187
*Counsel for Mary Reeder*

Gene Summerlin
OGBORN, SUMMERLIN
 & OGBORN, PC
210 Windsor Place
330 South Tenth Street
Lincoln, Nebraska  68508
Tel:  (402) 434-8040
Fax:  (402) 434-8044
*Counsel for JWRE, Inc., Chrystal Moeller, and Caresse Harms*

Robert J. Sharkey
VANDERVOORT, CHRIST
 & FISHER, PC
Fifth Third Bank Building, Suite 312
67 West Michigan Avenue
Battle Creek, Michigan  49017
Tel:  (269) 965-7000
Fax:  (269) 965-0646
*Counsel for Robert J. Rainwater*

Richard A. Lockridge
Robert K. Shelquist
LOCKRIDGE GRINDAL
 NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200

3

Minneapolis, Minnesota  55401
Tel:  (612) 339-6900
Fax:  (612) 339-0981
***Counsel for Kathy Ann Chapman,***
***Nancy Bjork, Ron Terranova, and Carl Yamaguchi***

Noah Golden-Krasner
LAW OFFICES OF NOAH
  GOLDEN-KRASNER
354 West Main Street
Madison, Wisconsin  53703
Tel:  (608) 441-8924
Fax:  (608) 442-9494
***Counsel for Sonia Yaco***

Tim Semelroth
RICCOLO & SEMELROTH, PC
425 Second St. SE, Ste 1140
Cedar Rapids, Iowa  52401
Tel:  (319) 365-9200
Fax:  (319) 365-1114
***Counsel for Ryan James Volden***

Robert J. Rubin, PA
RUBIN & STROUT, PA
480 West Street
Rockport, Maine  04856
Tel:  (207) 236-8260
Fax:  (207) 236-4981
***Counsel for Melissa Goeke***

Charles F. Speer
Donnamarie Landsberg
SPEER LAW FIRM, PC
104 W. 9th Street, Suite 305
Kansas City, Missouri  64105
Tel: (816) 472-3560
Fax:  (816) 421-2150
***Counsel for Jeff Vaught***

Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, Vermont  05403
Tel:  (802) 862-0030
Fax:  (802) 862-0060

4

*Counsel for Ficor Acquisition Co., LLC,
dba Mills & Greer Sporting Goods*

Peter G. Gruber
PETER G. GRUBER, P.A.
One Datran Center, Suite 910
9100 South Dadeland Boulevard
Miami, Florida  33156
Tel:  (305) 670-1010
Fax:  (305) 670-0228
*Counsel for Maria Pilar Salgado*

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, Massachusetts  02109
Tel:  (617) 369-7979
Fax:  (617) 369-7980
*Counsel for Paula Nardella*

Richard J.R. Raleigh Jr.
WILMER & LEE, P.A.
100 Washington Street, Suite 200
Huntsville, Alabama  35801
Tel:  (256) 533-0202
Fax:  (256) 533-0302
*Counsel for Nancy Wolfe*

Jayne Goldstein
MAGER & GOLDSTEIN LLP
2825 University Drive, Suite 350
Coral Springs, Florida  33065
Tel:  (954) 341-0844
Fax:  (954) 341-0855
*Counsel for Leslie March, Virginia Deering,
and Giacobbe-Fritz Fine Art LLC*

Carol A. Mager
MAGER & GOLDSTEIN LLP
One Liberty Place, 21st Floor
Philadelphia, Pennsylvania  19103
Tel:  (215) 640-3280
Fax:  (215) 640-3281
*Counsel for Leslie March, Virginia Deering,
and Giacobbe-Fritz Fine Art LLC*

Van Bunch
BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, PC
57 Carriage Hill
Signal Mountain, Tennessee  37377
Tel:  (423) 886-9736
**Counsel for Tom Hobbs**

Barry C. Blackburn
THE BLACKBURN LAW FIRM, PLLC
6933 Crumpler Boulevard, Suite B
P.O. Box 70
Olive Branch, Mississippi
Tel:  (662) 895-6116
Fax:  (662) 895-6121
**Counsel for Bill Richards**

Greg McEwen
THE MCEWEN LAW FIRM, P.L.L.C.
5850 Blackshire Path
Inver Grove Heights, Minnesota  55076
Tel:  (651) 224-3833
Fax: (651) 223-5790
**Counsel for Ron Terranova**

Jerold T. Matayoshi
FUKUNAGA MATAYOSHI HERSHEY
 & CHING, LLP
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, Hawaii  96813
Tel:  (808) 533-4300
Fax:  (808) 531-7585
**Counsel for Carl Yamaguchi**

Patrick J. Murphy
MURPHY, SMALL & ASSOCIATES
1100 East Bridger Avenue
Las Vegas, Nevada  89101
Tel:  (702) 259-4600
Fax:  (702) 259-4748
**Counsel for Ron Terranova**

David Pastor
GILMAN AND PASTOR, L.L.P
60 State Street, 37th Floor
Boston, Massachusetts  02109

Tel:  (617) 742-9700
Fax:  (617) 742-9701

*Counsel for David Kurzman*

9419

7