IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br> Defendants. | ) ) ) ) ) ) C. A. No. 05-441 (JJF) ) ) ) ) ) ) ) |
| IN RE: <br><br> INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) MDL Docket No. 05-1717 (JJF) ) ) |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION, <br><br> Defendant. | ) ) C.A. No. 05-485-JJF ) ) CONSOLIDATED ACTION ) ) ) ) ) ) ) |

**APPENDIX OF EXHIBITS IN SUPPORT OF INTEL'S MOTION TO DISMISS AMD'S FOREIGN COMMERCE CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION AND STANDING**

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Robert E. Cooper<br>Daniel S. Floyd<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 900071<br>(213) 229-7000 | By:  /s/ Richard L. Horwitz<br>    Richard L. Horwitz (#2246)<br>    W. Harding Drane, Jr. (#1023)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19899-0951<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    wdrane@potteranderson.com |
| Peter E. Moll<br>Darren B. Bernhard<br>Howrey LLP<br>1299 Pennsylvania Avenue<br>N.W. Washington, DC 20004<br>(202) 783-0800 | Attorneys for Defendants<br>Intel Corporation and Intel Kabushiki Kaisha |
| Dated:  May 2, 2006 | |

INDEX

| Exhibit | Description |
|---|---|
| 1 | Excerpts of AMD 2001 Annual Report (Form 10-K) |
| 2 | Excerpts of AMD 2002 Annual Report (Form 10-K) |
| 3 | Excerpts of AMD 2003 Annual Report (Form 10-K) |
| 4 | AMD October 14, 2005 corporate press release, available at http://www.amd.com/us-en/Corporate/VirtualPressRoom/0,,51_104_543~101840,00.html |
| 5 | Excerpts of AMD 2004 Annual Report (Form 10-K) |
| 6 | Excerpts of AMD 2005 Annual Report (Form 10-K) |
| 7 | http://www.amd.com/us-en/Processors/TechnicalResources/0,,30_182_3559_710^767,00.html |
| 8 | http://www.amd.com/us-en/Processors/TechnicalResources/0,,30_182_3559_710^7233,00.html |
| 9 | http://www.amd.com/us-en/Processors/TechnicalResources/0,,30_182_3559_710^764,00.html |
| 10 | Certified translation of Bill of Complaint to The Tokyo High Court (June 30, 2005) |
| 11 | Certified translation of Bill of Complaint to The Tokyo District Court, Civil Affairs Division (June 30, 2005) |
| 12 | 15 U.S.C. § 6a |
| 13 | FTAIA House Report, H.R. Rep. No. 686, 97th Cong., 2d Sess. (1982) |
| 14 | Brief for the United States and Federal Trade Commission as Amici Curiae Supporting Petitioners in F. Hoffman-La Roche Ltd. v. Empagran, S.A. (U.S. No. 03-724) (Feb. 2004) |
| 15 | Excerpts of AMD Annual Reports, 2001-2004 |
| 16 | Foreign Trade Antitrust Improvements Act: Hearings on H.R. 2326 Before the Subcommittee on Monopolies and Commercial Law of the Committee of the Judiciary, 97th Cong. (1981) (statement of Chairman Rodino) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on May 2, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

James L. Holzman
J. Clayton Athey
Eric M. Andersen
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

I hereby certify that on May 2, 2006, I have Federal Expressed the documents to the following non-registered participants:

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

Salem M. Katsh
Laurin B. Grollman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, New York 10019

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Allyson B. Baker
Cohen, Milstein, Hausfeld & Toll , P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
mhausfeld@cmht.com
dsmall@cmht.com
blandau@cmht.com
abaker@cmht.com

Michael P. Lehman  
Thomas P. Dove  
Alex C. Turan  
The Furth Firm LLP  
225 Bush Street, 15th Floor  
San Francisco, CA 94104  
mplehmann@furth.com  
tdove@furth.com  
aturan@furth.com  

Guido Saveri  
R. Alexander Saveri  
Saveri & Saveri, Inc.  
111 Pine Street, Suite 1700  
San Francisco, CA 94111  
guido@saveri.com  
rick@saveri.com  

Steve W. Berman  
Anthony D. Shapiro  
Hagens Berman Sobol Shapiro, LLP  
1301 Fifth Avenue, Suite 2900  
Seattle, WA 98101  
steve@hbsslaw.com  
tony@hbsslaw.com  

By: /s/ Richard L. Horwitz  
Richard L. Horwitz (#2246)  
W. Harding Drane, Jr. (#1023)  
POTTER ANDERSON & CORROON LLP  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
P.O. Box 951  
Wilmington, DE 19899-0951  
(302) 984-6000  
rhorwitz@potteranderson.com  
wdrane@potteranderson.com  

689962

2