# BIGGS AND BATTAGLIA
ATTORNEYS AT LAW
921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899
(302) 655-9677
TELECOPIER (302) 655-7924

VICTOR F. BATTAGLIA
ROBERT D. GOLDBERG
PHILIP B. BARTOSHESKY
VICTOR F. BATTAGLIA, JR.
STEVEN F. MONES

OF COUNSEL
JOHN BIGGS III
ERARD P. KAVANAUGH, SR.
S. BERNARD ABLEMAN

Writer's Direct E-mail: Goldberg@batlaw.com

May 3, 2006

*Via Electronic Filing and Hand Delivery*
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

> *In Re: Intel Corporation Microprocessor Antitrust Litigation*
> *MDL Docket No. 05-MD-1717 JJF*

Dear Judge Farnan:

     I enclose herewith a courtesy copy of the National Plaintiffs Group's Motion for Leave to File Their Consolidated Complaint which was filed yesterday. We would be most grateful if Your Honor would allow us to be heard briefly at the Status Conference to be held tomorrow.

                                         Respectfully submitted,

                                         /s/ Robert D. Goldberg
                                         Robert D. Goldberg (ID# 631)

RDG/mnj
cc:    Clerk of the Court
       Richard L. Horwitz, Esq.
       James L. Holzman, Esq.
       James G. McMillan, III, Esq.
       Scott E. Chambers, Esq.
       A. Zachary Naylor, Esq.
       Robert R. Davis, Esq.
       R. Bruce McNew, Esq.
       Jeffrey S. Goddess, Esq.