# CERTIFICATE OF SERVICE

I, Adam Balick, hereby certify that on the 4th day of May, 2006, the foregoing Supplemental Stipulation re: Preservation of Documents by Dell, Inc. was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

## VIA ELECTRONIC FILING

**David Mark Balabanian, Esquire**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Email: david.balabanian@bingham.com

**Joy K. Fuyuno, Esquire**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
Email: joy.fuyuno@bingham.com

**Richard L. Horwitz, Esquire**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza,
6th Flr. P.O. Box 951
Wilmington, DE 19899-0951
Email: rhorwitz@potteranderson.com

**Christopher B. Hockett, Esquire**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
Email: chris.hockett@bingham.com

**Daniel S. Floyd, Esquire**
Pro Hac Vice
Email: dfloyd@gibsondunn.com

**Darren B. Bernhard. Esquire**
Pro Hac Vice
Email: bernhardd@howrey.com

**Robert E. Cooper, Esquire**
Pro Hac Vice
Email: rcooper@gibsondunn.com

**David William Gregory, Esquire**
Prickett, Jones & Elliott, P.A.
1310 King St., P.O. Box 1328
Wilmington, DE 19899
Email: dwgregory@prickett.com

**Eric M. Andersen, Esquire**
Prickett, Jones & Elliott, P.A.
1310 King St., P.O. Box 1328
Wilmington, DE 19899
Email: emandersen@prickett.com

**James L. Holzman, Esquire**
Prickett, Jones & Elliott, PA.
1310 King St., P.O. Box 1328
Wilmington, DE 19899
Email: jlholzman@prickett.com

**A. Zachary Naylor, Esquire**
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Email: zacharynaylor@chimicles.com

**Fred T. Isquith, Esquire**
Wolf Haldenstein Adler Freeman & Herz
270 Madison Ave., 11th Floor
New York, NY 10016
Email: Isquith@wfafh.com

**Robert D. Goldberg, Esquire**
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
Email: Goldberg@batlaw.com

**Chad Michael Shandler, Esquire**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Email: shandler@rlf.com

**Charles P. Diamond, Esquire**
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Email: CDiamond@omm.com

**Frederick L. Cottrell, III, Esquire**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Email: cottrell@rlf.com


**Steven J. Fineman, Esquire**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551 Wilmington, DE 19899
Email: fineman@rlf.com

**Linda J. Smith, Esquire**
O'Melveny & Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
Email: lsmith@omm.com

**Mark A. Samuels, Esquire**
O'Melveny & Meyers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Email: MSamuels@omm.com

**James Gordon McMillan, III, Esquire**
Bouchard Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Email: jmcmillan@bmf-law.com

**Steve W. Berman, Esquire**
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue Suite 2900
Seattle, WA 98101
Email: steve@hbsslaw.com

**Garrett D. Blanchfield, Jr., Esquire**
Richard Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota St.
St. Paul, MN 55101
Email: g.blanchfield@rwblawfirm.com

**Jeffrey F. Keller, Esquire**
Law Offices of Jeffrey F. Keller
425 Second St., Suite 500
San Francisco, CA 94107
Email: jfkeller@kellergrover.com

**Michele C. Jackson, Esquire**
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery St., 30th Floor
San Francisco, CA 94111
Email: mjackson@lchb.com


**Michael P. Lehmann, Esquire**
Furth Firm LLP
225 Bush St.
15th Floor
San Francisco, CA 94104
Email: mlehmann@furth.com

**R. Alexander Saveri, Esquire**
Saveri & Saveri Inc.
111 Pine St., Suite 1700
San Francisco, CA 94111
Email: rick@saveri.com

**Bruce J. Wecker, Esquire**
Hosie & McArthur
1 Market St.
Spear Street Tower
Suite 2200
San Francisco. CA 94105
Email: bwecker@hosielaw.com

**Francis O. Scarpulla, Esquire**
Law Offices of Francis O. Scarpulla
44 Montgomery St.
Suite 3400
San Francisco, CA 94104
Email: foslaw@pacbell.net

**Ali Oromchian, Esquire**
Finkelstein Thompson & Loughran
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Email: ao@ftllaw.com

**Juden Justice Reed, Esquire**
Schubert & Reed LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Email: jreed@schubert-reed.com

**Joseph M. Patane, Esquire**
Law Office of Joseph M. Patane

2280 Union St.
San Francisco, CA 94123
Email: jpatane@tatp.com

**Maria Nunzio Alioto, Esquire**
Trump Alioto Trump & Prescott LLP
2280 Union St.
San Francisco, CA 94123
Email: malioto@tatp.com

**Nancy Fineman, Esquire**
Cotchett Pitre Simon & McCarthy
840 Malcolm Rd., Suite 200
Burlingame, CA 94010
Email: nfineman@cpsmlaw.com

**Donald Chidi Amamgbo, Esquire**
Amambgo & Associates APC
1940 Embarcadero Cove
Oakland, CA 9460
Email: DonaldAmambgo@Citycom.com

**Reginald Von Terrell, Esquire**
The Terrell Law Group
223 25th Street
Richmond, CA 94804
Email: REGGIE2@aol.com

**David Boies, III, Esquire**
Straus & Boies LLP
4041 University Dr., 5th Floor
Fairfax, VA 22030
Email: dboies@straus-boies.com

**Donald F. Drummond, Esquire**
Drummond & Associates
One California St., Suite 300
San Francisco, CA 94111
Email: ballen@drummondlaw.net

**Gordon Ball, Esquire**
Ball & Scott
550 Main Avenue, 750 NationsBank Center
Knoxville, TN 37902
Email: flings@ballandscott.com

**B.J. Wade, Esquire**
Glassman Edwards Wade & Wyatt P.C.
26 N. Second St.
Memphis, TN 38103
Email: bwade@gewwlaw.com

## VIA FIRST CLASS MAIL

**Richard A. Ripley, Esquire**
Bingham McCutchen
1120 20th Street, NW Suite 800
Washington, DC 20036

**Daniel Hume, Esquire**
Kirby McInerney & Squire LLP
830 Third Avenue, 10th Floor
New York, NY 10022

**Scott Ames, Esquire**
Serratore & Ames
9595 Wilshire Boulevard
Suite 201
Los Angeles, CA 90212

**Craig C. Corbitt, Esquire**
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

**Donald L. Perelman, Esquire**
Fine Kaplan & Black RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

**Edward A. Wallace, Esquire**
The Wexler Firm LLP
One North LaSalle Street
Suite 2000
Chicago, IL 60620

**Michael L. Kirby, Esquire**
Kirby Noonan Lance and Hoge
600 West Broadway
Suite 1100
San Diego, CA 92101-3302

**Michael J. Beck, Esquire**
Clerk, MDL Judicial Panel
One Columbus Circle. N.E.
Room G-255, Federal Judiciary Building
Washington, DC 20002-8004

**Randy R. Renick, Esquire**
128 North Fair Oaks Avenue
Suite 204
Pasadena, CA 91103

**Daniel B. Allanoff, Esquire**
Meredith Cohen Greenfogel & Skirnick P.C.
117 South 17th Street, 22nd Floor
Architects Building
Philadelphia, PA 19103

**Douglas G. Thompson, Jr., Esquire**
Finklestein Thompson & Loughran
1050 30th Street, N.W.
Washington, DC 20007

**Russell M. Aoki, Esquire**
Aoki Sakamoto Grant LLP
One Convention Place
701 Pike Street, Suite 1525
Seattle, WA 98101

**Lance A. Harke, Esquire**
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130

_____
Adam Balick