IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-441-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN RE:<br><br>INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | )<br>)  Civil Action No. 05-MD-1717-JJF<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the Stipulation and Order Regarding Protective Order Approval Process (D.I. 109, C.A. No. 05-441, D.I. 60, C.A. No. 05-MD-1717) is amended as follows:

A.  The Noticed Third Parties shall have until May 19, 2006 to file any concerns or objections regarding the proposed Protective Order;

B.  AMD, Intel and Interim Class Counsel shall have until May 30, 2006 to respond to any Noticed Third Party objections or comments; and

C.  The Proposed Protective Order, subject to any modifications the parties may agree to in light of the Noticed Third Party objections, shall be submitted to the Court on May 31, 2006 for the Court's consideration.

RLF1-3010695-1

DATED: May 8, 2006

By: ___/s/ Frederick L. Cottrell, III___
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICES, LTD.

By: ___/s/ W. Harding Drane, Jr. (#1023)___
Richard L. Horwitz (#2246)
rhorwitz@potteranderson.com
W. Harding Drane, Jr. (#1023)
wdrane@potteranderson.com
Potter Anderson & Corroon LLP
1313 North Market Street, P.O. Box 951
Wilmington, DE  19801
(302) 984-6000

ATTORNEYS FOR INTEL CORPORATION AND INTEL KABUSHIKI KAISHA

By: ___/s/ James L. Holzman (#663)___
James L. Holzman (#663)
jlholzman@prickett.com
J. Clayton Athey (#4378)
jcathey@prickett.com
Prickett Jones & Elliott, P.A.
1310 King Street, P.O. Box 1328
Wilmington, DE  19899
(302) 888-6509

INTERIM LIAISON COUNSEL

2

RLF1-3010695-1

3

IT IS SO ORDERED this ____ day of _____, 2006

_____
United States District Judge