IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>   v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-441-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |

## STIPULATION

The parties, through their respective attorneys and subject to order of the Court, agree that the time within which Advanced Micro Devices, Inc. and AMD International Sales & Services, Ltd. must file and serve their answering papers in opposition to the Motion of Defendants' Intel Corporation and Intel Kabushiki Kaisha (hereafter "Intel") to Dismiss AMD's Foreign Commerce Claims for Lack of Subject Matter Jurisdiction and Standing (D.I. 111) shall be extended to May 26, 2006. The time within which Intel must file and serve their reply papers shall be extended to June 9, 2006.

RLF1-3012599-1

| | |
|---|---|
| /s/ Richard L. Horwitz | /s/ Chad M. Shandler |
| Richard L. Horwitz (#2246) | Jesse A. Finkelstein (#1090) |
| rhorwitz@potteranderson.com | finkelstein@rlf.com |
| Potter Anderson & Corroon LLP | Frederick L. Cottrell, III (#2555) |
| Hercules Plaza, Sixth Floor | cottrell@rlf.com |
| 1313 North Market Street | Chad M. Shandler (#3796) |
| P. O. Box 551 | shandler@rlf.com |
| Wilmington, DE 19899-9051 | Steven J. Fineman (#4025) |
| (302) 984-6000 | fineman@rlf.com |
| | Richards, Layton & Finger |
| Attorneys for Intel Corporation and Intel Kabushiki Kaisha | One Rodney Square |
| | P. O. Box 551 |
| | Wilmington, DE 19899 |
| | (302) 651-7500 |
| | |
| | Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. |

IT IS SO ORDERED THIS _____ day of May 2006.

_____
United States District Judge