# BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. MCMILLAN, III

May 19, 2006

Via Electronic Filing and Hand Delivery

The Honorable Joseph F. Farnan, Jr.
District Court of Delaware
District of Delaware
844 N. King Street, Room 4209
Wilmington, Delaware 19801

> Re: *Advanced Micro Devices, Inc. v. Intel Corp.*, C.A. No. 05-441-JJF
> *In re Intel Corp. Microprocessor Antitrust Litig., MDL* No. 1717-JJF
> *Paul v. Intel Corp.*, C.A. No., 05-485-JJF

Dear Judge Farnan:

In accordance with the Proposed Protective Order negotiated and stipulated to by the parties in the above-captioned actions, please find enclosed for your review a copy of Objections Of Third-Party Egenera, Inc. to Stipulated Confidentiality Agreement and [Proposed] Protective Order.

Respectfully,

/s/ Dominick T. Gattuso

Dominick T. Gattuso (Bar ID No. 3630)

Enclosure

cc:    Frederick L. Cottrell, III, Esq.
       Richard L. Horwitz, Esq.
       James L. Holzman, Esq.
       Kathryn K. Conde, Esq.
       Sarah P. Kelly, Esq.
       David J. Margules, Esq.

{W0000900.}