

100 MARINE PARKWAY
SUITE 350
REDWOOD SHORES, CA 94065

MCMAHON SEREPCA LLP

TEL 650-637-0600
FAX 650-637-0700
www.mcmahonserepca.com

May 19, 2006

**VIA EMAIL (jjf_civil@ded.uscourts.gov) and FEDERAL EXPRESS**

The Honorable Joseph J. Farnan, Jr.
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

Re:   *Advanced Micro Devices, Inc. et al v. Intel Corporation et al*;
      Case No. 1:05-cv-00441-JJF

Your Honor:

My name is Peter C. McMahon and I am a Partner in McMahon Serepca LLP, which represents Acer America Corporation ("Acer America"). Acer America is not a party to the above-entitled action, but rather a third party that has been subpoenaed by Advanced Micro Devices, Inc. ("AMD") to provide documents relevant to this action.

Enclosed are Acer America's objections and comments to the Protective Order. Per your Case Manager, Ms. Deborah Krett, I am submitting the documents via e-mail for filing with the Court today, Friday, May 19, 2006. Courtesy copies of the documents are scheduled to arrive via FedEx Priority Overnight on Monday, May 22, 2006.

Please do not hesitate to contact me at 650-637-0600 x116 should Your Honor have any questions or if I can be of any other assistance.

Very Truly Yours,

Peter C. McMahon, Esq.

Enclosures

*Your Company's Legal Firewall*℠