IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>        Defendants. | Civil Action No. 05-441-JJF |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |

**NOTICE OF SERVICE**

TO:    Frank L. Cottrell, III, Esquire
           Chad M. Shandler, Esquire
           Richards Layton & Finger, P.A.
           One Rodney Square, P.O. Box 551
           Wilmington, DE 19899

           Richard L. Horwitz, Esquire
           W. Harding Drane, Jr., Esquire
           Potter, Anderson & Corroon LLP
           1313 North Market Street,
           Wilmington, DE 19801

           James L. Holzman, Esquire
           J. Clayton Athey, Esquire
           Prickett Jones & Elliott, P.A.
           1310 King Street, P.O. Box 1328
           Wilmington, DE 19899

PLEASE TAKE NOTICE that on May 19, 2006, true and correct copies of Microsoft Corporation's Response and Objections To Subpoena From Advanced Micro Devices, Inc. and

AMD International Sales & Services, Ltd. were caused to be served by First Class U.S. Mail and e-mail on the following:

**COUNSEL FOR AMD**

Charles P. Diamond
cdiamond@omm.com
Linda J. Smith
lsmith@omm.com
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035

Mark A. Samuels
msamuels@omm.com
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Jesse A. Finkelstein
finkelstein@rlf.com
Frederick L. Cottrell, III
cottrell@rlf.com
Chad M. Shandler
shandler@rlf.com
Steven J. Fineman
fineman@rlf.com
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**COUNSEL FOR INTEL**

Robert E. Cooper
rcooper@gibsondunn.com
Daniel S. Floyd
rfloyd@gibsondunn.com
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Darren B. Bernhard
bernhardd@howrey.com
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402

Richard L. Horowitz
rhorowitz@potteranderson.com
Potter Anderson & Carroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

                                          /s/ Richard M. Donaldson
Richard M. Donaldson (Del. Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820
Attorneys for Microsoft Corporation

Dated: May 19, 2006