IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| INTEL CORP. MICROPROCESSOR | : | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION | : | |
| | : | |
| PHIL PAUL, on behalf of himself | : | |
| and all others similarly | : | |
| situated, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 05-485-JJF |
| | : | |
| v. | : | CONSOLIDATED ACTION |
| | : | |
| INTEL CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

At Wilmington, this 22nd day of May, 2006, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1.  Plaintiff Cory Wiles's Motion To Remand (Civ. Action No. 05-914, D.I. 23) is **DENIED**;

2.  Plaintiff Marvin D. Chance's Motion To Remand (Civ. Action No. 06-265, D.I. 33) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE