## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | Civil Action No. 05-441-JJF |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>Defendant. | |

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF SANTA CLARA

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (Rule 1550(b))<br><br>INTEL X86 MICROPROCESSOR CASES | J.C.C.P. No. 4443 |

## ENTRY OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT Hewlett-Packard Company hereby appears through

their undersigned counsel and demands service of all notices and papers herein upon:

DRINKER BIDDLE & REATH LLP
Andrew J. Flame, Esq.
David P. Primack, Esq.
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254
Tel: 302-467-4200
Fax: 302-467-4201

MORGAN, LEWIS & BOCKIUS LLP
Michael J. Holston, Esq.
John F. Schultz, Esq.
Ty E. Howard, Esq.
170l Market Street
Philadelphia, PA 19103-2921
Tel: 215-963-5000
Fax: 215-963-5001

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings

of any kind, including, without limitation, all notices, motions, and orders, whether written or

oral, formal or informal, however transmitted.

Dated: May 19, 2006

/s/ David P. Primack
Andrew J. Flame (DE 4398)
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254
Telephone: 302-467-4200
Facsimile: 302-467-4201

-and-

(Pending *Pro Hac Vice* admission):

Michael J. Holston, Esq.
John F. Schultz, Esq.
Ty E. Howard, Esq.
MORGAN, LEWIS & BOCKIUS LLP
170l Market Street
Philadelphia, PA 19103-2921
Tel: 215-963-5000
Fax: 215-963-5001

Attorneys for Hewlett-Packard Company

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 19th day of May, 2006, I caused a copy of

the foregoing ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS to be

served via CM/ECF on parties in this case and via Email on the following parties:

Frederick L. Cottrell, III (cottrell@rlf.com)
Chad M. Shandler (shandler@rlf.com)
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Richard L. Horwitz (rhorwitz@potteranderson.com)
W. Harding Drane, Jr. (wdrane@potteranderson.com)
Potter Anderson & Corroon LLP
1313 North Market Street, P.O. Box 951
Wilmington, DE 19801

James L. Holzman (jlholzman@prickett.com)
J. Clayton Athey (jcathey@prickett.com)
Prickett, Jones & Elliott, P.A.
1310 King Street, P.O. Box 1328
Wilmington, Delaware 19899

Dated:  May 19, 2006

**DRINKER BIDDLE & REATH LLP**

_____/s/  David P. Primack_____
David P. Primack (DE 4449)
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1254
(302) 467-4200
(302) 467-4201 (fax)

Attorneys for Hewlett-Packard Company