## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **INTEL CORP. MICROPROCESSOR** ) | |
| **ANTITRUST LITIGATION** ) | **MDL Docket No. 05-1717-JJF** |
| ) | |
| **This pleading relates to:** ) | **Case No. 1:05-cv-00913-JJF** |
| ) | |
| **ANDREW ARMBRISTER, et al,** ) | **Judge Farnan** |
| **v. INTEL CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF VOLUNTARY DISMISSAL

Upon Notice of Voluntary Dismissal filed by the Plaintiffs, Andrew Armbrister, Melissa

Armbrister and Nancy S. Friedman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), seeking

an order voluntarily dismissing this action, without prejudice, and for good cause, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that for the reasons set forth in Plaintiffs' Notice of

Voluntary Dismissal, the proposed class action complaint is dismissed, without prejudice to the

refiling of same.

**ENTER** this _____ day of _____, 2006.


_____
DISTRICT JUDGE