**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTEL CORP. MICROPROCESSOR ) | MDL Docket No. 05-1717 (JJF) |
| ANTITRUST LITIGATION ) | |
| ) | |

| | |
|---|---|
| PHIL PAUL, on behalf of himself ) | |
| and all others similarly situated, ) | C.A. No. 05-485-JJF |
| ) | |
| Plaintiffs, ) | CONSOLIDATED ACTION |
| ) | |
| v. ) | |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for Intel Corporation and Intel Kabushiki Kaisha, hereby certifies that true and correct copies of Initial Disclosures of Intel Corporation and Intel Kabushiki Kaisha Pursuant to Rule 26(a)(1) were caused to be served on October 7, 2005 on the following attorneys of record at the addresses as indicated below. These Initial Disclosures are the same document that was served in the AMD litigation (see D.I. 63) in C.A. No. 05-441-JJF.

**VIA FEDERAL EXPRESS**

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD
 & TOLL , P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005

Fred Taylor Isquith
270 Madison Avenue
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
New York, NY 10016

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Robert E. Cooper<br>Daniel S. Floyd<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 900071<br>(213) 229-7000 | By:  /s/ Richard L. Horwitz<br>     Richard L. Horwitz (#2246)<br>     W. Harding Drane, Jr. (#1023)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     P.O. Box 951 |
| Peter E. Moll<br>Darren B. Bernhard<br>Howrey LLP<br>1299 Pennsylvania Avenue<br>N.W. Washington, DC 20004<br>(202) 783-0800 | Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Intel Corporation and Intel Kabushiki Kaisha* |

Dated:  June 1, 2006

734646

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 1, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

James L. Holzman (#663)
J. Clayton Athey (#4378)
Eric M. Andersen (#4376)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899


I hereby certify that on June 1, 2006, I have Emailed the documents to the following non-registered participants:

| | |
|---|---|
| Michael D. Hausfeld | Michael P. Lehman |
| Daniel A. Small | Thomas P. Dove |
| Brent W. Landau | Alex C. Turan |
| Allyson B. Baker | THE FURTH FIRM LLP |
| COHEN, MILSTEIN, HAUSFELD | 225 Bush Street, 15th Floor |
| & TOLL , P.L.L.C. | San Francisco, CA 94104 |
| 1100 New York Avenue, N.W. | mplehmann@furth.com |
| Suite 500, West Tower | tdove@furth.com |
| Washington, D.C. 20005 | aturan@furth.com |
| mhausfeld@cmht.com | |
| dsmall@cmht.com | |
| blandau@cmht.com | |
| abaker@cmht.com | |

| | |
|---|---|
| Steve W. Berman<br>Anthony D. Shapiro<br>HAGENS BERMAN SOBOL<br>  SHAPIRO, LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>tony@hbsslaw.com | Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>guido@saveri.com<br>rick@saveri.com |

By:  */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com