IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) | MDL No. 05-1717-JJF |
| ADVANCED MICRODEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-441-JJF |
| v. | ) ) | |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | ) ) ) ) | |
| Defendants. | ) ) | |
| PHIL PAUL, on behalf of himself And all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-485-JJF |
| v. | ) ) | CONSOLIDATED ACTION |
| INTEL CORPORATION, | ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF SERVICE**

RLF1-3020783-1

TO:  Richard L. Horwitz, Esquire
     Potter Anderson & Corroon LLP
     1313 North Market Street
     P.O. Box 951
     Wilmington, DE  19899

     Robert D. Goldberg, Esquire
     Biggs and Battaglia
     921 North Orange Street
     Wilmington, DE  19899

     Robert E. Cooper, Esquire
     Daniel S. Floyd, Esquire
     Gibson, Dunn & Crutcher LLP
     333 South Grand Avenue
     Los Angeles, CA  90071-3197

     James L. Holzman, Esquire
     Prickett, Jones & Elliott, P.A.
     1310 King Street
     P.O. Box 1328
     Wilmington, DE  19899-1328

     Darren B. Bernhard, Esquire
     Howrey LLP
     1299 Pennsylvania Avenue, N.W.
     Washington, DC  20004-2402

PLEASE TAKE NOTICE that true and correct copies of the Revised Proposed Protective Order and letters to the Court were caused to be served on the following third parties on May 31, 2006 in the manner indicated:

**BY ELECTRONIC MAIL**
ASI Computer Technologies, Inc.
c/o Alison S. Hightower
Nossaman, Gunthner, Knox & Elliot LLP
50 California Street, 34th Str.
San Francisco, CA  94111-4799
Ahightower@nossaman.com

ASI Computer Technologies, Inc.
c/o Michael P. Kelly
McCarter & English LLP
919 N. Market Street, 18th Floor
Wilmington, DE 19801
mkelly@mccarter.com

Of Counsel:
Charles P. Diamond
Linda J. Smith
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035
(310) 553-6700

Mark A. Samuels
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, 90071
(213) 430-6340

Dated: June 5, 2006

/s/ Jesse A. Finkelstein

Jesse A. Finkelstein (#1090)
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Gregory E. Stuhlman (#4765)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Finkelstein@rlf.com
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com
Stuhlman@rlf.com
Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

Robert D. Goldberg, Esquire
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19899-1489

and have sent by Federal Express to the following non-registered participants:

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com