IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTEL CORP. MICROPROCESSOR ) | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION ) | |
| ) | |
| PHIL PAUL, on behalf of himself ) | |
| and all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 05-485-JJF |
| ) | |
| v. ) | CONSOLIDATED ACTION |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF CHANCE'S MOTION TO RECONSIDER**

Plaintiff moves the Court to reconsider its Order dated May 23, 2006, denying Plaintiff's motion to remand. D.I. 101. Filed with this motion is Plaintiff Chance's Opening Brief in Support. Plaintiff's Opening Brief urges the Court to consider the evidence on the amount in controversy Plaintiff submitted in support of his motion to remand and whether, given this issue, defendant Intel has failed in its burden to establish jurisdiction in this Court.

WHEREFORE, Plaintiff moves the Court for reconsideration of its Order denying Plaintiff's motion to remand this action to the District Court in Seward County, Kansas.

1

Respectfully Submitted,

\s\ Rex A. Sharp
Rex A. Sharp #12350
Barbara C. Frankland #14198
Gunderson, Sharp & Walke, L.L.P.
4121 W. 83rd St., Ste. 256
Prairie Village, KS 66208
913-901-0500
913-901-0419 Fax
rsharp@midwest-law.com
bfrankland@midwest-law.com

### Certificate of Service

I, Rex Sharp, do hereby certify that on the 5th day of June, 2006, I served a true and correct copy of the above and foregoing through the Notice of Electronic Filing for parties and counsel who are Filing Users:

Tim J. Moore
Robert W. Coykendall
MORRIS LAING
Old Town Square
300 North Mead, Suite 200
Wichita, Kansas 67202

David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Richard A. Ripley
Gregory F. Wells
BINGHAM McCUTCHEN LLP
120 20TH Street, NW, Suite 800
Washington, DC 20036

Attorneys for Defendants

Courtesy Copy by mail to:

Peter T. Dalleo
Clerk of the Court
USDC for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 18
Wilmington, DE 19801

\s\ Rex Sharp