**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE INTELCORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) | MDL No. 05-1717-JJF |
| ADVANCED MICRODEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation, Plaintiffs, v. INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, Defendants. | ) | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself And all others similarly situated, Plaintiffs, v. INTEL CORPORATION, Defendants. | ) | C.A. No. 05-485-JJF<br>CONSOLIDATED ACTION |

**NOTICE OF SERVICE**

TO: Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

Robert D. Goldberg, Esquire
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19899

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

PLEASE TAKE NOTICE that true and correct copies of the Notice of Hearing Re: D.I. 109 were caused to be served on the following third parties on June 2, 2006 in the manner indicated:

**BY ELECTRONIC MAIL**
Appro International, Inc.
c/o Daniel Kim
CEO and President
446 South Abbott Avenue
Milpitas, CA 95035
DanielKim@appro.com

**BY ELECTRONIC MAIL**
Avnet, Inc.
c/o Jordan Green
Fennemore Craig, P.C.
3003 North Central Avenue, Ste. 2600
Phoenix, AZ 85012-2913
jgreen@fclaw.com

**BY ELECTRONIC MAIL**
Averatec
c/o Karen H. Bromberg
Cohen & Gresser LLP
100 Park Avenue, 23rd Floor
New York, NY 10017
kbromberg@cohengresser.com

**BY ELECTRONIC MAIL**
Best Buy Enterprise Services, Inc.
c/o Maria L. Koss
7601 Penn Avenue South
Richfield, MN 55423-3645
maria.koss@bestbuy.com

Best Buy Enterprise Services, Inc.
c/o Kelly K. Pierce
Robbins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
kkpierce@rkmc.com

**BY ELECTRONIC MAIL**
Best Buy Company, Inc.
c/o Maria L. Koss
7601 Penn Avenue South
Richfield, MN 55423-3645
maria.koss@bestbuy.com

Best Buy Company, Inc.
c/o Kelly K. Pierce
Robbins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
kkpierce@rkmc.com

**BY ELECTRONIC MAIL**
Comp USA, Inc.
c/o Ted Daniel
Jenkens & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799
tdaniel@jenkens.com

**BY ELECTRONIC MAIL**
Circuit City Stores, Inc.
c/o Howard Feller
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219-4030
hfeller@mcguirewoods.com

Circuit City Stores, Inc.
c/o Brian J. Chapman
Kent & McBride, P.C.
1105 Market Street, Suite 500
Wilmington, DE 19801
bchapman@kentmcbride.com

**BY ELECTRONIC MAIL**
Egenera Inc.
c/o Kathryn K. Conde
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
kconde@nutter.com

**BY ELECTRONIC MAIL**
Dell Corporation
c/o Jeffrey J. Joyce
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515
jjjoyce@JonesDay.com

**BY ELECTRONIC MAIL**
Fry's Electronics, Inc.
c/o Brian Henri
Legal Department
600 East Brokaw Road
San Jose, CA 95112
bdh@i.frys.com

**BY ELECTRONIC MAIL**
Fujitsu Computer Systems Inc.
c/o Jill D. Neiman
Morrison Foerster
425 Market Street
San Francisco, CA 94105-2482
jneiman@mofo.com

**BY ELECTRONIC MAIL**
Fujitsu America, Inc.
c/o Jill D. Neiman
Morrison Foerster
425 Market Street
San Francisco, CA 94105-2482
jneiman@mofo.com

**BY ELECTRONIC MAIL**
Fujitsu Ltd.
c/o Jill D. Neiman
Morrison Foerster
425 Market Street
San Francisco, CA 94105-2482
jneiman@mofo.com

Fujitsu Ltd.
c/o Peter J. Stern
Morrison Foerster
AIG Building, 11th Floor
1-1-3 Marunouchi, Chiyoda-ku Tokyo
Japan 100-0005
pstern@mofo.com

**BY ELECTRONIC MAIL**
Hewlett Packard Company
c/o Michael J. Holston
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
mholston@morganlewis.com

Hewlett Packard Company
c/o David Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
David.primack@dbr.com

**BY ELECTRONIC MAIL**
Gateway Inc.
c/o Greg Call
Assistant General Counsel
Gateway, Inc.
7565 Irvine Center Drive
Irvine, CA 92618-2930
Greg.call@gateway.com

**BY ELECTRONIC MAIL**
Ingram Micro
c/o Jonathan P. Hersey
Sheppard Mullen Richter & Hampton LLP
650 Town Center Drive
4th Floor
Costa Mesa, CA 92626-1993/
jhersey@sheppardmullin.com

Ingram Micro
c/o Elizabeth D. Power
Zuckerman Spaeder LLP
919 N. Market Street, Suite 990
Wilmington, DE 19899
bpower@zuckerman.com

**BY ELECTRONIC MAIL**
Hitachi Ltd.
c/o William A. Streff, Jr.
Kirkland & Ellis LLP
200 E. Randolph Drive
54th Floor
Chicago, IL 60601
wstreff@kirkland.com

**BY ELECTRONIC MAIL**
Lenovo Group
c/o Hayden J. Silver, III
J. Christopher Jackson
Kilpatrick Stockton LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
jaysilver@kilpatrickstockton.com
jcjackson@kilpatrickstockton.com

**BY ELECTRONIC MAIL**
International Business Machines Corporation
c/o Michael Paskin
Sally Kesh
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
mpaskin@cravath.com
skesh@cravath.com

**BY ELECTRONIC MAIL**
MPC Computers, Inc.
c/o Brian T. Hansen
Legal Department
906 East Karcher Road
Nampa, ID 83687
bthansen@mpccorp.com

**BY ELECTRONIC MAIL**
Microsoft
c/o Dale A. Rice
Heller Ehrman
333 Bush Street
San Francisco, CA 94104-2878
Dale.rice@hellerehrman.com

Microsoft
c/o R. Montgomery Donaldson
Montgomery, McCracken, Walker & Rhoads
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
rdonaldson@mmwr.com

**BY ELECTRONIC MAIL**
NEC Computers International
c/o Dean A. Morehous
Thelen Reid & Priest LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
dam@thelenreid.com

**BY ELECTRONIC MAIL**
NEC Computers Inc.
c/o Erika C. Birg
Robert Parker
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, NW, Suite 1300
Washington, DC 20036-5694
ebirg@paulweiss.com
rparker@paulweiss.com

**BY ELECTRONIC MAIL**
NEC USA, Inc.
c/o Erika C. Birg
Robert Parker
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, NW, Suite 1300
Washington, DC 20036-5694
ebirg@paulweiss.com
rparker@paulweiss.com

**BY ELECTRONIC MAIL**
NEC Solutions (America), Inc.
c/o Erika C. Birg
Robert Parker
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, NW, Suite 1300
Washington, DC 20036-5694
ebirg@paulweiss.com
rparker@paulweiss.com

**BY ELECTRONIC MAIL**
Office Depot, Inc.
c/o Heather Stern
Corporate Attorney
Office Depot
2200 Old Germantown Rd.
Mail Code: LEGL
Delray Beach, FL 33445
hstern@officedepot.com

**BY ELECTRONIC MAIL**
Office Depot, Inc.
c/o P. Benjamin Zuckerman
Greenberg Traurig, P.A.
5100 Town Center Circle, Suite 400
Boca Raton, FL 33486
zuckermanb@gtlaw.com

**BY ELECTRONIC MAIL**
Skype Inc.
c/o Michael G. Rhodes
Cooley Godward LLP
4401 Eastgate Mall
San Diego, CA 92121
mrhodes@cooley.com

**BY ELECTRONIC MAIL**
Rackable Systems, Inc.
c/o Bill Garvey
General Counsel & VP Corp. Dev.
1933 Milmont Drive
Milpitas, CA 95035
bgarvey@ rackable.com

**BY ELECTRONIC MAIL**
Sony Electronics, Inc.
c/o P. Clarkson Collins
Morris, James, Hitchens, & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621
pcollins@morrisjames.com

**BY ELECTRONIC MAIL**
Sony Corporation
c/o Michael S. Sundermeyer
Williams & Connolly LLP/
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
msundermeyer@wc.com

**BY ELECTRONIC MAIL**
Supermicro Computer Inc.
c/o Bruce C. Piontkowski
Ropers, Majeski, Kohn & Bentley
80 N. First Street
San Jose, CA 95113
bpiontkowski@ropers.com

**BY ELECTRONIC MAIL**
Sun Microsystems, Inc.
c/o Clay James
Dir., Associate Gen. Counsel, Chief Litigation Counsel
Sun Microsystems, Inc.
500 Eldorado Boulevard
UBRM01-205
Broomfield, CO 80021
Clayton.James@Sun.COM

**BY ELECTRONIC MAIL**
Tech Data, Corp.
c/o Kevin Teismann, Esquire
Legal Department
5350 Tech Data Drive
Clearwater, FL 33760
kevin.teismann@techdata.com

Tech Data, Corp.
c/o Eric Adams
Carlton Fields
eadams@carltonfields.com

**BY ELECTRONIC MAIL**
Synnex
c/o Craig Benson
Paul Weiss Rifkand Wharton & Garrison
1615 L Street
Washington, DC 20036-5694
cbenson@paulweiss.com

Synnex
c/o Jon Abramczyk
Morris, Nichols, Arsht & Tunnell LLP
1201 N. market Street
P.O. Box 1347
Wilmington, DE 19899
jabramczyk@mnat.com

**BY ELECTRONIC MAIL**
Toshiba America, Inc.
c/o John D. Donaldson
George Paul
White & Case LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
jdonaldson@whitecase.com
gpaul@whitecase.com

**BY ELECTRONIC MAIL**
Toshiba America Information Systems, Inc.
c/o John D. Donaldson
George Paul
White & Case LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
jdonaldson@whitecase.com
gpaul@whitecase.com

Toshiba America Information Systems, Inc.
c/o Vernon Proctor
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
vproctor@proctorheyman.com

**BY ELECTRONIC MAIL**
Acer America
c/o Peter McMahon
McMahon Serepca
100 Marine Parkway, Suite 350
Redwood Shores, CA 94065-1046
peter@mcmahonserepca.com

**BY ELECTRONIC MAIL**
Toshiba Corporation
c/o John D. Donaldson
George Paul
White & Case LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
jdonaldson@whitecase.com

**BY ELECTRONIC MAIL**
NEC Corporation
c/o Erika C. Birg
Robert Parker
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, NW, Suite 1300
Washington, DC 20036-5694
ebirg@paulweiss.com
rparker@paulweiss.com

**BY ELECTRONIC MAIL**
ASI Computer Technologies, Inc.
c/o Alison S. Hightower
Nossaman, Gunthner, Knox & Elliot LLP
50 California Street, 34th Str.
San Francisco, CA 94111-4799
Ahightower@nossaman.com

ASI Computer Technologies, Inc.
c/o Michael P. Kelly
McCarter & English LLP
919 N. Market Street, 18th Floor
Wilmington, DE 19801
mkelly@mccarter.com

Jesse A. Finkelstein (#1090)
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Gregory E. Stuhlman (#4765)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Finkelstein@rlf.com
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com
Stuhlman@rlf.com
Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

Of Counsel:
Charles P. Diamond
Linda J. Smith
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035
(310) 553-6700

Mark A. Samuels
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, 90071
(213) 430-6340

Dated: June 5, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

Robert D. Goldberg, Esquire
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19899-1489

and have sent by Federal Express to the following non-registered participants:

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

Gregory E. Stuhlman (#4765)
stuhlman@rlf.com