UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION ) ) ) ) ) | MDL Docket No. 05-MD-1717 (JJF) |
| PHIL PAUL on behalf of himself and all others similarly situated, ) ) ) ) ) Plaintiff, ) ) vs. ) ) INTEL CORPORATION, ) ) Defendant. ) ) | CA No. 1:05-cv-00485 (consolidated) |

## NOTICE OF APPEARANCE

TO:  Clerk of the Court
     District Court of Delaware
     800 N. King Street
     Wilmington, DE 19801

**PLEASE ENTER** the appearance of A. Zachary Naylor, Esquire, as attorney in *Genese et al v. Intel corporation,* C.A. No. 1:05-cv-00556, consolidated herewith for the Plaintiffs Angel Genese, Gideon Elliot, and Nir Goldman.

_____
A. Zachary Naylor (#4439)
Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19899

DATED: 6/14/06