UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION ) ) ) ) ) | MDL Docket No. 05-MD-1717 (JJF) |
| PHIL PAUL on behalf of himself and all others similarly situated, ) ) ) ) Plaintiff, ) ) vs. ) ) INTEL CORPORATION, ) ) Defendant. ) ) | CA No. 1:05-cv-00485 (consolidated) |

### NOTICE OF WITHDRAW

TO:   Clerk of the Court
      District Court of Delaware
      800 N. King Street
      Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Robert Davis, Esquire, as attorney in *Genese et al v. Intel corporation,* C.A. No. 1:05-cv-00556, consolidated herewith for the Plaintiffs Angel Genese, Gideon Elliot, and Nir Goldman.

/S/ Robert R. Davis
Robert R. Davis (I.D. No. 4536)

DATED: June 14, 2006