# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: )<br>)<br>INTEL CORPORATION )<br>MICROPROCESSOR ANTITRUST )<br>LITIGATION ) | MDL Docket No. 05-1717 (JJF) |
| ADVANCED MICRO DEVICES, INC., a )<br>Delaware corporation, and AMD )<br>INTERNATIONAL SALES & SERVICES, LTD., )<br>a Delaware corporation, )<br>)<br>      Plaintiffs, )<br>)<br>      v. )<br>)<br>INTEL CORPORATION, a Delaware corporation, )<br>and INTEL KABUSHIKI KAISHA, )<br>a Japanese corporation, )<br>)<br>      Defendants. )<br>) | C. A. No. 05-441 (JJF) |
| PHIL PAUL, on behalf of himself )<br>and all others similarly situated, )<br>)<br>      Plaintiffs, )<br>)<br>      v. )<br>)<br>INTEL CORPORATION, )<br>)<br>      Defendants. )<br>) | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

### STIPULATION EXTENDING THE TIME TO SERVE
### SUBPOENAS DUCES TECUM UPON THIRD PARTIES

WHEREAS, Section 5.g) of Case Management Order No. 1 provides in part that (with the exception of those requiring use of the Hague Convention, letters rogatory, or similar process) all subpoenas duces tecum to corporate third parties requiring a comprehensive production of relevant documents will be served on or before June 15, 2006; and

WHEREAS, in accordance with Section 5.g) of Case Management Order No. 1, the parties have been working together to coordinate third-party discovery to the maximum extent possible to minimize the burden on third parties; and

WHEREAS, on June 9, 2006, plaintiffs, Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. ("AMD"), and defendants, Intel Corporation and Intel Kabushiki Kaisha ("Intel"), exchanged lists of corporate third parties they intend to serve with comprehensive subpoenas duces tecum and draft templates for such subpoenas;

WHEREAS, on June 13, 2006, Intel and class plaintiffs exchanged lists of corporate third parties they intend to serve with comprehensive subpoenas duces tecum;

WHEREAS, Intel and class plaintiffs will exchange draft templates for their respective subpoenas on June 14, 2006; and

WHEREAS, in light of the identification of certain third parties by AMD and class plaintiffs, counsel for Intel has asked for additional time to consider whether Intel shall subpoena additional third parties in response, and counsel for AMD and counsel for the class have agreed to such request;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1.    The time within which all subpoenas duces tecum to corporate third parties requiring a comprehensive production of relevant documents will be served (with the exception of those requiring use of the Hague Convention, letters rogatory, or similar process) pursuant to

Section 5.g) of Case Management Order No. 1 shall be extended by one week until June 22, 2006 (the "Service Deadline").

    2.    For purposes of Section 5.g) of Case Management Order No. 1, the parties shall be deemed to have "served" subpoenas duces tecum on or before the Service Deadline, if they initiate the service of process on or before the Service Deadline by delivering it to a process server or by similar means, even though effective or actual service may not be completed on that day.

                                        RICHARDS, LAYTON & FINGER

OF COUNSEL:

| | |
|---|---|
| Charles P. Diamond, Esq.<br>Linda J. Smith, Esq.<br>Mark A Samuels, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067<br>(310) 246-6800<br><br>Salem M. Katsh<br>Laurin B. Grollman<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway, 22nd Floor<br>New York, New York 10019<br><br>Dated:  June 14, 2006 | By  */s/ Frederick L. Cottrell, III*<br>     Jesse A. Finkelstein (#1090)<br>     Frederick L. Cottrell, III (#2555)<br>     Chad M. Shandler (#3796)<br>     Steven J. Fineman (#4025)<br>     One Rodney Square<br>     P. O. Box 551<br>     Wilmington, DE   19899<br>     (302) 651-7500<br>     finkelstein@rlf.com<br>     shandler@rlf.com<br>     fineman@rlf.com<br>     cottrell@rlf.com<br><br>*Attorneys for Plaintiffs*<br>*Advanced Micro Devices, Inc. and*<br>*AMD International Sales & Service, Ltd.* |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Robert E. Cooper<br>Daniel S. Floyd<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 900071<br>(213) 229-7000 | By: */s/ Richard L. Horwitz*<br>   Richard L. Horwitz (#2246)<br>   W. Harding Drane, Jr. (#1023)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   P.O. Box 951<br>   Wilmington, DE 19899-0951<br>   (302) 984-6000<br>   rhorwitz@potteranderson.com<br>   wdrane@potteranderson.com |
| Peter E. Moll<br>Darren B. Bernhard<br>Howrey LLP<br>1299 Pennsylvania Avenue<br>N.W. Washington, DC 20004<br>(202) 783-0800 | |
| Richard A. Ripley<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 373-6000<br>Facsimile: (202) 373-6001 | *Attorneys for Defendants*<br>*Intel Corporation and Intel Kabushiki Kaisha* |

David M. Balabanian
Christopher B. Hockett
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Dated: June 14, 2006

4

|  |  |
|---|---|
| OF COUNSEL<br>(INTERIM CLASS COUNSEL): | PRICKETT, JONES & ELLIOTT, P.A.<br><br>By /s/ *James L. Holzman* |
| Michael D. Hausfeld<br>Daniel A. Small<br>Brent W. Landau<br>Allyson B. Baker<br>COHEN, MILSTEIN, HAUSFELD<br>  & TOLL , P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C.  20005 | James L. Holzman (#663)<br>J. Clayton Athey (#4378)<br>Eric M. Andersen (#4376)<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>emandersen@prickett.com<br><br>*Interim Liaison Counsel* |

Michael P. Lehman
Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL
  SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Dated:  June 14, 2006

736663

      IT IS SO ORDERED THIS _____ day of June, 2006.

      _____
      United States District Judge