## CERTIFICATE OF SERVICE

I, Joanne Ceballos, hereby certify that on the 22nd day of June, 2006, the foregoing Notice of Issuance of Subpoena was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

## VIA ELECTRONIC FILING

**David Mark Balabanian, Esquire**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Email: david.balabanian@bingham.com

**Joy K. Fuyuno, Esquire**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
Email: joy.fiiyuno@bingham.com

**Richard L. Horwitz, Esquire** Potter Anderson & Corroon, LLP 1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
Email: rhorwitz@potteranderson.com

**Christopher B. Hockett, Esquire**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
Email: chris.hockett@bingham.com

**Daniel S. Floyd, Esquire**
Pro Hac Vice
Email: dfloyd@gibsondumi.com

**Darren B. Bernhard. Esquire**
Pro Hac Vice
Email: bernhardd@howrey.com

**Robert E. Cooper, Esquire**
Pro Hac Vice
Email: rcooper@gibsondunn.coin

**David William Gregory, Esquire**
Prickett, Jones & Elliott, P.A. 1310
King St., P.O. Box 1328
Wilmington, DE 19899
Email: dwgregory@prickett.com

**Eric M. Andersen, Esquire**
Prickett, Jones & Elliott, P.A.
1310 King St., P.O. Box 1328
Wilmington, DE 19899
Email: emandersen@prickett.com

**James L. Holzman, Esquire**
Prickett, Jones & Elliott, PA.
1310 King St., P.O. Box 1328
Wilmington, DE 19899
Email: jlholzman@prickett.com

**A. Zachary Naylor, Esquire**
Chiinicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Email: zacharynaylor@chimicles.com

**Fred T. Isquith, Esquire**
Wolf Haldenstein Adler Freeman & Herz
270 Madison Ave., 11th Floor
New York, NY 10016
Email: Isquith@whafh.com

**Robert D. Goldberg, Esquire**
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
Email: Goldberg@batlaw.com

**Chad Michael Shandler, Esquire**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Email: shandler@rlf.com

**Charles P. Diamond, Esquire**
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Email: cdiamond@omm.com

**Frederick L. Cottrell, III, Esquire**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Email: Cottrell@rlf.com

**Steven J. Fineman, Esquire**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Email: fineman@rlf.com

**Linda J. Smith, Esquire**
O'Melveny & Myers LLP 1999
Avenue of the Stars 7th Floor
Los Angeles, CA 90067
Email: lsmith@omm.com

**Mark A. Samuels, Esquire**
O'Melveny & Meyers LLP
1999 Avenue of the Stars, 7th Floor Los
Angeles, CA 90067
Email: MSamuels@omm.com

**James Gordon McMillan, III, Esquire**
Bouchard Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Email: jmcmillan@bmflaw.com

**Steve W. Berman, Esquire**
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue Suite 2900
Seattle, WA 98101
Email: steve@hbsslaw.com

**Garrett D. Blanchfield, Jr., Esquire**
Richard Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota St.
St. Paul, MN 55101
Email: g.blanchfield@rwblawfirm.com

**Jeffrey F. Keller, Esquire**
Law Offices of Jeffrey F. Keller
425 Second St., Suite 500 San
Francisco, CA 94107
Email: jfkeller@kellergrover.com

**Michele C. Jackson, Esquire**
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery St., 30th Floor
San Francisco, CA 94111
Email: mjackson@lchb.com

**Michael P. Lehmann, Esquire**
Furth Firm LLP
225 Bush St.
15th Floor
San Francisco, CA 94104
Email: mlehmann@furth.com

**R. Alexander Saveri, Esquire**
Saveri & Saveri Inc.
111 Pine St., Suite 1700
San Francisco, CA 94111
Email: rick@saveri.com

**Bruce J. Wecker, Esquire**
Hosie & McArthur
1 Market St.
Spear Street Tower
Suite 2200
San Francisco. CA 94105
Email: bwecker@hosielaw.com

**Francis O. Scarpulla, Esquire**
Law Offices of Francis O. Scarpulla
44 Montgomery St.
Suite 3400
San Francisco, CA 94104
Email: foslaw@pacbell.net

**Ali Oromchian, Esquire**
Finkelstein Thompson & Loughran
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Email: ao@ftllaw.com

**Juden Justice Reed, Esquire**
Schubert & Reed LLP
Three Embarcadero Center, Suite 1650 San Francisco, CA 94111
Email: jreed@schubert-reed.com

**Joseph M. Patane, Esquire**
Law Office of Joseph M. Patane
2280 Union St.
San Francisco, CA 94123
Email: jpatane@tatp.com

**Maria Nunzio Alioto, Esquire**
Trump Alioto Trump & Prescott LLP
2280 Union St.
San Francisco, CA 94123
Email: malioto@tatp.com

**Nancy Fineman, Esquire**
Cotchett Pitre Simon & McCarthy
840 Malcolm Rd., Suite 200
Burlingame, CA 94010
Email: nfineman@cpsmlaw.com

**Donald Chidi Amamgbo, Esquire**
Amambgo & Associates APC
1940 Embarcadero Cove
Oakland, CA 9460
Email: DonaldAmambgo@Citycom.com

**Reginald Von Terrell, Esquire**
The Terrell Law Group
223 25th Street
Richmond, CA 94804
Email: REGGIE2@aol.com

**David Boies, III, Esquire**
Straus & Boies LLP
4041 University Dr., 5th Floor
Fairfax, VA 22030
Email: dboies@straus-boies.com

**Donald F. Drummond, Esquire**
Drummond & Associates One
California St., Suite 300 San
Francisco, CA 94111
Email: ballen@drummondlaw.net

**Gordon Ball, Esquire**
Ball & Scott
550 Main Avenue, 750 NationsBank Center
Knoxville, TN 37902
Email: flings@ballandscott.com

**B.J. Wade, Esquire**
Glassman Edwards Wade & Wyatt P.C.
26 N. Second St.
Memphis, TN 38103
Email: bwade@gewwlaw.com

I hereby certify that on June 22, 2006 I caused to be sent by First Class Mail the foregoing document to the following non-registered participants:

**Richard A. Ripley, Esquire**
Bingham McCutchen
1120 20th Street, NW Suite 800
Washington, DC 20036

**Daniel Flume, Esquire**
Kirby McInemey & Squire LLP
830 Third Avenue, 10th Floor
New York, NY 10022

**Scott Ames, Esquire**
Serratore & Ames
9595 Wilshire Boulevard
Suite 201
Los Angeles, CA 90212

**Craig C. Corbitt, Esquire**
Zelle Hofiuann Voelbel Mason & Gette LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

**Donald L. Perelman, Esquire**
Fine Kaplan & Black RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

**Edward A. Wallace, Esquire**
The Wexler Firm LLP
One North LaSalle Street
Suite 2000
Chicago, IL 60620

**Michael L. Kirby, Esquire**
Kirby Noonan Lance and Hoge
600 West Broadway
Suite 1100
San Diego, CA 92101-3302

**Michael J. Beck, Esquire**
Clerk, MDL Judicial Panel
One Columbus Circle. N.E.
Room G-255, Federal Judiciary Building
Washington, DC 20002-8004

**Randy R. Renick, Esquire**
128 North Fair Oaks Avenue
Suite 204
Pasadena, CA 91103

**Daniel B. Allanoff, Esquire**
Meredith Cohen Greenfogel & Skirnick P.C.
117 South 17th Street, 22nd Floor
Architects Building
Philadelphia, PA 19103

**Douglas G. Thompson, Jr., Esquire**
Finklestein Thompson & Loughran
1050 30th Street, N.W.
Washington, DC 20007

**Russell M. Aoki, Esquire**
Aoki Sakamoto Grant LLP
One Convention Place
701 Pike Street, Suite 1525
Seattle, WA 98101

**Lance A. Harke, Esquire**
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130

_____
Joanne Ceballos