IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTELCORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 05-1717-JJF |
| ADVANCED MICRODEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>  Defendants. | C.A. No. 05-441-JJF |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that on June 22, 2006, the subpoenas attached hereto as Exhibits 1 though Exhibits 42 were issued for service on the third parties listed below in accordance with Rule 45 of the Federal Rules of Civil Procedure.

The subpoenas command each third party identified below to produce documents and things identified in Schedule A attached to each subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure.

Abboud Trading Corporation (Ex. 1)
1401 NW 88th Avenue
Miami, Florida 33172

Alienware Corporation (Ex. 2)
14591 SW 120 St
Miami, FL 33186-8638

RLF1-3030502-1

AsusTek Computer Inc. (Ex. 3)
c/o Asus Computer International
44370 Nobel Dr.
Fremont, CA 94538

Asus Computer International (Ex. 4)
44370 Nobel Dr.
Fremont, CA 94538

Atipa Technologies LLC (Ex. 5)
4921 Legends Drive
Lawrence, Kansas 66049

D&H Distributing Company (Ex. 6)
2525 North Seventh Street
P.O. Box 5967
Lawrence, Kansas 66049

Epox Computer Company, Ltd. (Ex. 7)
c/o Epox International, Inc.
531 E Jamie Ave.
La Habra, CA 90631

Epox International, Inc. (Ex. 8)
c/o Frank Lee
11 Toscany
Irvine, CA 92614

Epox Computer Company, Ltd. (Ex. 9)
c/o William Hou
531 E. Jaime Ave.
La Habra, CA 90631

Epox Computer Company, Ltd. (Ex. 10)
c/o Steve Hsiao
531 E Jamie Ave.
La Habra, CA 90631

Foxconn Electronics, Ltd. (Ex. 11)
c/o Donald Sung
468 E Lambert Rd
Fullerton, CA 92835

Foxconn Technology, Ltd. (Ex. 12)
c/o Donald Song
458 E Lambert Rd
Fullerton, CA 92835

Hon Hai Precision Industry Co., Ltd. (Ex. 13)
c/o Jeff Tsai
468 E. Lambert Road
Fullerton, California 92835

JEDEC Solid State Technology Association (Ex. 14)
c/o Walsh Colucci Lubeley Emrich & Terpak PC
2500 Wilson Blvd.
Arlington Virginia 22201-3834

Micro-Star International, Ltd. (Ex. 15)
c/o MSI Computer Corp.
901 Canada Court
City of Industry, California 91748

MSI Computer Corp. (Ex. 16)
901 Canada Court
City of Industry, California 91748

Mitac, Inc. (Ex. 17)
c/o Lily Chen
674 Via De La Valle #101
Solana Beach, CA 92075

Pathscale, Inc. (Ex. 18)
c/o Scott Mefcalf
2071 Stierlin Court
Mountain View, California 94043

Tyan Computer Corporation (Ex. 19)
c/o Theresa Chen
3288 Laurelview Court,
Fremont, CA 94538

Uniwill Computer International Corporation (Ex. 20)
c/o Robert Tsay
3358 Gateway Blvd
Fremont, CA 94538

Adobe Systems, Inc. (Ex. 21)
c/o Corporation Service Company
2711 Centerville Road Suite 400
Wilmington, DE 19808

Bea Systems, Inc. (Ex. 22)
c/o Corporation Service Company
2711 Centerville Road Suite 400
Wilmington, DE 19808

Bell Microproducts, Inc. (Ex. 23)
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

Intcomex, Inc. (Ex. 24)
c/o Corporation Service Company
2711 Centerville Road Suite 400
Wilmington, DE 19808

Network Appliance, Inc. (Ex. 25)
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Phoenix Technologies Ltd. (Ex. 26)
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

OfficeMax Incorporated (Ex. 27)
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Staples, Inc. (Ex. 28)
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Toys-R-Us, Inc. (Ex. 29)
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington DE 19808

Micro Center (Ex. 30)
c/o Registered Agents, Ltd.
1220 N. Market Street, Suite 804
Wilmington, Delaware 19801

DivX, Inc. (Ex. 31)
c/o RL&F Service Corp.
One Rodney Square, 10th Floor
Wilmington, Delaware 19801

Pinnacle Systems, Inc. (Ex. 32)
c/o the Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Samsung Electronics Co., Ltd. (Ex. 33)
c/o Samsung Electronics America, Inc.
105 Challenger Rd
Ridgefield Park, NJ 07660

Samsung Electronics America, Inc. (Ex. 34)
105 Challenger Rd.
Ridgefield Park, NJ 07660

Samsung Electronics Co., Ltd. (Ex. 35)
c/o H.K. Park
Corporate Officer of Samsung Electronics Co., Ltd.
12100 Samsung Blvd.
Austin, TX 78754

Solectron Corporation (Ex. 36)
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington DE 19801

Trigem Computer, Inc. (Ex. 37)
80 Icon Street
Foothill Ranch, California 92610

UGS Corporation (Ex. 38)
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

LG Electronics Inc. (Ex. 39)
c/o Myeong-Ku Ahn
Executive Vice President
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

LG Electronics Inc. (Ex. 40)
c/o LG Electronics Inc. (USA)
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

AsusTek Computer Inc. (Ex. 41)
c/o Jonney Shih
44370 Novel Drive
Fremont, California 94538

Trigem Computer, Inc. (Ex. 42)
c/o Averatec, Inc.
1231 East Dyer Road, Suite 150
Santa Ana, CA 92705

Of Counsel:
Charles P. Diamond
Linda J. Smith
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035
(310) 553-6700

Mark A. Samuels
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, 90071
(213) 430-6340

Dated: June 23, 2006

/s/ Jesse A. Finkelstein
Jesse A. Finkelstein (#1090)
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Finkelstein@rlf.com
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com
Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
W. Harding Drane, Jr., Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899

James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

Robert D. Goldberg, Esquire
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19899-1489

and have sent via electronic mail to the following non-registered participants:

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

/s/ Steven L. Fineman
Steven L. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com