IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>　　　　　Defendants. | C.A. No. 05-441-JJF |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel applies for the admission *pro hac vice* of Jonathan P. Hersey with the law firm of Sheppard, Mullin, Richter & Hampton LLP to represent Third Party Ingram Micro Inc. in this matter. Mr. Hersey is admitted, practicing and in good standing in the Bar of the State of California.

Dated: Wilmington, Delaware
　　　　June 2⃣, 2006

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Thomas G. Macauley (ID No. 3411)
　　　　　　　　　　　　　　　　　　　　　　　Zuckerman Spaeder LLP
　　　　　　　　　　　　　　　　　　　　　　　919 Market Street, Suite 990
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-1028
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 427-0400

The undersigned certifies that pursuant to Local Rule 83.5, he is eligible for admission to this Court, is admitted, practicing and in good standing in the jurisdictions set forth above, and pursuant to Local Rule 83.6 submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. He also certifies that he is generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. He further certifies that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                                          _____
Jonathan P. Hersey
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, Ca 92626
(714) 424-2803 Telephone
(714) 428-5978 Facsimile

IT IS HEREBY ORDERED that counsel's application for admission *pro hac vice* is granted.

Date:   June ____, 2006                     _____
                                                  The Honorable Joseph J. Farnan
                                                  United States District Judge