IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-441-JJF |
| vs. | ) ) ) | |
| INTEL CORPORATION, et al., | ) ) | |
| Defendants. | ) | |
| IN RE: INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) | MDL No. 05-1717-JJF |
| PHIL PAUL, et al., | ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-485-JJF |
| vs. | ) ) | CONSOLIDATED ACTION |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF NON-PARTY LENOVO GROUP LTD.'S AND LENOVO (UNITED STATES) INC.'S OBJECTIONS TO SUBPOENA IN A CIVIL CASE**

Pursuant to Local Rule 5.4, on July 6, 2006, counsel for Lenovo (United States) Inc. served Objections to Subpoena In A Civil Case to defendants' subpoena to produce documents, by United States first-class mail, upon the following counsel for the defendants in the above-captioned matter, *AMD, et al. v. Intel, et al.*, Civil Case No. 05-441-JJF:

> Robert E. Cooper, Esq.
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071

US2000 9392309.1

Pursuant to Local Rule 5.4, on July 6, 2006, counsel for Lenovo Group Ltd. served Objections to Subpoena In A Civil Case to plaintiffs' subpoena to produce documents, by United States first-class mail, upon the following counsel for the plaintiffs in the above-captioned matters, *Paul v. Intel*, Civil Case No. 05-485-JJF and *In re Intel Corporation Microprocessor Antitrust Litigation*, Civil Case No. 05-1717-JJF:

>Allyson B. Baker, Esq.
>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
>1100 New York Avenue, NW
>West Tower, Suite 500
>Washington, DC 20005

This the 6th day of July, 2006.

>KILPATRICK STOCKTON LLP
>
>By: _____
>Hayden J. Silver, III
>N.C. State Bar No. 10037
>J. Christopher Jackson
>N.C. State Bar No. 26916
>3737 Glenwood Avenue, Suite 400
>Raleigh, North Carolina 27612
>Telephone: (919) 420-1700
>Facsimile: (919) 420-1800
>
>*Attorneys for Lenovo Group Ltd. and Lenovo (United States) Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this date I caused to be served the foregoing **NOTICE OF SERVICE OF NON-PARTY LENOVO GROUP LTD.'S AND LENOVO (UNITED STATES) INC.'S OBJECTIONS TO SUBPOENA IN A CIVIL CASE** upon counsel of record by depositing a copy thereof in the United States mail, first-class postage prepaid and addressed as follows:

> Robert E. Cooper, Esq.
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071
>
> Allyson B. Baker, Esq.
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue, NW
> West Tower, Suite 500
> Washington, DC 20005
>
> Frederick L. Cottrell, III, Esq.
> Chad Michael Shandler, Esq.
> Steven J. Fineman, Esq.
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
>
> Richard L. Horwitz, Esq.
> W. Harding Drane, Jr., Esq.
> Potter, Anderson & Corroon, LLP
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899
>
> James J. Holzman, Esq.
> J. Clayton Athey, Esq.
> Prickett, Jones & Elliott, P.A.
> 1310 King Street, Box 1328
> Wilmington, DE 19899

Charles P. Diamond, Esq.
James Bo Pearl, Esq.
O'Melveny & Meyers LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, CA 90067

Darren B. Bernhard, Esq.
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

This the 6th day of July, 2006.

_____
Attorney for Lenovo Group Ltd. and
Lenovo (United States) Inc.

KILPATRICK STOCKTON, LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
Telephone: (919) 420-1700
Facsimile: (919) 420-1800