1  NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
   ALISON S. HIGHTOWER (SBN 112429)
2  50 California Street, 34th Floor
   San Francisco, California 94111-4799
3  Telephone: (415) 398-3600
   Facsimile: (415) 398-2438
4
   MICHAEL P. KELLY (DE Bar No. 2295)
5  McCARTER & ENGLISH, Attorneys At Law
   919 N. Market Street, 18th Floor
6  Wilmington, DE 19801
   Telephone: (302) 984-6300
7  Facsimile: (302) 984-2493

8  Attorneys for Third Party Respondent
   ASI COMPUTER TECHNOLOGIES, INC.
9

10                    UNITED STATES DISTRICT COURT
11                    FOR THE DISTRICT OF DELAWARE
12

13
   ADVANCED MICRO DEVICES, INC., AND    )
14 AMD INTERNATIONAL SALES & SERVICES,  )
   LTD.,                                )
15                                      )
           Plaintiffs,                  )
16                                      )
       vs.                              )  Case No: 05-441-JJF
17                                      )
   INTEL CORPORATION AND INTEL          )
18 KABUSHIKI KAISHA,                    )
                                        )
19         Defendants.                  )
                                        )
20 _____ )
                                        )
21 IN RE INTEL CORPORATION              )  MDL No. 1717-JJF
   MICROPROCESSOR ANTITRUST             )
22 LITIGATION                           )
                                        )
23

24 **AMENDED NOTICE OF SERVICE OF OBJECTIONS OF THIRD PARTY RESPONDENT ASI
   COMPUTER TECHNOLOGIES, INC. TO DOCUMENT SUBPOENA OF DEFENDANTS
25 INTEL CORPORATION AND INTEL KABUSHIKI KAISHA**

26

27

28

5748590_1.DOC                          -1-
NOTICE OF SERVICE OF ASI COMPUTER TECHNOLOGIES, INC.'S OBJECTIONS TO INTEL'S SUBPOENA
ME1\5748590.1

Pursuant to Local Rule 5.4, on July 18, 2006, counsel for ASI Computer Technologies, Inc. served Objections Of Third Party Respondent ASI Computer Technologies, Inc. To Document Subpoena Of Defendants Intel Corporation And Intel Kabushiki Kaisha, by United States first-class mail, upon the following counsel for the defendants in the above captioned matter, *AMD, et al. v. Intel, et al.*, Civil Case No. 05-441-JJF:

> Jason C. Raofield
> Howrey, LLP
> 1299 Pennsylvania Ave., NW
> Washington, D.C. 20004-2402

Dated: July 18, 2006

McCarter & ENGLISH, LLP

By: /s/ Michael P. Kelly
Michael P. Kelly (DE Bar No. 2295)
919 N. Market Street, 18th Floor
Wilmington, DE 19801
(302) 984-6300

Alison S. Hightower (CA SBN 112429)
ahightower@nossaman.com
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorneys for Third Party Respondent
ASI COMPUTER TECHNOLOGIES, INC.