IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. )<br>AND AMD INTERNATIONAL SALES )<br>& SERVICES, LTD., )<br>          )<br>          Plaintiffs, )<br>          )<br>v.         )<br>          )<br>INTEL CORPORATION AND INTEL )<br>KABUSHIKI KAISHA )<br>          )<br>          Defendants. ) | Civil Action No. 05-00441-JJF |

### NOTICE OF SERVICE OF NON-PARTY
### WITNESS INTCOMEX' RESPONSE AND OBJECTIONS

COMES NOW Intcomex, Inc., a non-party witness, and files its Response and Objections to Intel's Corporation and Intel Kabushiki Kaisha's Subpoena Duces Tecum.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 17th day of July, 2006 upon Jason C. Raofield, Esq., Howrey, LLP, 1299 Pennsylvania Ave, NW, Washington, DC 20004 and to James Bo Pearl, Esq., O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067.



FILED
JUL 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ADORNO & YOSS LLP

By: _____
John Arrastia, Jr.
Florida Bar Number: 0072461
2525 Ponce de Leon Blvd., Suite 400
Miami, Florida 33134
Phone: (305) 460-1000
Fax: (305) 460-1422

{M1524347_1}

010916.0004

ADORNO & YOSS LLP
ATTORNEYS AT LAW
2525 PONCE DE LEON BOULEVARD
SUITE 400
MIAMI, FLORIDA 33134-6012

MIAMI FL 331
18 JUL 2006 PM 6 T

United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3419