# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| INTEL CORP. MICROPROCESSOR ) | MDL Docket No. 05-MD-1717-JJF |
| ANTITRUST LITIGATION ) | |
| ) | |
| PHIL PAUL, on behalf of himself ) | |
| and all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-485-JJF |
| ) | |
| v. ) | CONSOLIDATED ACTION |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## REQUEST FOR REMOVAL FROM THE CM/ECF ELECTRONIC NOTICE LIST

TO:  The Clerk of the Court

Liaison counsel respectfully requests that Eric Andersen, Esquire be removed from the CM/ECF electronic notice list so that he does not receive notices of electronic filings in the above captioned matters.

PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ Laina M. Herbert
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
Laina M. Herbert (Bar ID #4717)
1310 N. King Street
Wilmington, Delaware 19801
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
*Liaison Counsel for Interim Class*

July 24, 2006