IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) MDL No. 05-MD-1717-JJF<br>Case No. 05-485-JJF<br><br>In re: Intel Corp. Microprocessor Antitrust Litigation Consolidated Action |

**NOTICE OF SERVICE OF OBJECTIONS OF NON-PARTY SYNNEX CORPORATION TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS**

Pursuant to Local Rule 5.4, on July 31, 2006, counsel for SYNNEX CORPORATION served Objections of Non-Party SYNNEX CORPORATION to Plaintiffs' Subpoena to Produce Documents, by e-mail only, upon the following counsel for the parties in the above-captioned matter:

> James Bo Pearl, Esq. (jpearl@omm.com)
> Charles P. Diamond, Esq. (cdiamond@omm.com)
> David Herron, Esq. (dherron@omm.com)
> Darren B. Bernhard, Esq. (BernhardD@howrey.com)
> Robert E. Cooper, Esq. (rcooper@gibsondunn.com)
> Frederick L. Cottrell, Esq. (Cottrell@rlf.com)
> Richard L. Horwitz Esq. (rhorwitz@potteranderson.com)
> Michael D. Hausfeld (mhausfeld@cmht.com)
> James L. Holzman (jlholzman@prickett.com)

*Of Counsel*

Kenneth A. Gallo
Patricia C. Crowley
Mitchell P. Zeff
PAUL, WEISS, RIFKIND,
  WHARTON& GARRISON LLP
1615 L Street, NW, Suite 1300
Washington, DC 20036
(202) 223-7300

July 31, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL

_/s/Jon E. Abramczyk_
Jon A. Abramczyk (#2432)
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
 (302) 658.9200
  Attorneys for SYNNEX CORPORATION