IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Advanced Micro Devices, Inc., and <br> AMD International Sales & Services, Ltd. <br><br> Plaintiffs, <br><br> v. <br><br> Intel Corporation and Intel Kabushiki Kaisha, <br><br> Defendants. | C.A. No.: 05-441-JJF |
| In Re: Intel Corp Microprocessor Antitrust Litigation | MDL No. 05-1717-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 1 2006, copies of RESPONSES AND OBJECTIONS OF NON-PARTY NETWORK APPLIANCE, INC. TO PLAINTIFF ADVANCED MICRO DEVICES, INC.'S SUBPOENA IN A CIVIL CASE FOR PRODUCTION OF DOCUMENTS and this NOTICE OF SERVICE were served as shown:

**BY HAND**

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter Anderson & Corroon LLP
1313 N. Market St.
Sixth Floor
P.O. Box 951
Wilmington, DE 19801

James L. Holzman, Esq.
J Clayton Athey, Esq.
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Sqare
920 North King Street
P.O. Box 551
Wilmington, DE 19899

1

BY U.S. MAIL

Charles B. Diamond, Esq.
Linda J. Smith, Esq.
Mark A. Samuels, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035

Robert E. Cooper, Esq.
Daniel S. Floyd, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Peter E. Moll, Esq.
Darren B. Bernhard, Esq.
Jason C. Raofield, Esq.
Howrey LLP
1299 Pennsylvania Avenue N.W.
Washington, DC 20004

Daniel A. Small, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005

August 7, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Network Appliance, Inc.

OF COUNSEL:
Renata B. Hesse, Esquire
Richard L. Woodworth, Esquire
Wilson Sonsini Goodrich & Rosati
Two Fountain Square, Reston Town Center
11921 Freedom Drive
Reston, VA 20190-5634

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 7, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

**BY HAND**

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter Anderson & Corroon LLP
1313 N. Market St.
Sixth Floor
P.O. Box 951
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Sqare
920 North King Street
P.O. Box 551
Wilmington, DE 19899

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

The undersigned counsel further certifies that, on August 7, 2006, copies of the foregoing document were sent by hand to the above local counsel and by first class mail to the following non-registered participants:

**BY U.S. MAIL**

Charles B. Diamond, Esq.
Linda J. Smith, Esq.
Mark A. Samuels, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035

Robert E. Cooper, Esq.
Daniel S. Floyd, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

63214-8v1

Daniel A. Small, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005


                              /s/ Richard D. Kirk (rk0922)
                                  Richard D. Kirk


OF COUNSEL:
Renata B. Hesse, Esquire
Richard L. Woodworth, Esquire
Wilson Sonsini Goodrich & Rosati
Two Fountain Square, Reston Town Center
11921 Freedom Drive
Reston, VA 20190-5634

632148v1