**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:05-CV-441 <br> MDL Docket No. 05-MD-1717 |

**NOTICE OF SERVICE OF OBJECTIONS OF
NON-PARTY NEC USA, INC. TO
DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS**

Pursuant to Local Rule 5.4, on July 31, 2006, counsel for NEC USA, Inc. served Objections of Non-Party NEC USA, Inc. to Defendants' Subpoena to Produce Documents, by e-mail and first-class mail, upon the following counsel for the Defendants in the above-captioned matter:

Robert E. Cooper, Esq. (rcooper@gibsondunn.com)

                MORRIS, NICHOLS, ARSHT & TUNNELL

                */s/ Leslie A. Polizoti*

                _____
                Jon A. Abramczyk (#2432)
                Leslie A. Polizoti (#4299)
                MORRIS, NICHOLS, ARSHT & TUNNELL
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE 19899
                Tel: (302)658.9200
                lpolizoti@mnat.com

                *Attorneys for NEC USA, Inc.*

*Of Counsel*

Robert P. Parker
Aaron Futch
PAUL, WEISS, RIFKIND,
WHARTON
  & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
Tel: (202) 223-7300
Fax:  (202) 223-7420


Dated: July 31, 2006

2