## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:05-CV-441 <br> MDL Docket No. 05-MD-1717 |

### NOTICE OF SERVICE OF OBJECTIONS OF NON-PARTY NEC SOLUTIONS (AMERICA), INC. TO DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS

Pursuant to Local Rule 5.4, on July 31, 2006, counsel for NEC Solutions (America), Inc. served Objections of Non-Party NEC Solutions (America), Inc. to Defendants' Subpoena to Produce Documents, by e-mail and first-class mail, upon the following counsel for the Defendants in the above-captioned matter:

Robert E. Cooper, Esq. (rcooper@gibsondunn.com)

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Leslie A. Polizoti*

_____
Jon A. Abramczyk (#2432)
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel: (302)658.9200
lpolizoti@mnat.com

*Attorneys for NEC Solutions (America), Inc.*

Doc #:DC1:158019.2

*Of Counsel*

Robert P. Parker
Aaron Futch
PAUL, WEISS, RIFKIND,
WHARTON
  & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
Tel: (202) 223-7300
Fax: (202) 223-7420

Dated: July 31, 2006