# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

PHIL PAUL, et al.,

                    Plaintiffs,

          v.

INTEL CORPORATION, et al.,

                    Defendants.

Civil Action No. 1:05-CV-485
MDL Docket No. 05-MD-1717

## NOTICE OF SERVICE OF OBJECTIONS OF
## NON-PARTY NEC USA, INC. TO
## PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS

          Pursuant to Local Rule 5.4, on July 31, 2006, counsel for NEC USA, Inc.
served Objections of Non-Party NEC USA, Inc. to Plaintiffs' Subpoena to Produce
Documents, by e-mail and first-class mail, upon the following counsel for the Plaintiffs in
the above-captioned matter:

          J. Clayton Athey, Esq. (jcathey@prickett.com)

                    MORRIS, NICHOLS, ARSHT & TUNNELL


                    */s/ Leslie A. Polizoti*

                    _____
                    Jon A. Abramczyk (#2432)
                    Leslie A. Polizoti (#4299)
                    MORRIS, NICHOLS, ARSHT & TUNNELL
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899
                    Tel: (302)658.9200
                    lpolizoti@mnat.com

                    *Attorneys for NEC USA, Inc.*

*Of Counsel*

Robert P. Parker
Aaron Futch
PAUL, WEISS, RIFKIND,
WHARTON
  & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
Tel: (202) 223-7300
Fax:  (202) 223-7420

Dated: July 31, 2006

Doc #:DC1:158013.2