UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHIL PAUL, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>INTEL CORPORATION, et al.,<br><br>                    Defendants. | Civil Action No. 1:05-CV-485<br>MDL Docket No. 05-MD-1717 |

## NOTICE OF SERVICE OF OBJECTIONS OF NON-PARTY NEC COMPUTERS INC. TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS

    Pursuant to Local Rule 5.4, on July 31, 2006, counsel for NEC Computers Inc. served Objections of Non-Party NEC Computers Inc. to Plaintiffs' Subpoena to Produce Documents, by e-mail and first-class mail, upon the following counsel for the Plaintiffs in the above-captioned matter:

    J. Clayton Athey, Esq. (jcathey@prickett.com)

            MORRIS, NICHOLS, ARSHT & TUNNELL

            */s/ Leslie A. Polizoti*

            _____
            Jon A. Abramczyk (#2432)
            Leslie A. Polizoti (#4299)
            MORRIS, NICHOLS, ARSHT & TUNNELL
            1201 N. Market Street
            P.O. Box 1347
            Wilmington, DE 19899
            Tel: (302)658.9200
            lpolizoti@mnat.com

            *Attorneys for NEC Computers Inc.*

*Of Counsel*

Robert P. Parker
Aaron Futch
PAUL, WEISS, RIFKIND,
WHARTON
  & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
Tel: (202) 223-7300
Fax: (202) 223-7420

Dated: July 31, 2006