IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-441 JJF |
| vs. | ) ) ) | |
| INTEL CORPORATION, et al., | ) ) | |
| Defendants | ) ) | |
| IN RE: INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) | MDL No. 05-1717-JJF |
| PHIL PAUL, et al., | ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-485-JJF |
| vs. | ) ) ) | CONSOLIDATED ACTION |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF NON-PARTY AVNET, INC.'S OBJECTIONS TO SUBPOENA IN A CIVIL CASE**

Pursuant to D. Del. LR. 5.4, on July 14, 2006, counsel for Avnet, Inc. served Objections to Subpoena In A Civil Case to plaintiff Phil Paul's subpoena to produce documents, by United States first-class mail, and via facsimile, upon the following counsel for the plaintiff in the above-captioned matter:

Steve Berman
Hagens Berman Sobol Shapiro LLP
2425 East Camelback Road, Suite 650
Phoenix, Arizona 85016

2

Dated: Wilmington, Delaware
   August 9, 2006

By: *Elizabeth D. Power*
Thomas G. Macauley (ID No. 3411)
tmacauley@zuckerman.com
Elizabeth D. Power (ID No. 4135)
bpower@zuckerman.com
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware 19899-1028
Tel: (302) 427-0400
Fax: (302) 427-8242

-and-

Jordan Green (AZ No. 001860)
jgreen@fclaw.com
FENNEMORE CRAIG
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012
Tele: (602) 916-5000
Fax: (602) 916-5999

Attorneys for Non-Party Avnet, Inc.