IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>　　　　　　　Defendants. | Civil Action No. 05-441-JJF |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 11, 2006, true and correct copies of

MICROSOFT CORPORATION'S RESPONSE AND OBJECTIONS TO SUBPOENA

FROM INTEL CORPORATION and INTEL KABUSHIKI KAISHA were caused to be

served by First Class U.S. Mail and e-mail on the following:

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035
cdiamond@omm.com
lsmith@omm.com

Robert E. Cooper, Esq.
Daniel S. Floyd, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
rcooper@gibsondunn.com
dfloyd@gibsondunn.com
sliversidge@gibsondunn.com

| | |
|---|---|
| Mark A. Samuels<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>msamuels@omm.com<br>ryagura@omm.com | Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com |
| Jesse A. Finkelstein<br>Federick L. Cottrell, III<br>Chad M. Shandler<br>Steven J. Fineman<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>finkelstein@rlf.com<br>cottrell@rlf.com<br>shandler@rlf.com<br>fineman@rlf.com | Darren B. Bernhard, Esq.<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 200004-2402<br>bernhardd@howrey.com |

*Dale A. Rice*
Dale A. Rice (Cal. Bar No. 146249)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Attorneys for Microsoft Corporation

Dated: August 11, 2006

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-441-JJF |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) MDL No. 05-1717-JJF |

**<u>CERTIFICATE OF SERVICE</u>**

I, Noel C. Burnham, hereby certify that on the 11th day of August 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following, and that a hard copy was served by hand delivery on:

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035

Robert Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger p>A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Case 1:05-md-01717-JJF    Document 257    Filed 08/11/2006    Page 4 of 4

-2-

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402


_____/s/ Noel C. Burnham_____
Noel C. Burnham [DE Bar No. 3483]

-2-