## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ADVANCED MICRO DEVICES, INC. )
AND AMD INTERNATIONAL SALES )
& SERVICES, LTD., )
                 )
          Plaintiffs, )
                 )    Civil Action No. 05-00441-JJF
v. )
                 )
INTEL CORPORATION AND INTEL )
KABUSHIKI KAISHA )
                 )
          Defendants. )

**FILED**

**AUG 1 4 2006**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF SERVICE OF NON-PARTY
## WITNESS INTCOMEX' RESPONSE AND OBJECTIONS

COMES NOW Intcomex, Inc., a non-party witness, and files its Response and Objections to AMD's Subpoena Duces Tecum.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 11th day of August, 2006 upon Jason C. Raofield, Esq., Howrey, LLP, 1299 Pennsylvania Ave, NW, Washington, DC 20004 and to James Bo Pearl, Esq., O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067.

**ADORNO & YOSS LLP**

By: _____

     John Arrastia, Jr.
     Florida Bar Number: 0072461
     2525 Ponce de Leon Blvd., Suite 400
     Miami, Florida 33134
     Phone: (305) 460-1000
     Fax: (305) 460-1422

{M1532522_1}

010916.0004

ADORNO & YOSS LLP
ATTORNEYS AT LAW
2525 PONCE DE LEON BOULEVARD
SUITE 400
MIAMI, FLORIDA 33134-6012



MIAMI FL 331

11 AUG 2006 PM 6 L

02 1A
0004319039
MAILED FROM ZIPCODE 33134

19801+3519

Delaware District Court
J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519