IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES &<br>SERVICE, LTD., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-441-JJF |
| INTEL CORPORATION and INTEL<br>KABUSHIKI KAISHA, | : | |
| Defendants. | : | |

## O R D E R

At Wilmington, this 26 day of September 2006, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Motion of Defendants' Intel Corporation and Intel Kabushiki Kaisha To Dismiss AMD's Foreign Commerce Claims For Lack Of Subject Matter Jurisdiction And Standing (D.I. 111 in Civil Action No. 05-441; D.I. 64 in MDL Docket No. 05-1717) is **GRANTED**.

2. AMD's claims based on alleged lost sales of AMD's microprocessors to foreign customers are **DISMISSED** and the allegations in the Complaint forming the basis for those claims, namely paragraphs 40-44, 54-57, 74-75, 81, 83, 96, 89, 93-94, 100-101 and 106, are **STRICKEN**.

*[signature]*
UNITED STATES DISTRICT JUDGE