IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| INTEL CORP. MICROPROCESSOR | : | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION, | : | |
| | : | |

| | | |
|---|---|---|
| | : | |
| ADVANCED MICRO DEVICES, INC. and | : | |
| AMD INTERNATIONAL SALES & | : | |
| SERVICE, LTD., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-441-JJF |
| | : | |
| INTEL CORPORATION and INTEL | : | |
| KABUSHIKI KAISHA, | : | |
| | : | |
| Defendants. | : | |

## CASE MANAGEMENT ORDER NO. 2

WHEREAS, the Court held a status conference on Wednesday, September 27, 2006, at which time, the Court and the parties discussed dates for a trial in the above-captioned action;

NOW THEREFORE, IT IS HEREBY ORDERED that Trial in the above-captioned action shall commence on **Thursday, April 27, 2009 at 9:30 a.m.** in Courtroom 4B, on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 27, 2006
DATE

UNITED STATES DISTRICT JUDGE