```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE

IN RE:                              :
                                    :
INTEL CORP. MICROPROCESSOR          :   MDL Docket No. 05-1717-JJF
ANTITRUST LITIGATION,               :
                                    :
_____:_____
                                    :
ADVANCED MICRO DEVICES, INC. and    :
AMD INTERNATIONAL SALES &           :
SERVICE, LTD.,                      :
                                    :
         Plaintiffs,                :
                                    :
    v.                              :   Civil Action No. 05-441-JJF
                                    :
INTEL CORPORATION and INTEL         :
KABUSHIKI KAISHA,                   :
                                    :
         Defendants.                :
```

## O R D E R

WHEREAS, the parties submitted letters to the Special Master concerning the apportionment of his fees arising in connection with the negotiation and resolution of the disputes regarding the entry of a Protective Order in the above-captioned action;

WHEREAS, in light of the Court's amendments to the Order Appointing Special Master and to facilitate the expeditious resolution of this issue, the Court has determined that it will adjudicate the fee apportionment question without first having the dispute heard by the Special Master;

NOW THEREFORE, IT IS HEREBY ORDERED that the fees and expenses incurred by the Special Master in connection with the resolution of the disputes regarding the Protective Order will be

apportioned in the following manner: one-third (1/3) to Class Plaintiffs, one-third (1/3) to Plaintiffs Advanced Micro Devices, Inc. and International Sales & Services, Ltd., and one-third (1/3) to Defendants.

_September 27, 2006_
   Date

_[signature] Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE