IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| INTEL CORP. MICROPROCESSOR | : MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION, | : |
| | : |
| | : |
| PHIL PAUL, on behalf of himself | : |
| and all others similarly | : |
| situated, | : |
| | : |
| Plaintiffs, | : |
| | : **CONSOLIDATED** |
| v. | : Civil Action No. 05-485-JJF |
| | : |
| INTEL CORPORATION, | : |
| | : |
| Defendant. | : |

## O R D E R

WHEREAS, the Court held a status conference in the above-caption action on September 26, 2006;

NOW THEREFORE IT IS HEREBY ORDERED that a second status conference will be held on **Thursday, December 7, 2006 at 11:00 a.m.** in Courtroom 4B, on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 27 2006
DATE

UNITED STATES DISTRICT JUDGE