IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION, | : : : | MDL Docket No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-441-JJF |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | : : : | |
| Defendants. | : | |

**ERRATA ORDER**

WHEREAS, the Court's Memorandum Opinion (D.I. 217 in Civil Action No. 05-441; D.I. 279 in MDL Docket No. 05-1717) and Order (D.I. 218 in Civil Action No. 05-441; D.I. 280 in MDL Docket No. 05-1717) issued in connection with Defendants' Motion to Dismiss AMD's Foreign Commerce Claims For Lack Of Subject Matter Jurisdiction And Standing (D.I. 111 in Civil Action No. 05-441; D.I. 64 in MDL Docket No. 05-1717) contains three typographical errors requiring correction;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Cover Page of the Memorandum Opinion is corrected so that "Darrent B. Bernhard" is changed to read "Darren B. Bernhard."

    2.   Page 16, line 8 of the Memorandum Opinion is changed so that the number "96" reads "86."

    3.   Paragraph 2, line 4 of the Order is changed so that the number "96" reads "86."

October 5, 2006
DATE

UNITED STATES DISTRICT JUDGE