IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) ) ) ) ) | MDL Docket No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE LTD, a Delaware corporation,,<br><br>          Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**ORDER REGARDING BRIEFING SCHEDULE ON MOTIONS TO
COMPEL PRODUCTION OF DOCUMENTS**

WHEREAS, the Special Master having held a conference on October 25, 2006, and the parties having agreed to a briefing schedule regarding certain motions to compel that will be filed by Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. ("AMD") and the Plaintiffs in the consolidated class actions (the "Class Plaintiffs") against Intel Corporation and Intel Kabushiki Kaisha ("Intel");

IT IS HEREBY ORDERED that the following schedule shall govern briefing on AMD's and the Class Plaintiffs' motions to compel:

1. AMD and the Class Plaintiffs shall file and serve their opening briefs in support of their motions to compel on October 30, 2006;

2. Intel shall file and serve their answering briefs in response to AMD's and the Class Plaintiffs' motions to compel on or before November 13, 2006; and

3. AMD and the Class Plaintiffs shall file and serve their reply briefs in support of their motions to compel on November 21, 2006.

SO ORDERED this 26th day of October, 2006.

_____
Vincent J. Poppiti (#100614)
Special Master