## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE INTEL CORP.<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) ) ) ) ) ) | MDL No. 1717-JJF |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated,* | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-485-JJF |
| v. | ) ) | CONSOLIDATED ACTION |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

### ORDER

This Court having considered CLASS PLAINTIFFS' MOTION TO COMPEL

PRODUCTION OF DOCUMENTS and the briefs and arguments submitted thereon,

IT IS HEREBY ORDERED this ___ day of _____, 2006 as follows:

1.    CLASS PLAINTIFFS' MOTION IS GRANTED; and

2.    Defendants shall produce the "foreign conduct" documents that are the subject of

CLASS PLAINTIFFS' MOTION  on or before April 16, 2007.


_____
SPECIAL MASTER