IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION, | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendants. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

### APPENDIX OF UNPUBLISHED AUTHORITIES IN SUPPORT OF DEFENDANT INTEL CORPORATION'S MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED COMPLAINT

OF COUNSEL:
David M. Balabanian
James L. Hunt
Christopher B. Hockett
Nora C. Cregan
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000

Richard A. Ripley
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, D.C. 20006
(202) 373-6000

Dated: November 3, 2006

Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com

*Attorneys for Defendant Intel Corporation*

# INDEX

| DESCRIPTION | TAB |
|---|---|
| *Anderson v. Stewart,* ___ S.W.3d ___, No. 05-886, 2006 WL 1118892 (Ark. April 27, 2006) | A |
| *Baptist Health v. Murphy,* ___ S.W. 2d ___, No. 04-430, 2006 WL 242670 (Ark. Feb. 2, 2006) | B |
| *Beckler v. Visa U.S.A., Inc.,* No. 09-04-C-00030, 2004 WL 2115144 (N.D. Dist. Ct. Aug. 23, 2004) | C |
| *Dailey v. First Corr. Med.,* C.A. No. 03-923-JJF, 2006 WL 1517767 (D. Del. May 30, 2006) | D |
| *Everest v. Leviton Mfg. Co.,* No. Civ-04-612, 2006 WL 381832 (Me. Super. Ct. Jan. 13, 2006) | E |
| *Ferrone v. Resnick,* No. CV000443779S, 2002 WL 442314 (Conn. Super. Ct. Feb. 25, 2002) | F |
| *Fucile v. Visa U.S.A., Inc.,* No. S1560-03 CNC, 2004 WL 3030037 (Vt. Super. Ct. Dec. 27, 2004) | G |
| *H-Quotient, Inc. v. Knight Trading Group, Inc.,* No. 03 CIV 5889 (DAB), 2005 WL 323750 (S.D.N.Y. Feb. 9, 2005) | H |
| *In re Microsoft Corp.,* No. MDL 1332, 2003 WL 22070561 (D. Md. Aug. 22, 2003) | I |
| *In re Vitamins Antitrust Litig.,* No. 99-197, 2001 WL 849928 (D.D.C. Apr. 11, 2001) | J |
| *Laufer v. U.S. Life Ins. Co. in City of N.Y.,* No. BER-L-9082-04, 2005 WL 1869211 (N.J. Super. Ct. Aug. 8, 2005) | K |
| *Parnell v. Schmidt & Assoc., Inc.,* No. Civ. A. 04-4072 JAR, 2004 WL 2282905 (D. Kan. Oct. 5, 2004) | L |
| *Peterson v. Visa U.S.A., Inc.,* No. Civ. A. 03-8080, 2005 WL 1403761 (D.C. Super. Ct. Apr. 22, 2005) | M |
| *Poe v. Sears, Roebuck & Co.,* No. Civ. A 1:96-CV-358-RLV, 1998 WL 113561 (N.D. Ga. Feb. 13, 1998) | N |

| DESCRIPTION | TAB |
|---|---|
| *Stutzle v. Rhone Poulenc S.A.*, No. 002768, 2003 WL 22250424 (Pa. Ct. Com. Pl. Sept. 26, 2003) | O |
| *Tennessee ex rel. Leech v. Levi Strauss & Co.*, No. 79-722-III, 1980 WL 4696 (Tenn. Ch. Ct. Sept. 25, 1980) | P |
| *United States v. Dentsply Int'l, Inc.*, C.A. No. 99-005-SLR, C.A. No. 99-255-SLR, C.A. No. 99-854-SLR, 2001 WL 624807 (D. Del. Mar. 30, 2001) | Q |

## OTHER AUTHORITIES

| | |
|---|---|
| Proposition 64 | R |
| RESTATEMENT (THIRD) OF RESTITUTION AND UNJUST ENRICHMENT Topic 2 ("Restitutionary Remedies for Breach of an Enforceable Contract") intro. note (2), (Tentative Draft No. 3, March 22, 2004) | S |

760042 / 29282

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on November 3, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

James L. Holzman
J. Clayton Athey
Eric M. Andersen
Prickett, Jones & Elliott, P.A.
1310 King Street
Post Office Box 1328
Wilmington, DE 19899

I hereby certify that on November 3, 2006 I have sent the documents by Electronic Mail to the following non-registered participants:

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Allyson B. Baker
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
mhausfeld@cmht.com
dsmall@cmht.com
blandau@cmht.com
abaker@cmht.com

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com
tony@hbsslaw.com

Michael P. Lehman
Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
mplehmann@furth.com
tdove@furth.com
aturan@furth.com

Guido Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
guido@saveri.com
rick@saveri.com

By:  /s/ *Richard L. Horwitz*
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Post Office Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com