# EXHIBIT 4

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-Q

(Mark One)

☒  QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended September 29, 2002

OR

☐  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number _____1-7882_____

# ADVANCED MICRO DEVICES, INC.

(Exact name of registrant as specified in its charter)

| Delaware | 94-1692300 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| One AMD Place Sunnyvale, California | 94088 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: _____(408) 732-2400_____

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes   X                                                         No ___

The number of shares of $0.01 par value common stock outstanding as of October 25, 2002: 343,474,020

Table of Contents

# INDEX

**Part I.  Financial Information**

| | | | Page No. |
|---|---|---|---|
| Item 1. | Financial Statements (unaudited) | | |
| | Condensed Consolidated Statements of Operations—Quarters and Nine Months Ended September 29, 2002 and September 30, 2001 | | 3 |
| | Condensed Consolidated Balance Sheets—September 29, 2002 and December 30, 2001 | | 4 |
| | Condensed Consolidated Statements of Cash Flows—Nine Months Ended September 29, 2002 and September 30, 2001 | | 5 |
| | Notes to Condensed Consolidated Financial Statements | | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | | 15 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | | 46 |
| Item 4. | Controls and Procedures | | 46 |

**Part II.  Other Information**

| | | | |
|---|---|---|---|
| Item 6. | Exhibits and Reports on Form 8-K | | 47 |
| Signature | | | 48 |
| Certifications | | | 49 |

Table of Contents

# RISK FACTORS

*We have recently experienced substantial declines in revenues and operating losses, and we may experience additional declines in revenues and operating losses.*

Our historical financial results have been, and our future financial results are anticipated to be, subject to substantial fluctuations. Our total revenues for the first nine months of 2002 were $2,011 million compared to $2,940 million for the first nine months of 2001. This decline was due primarily to reduced demand for our products resulting from the current economic slowdown and our decision in the third quarter of 2002 not to accept orders from certain customers, not to ship to certain customers and our receipt of product returns from certain customers, each as part of our efforts to reduce excess PC processor inventory in the overall supply chain. We incurred a net loss of $448 million for the first nine months of 2002 compared to a net loss of $45 million for the first nine months of 2001. Reduced end-user demand, underutilization of our manufacturing capacity and other factors could adversely affect our business in the near term and we may experience additional declines in revenue and operating losses. We cannot assure you that we will be able to return to profitability or that, if we do, we will be able to sustain it.

*The semiconductor industry is highly cyclical and is currently experiencing a severe downturn, which is adversely affecting, and may continue to adversely affect, our business.*

The highly cyclical semiconductor industry has experienced significant downturns often in connection with maturing product cycles, manufacturing overcapacity and declines in general economic conditions. The most recent downturn, which began in the fourth quarter of 2000 and continues today, has been severe and prolonged, and future downturns may also be severe and prolonged. Our financial performance has been negatively affected by these downturns, including the incurrence of substantial losses during the current downturn, as a result of:

- the cyclical nature of the supply/demand imbalances in the semiconductor industry;
- a decline in demand for end-user products that incorporate our semiconductors;
- excess inventory levels in the channels of distribution, including our customers;
- excess production capacity; and
- accelerated declines in average selling prices.

If current conditions do not improve in the near term or if these conditions in the semiconductor industry occur in the future, as they likely will to a lesser or greater degree, our business will continue to be adversely affected.

*Fluctuations in the personal computer market may continue to materially adversely affect us.*

Our business is, and particularly our PC processor product lines are, closely tied to the personal computer industry. Industry-wide fluctuations in the PC marketplace, including the current industry downturn which commenced in 2001 and has continued throughout 2002, have materially adversely affected us and may materially adversely affect us in the future. If we experience a sustained reduction in the growth rate of PCs sold,

-33-