# EXHIBIT
# 11





# AMD's Three-phase Plan



| 90 Days | 180 Days | 365 Days |
|---|---|---|
| "Plan" ⟹ | "Prove" ⟹ | "Payoff" |

**Sustainable Economic Health**

**Operational Flexibility**

**Customer-centric Innovation**

AMD

2

# Phase 1: Sustainable economic health

**AMD** 

- Inventory rebalance 90% complete

- Reduced 2002 Capital Expenditures
  - Down $50-100M to approx. $750M
  - Fab 25 asset financing $150M

- $100M/qtr cost reduction plan by Q2-03

*90 Days*

*"Plan"*

Rebalance
PC supply chain
inventory
+
Bolster capital structure
+
Reduce breakeven

3

AMD

# Phase 2: Operational Flexibility



**180 Days**

**"Prove"**

"Operational Flexibility"
+
New Topline Growth

- Creating Operational Flexibility:
  - **Tactical spend reductions**
  - **Structural transformations**

- Implementing Operational Flexibility:
  - **Shifting expenses to variable expenses from fixed**
  - **Reduces risks of investments in high fixed cost assets**

4



Phase 2: Operational Flexibility

**180 Days**

*"Prove"*

*"Operational Flexibility"*
+
New Topline Growth

- **New Topline Growth**

  – **Memory Group**

  – **Computation Products Group**

  – **PCS Group**

5



# WW Flash Memory Demand is Strong





AMD Flash Trends Are Strong

AMD Memory Group Trends

AMD

Industry's Leading Specifications

|  | AMD Specs | Others |
|---|---|---|
| Endurance | 1,000,000 | 10k-100k |
| Data retention | 20 years @ 125°C | 10-20 years |
| Standby currents | 0.2 uA | 5-10 uA |
| Read current | 0.5 mA | 10 mA |
| Program times | 8 us | 12-15us |
| Erase times | 0.2 s | 0.4 s |
| Extended temp range | -55 to 125°C | -40 to + 85°C |

8

# AMD's Flash Memory Strategy

AMD



## Focus on growth opportunities

### Wireless strategy

– Expand customer base at wireless accounts

– Accelerate technology shrinks

– Add high-end capacity

### MirrorBit™ technology

– Deploy and capitalize on MirrorBit product family

### China

– Focus on Major OEMs

– Capitalize on our leading-edge facility
  at Suzhou

6



Flash Bit Consumption Forecast

AMD

Source: AMD Estimate, 2002



# Flash Opportunity is in High-Densities



**Source: AMD Estimate, 2002**



# AMD's High-End Flash Capacity Ramping



- Fab 25 fully converted to Flash

- Advanced 0.17 um and 0.13 um capacity

- Will qualify Fab 25 and JV3 to 0.13 um in Q4, 2002

12



MirrorBit™ Development Timeline

AMD

Over 300 design wins to date

Tremendous interest from major OEM's in all segments

Major cellular design win

Architecture Announced

First Functional Silicon

64Mb Sampling Announced
Am29LV640M

Technology Qualification

64Mb Production Shipments Announced

256Mb Sampling
Am29LV256M

32Mb Sampling
Am29LV320M

128Mb Sampling
Am29LV128M

16Mb Sampling
Am29LV160M

16Mb – 256Mb MirrorBit™ Family In Production

May '01     March '02     May '02     July '02     Sep '02     Oct '02     Nov '02     Q1 '03

13

# Flash Market Share by Region



**Source: WSTS**



# China: AMD's Top Focus



## Mobile Terminals: China, 2002-'06



- AMD focus on China
- Corporate leadership
- Local sales, marketing and support organizations
- Local distribution relationships
- State-of-the-art packaging facility at Suzhou
- China customer successes
- Engaged with all major handset vendors and reference design houses
- Designed into 6 of the top 10 wireless accounts in China

We are targeting 40% market share in Chinese Wireless applications in 2003

**Source: Gartner Dataquest (July 2002)**

15



# AMD Computation Products Group

- CPG Objective
  - Become the world's leading supplier of microprocessor-based solutions for the computation, information access and media access markets

- New Growth Opportunities: Enterprise
  - Server: Opteron™
  - Mobile: Expand into "Thin & Light"
  - Desktop: Athlon XP™

16



# AMD's "Combined" Market Share

|  | Q3-01 | Q2-02 | Q3-02 |
|---|---|---|---|
| World Total | 20% | 21% | NA |
| North America | 22% | 20% | 19% |
| Western Europe | 20% | 18% | 18% |
| Eastern Europe | 21% | 22% | 21% |
| Japan | 21% | 26% | NA |
| Asia / Pacific | 14% | 15% | 16% |

**Source:  Dataquest Quarterly Statistics, Q3 & Q2 Edition, November 2002**

17

# AMD Server Customer Wins

**AMD**





















# Worldwide Server Processor Forecast



|  | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| X86-32 | 3,689,165 | 3,732,842 | 4,080,367 | 4,671,110 | 5,421,186 | 6,329,088 | 7,277,301 |
| X86-64 | 0 | 760 | 5,260 | 22,365 | 69,100 | 164,128 | 337,077 |
| RISC | 667,114 | 526,038 | 561,591 | 638,842 | 644,669 | 686,136 | 694,420 |
| CISC | 9,258 | 4,879 | 5,223 | 4,231 | 4,235 | 4,290 | 4,451 |

**Data source:  IDC WW Quarterly Server Forecast 32-bit market (June 13, 2002)**

19



# Opteron™ will compete with Xeon

- 32-bit pricing with 64-bit capabilities



| | Xeon MP 1% | AMD Opteron™ Sledgehammer MP |
| 8P+ Small Enterprise $25 - $100k (Typical) | Xeon MP 7% | AMD Opteron™ |
| 4P Basic/Scalable $6 - $25K (Typical) | | Sledgehammer DP |
| 2P Entry/ Value/Ultra Value Below $6K (Typical) | Xeon 71% | AMD Athlon™ MP |

**Data source:  IDC WW Quarterly Server Forecast 32-bit market (June 13, 2002)**

20



# AMD Opteron™ = Superior Performance

**AMD**

**Specint2000**

**Specfp2000**

**AMD Opteron™ processor estimates**

**Intel Xeon processor***

*Source http://www.spec.org/osg/cpu2000/results/cpu2000.html

21



# Increasing Mobile Share in Key Regions



**Europe**

- 2.9% — 1H' 01
- 6.0% — 2H' 01
- 10.2% — 1H' 02

1H'02
Total 3,770KU
AMD   383KU

**North America**

- 1.6% — 1H' 01
- 4.2% — 2H' 01
- 11.3% — 1H' 02

1H'02
Total 4,648KU
AMD   525KU

**Japan**

- 13.0% — 1H' 01
- 16.8% — 2H' 01
- 19.0% — 1H' 02

1H'02
Total 3,246KU
AMD   621KU

**3 Regions (11.7M units 1H'02) comprise 85% WW Market
AMD totals 1.5M units, or 13% share**

Source: Gartner Aug '02

# Thin and Light Segment Growing Rapidly



| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | CAGR 02–06 |
|---|---|---|---|---|---|---|---|
| Thin&Light (M Units) | 11.6 | 13.5 | 16.7 | 20.8 | 25.7 | 29.4 | 20.4% |

**Source: PC Database, June '02**

23



# AMD Processors Roadmap



# AMD and the Chinese Educational Market



- Ministry of Education (MOE) mandates "Connecting All Schools"
  - By 2010, 90% of High Schools, Middle, and Primary schools throughout China will be connected into the China Education and Research Network (CERNET)
  - Program represents 215 million students, 10 million teachers, 680,000 schools and 4.4 million classrooms in China

- The specific aim, prior to 2005, is to connect:
  - The eastern region High Schools, Middle and Primary schools in medium-sized or larger cities
  - The western and middle regions for High Schools, Middle and Primary schools of villages and towns

- AMD and CBE (Chinese Basic Education Company) established a JV to address this MOE opportunity

**AMD**

# 2002 to 2006+ Strategy



- 130nm
  - Complete Fab30 transition to 130nm by 3Q'02 – Done
  - Prepare for 130nm Flash introduction in JV3, F25

- 90nm
  - Qualify Hammer on 90nm (HiP8) in 2H03 (Fab30)
  - Fully convert Fab30 to 90nm by 2H'04
  - Initiate 90nm flash production in 2H04

- 65nm
  - Initial development on 200mm now
  - Shift logic development to 300mm during 2003
  - Qualify first production by 2H05, both logic and flash

- 45nm
  - Research projects underway

26



# AMD

# Summary for 2003

- Phase 1: "Sustainable Economic Health"
  - Inventory rebalance 90% complete
  - Capital structure bolstering in full swing
  - Aggressive cost reduction well underway

- Phase 2: "Operational Flexibility"
  - Shift to 30% variable cost operating model in progress
  - Attacking new topline growth opportunities
    - Memory:
      - Wireless segment
      - MirrorBit
      - China
    - Processors
      - Enterprise: Servers and Thin-and-Light mobile
    - PCS
      - Closing new design wins at rate of 2/week
      - Launched industry's best wireless LAN chipset

27

