# EXHIBIT 13

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**

For the fiscal year ended December 28, 2003

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**

For the transition period from _____ to _____

Commission File Number 1-7882

# ADVANCED MICRO DEVICES, INC.
(Exact name of registrant as specified in its charter)

| Delaware | 94-1692300 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| One AMD Place, Sunnyvale, California | 94088 |
| (Address of principal executive offices) | (Zip Code) |

(408) 749-4000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| (Title of each class) | (Name of each exchange on which registered) |
|---|---|
| $.01 Par Value Common Stock | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:

None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days  Yes ☒  No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Table of Contents

Advanced Micro Devices, Inc.

FORM 10-K
For The Fiscal Year Ended December 28, 2003

INDEX

| | | |
|---|---|---:|
| **PART I** | | 1 |
| ITEM 1 | BUSINESS | 1 |
| ITEM 2 | PROPERTIES | 16 |
| ITEM 3 | LEGAL PROCEEDINGS | 16 |
| ITEM 4 | SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS | 17 |
| **PART II** | | 18 |
| ITEM 5 | MARKET FOR REGISTRANT'S COMMON EQUITY AND RELATED STOCKHOLDER MATTERS | 18 |
| ITEM 6 | SELECTED FINANCIAL DATA | 19 |
| ITEM 7 | MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 20 |
| ITEM 7A | QUANTITATIVE AND QUALITATIVE DISCLOSURE ABOUT MARKET RISK | 55 |
| ITEM 8 | FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA | 58 |
| ITEM 9 | CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE | 98 |
| ITEM 9A | CONTROLS AND PROCEDURES | 98 |
| **PART III** | | 99 |
| ITEM 10 | DIRECTORS AND EXECUTIVE OFFICERS OF THE REGISTRANT | 99 |
| ITEM 11 | EXECUTIVE COMPENSATION | 99 |
| ITEM 12 | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS | 99 |
| ITEM 13 | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS | 99 |
| ITEM 14 | PRINCIPAL ACCOUNTING FEES AND SERVICES | 99 |
| **PART IV** | | 100 |
| ITEM 15 | EXHIBITS, FINANCIAL STATEMENT SCHEDULES, AND REPORTS ON FORM 8-K | 100 |
| **SIGNATURES** | | 110 |

Table of Contents

## Manufacturing, Assembly and Test Facilities

Our microprocessor fabrication and FASL LLC's Flash memory fabrication is conducted at the facilities described in the chart below:

| Facility Location | Wafer Size (Diameter in Inches) | Production Technology (in Nanometers) | Approximate Clean Room (Square Footage) |
|---|---|---|---|
| *Computation Products* | | | |
| Dresden, Germany | | | |
| Fab 30 | 8 | 130 | 150,000 |
| *Flash Memory Products* | | | |
| Austin, Texas | | | |
| Fab 25 | 8 | 130 and 170 | 120,000 |
| Aizu-Wakamatsu, Japan | | | |
| JV1 | 8 | 230 and 320 | 70,000 |
| JV2 | 8 | 230 | 91,000 |
| JV3 | 8 | 130 and 170 | 118,000 |

We also have foundry arrangements with third parties for the production of our Personal Connectivity Solutions and chipset products.

The current assembly and test facilities for our microprocessor products are described in the chart set forth below:

| Facility Location | Approximate Facility Square Footage | Activity |
|---|---|---|
| Penang, Malaysia | 239,000 [1] | Assembly & Test |
| Singapore | 234,000 [2] | Test |

[1] Of the total 239,000 square feet, approximately 127,000 square feet is devoted to administrative offices.
[2] Of the total 234,000 square feet, approximately 40,000 square feet is devoted to administrative and sales offices.

Some assembly and final testing of our microprocessor products is also performed by subcontractors in the United States and Asia.

The current assembly and test facilities for FASL LLC's Spansion Flash memory products are described in the chart set forth below:

| Facility Location | Approximate Assembly & Test Square Footage | Activity |
|---|---|---|
| Bangkok, Thailand | 78,000 | Assembly & Test |
| Kuala Lumpur, Malaysia | 71,300 | Assembly & Test |
| Penang, Malaysia | 71,000 | Assembly & Test |
| Suzhou, China | 30,250 | Assembly & Test |

Some assembly and final testing of FASL LLC's products is performed by subcontractors in Asia, including Fujitsu's final assembly and testing facility in Kyushu, Japan.

The political and economic risks associated with operations in foreign countries include:

- expropriation;

- changes in a specific country or region's political or economic conditions:

10