## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717 (JJF) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>   Plaintiffs,<br><br>  vs.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |
| This document relates to:<br><br>HUSTON FRAZIER, JEANNE COOK FRAZIER, and BRIAN WEINER, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  vs.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No. 05-780-JJF |

## STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF BRIAN WEINER'S MOTION TO WITHDRAW AS CLASS REPRESENTATIVE

Class Plaintiffs and defendant Intel Corporation ("Defendant") enter this Stipulation to withdraw plaintiff Brian Weiner as named class representative in this action and respectfully request that this Court grant plaintiff Brian Weiner's Motion to Withdraw As Class Representative.

74549.1

IT IS HEREBY STIPULATED AND AGREED between Class Plaintiffs and Defendant, by and though their counsel of record, that

1.    On July 11, 2005 Brian Weiner, with class representatives Huston Frazier and Jeanne Cook Frazier filed an action in the Northern District of California a class representative in Case No. C 05-2813 (N.D. Cal.); and

2.    Following the November 8, 2005 Transfer Order issued by the Judicial Panel on Multidistrict Litigation, that case was transferred from the Northern District of California to this Court and designated by this Court as Case No. 1:05-cv-00780-JJF; and

2.    Plaintiff Brian Weiner will voluntarily withdraw as named class representative and will not serve at any time in the future as named class representative in the above entitled action; and

3.    Nothing stated herein prevents plaintiff Brian Weiner from participating in the above referenced case as absent class member in any manner; and

4.    Defendant expressly disclaims any position as to whether plaintiff Brian Weiner's voluntary withdrawal as a class representative will or will not benefit absent class members; and

5.    Defendant will withdraw all outstanding discovery, if any, propounded to plaintiff Brian Weiner; and

6.    Defendant will propound no future discovery on plaintiff Brian Weiner in this action; and

7.    Defendant shall not seek any costs, in any form, from plaintiff Brian Weiner; and

8.    Defendant shall not oppose Brian Weiner's Motion To Withdraw As Class Representative.

74549.1                                    -2-

SO STIPULATED:

Dated:  November _16_ 2006.

By: _____

    Michael P. Lehmann
    Thomas P. Dove
    Alex C. Turan
    FURTH LEHMANN & GRANT LLP
    225 Bush Street, 15th Floor
    San Francisco, CA 94104
    Telephone:  (415) 433-2070

    Michael D. Hausfeld
    Daniel A. Small
    Brent W. Landau
    COHEN MILSTEIN HAUSFELD
       & TOLL, P.L.L.C.
    1100 New York Avenue, N.W.
    Suite 500, West Tower
    Washington, DC 20005
    Telephone:  (202) 408-4600

    Steve W. Berman
    Anthony D. Shapiro
    HAGENS BERMAN SOBOL
       SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    Telephone:  (206) 623-7292
    Facsimile:  (206) 623-0594

    Guido Saveri
    R. Alexander Saveri
    SAVERI & SAVERI, INC.
    111 Pine Street, Suite 1700
    San Francisco, CA  94111
    Telephone:  (415) 217-6810
    Facsimile:   (415) 217-6813

    Interim Class Counsel, MDL 1717

Dated:  November _16_ 2006.

By: _____ _for_

    Michele C. Jackson
    LIEFF CABRASER HEIMANN &
       BERNSTEIN, LLP
    Embarcadero Center West
    275 Batter Street, 30th Floor
    San Francisco, CA 94111
    Telephone:  (415) 956-1000

    Counsel for Plaintiff Brian Weiner

Dated:  November _20_, 2006.

By: _____

    Richard A. Ripley
    BINGHAM McCUTCHEN LLP
    2020 K Street, N.W.
    Washington, DC 20006
    Telephone:  (202) 373-6000

    Counsel for Defendant Intel Corporation

## ORDER

Based on the Stipulation between Class Plaintiffs, plaintiff Brian Weiner and Defendant and GOOD CAUSE appearing, and the Court, having considered plaintiff Brian Weiner's Motion to Withdraw as Class Representative, all papers filed with that motion, and all other pertinent documents and pleadings filed in this action, IT IS HEREBY ORDERED that plaintiff Brian Weiner's Motion To Withdraw As Class Representative is GRANTED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____.

By: _____

HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE
DISTRICT OF DELAWARE

74549.1                              -4-