IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ) <br> INTEL CORP. MICROPROCESSOR ) <br> ANTITRUST LITIGATION ) <br> ) <br> ———————————————————— <br> ADVANCED MICRO DEVICES, INC., a ) <br> Delaware corporation, and AMD ) <br> INTERNATIONAL SALES & SERVICE LTD, ) <br> a Delaware corporation, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> INTEL CORPORATION, a Delaware ) <br> corporation, and INTEL KABUSHIKI KAISHA, ) <br> a Japanese corporation. ) <br> ) <br> Defendants. ) | MDL Docket No. 05-1717-JJF <br><br> DM No. 1 <br><br><br><br><br><br> Civil Action No. 05-441-JJF |

## STIPULATION AND ORDER

The AMD Plaintiffs ("AMD") and the Intel Defendants, through their respective attorneys and subject to order of the Court, agree that AMD may file a reply brief in support of its motion to compel (D.I. 236, C.A. No. 05-441-JJF) up to 25 pages.

| | |
|---|---|
| /s/ Richard L. Horwitz <br> Richard L. Horwitz (#2246) <br> rhorwitz@potteranderson.com <br> Potter, Anderson & Corroon <br> 1313 North Market Street <br> P.O. Box 951 <br> Wilmington, DE 198999-0951 <br> (302) 984-6027 <br> Attorneys for Intel Corporation <br> and Intel Kabushiki Kaisha | /s/Frederick L. Cottrell, III <br> Frederick L. Cottrell, III (#2555) <br> cottrell@rlf.com <br> Richards, Layton & Finger <br> One Rodney Square <br> 920 North King Street <br> P.O. Box 551 <br> Wilmington, DE 19899 <br> (302) 651-7700 <br> Attorneys for Advanced Micro Devices, Inc. <br> and AMD International Sales & Service, Ltd. |

RLF1-3084747-1

SO ORDERED this 21st day of November, 2006.

_____
Vincent J. Poppiti
Special Master

RLF1-3084747-1