IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES & SERVICE,<br>LTD., <br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION and<br>INTEL KABUSHIKI KAISHA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-441 (JJF)<br>)<br>) DM No. 1<br>)<br>)<br>)<br>)<br>) |
| IN RE INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | )<br>) C.A. No. 05-MD-1717 (JJF)<br>) |

## COMPENDIUM OF CITED AUTHORITIES IN SUPPORT OF AMD'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO COMPEL

Of Counsel:
Charles P. Diamond
Linda J. Smith
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035
(310) 553-6700

Mark A. Samuels
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, 90071
(213) 430-6340

Jesse A. Finkelstein (#1090)
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Finkelstein@rlf.com
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com
Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

Dated: November 21, 2006

RLF1-3085143-1

| **CASES** | **EXHIBIT** |
|---|---|
| *Access Telecom, Inc. v. MCI Telecommunications Corp.*, 197 F.3d 694 (5th Cir. 1999) | 1 |
| *Aspen Skiing Co. v. Aspen Highlands Skiing Corp.*, 472 U.S. 585 (1985) | 2 |
| *Baker v. United States*, 255 F.2d 619 (9th Cir. 1958) | 3 |
| *Beazer E., Inc. v. Mead Corp.*, 412 F.3d 429 (3rd. Cir. 2005) | 4 |
| *Brunswick Corp. v. Riegel Textile Corp.*, 752 F.2d 261 (7th Cir. 1984) | 5 |
| *City of Anaheim v. Southern California Edison*, 955 F.2d 1373 (9th Cir. 1992) | 6 |
| *Coors Brewing Co. v. Miller Brewing Co.*, 889 F. Supp. 1394 (D. Colo. 1995) | 7 |
| *Crompton Corp. v. Clariant Corp.*, 220 F. Supp. 2d 569 (M.D. La. 2002) | 8 |
| *DXS, Inc. v. Siemens Medical Systems, Inc.*, 100 F.3d 462 (6th Cir. 1996) | 9 |
| *Ellis v. United States*, 138 F.2d 612 (8th Cir. 1943) | 10 |
| *Gottlieb v. Carnival Corp.*, 436 F.3d 335 (2d Cir. 2006) | 11 |
| *Hanover Shoe v. United Shoe Mach. Corp.*, 392 U.S. 481 (1968) | 12 |
| *F. Hoffman-LaRoche Ltd. v. Empagran S.A* 542 U.S. 155 (2004) | 13 |
| *In Re ML-Lee Acquisition Fund II, L.P. and ML-Lee Acquisition Fund (Retirement Accounts) II, L.P. Sec. Litig.*, 151 F.R.D. 37 (D. Del. 1993) | 14 |
| *Invacare Corp. v. Respironics, Inc.*, 2006-1 Trade Cas. (CCH) P 75,311 (N.D. Ohio 2006) | 15 |
| *Klehr v. A.O. Smith Corp.*, 521 U.S. 179 (1997) | 16 |
| *La Buy v. Howes Leather Co.*, 352 U.S. 249 (1957) | 17 |
| *Lewis v. ACB Bus. Serv., Inc.*, 135 F.3d 389 (6th Cir. 1998) | 18 |
| *Los Angeles Land Co. v. Brunswick Corp.*, 6 F.3d 1422 (9th Cir. 1993) | 19 |

*Martin v. El Paso Natural Gas Co.*,
    92 Lab. Cas. (CCH) P 34,116 (W.D. Tex. 1981) ................................................................ 20

**EXHIBIT**

*MM Global Services, Inc. v. Dow Chemical Co.*,
    329 F.Supp.2d 337 (D. Conn. 2004) ................................................................................. 21

*Poster Exchange, Inc. v. Nat'l Screen Serv. Corp.*,
    517 F.2d 117 (5th Cir. 1975) ............................................................................................ 22

*Power Replacements Corp. v. Air Preheater Co., Inc.*,
    356 F.Supp. 872 (E.D. Pa. 1973) ..................................................................................... 23

*Prudential Ins. Co. of Amer. v. U.S. Gypsum Co.*,
    991 F.2d 1080 (3d Cir. 1993) ........................................................................................... 24

*SEC v. Edwards*,
    540 U.S. 389 (2004) ......................................................................................................... 25

*Stauble v. Warrob*,
    977 F.2d 690 (1st Cir. 1992) ............................................................................................ 26

*Swift & Co. v. United States*,
    196 U.S. 375 (1905) ......................................................................................................... 27

**OTHER AUTHORITIES**
Order Appointing Spec. Master D.I. 73 in MDL Docket No. 05-1717 (Sept. 26, 2006) .............. 28