# EXHIBIT G

**AMD**

# Logic Demand/Capacity
# 2001 - 2006

Page 1

**AMD**

# MPU Long Range Demand

- Several cases modeled, per input from CPG

  - Maximum (2001 R6Q (23%); 2002-6: 23→28%)
  - Minimum ( No Comm T1; 2001 - 2006: 19%)
  - Best guess (No Comm T1 2001 only; 2002-2006: 20% → 23%)
  - Nominal (R6Q 2001; best guess beyond)

- Another case added (maximum +)

  - 30% market share 2002, beyond

Page 2

**AMD**

# Capacity Assumptions

- Tops down die ships/wafer

- Use of 0.13μ foundry starting 2002, to 20% limitation

- Fab 30 at full 5000/week

- Fab 25 cases
  - Does not become long term MPU source (e.g., devoted to appliance, or Flash)
  - Is upgraded to produce HiP7/8 technology

- No IBM foundry source assumed

Page 3

**AMD**

# When Will Fab 35 be Needed?

## Preliminary Assessment

| Market | W/O F25 | W/F25 |
|---|---|---|
| 30% | 2002 | 2002 |
| Maximum | 2003 | 2004 |
| Best Guess | 2004 | 2006 |
| Minimum | 2004 | >2006 |

Page 4

**AMD**

# What About Fab 25?

<u>Logic</u>

➤ 0.15µ CS50 shrink

… LI module concern

➤ 0.15µ reverse shrink of 0.13µ Athlon with Alum backend

… provides short term extension

… would still need to determine long term (Appliance?) logic role

➤ 0.13µ/0.10µ Copper

… significant retool, but less than new fab

… $300 – 500M for 4-5K wafers/week capacity

… results in long term MPU supply

<u>Flash</u>

➤ Still possibility

… Flash capacity increasing rapidly

… watch demand

Page 5

AMD⫣

# Possible Scenario

- Assume nominal demand case
- Upgrade Fab 25
- Defer Fab 35; eventually place in Dresden   → ? 30%

## Advantages

+ less capital investment near term; good ROI
+ capitalizes on µP expertise in Austin
+ allows for more maturity of 300mm tools, process
+ less conflict with Fab 30 ramp

## Disadvantages

- could defer 300mm too long
- partnership options may diminish
- G/A opportunities may expire   04?

Page 6

**AMD**

# What's Next?

- Create financial model

  ❶ Fab 25 as is, with Fab 35 in 2003

  ❷ Fab 25 upgraded, with Fab 35 in 2005

  ⎫ Assuming nominal case

  ... With sensitivity analysis on market share

- Firm up Saxony G/A

- Re 300mm partner -- assess need and options

Page 7

**AMD**

# How Am I Leaning?

- **Upgrade Fab 25; defer Fab 35**
  - ➢ Due diligence to plan
  - ➢ Must support HiP8

- **Engage with Foundry**
  - ➢ As 0.13µ supplier
  - ➢ Preserve opportunity for larger relationship
    - ➢ JV 300mm partner

- **Why?**
  - ➢ Demand uncertainty
  - ➢ Retains option to partner with Moto in 300mm development
    without complication of other 300mm manufacturing partner
  - ➢ Still early for 300mm

# FAB WAFER CAPACITY VS. DEMAND
## CASE 037 Maximum (F25 Copper, Market Share is 23%, 26%, 27%, 28%, 29% for '01 - '05)

AMD



Wafers, K, 8"

| FDY |
| F30 |
| F25 |
| Demand |

# Case 037 Maximum
3Q REQ

| Waters Out (K) | Act 1Q00 | Act 2000 | Est 3Q00 | 4Q00 | 1Q01 | 2Q01 | 3Q01 | 4Q01 | YR00 | YR01 | YR02 | YR03 | YR04 | YR05 | YR06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3Q REQ | | | | | | | | | |
| **Capacity** | | | | | | | | | | | | | | | |
| Fab 25, CS44 | 39.3 | 21.0 | 16.4 | 11.9 | 3.0 | 3.0 | 0.5 | 1.5 | 88.6 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Fab 25, CS50 | 18.5 | 32.9 | 48.2 | 51.1 | 57.0 | 57.0 | 57.0 | 57.0 | 150.7 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 25 | 57.8 | 53.9 | 64.6 | 63.0 | 60.0 | 60.0 | 57.5 | 58.5 | 239.3 | 236.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 30 | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| Total uP/Emb Capacity | 57.8 | 53.9 | 73.8 | 80.4 | 89.0 | 89.3 | 95.2 | 97.4 | 265.9 | 370.9 | 458.5 | 483.1 | 483.1 | 483.1 | 483.1 |
| **Die Demand (M)** | | | | | | | | | | | | | | | |
| PC Processors | 7.49 | 6.77 | 8.69 | 10.65 | 11.31 | 11.74 | 13.38 | 13.57 | 33.60 | 50.00 | 60.10 | 69.95 | 80.75 | 91.94 | 103.89 |
| Growth Yr to Yr | 130 | 126 | | | | | | | | 49% | 20% | 16% | 15% | 14% | 13% |
| **Die Ships Per Wafer** | | | | | | | | | | | | | | | |
| PC Processors | 130 | 126 | 120 | 136 | 142 | 145 | 145 | 148 | 128 | 145 | 130 | 130 | 130 | 130 | 130 |
| *Based on Die divided by wafers* | | | | | | | | | | | | | *Judged* | | |
| **Wafer Demand (K)** | | | | | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 5.5 | 1.1 | 0.0 | 0.0 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 45.4 | 50.7 | 54.3 | 53.1 | 150.2 | 203.5 | | | | | |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 2.0 | 2.3 | 3.2 | 5.4 | 3.4 | 12.9 | | | | | |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 52.9 | 54.1 | 57.5 | 58.5 | 239.2 | 223 | | | | | |
| Fab 30 PC Processors | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | | | | | |
| Total PC Processor Demand | 57.8 | 53.9 | 72.2 | 78.5 | 79.9 | 81.1 | 92.0 | 92.0 | 262.4 | 345.0 | 462.3 | 538.1 | 621.2 | 707.2 | 799.2 |
| **Wafer Support (K)** | | | | | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 5.5 | 1.1 | 0.0 | 0.0 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 45.4 | 50.7 | 54.3 | 53.1 | 150.2 | 203.5 | | | | | |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 2.0 | 2.3 | 3.2 | 5.4 | 3.4 | 12.9 | | | | | |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 52.9 | 54.1 | 57.5 | 58.5 | 239.2 | 223.0 | | | | | |
| Fab 30 Processor | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | | | | | |
| Foundry Processor Support | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 36.0 | 75.0 | 96.6 | 96.6 | 96.6 |
| Percentage of Total | | | | | | | | | | | 8% | 16% | 20% | 20% | 20% |
| Total Processor Support | 57.8 | 53.9 | 72.2 | 78.5 | 79.9 | 81.1 | 92.0 | 92.0 | 262.4 | 345.0 | 474.5 | 538.1 | 559.7 | 559.7 | 559.7 |
| Delta Support Processors | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.2 | 0.0 | -61.4 | -147.5 | -239.5 |
| 8" Equivalent | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.4 | 0.0 | -27.3 | -65.6 | -106.4 |
| Delta Capacity Fab 25 | 0.0 | 0.0 | 0.1 | 0.0 | 7.1 | 5.9 | 0.0 | 0.0 | 0.1 | 13.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Delta Capacity Fab 30 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Fab 30 capacity based on plan 5000_2 dated 8/8/00
Fab 25 converts to copper
Market share is 23%, 26%, 27%, 28%, 29%, for 2001-2005.

AMD Confidential





## FAB WAFER CAPACITY VS. DEMAND
### CASE 037 Maximum+ (F25 Copper, Market Share is 30% for '02 - '06)

**AMD**

Wafers, K, 8"

| | FDY |
| F30 |
| F25 |
| Demand |

# Case 037 Maximum+
3Q R&Q

| Waters Out (K) | Act 1Q00 | Act 2000 | Est 3Q00 | 4Q00 | 1Q01 | 2Q01 | 3Q01 | 4Q01 | YR00 | YR01 | YR02 | YR03 | YR04 | YR05 | YR06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capacity** | | | | | | | | | | | | | | | |
| Fab 25, CS44 | 39.3 | 21.0 | 16.4 | 11.9 | 3.0 | 3.0 | 0.5 | 1.5 | 88.6 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Fab 25, CS50 | 18.5 | 32.9 | 48.2 | 51.1 | 57.0 | 57.0 | 57.0 | 57.0 | 150.7 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 25 | 57.8 | 53.9 | 64.6 | 63.0 | 60.0 | 60.0 | 57.5 | 58.5 | 239.3 | 236.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| **Total uP/Emb Capacity** | | | | | | | | | | | | | | | |
| Fab 30 | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| | 57.8 | 53.9 | 73.8 | 80.4 | 89.0 | 89.3 | 95.2 | 97.4 | 265.9 | 370.9 | 458.5 | 483.1 | 483.1 | 483.1 | 483.1 |
| **Die Demand (M)** | | | | | | | | | | | | | | | |
| PC Processors | 7.49 | 6.77 | 8.69 | 10.65 | 11.31 | 11.74 | 13.38 | 13.57 | 33.60 | 50.00 | 70.33 | 78.98 | 87.90 | 96.69 | 106.36 |
| Growth Yr to Yr | | | | | | | | | | 48% | 41% | 12% | 11% | 10% | 10% |
| **Die Ships Per Wafer** | | | | | | | | | | | | | | | |
| PC Processors | 130 | 126 | 120 | 136 | 142 | 145 | 145 | 148 | 128 | 145 | 130 | 130 | 130 | 130 | 130 |
| | | | | Based on Die divided by wafers | | | | | | | | | Judged | | |
| **Wafer Demand (K)** | | | | | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 5.5 | 1.1 | 1.1 | 0.0 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 45.4 | 50.7 | 54.3 | 53.1 | 150.2 | 203.5 | | | | | |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 2.0 | 2.3 | 3.2 | 5.4 | 3.4 | 12.9 | | | | | |
| Fab 25 | 57.8 | 57.8 | 64.5 | 63.0 | 52.9 | 54.1 | 57.5 | 58.5 | 239.2 | 223 | | | | | |
| **Fab 30 PC Processors** | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | | | | | |
| **Total PC Processor Demand** | 57.8 | 57.8 | 72.2 | 78.5 | 79.9 | 81.1 | 92.0 | 92.0 | 262.4 | 345.0 | 541.0 | 607.5 | 676.2 | 743.8 | 818.2 |
| **Wafer Support (K)** | | | | | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 5.5 | 1.1 | 1.1 | 0.0 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 45.4 | 50.7 | 54.3 | 53.1 | 150.2 | 203.5 | | | | | |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 2.0 | 2.3 | 3.2 | 5.4 | 3.4 | 12.9 | | | | | |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 52.9 | 54.1 | 57.5 | 58.5 | 239.2 | 223 | | | | | |
| **Fab 30 Processor** | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| **Foundry Processor Support** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 36.0 | 75.0 | 96.6 | 96.6 | 96.6 |
| Percentage of Total | | | | | | | | | | | 8% | 16% | 20% | 20% | 20% |
| **Total Processor Support** | 57.8 | 53.9 | 72.2 | 78.5 | 79.9 | 81.1 | 92.0 | 92.0 | 262.4 | 345.0 | 474.5 | 538.1 | 559.7 | 559.7 | 559.7 |
| **Delta Support Processors** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -66.5 | -69.4 | -116.4 | -184.0 | -258.4 |
| 8" Equivalent | | | | | | | | | | | -29.6 | -30.9 | -51.7 | -81.8 | -114.9 |
| Delta Capacity Fab 25 | 0.0 | 0.0 | 0.1 | 0.0 | 7.1 | 5.9 | 0.0 | 0.0 | 0.1 | 13.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Delta Capacity Fab 30 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Fab 30 capacity based on plan 5000_2 dated 8/8/00
Fab 25 converts to copper
30% Market Share 2002-2006

AMD Confidential

# FAB WAFER CAPACITY VS. DEMAND

**CASE 037 Minimum (F25 Copper, Market Share is 19% for '01 - '05)**



**AMDⵊ**

Legend:
- ☐ FDY
- ■ F30
- ■ F25
- ● Demand

# Case 037 Minimum
3Q REQ

| Waters Out (K) | Act 1Q00 | Act 2Q00 | Est 3Q00 | 4Q00 | YR00 | YR01 | YR02 | YR03 | YR04 | YR05 | YR06 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capacity** | | | | | | | | | | | |
| Fab 25, CS44 | 39.3 | 21.0 | 16.4 | 11.9 | 88.6 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Fab 25, CS50 | 18.5 | 32.9 | 48.2 | 51.1 | 150.7 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 25 | 57.8 | 53.9 | 64.6 | 63.0 | 239.3 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| | | | | | | | | | | | |
| Total Fab 30 | 0.0 | 0.0 | 9.2 | 17.4 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| Total uP/Emb Capacity | 57.8 | 53.9 | 73.8 | 80.4 | 265.9 | 370.9 | 458.5 | 483.1 | 483.1 | 483.1 | 483.1 |
| | | | | | | | | | | | |
| **Die Demand (M)** | | | | | | | | | | | |
| PC Processors | 7.49 | 6.77 | 8.69 | 10.65 | 33.60 | 42.34 | 45.69 | 50.46 | 54.70 | 59.31 | 64.05 |
| Growth Yr to Yr | | | | | | 26% | 8% | 10% | 8% | 8% | 8% |
| | | | | | | | | | | | |
| **Die Ships Per Wafer** | | | | | Based on Die divided by wafers | | | | Judged | | |
| PC Processors | 130 | 126 | 120 | 136 | 128 | 145 | 130 | 130 | 130 | 130 | 130 |
| | | | | | | | | | | | |
| **Wafer Demand (K)** | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 150.2 | 151.5 | 121.0 | 133.1 | 165.7 | 201.1 | 208.0 |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 3.4 | 12.9 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 239.2 | 171.0 | 141.0 | 153.1 | 185.7 | 221.1 | 228.0 |
| | | | | | | | | | | | |
| Fab 30 PC Processors | 0.0 | 0.0 | 9.2 | 17.4 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| | | | | | | | | | | | |
| Total PC Processor Demand | 57.8 | 53.9 | 72.2 | 78.5 | 262.4 | 293.0 | 351.5 | 388.2 | 420.8 | 456.2 | 492.7 |
| | | | | | | | | | | | |
| **Wafer Support (K)** | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 150.2 | 151.5 | 121.0 | 133.1 | 165.7 | 201.1 | 208.0 |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 3.4 | 12.9 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 239.2 | 171.0 | 141.0 | 153.1 | 185.7 | 221.1 | 228.0 |
| | | | | | | | | | | | |
| Fab 30 Processor | 0.0 | 0.0 | 9.2 | 17.4 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| | | | | | | | | | | | |
| Foundry Processor Support | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 36.0 | 75.0 | 96.6 | 96.6 | 96.6 |
| Percentage of Total | | | | | | 0% | 10% | 18% | 22% | 20% | 20% |
| | | | | | | | | | | | |
| Total Processor Support | 57.8 | 53.9 | 72.2 | 78.5 | 262.4 | 293.0 | 387.5 | 463.2 | 517.4 | 552.8 | 559.7 |
| | | | | | | | | | | | |
| Delta Support Processors | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 36.0 | 75.0 | 96.6 | 96.6 | 67.0 |
| 8" Equivalent | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 16.0 | 33.4 | 42.9 | 42.9 | 26.8 |
| | | | | | | | | | | | |
| Delta Capacity Fab 25 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 65.0 | 87.0 | 74.9 | 42.3 | 6.9 | 0.0 |
| Delta Capacity Fab 30 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Fab 30 capacity based on plan 5000_2 dated 8/8/00
Fab 25 converts to copper
Market share is 19% for 2001-2005.

AMD Confidential

# FAB WAFER CAPACITY VS. DEMAND
## CASE 037 Best Guess (F25 Copper, Market Share is 20%, 21%, 21%, 22%, 23% for '01 - '05)



AMD

# Case 037 Best Guess
## 3Q REQ

| Wafers Out (K) | | Act 1Q00 | Act 2Q00 | Est 3Q00 | 4Q00 | YR00 | YR01 | YR02 | YR03 | YR04 | YR05 | YR06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capacity** | | | | | | | | | | | | |
| Fab 25, CS44 | | 39.3 | 21.0 | 16.4 | 11.9 | 88.6 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Fab 25, CS50 | | 18.5 | 32.9 | 48.2 | 51.1 | 150.7 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 25 | | 57.8 | 53.9 | 64.6 | 63.0 | 239.3 | 236.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| | | | | | | | | | | | | |
| Total Fab 30 | | 0.0 | 0.0 | 9.2 | 17.4 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| Total uP/Emb Capacity | | 57.8 | 53.9 | 73.8 | 80.4 | 265.9 | 370.9 | 458.5 | 483.1 | 483.1 | 483.1 | 483.1 |
| | | | | | | | | | | | | |
| **Die Demand (M)** | | | | | | | | | | | | |
| PC Processors | | 7.49 | 6.77 | 8.69 | 10.65 | 33.60 | 43.34 | 48.16 | 55.66 | 63.84 | 72.67 | 82.12 |
| Growth Year to Year | | | | | | | 29% | 11% | 16% | 15% | 14% | 13% |
| | | | | | | | | | | | | |
| Die Ships Per Wafer | | | | | | | | | | | | |
| PC Processors | | 130 | 126 | 120 | 136 | 128 | 144 | 130 | 130 | 130 | 130 | 130 |
| | | | | | Based on Die divided by wafers | | | | Judged | | | |
| | | | | | | | | | | | | |
| **Wafer Demand (K)** | | | | | | | | | | | | |
| Fab 25 CS44 PC | | 39.3 | 21.0 | 15.2 | 10.1 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | | 18.5 | 32.9 | 47.8 | 51.0 | 150.2 | 158.5 | 158.5 | 158.5 | 158.5 | 208.0 | 208.0 |
| Fab 25 EPD Embedded | | 0.0 | 0.0 | 1.5 | 1.9 | 3.4 | 12.9 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| | Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 239.2 | 178.0 | 178.5 | 178.5 | 178.5 | 228.0 | 228.0 |
| | | | | | | | | | | | | |
| Fab 30 PC Processors | | 0.0 | 0.0 | 9.2 | 17.4 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| | | | | | | | | | | | | |
| Total PC Processor Demand | | 57.8 | 53.9 | 72.2 | 78.5 | 262.4 | 300.0 | 370.5 | 428.2 | 491.1 | 559.0 | 631.7 |
| | | | | | | | | | | | | |
| **Wafer Support (K)** | | | | | | | | | | | | |
| Fab 25 CS44 PC | | 39.3 | 21.0 | 15.2 | 10.1 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | | 18.5 | 32.9 | 47.8 | 51.0 | 150.2 | 158.5 | 158.5 | 158.5 | 158.5 | 208.0 | 208.0 |
| Fab 25 EPD Embedded | | 0.0 | 0.0 | 1.5 | 1.9 | 3.4 | 12.9 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| | Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 239.2 | 178.0 | 178.5 | 178.5 | 178.5 | 228.0 | 228.0 |
| | | | | | | | | | | | | |
| Fab 30 Processor | | 0.0 | 0.0 | 9.2 | 17.4 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| | | | | | | | | | | | | |
| Foundry Processor Support | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 36.0 | 75.0 | 96.6 | 96.6 | 96.6 |
| Percentage of Total | | | | | | | 0% | 9% | 17% | 22% | 20% | 20% |
| | | | | | | | | | | | | |
| Total Processor Support | | 57.8 | 53.9 | 72.2 | 78.5 | 262.4 | 300.0 | 425.0 | 488.6 | 510.2 | 559.7 | 559.7 |
| | | | | | | | | | | | | |
| **Delta Support Processors** | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 54.5 | 60.4 | 19.1 | 0.7 | -72.0 |
| 8" Equivalent | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 24.2 | 26.9 | 8.5 | 0.3 | -32.0 |
| | | | | | | | | | | | | |
| **Delta Capacity Fab 25** | | 0.0 | 0.0 | 0.1 | 0.0 | 0.1 | 58.0 | 49.5 | 49.5 | 49.5 | 0.0 | 0.0 |
| **Delta Capacity Fab 30** | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Fab 30 capacity based on plan 5000_2 dated 8/8/00
Fab 25 converts to copper
Market share is 20%, 21%, 21%, 22%, 23% for 2001-2005.

AMD Confidential

# FAB WAFER CAPACITY VS. DEMAND
### CASE 037 Nominal (F25 Copper, Market Share is 23%, 22%, 22%, 23%, 23%  for '01 - '05)



**AMD**

**Tom Bunch**                    **AMD Confidential**                    5

# Case 037 Nominal
## 3Q R&Q

| Wafers Out (K) | Act 1Q00 | Act 2Q00 | Est 3Q00 | 4Q00 | 1Q01 | 2Q01 | 3Q01 | 4Q01 | YR00 | YR01 | YR02 | YR03 | YR04 | YR05 | YR06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capacity** | | | | | | | | | | | | | | | |
| Fab 25, CS44 | 39.3 | 21.0 | 16.4 | 11.9 | 3.0 | 3.0 | 0.5 | 1.5 | 88.6 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Fab 25, CS50 | 18.5 | 32.9 | 48.2 | 51.1 | 57.0 | 57.0 | 57.0 | 57.0 | 150.7 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 25 | 57.8 | 53.9 | 64.6 | 63.0 | 60.0 | 60.0 | 57.5 | 58.5 | 239.3 | 236.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| | | | | | | | | | | | | | | | |
| Total Fab 30 | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| **Total uP/Emb Capacity** | 57.8 | 53.9 | 73.8 | 80.4 | 69.0 | 89.3 | 95.2 | 97.4 | 265.9 | 370.9 | 458.5 | 483.1 | 483.1 | 483.1 | 483.1 |
| | | | | | | | | | | | | | | | |
| **Die Demand (M)** | | | | | | | | | | | | | | | |
| PC Processors | 7.49 | 6.77 | 8.69 | 10.65 | 11.31 | 11.74 | 13.38 | 13.57 | 33.60 | 50.00 | 52.36 | 58.90 | 65.93 | 72.79 | 80.07 |
| Growth Yr to Yr | | | | | | | | | | 49% | 5% | 12% | 12% | 10% | 10% |
| | | | | | | | | | | | | | | | |
| **Die Ships Per Wafer** | | | | | | | | | | | | | | | |
| PC Processors | 130 | 126 | 120 | 136 | 142 | 145 | 145 | 148 | 128 | 145 | 130 | 130 | 130 | 130 | 130 |
| | | | | Based on Die divided by wafers | | | | | | | | Judged | | | |
| | | | | | | | | | | | | | | | |
| **Wafer Demand (K)** | | | | | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 5.5 | 1.1 | 0.0 | 0.0 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 45.4 | 50.7 | 54.3 | 53.1 | 150.2 | 203.5 | | | | | |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 2.0 | 2.3 | 3.2 | 5.4 | 3.4 | 12.9 | | | | | |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 52.9 | 54.1 | 57.5 | 58.5 | 239.2 | 223 | | | | | |
| | | | | | | | | | | | | | | | |
| Fab 30 PC Processors | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | | | | | |
| | | | | | | | | | | | | | | | |
| Total PC Processor Demand | 57.8 | 53.9 | 72.2 | 78.5 | 79.9 | 81.1 | 92.0 | 92.0 | 262.4 | 345.0 | 402.8 | 453.1 | 507.2 | 559.9 | 615.9 |
| | | | | | | | | | | | | | | | |
| **Wafer Support (K)** | | | | | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 5.5 | 1.1 | 0.0 | 0.0 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 45.4 | 50.7 | 54.3 | 53.1 | 150.2 | 203.5 | | | | | |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 2.0 | 2.3 | 3.2 | 5.4 | 3.4 | 12.9 | | | | | |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 52.9 | 54.1 | 57.5 | 58.5 | 239.2 | 223.0 | 208.0 | 208.0 | 208.0 | 208.0 | 208.0 |
| | | | | | | | | | | | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| | | | | | | | | | | | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| | | | | | | | | | | | | | | | |
| Fab 30 Processor | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| | | | | | | | | | | | | | | | |
| Foundry Processor Support | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 36.0 | 75.0 | 96.6 | 96.6 | 96.6 |
| Percentage of Total | | | | | | | | | | | 8% | 16% | 20% | 20% | 20% |
| | | | | | | | | | | | | | | | |
| **Total Processor Support** | 57.8 | 53.9 | 72.2 | 78.5 | 79.9 | 81.1 | 92.0 | 92.0 | 262.4 | 345.0 | 474.5 | 538.1 | 559.7 | 559.7 | 559.7 |
| | | | | | | | | | | | | | | | |
| **Delta Support Processors** | 0.0 | 0.0 | 0.0 | 0.0 | 7.1 | 5.9 | 0.0 | 0.0 | 0.0 | 0.0 | 71.7 | 85.0 | 52.5 | -0.2 | -56.2 |
| **6" Equivalent** | | | | | | | | | | | 31.9 | 37.8 | 23.4 | -0.1 | -25.0 |
| | | | | | | | | | | | | | | | |
| **Delta Capacity Fab 25** | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 13.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Delta Capacity Fab 30** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Fab 30 capacity based on plan 5000_2 dated 8/8/00
Fab 25 converts to copper
Market share is 23%, 22%, 22%, 23%, 23%, for 2001-2005.

AMD Confidential



# FAB WAFER CAPACITY VS. DEMAND
CASE 037A Maximum (F25 Aluminum, Market Share is 23%, 26%, 27%, 28%, 29% for '01 - '05)

AMD

Legend:
- FDY
- F30
- F25
- Demand

Wafers, K, 8"

# Case 037A Maximum
3Q R&Q

| Waters Out (K) | Act 1Q00 | Act 2Q00 | Act 3Q00 | Est 3Q00 | 4Q00 | 1Q01 | 2Q01 | 3Q01 | 4Q01 | YR00 | YR01 | YR02 | YR03 | YR04 | YR05 | YR06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capacity** | | | | | | | | | | | | | | | | |
| Fab 25, CS44 | 39.3 | 21.0 | | 16.4 | 11.9 | 3.0 | 3.0 | 0.5 | 1.5 | 88.6 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Fab 25, CS50 | 18.5 | 32.9 | 53.9 | 48.2 | 51.1 | 57.0 | 57.0 | 57.0 | 57.0 | 150.7 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 25 | 57.8 | 53.9 | 53.9 | 64.6 | 63.0 | 60.0 | 60.0 | 57.5 | 58.5 | 239.3 | 236.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total uP/Emb Capacity | 57.8 | 53.9 | 53.9 | 73.8 | 80.4 | 89.0 | 89.3 | 95.2 | 97.4 | 265.9 | 370.9 | 458.5 | 483.1 | 483.1 | 483.1 | 483.1 |
| Total Fab 30 | 0.0 | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| **Die Demand (M)** | | | | | | | | | | | | | | | | |
| PC Processors | 7.49 | 6.77 | | 8.69 | 10.65 | 11.31 | 11.74 | 13.38 | 13.57 | 33.60 | 50.00 | 60.10 | 69.95 | 80.75 | 91.94 | 103.89 |
| **Die Ships Per Wafer** | | | | | | | | | | | | | | | | |
| PC Processors | 130 | 126 | 120 | 136 | 142 | 145 | 145 | 145 | 148 | 128 | 145 | 130 | 130 | 130 | 130 | 130 |
| PC Processors (Growth Yr to Yr) | | | | | | | | | | | 49% | 20% | 16% | 15% | 14% | 13% |
| **Wafer Demand (K)** | | | | | | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | | 15.2 | 10.1 | 5.5 | 1.1 | 0.0 | 0.0 | 85.6 | 6.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Fab 25 CS50 PC | 18.5 | 32.9 | | 47.8 | 51.0 | 45.4 | 50.7 | 54.3 | 53.1 | 150.2 | 203.5 | 208.0 | 104.0 | 0.0 | 0.0 | 0.0 |
| Fab 25 EPD Embedded | 0.0 | 0.0 | | 1.5 | 1.9 | 2.0 | 2.3 | 3.2 | 5.4 | 3.4 | 12.9 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Fab 25 | 57.8 | 53.9 | | 64.5 | 63.0 | 52.9 | 54.1 | 57.5 | 58.5 | 239.2 | 223.0 | 228.0 | 124.0 | 20.0 | 20.0 | 20.0 |
| Fab 30 PC Processors | 0.0 | 0.0 | | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | 254.3 | 434.1 | 621.2 | 707.2 | 799.2 |
| Total PC Processor Demand | 57.8 | 53.9 | | 72.2 | 78.5 | 79.9 | 81.1 | 92.0 | 92.0 | 262.4 | 345.0 | 462.3 | 538.1 | 621.2 | 707.2 | 799.2 |
| **Wafer Support (K)** | | | | | | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | | 15.2 | 10.1 | 5.5 | 1.1 | 0.0 | 0.0 | 85.6 | 6.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Fab 25 CS50 PC | 18.5 | 32.9 | | 47.8 | 51.0 | 45.4 | 50.7 | 54.3 | 53.1 | 150.2 | 203.5 | 208.0 | 104.0 | 0.0 | 0.0 | 0.0 |
| Fab 25 EPD Embedded | 0.0 | 0.0 | | 1.5 | 1.9 | 2.0 | 2.3 | 3.2 | 5.4 | 3.4 | 12.9 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Fab 25 | 57.8 | 53.9 | | 64.5 | 63.0 | 52.9 | 54.1 | 57.5 | 58.5 | 239.2 | 223.0 | 228.0 | 124.0 | 20.0 | 20.0 | 20.0 |
| Fab 30 Processor | 0.0 | 0.0 | | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| Foundry Processor Support | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 36.0 | 75.0 | 96.6 | 96.6 | 96.6 |
| Percentage of Total | | | | | | | | | | | | 8% | 20% | 35% | 35% | 35% |
| Total Processor Support | 57.8 | 53.9 | | 72.2 | 78.5 | 79.9 | 81.1 | 92.0 | 92.0 | 262.4 | 345.0 | 474.5 | 434.1 | 351.7 | 351.7 | 351.7 |
| **Delta Support Processors** | | | | | | | | | | | 0.0 | 12.2 | -104.0 | -269.5 | -355.5 | -447.5 |
| 8" Equivalent | | | | | | | | | | | | 5.4 | -46.2 | -119.8 | -158.0 | -198.9 |
| **Delta Capacity Fab 25** | 0.0 | 0.0 | | 0.1 | 0.0 | 7.1 | 5.9 | 0.0 | 0.0 | 0.1 | 13.0 | 0.0 | 104.0 | 208.0 | 208.0 | 208.0 |
| Delta Capacity Fab 30 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

(Die Ships Per Wafer: Based on Die divided by wafers; later years "Judged")

Fab 30 capacity based on plan 5000_2 dated 8/8/00
Fab 25 does not convert to copper
Market share is 23%, 26%, 27%, 28%, 29%, for 2001-2005.

AMD Confidential

# FAB WAFER CAPACITY VS. DEMAND
## CASE 037A Maximum+ (F25 Aluminum, Market Share is 30% for '02 - '06)



# Case 037A Maximum+
## 3Q R&Q

| Wafers Out (K) | Act 1Q00 | Act 2Q00 | Est 3Q00 | 4Q00 | 1Q01 | 2Q01 | 3Q01 | 4Q01 | YR00 | YR01 | YR02 | YR03 | YR04 | YR05 | YR06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3Q R&Q | | | | | | | | | |
| **Capacity** | | | | | | | | | | | | | | | |
| Fab 25, CS44 | 39.3 | 21.0 | 16.4 | 11.9 | 3.0 | 3.0 | 0.5 | 1.5 | 88.6 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Fab 25, CS50 | 18.5 | 32.9 | 48.2 | 51.1 | 57.0 | 57.0 | 57.0 | 57.0 | 150.7 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 25 | 57.8 | 53.9 | 64.6 | 63.0 | 60.0 | 60.0 | 57.5 | 58.5 | 239.3 | 236.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| | | | | | | | | | | | | | | | |
| Total Fab 30 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Total uP/Emb Capacity | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| | 57.8 | 53.9 | 73.8 | 80.4 | 89.0 | 89.3 | 95.2 | 97.4 | 265.9 | 370.9 | 458.5 | 483.1 | 483.1 | 483.1 | 483.1 |
| | | | | | | | | | | | | | | | |
| **Die Demand (M)** | | | | | | | | | | | | | | | |
| PC Processors | 7.49 | 6.77 | 8.69 | 10.65 | 11.31 | 11.74 | 13.38 | 13.57 | 33.60 | 50.00 | 70.33 | 78.98 | 87.90 | 96.69 | 106.36 |
| Growth Yr to Yr | | | | | | | | | | 49% | 41% | 12% | 11% | 10% | 10% |
| | | | | | | | | | | | | | | | |
| **Die Ships Per Wafer** | | | | | | | | | | | | | | | |
| PC Processors | 130 | 126 | 120 | 136 | 142 | 145 | 145 | 148 | 128 | 145 | 130 | 130 | 130 | 130 | 130 |
| | | | | | | Based on Die divided by wafers | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| **Wafer Demand (K)** | | | | | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 5.5 | 1.1 | 0.0 | 0.0 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 45.4 | 50.7 | 54.3 | 53.1 | 150.2 | 203.5 | | | | | |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 2.0 | 2.3 | 3.2 | 5.4 | 3.4 | 12.9 | | | | | |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 52.9 | 54.1 | 57.5 | 58.5 | 239.2 | 223 | | | | | |
| Fab 30 PC Processors | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | | | | | |
| Total PC Processor Demand | 57.8 | 53.9 | 72.2 | 78.5 | 79.9 | 81.1 | 92.0 | 92.0 | 262.4 | 345.0 | 541.0 | 607.5 | 676.2 | 743.8 | 818.2 |
| | | | | | | | | | | | | | | | |
| **Wafer Support (K)** | | | | | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 5.5 | 1.1 | 0.0 | 0.0 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 45.4 | 50.7 | 54.3 | 53.1 | 150.2 | 203.5 | 208.0 | 104.0 | | | |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 2.0 | 2.3 | 3.2 | 5.4 | 3.4 | 12.9 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 52.9 | 54.1 | 57.5 | 58.5 | 239.2 | 223.0 | 228.0 | 124.0 | | | |
| Fab 30 Processor | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.0 | 37.7 | 38.9 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| Foundry Processor Support | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 36.0 | 75.0 | 96.6 | 96.6 | 96.6 |
| Percentage of Total | | | | | | | | | | | 8% | 20% | 35% | 35% | 35% |
| Total Processor Support | 57.8 | 53.9 | 72.2 | 78.5 | 79.9 | 81.1 | 92.0 | 92.0 | 262.4 | 345.0 | 474.5 | 434.1 | 351.7 | 351.7 | 351.7 |
| | | | | | | | | | | | | | | | |
| **Delta Support Processors** | 0.0 | 0.0 | 0.0 | 0.0 | 7.1 | 5.9 | 0.0 | 0.0 | 0.1 | 0.0 | -66.5 | -173.4 | -324.5 | -392.1 | -466.5 |
| 8" Equivalent | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -29.6 | -77.1 | -144.2 | -174.3 | -207.3 |
| | | | | | | | | | | | | | | | |
| Delta Capacity Fab 25 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 13.0 | 0.0 | 104.0 | 208.0 | 208.0 | 208.0 |
| Delta Capacity Fab 30 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

(Label "Judged" appears above the YR03–YR06 columns.)

Fab 30 capacity based on plan 5000_2 dated 8/8/00
Fab 25 does not convert to copper
30% market share 2002-2006





# FAB WAFER CAPACITY VS. DEMAND

## CASE 037A Minimum (F25 Aluminum, Market Share is 19% for '01 - '05)

# Case 037A Minimum
3Q REQ

| Waters Out (K) | Act 1Q00 | Act 2Q00 | Est 3Q00 | 4Q00 | YR00 | YR01 | YR02 | YR03 | YR04 | YR05 | YR06 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capacity** | | | | | | | | | | | |
| Fab 25, CS44 | 39.3 | 21.0 | 16.4 | 11.9 | 88.6 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Fab 25, CS50 | 18.5 | 32.9 | 48.2 | 51.1 | 150.7 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 25 | 57.8 | 53.9 | 64.6 | 63.0 | 239.3 | 236.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 30 | 0.0 | 0.0 | 9.2 | 17.4 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| **Total uP/Emb Capacity** | 57.8 | 53.9 | 73.8 | 80.4 | 265.9 | 370.9 | 458.5 | 483.1 | 483.1 | 483.1 | 483.1 |
| **Die Demand (M)** | | | | | | | | | | | |
| PC Processors | 7.49 | 6.77 | 8.69 | 10.65 | 33.60 | 42.34 | 45.69 | 50.46 | 54.70 | 59.31 | 64.05 |
| Growth Yr to Yr | | | | | | 26% | 8% | 10% | 8% | 8% | 8% |
| **Die Ships Per Wafer** *Based on Die divided by wafers* | | | | | | | | | Judged | | |
| PC Processors | 130 | 126 | 120 | 136 | 128 | 145 | 130 | 130 | 130 | 130 | 130 |
| **Wafer Demand (K)** | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 150.2 | 151.5 | 121.0 | 104.0 | 0.0 | 0.0 | 0.0 |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 3.4 | 12.9 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 239.2 | 171.0 | 171.0 | 124.0 | 20.0 | 20.0 | 20.0 |
| Fab 30 PC Processors | 0.0 | 0.0 | 9.2 | 17.4 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| **Total PC Processor Demand** | 57.8 | 53.9 | 72.2 | 78.5 | 262.4 | 293.0 | 351.5 | 388.2 | 420.8 | 456.2 | 492.7 |
| **Wafer Support (K)** | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 150.2 | 151.5 | 121.0 | 104.0 | 0.0 | 0.0 | 0.0 |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 3.4 | 12.9 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Fab 25 | 57.8 | 53.9 | 63.0 | 63.0 | 239.2 | 171.0 | 171.0 | 124.0 | 20.0 | 20.0 | 20.0 |
| Fab 30 Processor | 0.0 | 0.0 | 9.2 | 17.4 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| Foundry Processor Support | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 36.0 | 75.0 | 96.6 | 96.6 | 96.6 |
| Percentage of Total | | | | | | 0% | 10% | 20% | 35% | 35% | 35% |
| **Total Processor Support** | 57.8 | 53.9 | 72.2 | 78.5 | 262.4 | 293.0 | 387.5 | 434.1 | 351.7 | 351.7 | 351.7 |
| **Delta Support Processors** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 36.0 | 45.9 | -69.1 | -104.5 | -141.0 |
| 8" Equivalent | | | | | | | 16.0 | 20.4 | -30.7 | -46.5 | -62.7 |
| **Delta Capacity Fab 25** | 0.0 | 0.0 | 0.1 | 0.0 | 0.1 | 65.0 | 87.0 | 104.0 | 208.0 | 208.0 | 208.0 |
| **Delta Capacity Fab 30** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Fab 30 capacity based on plan 5000_2 dated 8/8/00
Fab 25 does not convert to copper
Market share is 19% for 2001-2005.

AMD Confidential

# FAB WAFER CAPACITY VS. DEMAND

CASE 037A Best Guess (F25 Aluminum, Market Share is 20%, 21%, 21%, 22%, 23% for '01 - '05)



# Case 037A Best Guess

## 3Q R6Q

| Wafers Out (K) | Act 1Q00 | Act 2Q00 | Est 3Q00 | 4Q00 | YR00 | YR01 | YR02 | YR03 | YR04 | YR05 | YR06 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capacity** | | | | | | | | | | | |
| Fab 25, CS44 | 39.3 | 21.0 | 16.4 | 11.9 | 88.6 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Fab 25, CS50 | 18.5 | 32.9 | 48.2 | 51.1 | 150.7 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 25 | 57.8 | 53.9 | 64.6 | 63.0 | 239.3 | 236.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 30 | 0.0 | 0.0 | 9.2 | 17.4 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| Total uP/Emb Capacity | 57.8 | 53.9 | 73.8 | 80.4 | 265.9 | 370.9 | 458.5 | 483.1 | 483.1 | 483.1 | 483.1 |
| **Die Demand (M)** | | | | | | | | | | | |
| PC Processors | 7.49 | 6.77 | 8.69 | 10.65 | 33.60 | 43.34 | 48.16 | 55.66 | 63.84 | 72.67 | 82.12 |
| Growth Year to Year | | | | | | 29% | 11% | 16% | 15% | 14% | 13% |
| Die Ships Per Wafer | | | | | | | | | | Judged | |
| PC Processors | 130 | 126 | 120 | 136 | 128 | 144 | 130 | 130 | 130 | 130 | 130 |
| | | | Based on Die divided by wafers | | | | | | | | |
| **Wafer Demand (K)** | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 150.2 | 158.5 | | | | | |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 3.4 | 12.9 | | | | | |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 239.2 | 178.0 | | | | | |
| Fab 30 PC Processors | 0.0 | 0.0 | 9.2 | 17.4 | 26.6 | 134.9 | | | | | |
| Total PC Processor Demand | 57.8 | 53.9 | 72.2 | 78.5 | 262.4 | 300.0 | 370.5 | 428.2 | 491.1 | 559.0 | 631.7 |
| **Wafer Support (K)** | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 85.6 | 6.6 | 158.5 | 104.0 | 0.0 | 0.0 | 0.0 |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 150.2 | 158.5 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 3.4 | 12.9 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 239.2 | 178.0 | 178.5 | 124.0 | | | |
| Fab 30 Processor | 0.0 | 0.0 | 9.2 | 17.4 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| Foundry Processor Support | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 36.0 | 75.0 | 96.6 | 96.6 | 96.6 |
| Percentage of Total | | | | | | 0% | 9% | 20% | 35% | 35% | 35% |
| Total Processor Support | 57.8 | 53.9 | 72.2 | 78.5 | 262.4 | 300.0 | 425.0 | 434.1 | 351.7 | 351.7 | 351.7 |
| Delta Support Processors | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 54.5 | 5.9 | -139.4 | -207.3 | -280.0 |
| 8" Equivalent | | | | | | | 24.2 | 2.6 | -61.9 | -92.1 | -124.4 |
| Delta Capacity Fab 25 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 58.0 | 49.5 | 104.0 | 208.0 | 208.0 | 208.0 |
| Delta Capacity Fab 30 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Fab 30 capacity based on plan 5000_2 dated 8/8/00
Fab 25 does not convert to copper
Market share is 20%, 21%, 21%, 22%, 23% for 2001-2005.

AMD Confidential

# FAB WAFER CAPACITY VS. DEMAND

**CASE 037A Nominal** (F25 Aluminum, Market Share is 23%, 22%, 22%, 23%, 23% for '01 - '05)



# Case 037A Nominal
## 3Q R6Q

| Wafers Out (K) | Act 1Q00 | Act 2Q00 | Est 3Q00 | 4Q00 | 1Q01 | 2Q01 | 3Q01 | 4Q01 | YR00 | YR01 | YR02 | YR03 | YR04 | YR05 | YR06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capacity** | | | | | | | | | | | | | | | |
| Fab 25, CS44 | 39.3 | 21.0 | 16.4 | 11.9 | 3.0 | 3.0 | 0.5 | 1.5 | 88.6 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Fab 25, CS50 | 18.5 | 32.9 | 48.2 | 51.1 | 57.0 | 57.0 | 57.0 | 57.0 | 150.7 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 25 | 57.8 | 53.9 | 64.6 | 63.0 | 60.0 | 60.0 | 57.5 | 58.5 | 239.3 | 236.0 | 228.0 | 228.0 | 228.0 | 228.0 | 228.0 |
| Total Fab 30 | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| Total uP/Emb Capacity | 57.8 | 53.9 | 73.8 | 80.4 | 89.0 | 89.3 | 95.2 | 97.4 | 265.9 | 370.9 | 458.5 | 483.1 | 483.1 | 483.1 | 483.1 |
| **Die Demand (M)** | | | | | | | | | | | | | | | |
| PC Processors | 7.49 | 6.77 | 8.69 | 10.65 | 11.31 | 11.74 | 13.38 | 13.57 | 33.60 | 50.00 | 52.36 | 58.90 | 65.93 | 72.79 | 80.07 |
| Growth Yr to Yr | | | | | | | | | | 49% | 8% | 12% | 12% | 10% | 10% |
| **Die Ships Per Wafer** | | | | | | | | | | | | | | | |
| PC Processors | 130 | 126 | 120 | 136 | 142 | 145 | 145 | 148 | 128 | 145 | 130 | 130 | 130 | 130 | 130 |
| **Wafer Demand (K)** | | | | | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 5.5 | 1.1 | 0.0 | 0.0 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 45.4 | 50.7 | 54.3 | 53.1 | 150.2 | 203.5 | | | | | |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 2.0 | 2.3 | 3.2 | 5.4 | 3.4 | 12.9 | | | | | |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 52.9 | 54.1 | 57.5 | 58.5 | 239.2 | 223 | | | | | |
| Fab 30 PC Processors | 0.0 | 0.0 | 9.2 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | | | | | |
| Total PC Processor Demand | 57.8 | 53.9 | 72.2 | 78.5 | 79.9 | 81.1 | 92.0 | 92.0 | 262.4 | 345.0 | 402.8 | 453.1 | 507.2 | 559.9 | 615.9 |
| **Wafer Support (K)** | | | | | | | | | | | | | | | |
| Fab 25 CS44 PC | 39.3 | 21.0 | 15.2 | 10.1 | 5.5 | 1.1 | 0.0 | 0.0 | 85.6 | 6.6 | | | | | |
| Fab 25 CS50 PC | 18.5 | 32.9 | 47.8 | 51.0 | 45.4 | 50.7 | 54.3 | 53.1 | 150.2 | 203.5 | 208.0 | 104.0 | 0.0 | 0.0 | 0.0 |
| Fab 25 EPD Embedded | 0.0 | 0.0 | 1.5 | 1.9 | 2.0 | 2.3 | 3.2 | 5.4 | 3.4 | 12.9 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Fab 25 | 57.8 | 53.9 | 64.5 | 63.0 | 52.9 | 54.1 | 57.5 | 58.5 | 239.2 | 223.0 | 228.0 | 124.0 | 20.0 | 20.0 | 20.0 |
| Fab 30 Processor | 0.0 | 0.0 | 0.0 | 17.4 | 29.0 | 29.3 | 37.7 | 38.9 | 26.6 | 134.9 | 230.5 | 255.1 | 255.1 | 255.1 | 255.1 |
| Foundry Processor Support | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 36.0 | 75.0 | 96.6 | 96.6 | 96.6 |
| Percentage of Total | | | | | | | | | | | 8% | 20% | 35% | 35% | 35% |
| Total Processor Support | 57.8 | 53.9 | 72.2 | 78.5 | 79.9 | 81.1 | 92.0 | 92.0 | 262.4 | 345.0 | 474.5 | 434.1 | 351.7 | 351.7 | 351.7 |
| Delta Support Processors | 0.0 | 0.0 | 0.1 | 0.0 | 7.1 | 5.9 | 0.0 | 0.0 | 0.1 | 0.0 | 71.7 | -19.0 | -155.5 | -208.2 | -264.2 |
| 8" Equivalent | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 31.9 | -8.4 | -69.1 | -92.5 | -117.4 |
| Delta Capacity Fab 25 | 0.0 | 0.0 | 0.1 | 0.0 | 7.1 | 5.9 | 0.0 | 0.0 | 0.1 | 13.0 | 0.0 | 104.0 | 208.0 | 208.0 | 208.0 |
| Delta Capacity Fab 30 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Die Ships Per Wafer annotations: "Based on Die divided by wafers"; "Judged"

Fab 30 capacity based on plan 5000_2 dated 8/8/00
Fab 25 does not convert to copper
Market share is 23%, 22%,22%,23%,23%,23% for 2001-2005.

AMD Confidential

Page 1 of 1    File: 037A_Nominal    Printed 03/07/2000