# EXHIBIT I

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-Q

(Mark One)

(X) QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended __March 31, 2002__

OR

( ) TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number ____1-7882____

# ADVANCED MICRO DEVICES, INC.

(Exact name of registrant as specified in its charter)

| Delaware | 94-1692300 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| One AMD Place Sunnyvale, California | 94088 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: ____(408) 732-2400____

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes __X__     No ____

The number of shares of $0.01 par value common stock outstanding as of May 3, 2002:  __341,457,931__

1

INDEX

Part I. <u>Financial Information</u>

| | | | Page No. |
|---|---|---|---|
| Item 1. | Financial Statements (unaudited) | | |
| | Condensed Consolidated Statements of Operations — Quarters Ended March 31, 2002 and April 1, 2001 | | 3 |
| | Condensed Consolidated Balance Sheets — March 31, 2002 and December 30, 2001 | | 4 |
| | Condensed Consolidated Statements of Cash Flows — Quarters Ended March 31, 2002 and April 1, 2001 | | 5 |
| | Notes to Condensed Consolidated Financial Statements | | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | | 14 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | | 38 |

Part II. <u>Other Information</u>

| | | Page No. |
|---|---|---|
| Item 2. | Changes in Securities and Use of Proceeds | 39 |
| Item 6. | Exhibits and Reports on Form 8-K | 39 |
| <u>Signature</u> | | 40 |

**Intel Corporation's Dominance of the PC Processor Market May Limit Our Ability to Compete Effectively in that Market.** Intel has dominated the market for microprocessors used in PCs for many years. As a result, Intel has been able to control x86 microprocessor and PC system standards and dictate the type of products the market requires of Intel's competitors. In addition, the financial strength of Intel allows it to market its product aggressively, target our customers and our channel partners with special incentives and discipline customers who do business with us. These aggressive activities can result in lower average selling prices for us and adversely affect our margins and profitability. Intel also exerts substantial influence over PC manufacturers and their channels of distribution through the "Intel Inside" brand program and other marketing programs. As long as Intel remains in this dominant position, we may be materially adversely affected by its:

- pricing and allocation strategies;
- product mix and introduction schedules;
- product bundling, marketing and merchandising strategies;
- control over industry standards, PC manufacturers and other PC industry participants, including motherboard, chipset and basic input/output system (BIOS) suppliers; and
- user brand loyalty.

We expect Intel to maintain its dominant position in the marketplace as well as to continue to invest heavily in research and development, new manufacturing facilities and other technology companies.

Intel also dominates the PC system platform. As a result, PC OEMs are highly dependent on Intel, less innovative on their own and, to a large extent, distributors of Intel technology.

In marketing our microprocessors to these OEMs and dealers, we depend on companies other than Intel for the design and manufacture of core-logic chipsets, graphics chips, motherboards, BIOS software and other components. In recent years, many of these third-party designers and manufacturers have lost significant market share or exited the business. In addition, these companies produce chipsets, motherboards, BIOS software and other components to support each new generation of Intel's microprocessors, and Intel has significant leverage over their business opportunities.

Our microprocessors are not designed to function with motherboards and chipsets designed to work with Intel microprocessors. Our ability to compete with Intel in the market for seventh- and eighth-generation microprocessors will depend on our ability to ensure that the microprocessors can be used in PC platforms designed to support our microprocessors or that platforms are available that support both Intel processors and our microprocessors. A failure of the designers and producers of motherboards, chipsets, processor modules and other system components to support our microprocessor offerings would have a material adverse effect on us.

28