# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and ) <br> AMD INTERNATIONAL SALES & SERVICE, ) <br> LTD., ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> INTEL CORPORATION and ) <br> INTEL KABUSHIKI KAISHA, ) <br> ) <br>     Defendants. ) | C.A. No. 05-441 (JJF) <br><br> DM No. 1 |

_____

| | |
|---|---|
| IN RE INTEL CORPORATION ) <br> MICROPROCESSOR ANTITRUST ) <br> LITIGATION ) | C.A. No. 05-MD-1717 (JJF) |

**COMPENDIUM OF CITED AUTHORITIES
IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL**

| | |
|---|---|
| | Jesse A. Finkelstein (#1090) |
| | Frederick L. Cottrell, III (#2555) |
| Of Counsel: | Chad M. Shandler (#3796) |
| Charles P. Diamond | Steven J. Fineman (#4025) |
| Linda J. Smith | Richards, Layton & Finger, P.A. |
| O'Melveny & Myers, LLP | One Rodney Square |
| 1999 Avenue of the Stars | P.O. Box 551 |
| 7th Floor | Wilmington, Delaware 19899 |
| Los Angeles, CA 90067-6035 | (302) 651-7700 |
| (310) 553-6700 | Finkelstein@rlf.com |
| | Cottrell@rlf.com |
| Mark A. Samuels | Shandler@rlf.com |
| O'Melveny & Myers, LLP | Fineman@rlf.com |
| 400 South Hope Street | Attorneys for Plaintiffs Advanced Micro |
| Los Angeles, 90071 | Devices, Inc. and AMD International Sales & |
| (213) 430-6340 | Service, Ltd. |

Dated: November 22, 2006

RLF1-3085119-1

**CASES**                                                                                                                                  **EXHIBIT**

*Bradburn Parent Teacher Store v. 3M*,
   2005 U.S. Dist. Lexis 5315 (E.D. Pa 2005) .................................................................... 1

*Continental Ore Co. v. Union Carbide & Carbon Corp.*,
   370 U.S. 690 (1962) ......................................................................................................... 2

*Conwood Co. v. United States Tobacco Co.*,
   290 F.3d 768 (6th Cir. 2002) ........................................................................................... 3

*Dee-K Enter., Inc. v. Heveafil Sdn., Bhd.*,
   299 F.3d 281 (4th Cir. 2002) ........................................................................................... 4

*Fisher-Price, Inc. v. Safety 1st, Inc.*,,
   217 F.R.D. 329 (D. Del. 2003) ........................................................................................ 5

*In re Automotive Refinishing Paint Antitrust Litig.*,
   2004 U.S. Dist. Lexis  (E.D. Pa 2004) ............................................................................ 6

*In re PE Corp., Sec. Litig.*,
   221 F.R.D. 20 (D. Conn. 2003) ....................................................................................... 7

*In re Plastics Additives Antitrust Litig.*,,
   2004 WL 2743591 (E.D. Pa 2004) .................................................................................. 8

*Industrial Investment Development, Corp. v. Mitsui & Co., Ltd.*,
   855 F.2d 222 (5th Cir. 1988 ) .......................................................................................... 9

*Kellam Energy, Inc. v. Duncan*,
   616 F. Supp. 215 (D. Del. 1985) ................................................................................... 10

*LePage's Inc., ve 3M*,
   324 F.3d 141 (3d Cir. 2003)(en banc) ........................................................................... 11

*Oppenheimer Fund, Inc. v. Sanders*,
   437 U.S. 340 (1978) ....................................................................................................... 12

*Tampa Electric Co., v. Nashville Coal Co.*,
   365 U.S. 320 (1961) ....................................................................................................... 13

*United States v. Dentsply Int'l., Inc.*,
   399 F.3d 181 (3d Cir. 2005) ........................................................................................... 14

*United States v. E.I. dU Pont dE Nemours & Co.*,
   351 U.S. 377 (1956) ....................................................................................................... 15

*United States v. Grinnell Corp.*,
   384 U.S. 563 (1966) ....................................................................................................... 16

*United States v. Microsoft, Corp.*,
   253 F.3d 34 (D.C. Cir. 2001) ......................................................................................... 17

*United States v. Time Warner, Inc.*,
   1997 WL 118413 (D.C. Cir. 1997) ................................................................................ 18

*Westchester Fire Ins., Co. v. Houshold Int'l., Inc.*.,
   2005 WL 23351 (D. Del. 2005) ..................................................................................... 19

**STATUTES**
Foreign Trade Antitrust Improvement Act, 15U.S.C. § 6a(2004) ............................................ 20

RLF1-3085119-1

H.R. Rep. No. 97-686 (1982), *reprinted in* 1993 U.S.C.C.A.N. 2487 ........................................ 21

**TREATISES**                                                                                                                      **EXHIBIT**
6 Moore's Federal Practice (3d ed. 2002) ............................................................................................. 22
Antitrust Law Developments (Debra J. Pearlstein et al. eds, 5th ed. 2002) ............................... 23
Antitrust Law: An Analysis of Antitrust Principles and Their Application (Philip
    E. Areeda & Herbert Hovenkamp, 2d ed. 2006) .................................................................. 24