IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-441 JJF |
| IN RE:<br><br>INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | )<br>)<br>)<br>) | Civil Action No. 05-MD-1717-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on November 30, 2006, the attached Modified Order Establishing A Cut Off Date For Negotiations With Third Parties Regarding Discovery Of Information Covered Under Non-Disclosure Agreements was caused to be served as follows:

**VIA ELECTRONIC MAIL**
Hewlett-Packard c/o
Michael Holston
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
mholston@morganlewis.com

RLF1-3087866-1

|  |  |
|---|---|
| Of Counsel:<br>Charles P. Diamond<br>Linda J. Smith<br>O'Melveny & Myers, LLP<br>1999 Avenue of the Stars<br>7th Floor<br>Los Angeles, CA 90067-6035<br>(310) 553-6700<br><br>Mark A. Samuels<br>O'Melveny & Myers, LLP<br>400 South Hope Street<br>Los Angeles, 90071<br>(213) 430-6340<br><br>Dated: November 30, 2006 | /s/<br>Jesse A. Finkelstein (#1090)<br>Frederick L. Cottrell, III (#2555)<br>Chad M. Shandler (#3796)<br>Steven J. Fineman (#4025)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>Finkelstein@rlf.com<br>Cottrell@rlf.com<br>Shandler@rlf.com<br>Fineman@rlf.com<br>Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>  Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>  Defendants. | Civil Action No. 05-441-JJF |
| IN RE:<br><br>INTEL CORPORATION<br><br>PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>  Defendant. | Civil Action No. 05-MD-1717-JJF<br><br>Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**MODIFIED ORDER ESTABLISHING A CUT OFF DATE FOR NEGOTIATIONS WITH THIRD PARTIES REGARDING DISCOVERY OF INFORMATION COVERED UNDER NON-DISCLOSURE AGREEMENTS**

WHEREAS, in November 2005, Advanced Micro Devices, Inc. and AMD International Sales and Service Ltd. (collectively "AMD") served its First Request For Production of Documents and Things on Intel Corporation and Intel Kabushiki Kaisha (collectively "Intel");

1

RLF1-3085237-1

WHEREAS, in December 2005, Intel served its First Request For Production of Documents on AMD;

WHEREAS, since December 2005, Intel and AMD ("the Parties") have been negotiating regarding the production of documents pursuant to these and subsequent requests for production of documents (collectively the "Parties' Document Production Requests");

WHEREAS, pursuant to the Parties' Document Production Requests, the Parties will be required to produce documents which may contain information covered by Non-Disclosure Agreements ("NDAs") entered between a Party and third parties ("NDA Third Parties");

WHEREAS, pursuant to the Protective Order entered on September 26, 2006, the Parties are required to give notice to NDA Third Parties prior to the production of documents;

WHEREAS, commencing on October 6, 2006, AMD sent out notice letters to NDA Third Parties regarding its document production to Intel;

WHEREAS, commencing on October 20, 2006, Intel sent out notice letters to NDA Third Parties regarding its document production to AMD;

WHEREAS, since sending notice letters, both Parties have been negotiating in good faith with certain NDA Third Parties regarding the production of NDA Third Party confidential information pursuant to the Parties' Document Production Requests;

WHEREAS, by Case Management Order dated May 16, 2006 (amended September 27, 2006), AMD and Intel must complete their exchange of documents pursuant to the Parties' Document Production Requests by March 27, 2007; and

WHEREAS, it is in the interest of the Parties and the NDA Third Parties to effectively negotiate any remaining NDA issues and expedite the production of the Parties'

Case 1:05-md-01717-JJF   Document 352   Filed 11/30/2006   Page 5 of 6
Case 1:05-md-01717-JJF   Document 347   Filed 11/30/2006   Page 3 of 3

documents.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. All Parties' negotiations with each of the NDA Third Parties regarding the production of documents pursuant to the Parties' Document Production Requests shall be completed on or before December 4, 2006.

2. Motion practice with respect to any dispute with an NDA Third Party that cannot be resolved amicably may commence beginning December 5, 2006, or sooner if impasse is reached.

3. Unless the Special Master orders otherwise (i) motion practice regarding any NDA Third Party dispute shall be expedited as follows: opposition letter briefs shall be served no later than five (5) business days following service of the letter application, and reply letter briefs shall be served no later than three (3) business days following service of the opposition letter brief; and (ii) if, after service of the reply letter brief, the Special Master deems it necessary to hear oral argument, such argument shall be heard by telephone conference.

4. The Parties shall promptly provide copies of this Order to all NDA Third Parties (i) with whom a dispute currently exists or (ii) who have not been notified as of this date regarding this production. By November 30, 2006, the Parties shall certify to the Special Master to whom, by what method, and on what date service to each such NDA Third Party was completed.

SO ORDERED this 29nd day of November, 2006.

_____
Vincent J. Poppiti
Special Master

RLI 1-3085237-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

Steven J. Fineman (#4025)

RLF1-3087866-1