IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | MDL Action No. 05-1717 |
| INTEL CORPORATION | : | |
| | : | |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE LTD, a Delaware corporation, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-441-JJF |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | : : : : : | |
| Defendants. | : : | |
| PHIL PAUL, on behalf of himself and all others similarly situated, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-485-JJF CONSOLIDATED ACTION |
| INTEL CORPORATION, | : : | |
| Defendant. | : | |

**O R D E R**

IT IS HEREBY ORDERED that a Discovery Conference will be held on **Friday, January 12, 2007 at 10:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

December 1, 2006
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE