

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019 Direct Phone
302 658-1192 Fax

December 4, 2006

**BY HAND DELIVERY & ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

    Re:    Discovery Matter No. 3
            *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
            C. A. No. 05-441-JJF;
            *In re Intel Corp.,* C.A. No. 05-1717-JJF; and
            *Phil Paul v. Intel Corporation (Consolidated),* C. A. No. 05-485 (JJF)

Dear Judge Poppiti:

      We are in receipt of the letter, dated November 30, 2006, addressed to Your Honor from Mr. Proctor on behalf of the Japanese OEM's. (D.I. 265, 246 and 336). Intel agrees with the proposal set forth in Mr. Proctor's letter, namely, that the preamble and Points I and II of the Japanese OEM's November 13 Letter be treated as an amicus submission, and that the arguments on burden and comity found in Point III be deferred until a later date when they can be heard if discovery from the Japanese OEMs remains an issue.

                                                  Respectfully,

                                                  W. Harding Drane, Jr. (#1023)

WHD/alc
765395
    cc:    James L. Holzman, Esquire (By electronic mail)
            Frederick L. Cottrell, III, Esquire (By electronic mail)
            Vernon R. Proctor, Esquire (By electronic mail)
            Clerk, District Court (By e-filing)