# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ) | | |
| INTEL CORP. MICROPROCESSOR ) | MDL Docket No. | |
| ANTITRUST LITIGATION ) | 05-1717-JJF | |
| ) | | |
| ADVANCED MICRO DEVICES, INC., a ) | DM No. 1 | |
| Delaware corporation, and AMD ) | DM No. 2 | |
| INTERNATIONAL SALES & SERVICE ) | | |
| LTD, a Delaware corporation, ) | | |
| ) | | |
| Plaintiffs, ) | Civil Action No. | |
| ) | 05-441-JJF | |
| v. ) | | |
| ) | | |
| INTEL CORPORATION, a Delaware ) | | |
| corporation, and INTEL KABUSHIKI ) | | |
| KAISHA, a Japanese corporation, ) | | |
| Defendants. ) | | |
| ) | | |
| PHIL PAUL, on behalf of himself ) | Civil Action No. | |
| and all others similarly situated, ) | 05-485-JJF | |
| ) | | |
| Plaintiffs, ) | CONSOLIDATED | |
| ) | ACTION | |
| v. ) | | |
| ) | | |
| INTEL CORPORATION, ) | | |
| ) | | |
| Defendant. ) | | |

## **STIPULATION**

The parties, through their respective attorneys and subject to order of the Court, stipulate to the following briefing schedule for exceptions to the Special Master's Report and Recommendations[1] regarding the Motions to Compel:

      Opening Briefs      December 27, 2006

      Reply Briefs        January 8, 2007

---

[1] To be issued on or before December 15, 2006.

RLF1-3088757-1

| | |
|---|---|
| /s/Richard L. Horwitz | /s/Frederick L. Cottrell, III |
| Richard L. Horwitz (#2246) | Jesse A. Finkelstein (#1090) |
| rhorwitz@potteranderson.com | finkelstein@rlf.com |
| Potter Anderson & Corroon LLP | Frederick L. Cottrell, III (#2555) |
| Hercules Plaza, Sixth Floor | cottrell@rlf.com |
| 1313 North Market Street | Chad M. Shandler (#3796) |
| P. O. Box 551 | shandler@rlf.com |
| Wilmington, DE  19899-9051 | Steven J. Fineman (#4025) |
| (302) 984-6000 | fineman@rlf.com |
| | Richards, Layton & Finger |
| *Attorneys for Intel Corporation and Intel Kabushiki Kaisha* | One Rodney Square |
| | P. O. Box 551 |
| | Wilmington, DE  19899 |
| /s/James L. Holzman | (302) 651-7500 |
| James L. Holzman (#663) | *Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.* |
| jlholzman@prickett.com | |
| J. Clayton Athey (#4378) | |
| jcathey@prickettt.com | |
| Prickett Jones & Elliott, PA | |
| 1310 King Street | |
| P. O. Box 1328 | |
| Wilmington, DE  19899 | |
| (302) 888-6509 | |
| *Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated* | |

       IT IS SO ORDERED THIS _____ day of December 2006.

       _____
       United States District Judge

RLF1-3088757-1