IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br> Plaintiffs, <br> v. <br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-441-JJF |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all other similarly situated, <br> Plaintiffs, <br> v. <br> INTEL CORPORATION, <br> Defendant. | ) ) ) ) ) ) ) ) | |

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SANTA CLARA

| | | |
|---|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (Rule 1550(b)) <br><br> INTEL X86 MICROPROCESSOR CASES | ) ) ) ) ) | J.C.C.P. No. 4443 |

**CERTIFICATE OF SERVICE**

I, George T. Lees, III, Esq. do hereby certify that on December 14, 2006, I have caused to be sent via electronic filing copies of the **Motion and Order for Admission Pro Hac Vice of Elizabeth Lasorte, Esq.** to the following individual(s):

| | |
|---|---|
| Frederick L. Cottrell, III<br>Chad Michael Shandler<br>Steven J. Fineman<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Adam L. Balick<br>Bifferato, Gentilotti, Biden & Balick<br>711 N. King Street<br>Wilmington, DE 19801 |
| Charles P. Diamond<br>Mark A. Samuels<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, California 90071-2899 | Linda J. Smith<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067-6035 |
| Salem M. Katsch<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, New York 10019 | Richard L. Horwitz<br>W. Harding Drane, Jr.<br>Potter, Anderson & Corroon, LLP<br>1313 N. Market St.<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 |
| Daniel S. Floyd<br>Peter E. Moll<br>Gibson Dunn<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197 | Darren B. Bernhard<br>Peter E. Moll<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004 |
| Leslie A. Polizoti<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Aaron M. Futch<br>Paul, Weiss, Rifkind, Wharton<br>& Garrison LLP<br>1615 L Street, NW, Suite 1300<br>Washington, DC 20036-5694 |

**RAWLE & HENDERSON LLP**

/s/ George T. Lees, III
George T. Lees, III, Esq. -- ID #3647
300 Delaware Ave., Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200
Attorney for International Business
Machines ("IBM")