# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION ) ) ) ) ) ) ) | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, ) ) ) ) Plaintiffs, ) ) vs. ) ) INTEL CORPORATION, ) ) Defendant. ) ) | C. A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## STIPULATED ORDER FOR EXTENSION OF TIME

Plaintiff Phil Paul and Defendant Intel Corporation hereby stipulate, subject to approval by the Court, that the due date for Intel Corporation's reply brief in support of its Motion to Dismiss the First Amended Consolidated Complaint (D. I. 307) shall be extended by one week until January 10, 2007.

PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ James L. Holzman
    James L. Holzman (#663)
    1310 King Street
    P.O. Box 1328
    Wilmington, DE 19899
    Telephone: (302) 888-6500
    Facsimile: (302) 658-8111
    jlholzman@prickett.com

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    Hercules Plaza
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19801
    Telephone: (302) 984-6000
    Facsimile: (302) 658-1192
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com

OF COUNSEL:

COHEN, MILSTEIN, HAUSFELD
  & TOLL , P.L.L.C.
Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Attorneys for Plaintiff
PHIL PAUL

OF COUNSEL:

BINGHAM McCUTCHEN LLP
David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Richard A. Ripley
1120 20th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 778-6101
Facsimile: (202) 393-6929

Attorneys for Defendant
INTEL CORPORATION

Dated: December 29, 2006


SO ORDERED this ____ day of _____, 2007.


_____
Joseph J. Farnan, Jr.
United States District Judge
District of Delaware


#769705