**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) ) | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## (CORRECTED) STIPULATED ORDER FOR EXTENSION OF TIME

Plaintiff Phil Paul and Defendant Intel Corporation hereby stipulate, subject to approval by the Court, that the due date for Intel Corporation's reply brief in support of its Motion to Dismiss Plaintiffs' Foreign Conduct Claims (D.I. 311; D.I. 221) shall be extended by one week until January 10, 2007.

PRICKETT, JONES & ELLIOTT, P.A.                POTTER ANDERSON & CORROON LLP


By:  */s/ James L. Holzman*                    By:  */s/ Richard L. Horwitz*
    James L. Holzman (#663)                     Richard L. Horwitz (#2246)
    1310 King Street                            W. Harding Drane, Jr. (#1023)
    P.O. Box 1328                               Hercules Plaza
    Wilmington, DE 19899                        1313 N. Market Street
    Telephone:  (302) 888-6500                  P.O. Box 951
    Facsimile:   (302) 658-8111                 Wilmington, DE  19801
    jlholzman@prickett.com                      Telephone:  (302) 984-6000
                                                Facsimile:  (302) 658-1192
                                                rhorwitz@potteranderson.com
                                                wdrane@potteranderson.com

OF COUNSEL:

COHEN, MILSTEIN, HAUSFELD
   & TOLL , P.L.L.C.
Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

Attorneys for Plaintiff
PHIL PAUL

OF COUNSEL:

BINGHAM McCUTCHEN LLP
David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Richard A. Ripley
1120 20th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone:  (202) 778-6101
Facsimile:  (202) 393-6929

Attorneys for Defendant
INTEL CORPORATION

Dated:  December 29, 2006

SO ORDERED this _____ day of _____, 2007.

_____
Joseph J. Farnan, Jr.
United States District Judge
District of Delaware

#769705