IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE LTD, a Delaware corporation,,<br><br>          Plaintiffs,<br><br>          v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>          Defendants. | Civil Action No. 05-441-JJF |

**ORDER ENTERING PROCEDURES FOR THE HANDLING OF DISCOVERY DISPUTES BEFORE SPECIAL MASTER AS AN ORDER OF THE COURT**

WHEREAS, the Court having appointed Vincent J. Poppiti as the Special Master in the above-captioned actions (05-441, D.I. 106 and 05-1717, D.I. 73);

WHEREAS, the Special Master having entered an order for Procedures For The Handling Of Discovery Disputes Before Special Master on June 28, 2006 ("Special Master Order") (05-441, D.I. 178 and 05-1717, (D.I. 222);

IT IS HEREBY ORDERED this ____ day of January 2007 that this Special Master Order is hereby adopted and entered as an Order of the Court effective as of June 28, 2006.

 

                                                   _____
                                                    United States District Judge