<table>
<tr><td>Writer's Direct Dial:<br>(302)888-6509<br>Writer's Telecopy Number::<br>(302)658-8111<br>Writer's E-Mail Address:<br>jlholzman@prickett.com</td><td align="center">**PRICKETT, JONES & ELLIOTT**<br>A PROFESSIONAL ASSOCIATION<br>**1310 KING STREET, BOX 1328**<br>**WILMINGTON, DELAWARE 19899**<br>TEL: (302) 888-6500<br>FAX: (302) 658-8111<br>http://www.prickett.com</td><td>Dover Office:<br>11 NORTH STATE STREET<br>DOVER, DELAWARE 19901<br>TEL: (302) 674-3841<br>FAX: (302) 674-5864</td></tr>
</table>

January 5, 2007

VIA E-FILE AND BY HAND

The Hon. Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

RE:  **In Re: Intel Corp. Microprocessor Antitrust Litigation, MDL No. 05-1717-JJF**
     **Paul v. Intel Corp., Cons. C.A. No. 05-485-JJF**

Dear Judge Farnan:

Consistent with and for the reasons stated in Mr. Cottrell's letter to the Court of January 4, 2007 (D.I. 373 in 05-MD-1717), we are filing herewith for the Court's consideration a parallel form of order that would formally endorse the Special Master's June 28, 2006 Procedures for the Handling of Discovery Disputes Before Special Master (D.I. 159 in 05-CV-485 and D.I. 222 in 05-MD-1717) in *Paul v. Intel Corp.*, Cons. C.A. No. 05-485-JJF.

Counsel stand ready to confer with the Court in the event that Your Honor has any questions.

Respectfully submitted,

James L. Holzman
(DE Bar ID No. 663)

JLH/smc
Enclosure

cc: Clerk of Court
    Special Master Vincent J. Poppiti
    Richard L. Horwitz, Esq.
    Frederick L. Cottrell, III, Esq.

19684.1\323332v1