IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself and all others similarly situated*,<br><br>  Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>  Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**ORDER ENTERING PROCEDURES FOR THE HANDLING OF DISCOVERY
DISPUTES BEFORE SPECIAL MASTER AS AN ORDER OF THE COURT**

WHEREAS, the Court having appointed Vincent J. Poppiti as the Special Master in the above-captioned actions (D.I. 21 in 05-CV-485 and D.I. 73 in 05-MD-1717); and

WHEREAS, the Special Master having entered an Order for Procedures for the Handling of Discovery Disputes Before Special Master on June 28, 2006 ("Special Master Order") (D.I. 159 in 05-CV-485 and D.I. 222 in 05-MD-1717);

IT IS HEREBY ORDERED this 10 day of January, 2007, that this Special Master Order is hereby adopted and entered as an Order of the Court effective as of June 28, 2006.

                                        /s/ Joseph J. Farnan
                                        U.S.D.J.

19685.1.\323351v1