IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | |
| INTEL CORP. MICROPROCESSOR : | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION, : | |
| : | |
| ADVANCED MICRO DEVICES, INC. and : | |
| AMD INTERNATIONAL SALES & : | |
| SERVICE, LTD., : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 05-441-JJF |
| INTEL CORPORATION and INTEL : | |
| KABUSHIKI KAISHA, : | |
| Defendants. : | |
| PHIL PAUL, on behalf of himself : | |
| and all others similarly : | |
| situated, : | |
| Plaintiffs, : | |
| : | **CONSOLIDATED** |
| v. : | Civil Action No. 05-485-JJF |
| INTEL CORPORATION, : | |
| Defendant. : | |

## O R D E R

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 365 in 05-md-1717; D.I. 278 in 05-441; D.I. 262 in 05-485) dated December 15, 2006, concerning Motions To Compel filed by AMD and the Class Plaintiffs;

WHEREAS, no Objections to the Report and Recommendation have been filed (D.I. 279, 280);

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 365 in 05-md-1717; D.I. 278 in 05-441; D.I. 262 in 05-485) is **ADOPTED**.

| | |
|---|---|
| January 12, 2007 | /s/ Joseph J. Farnan |
| DATE | UNITED STATES DISTRICT COURT |