IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | :<br>:<br>: MDL Docket No. 05-1717-JJF<br>: |
| ADVANCED MICRO DEVICES, INC., a<br>Delaware corporation, and AMD<br>INTERNATIONAL SALES & SERVICE<br>LTD, a Delaware corporation,<br><br>   Plaintiffs,<br><br>  v.<br><br>INTEL CORPORATION, a Delaware<br>corporation, and INTEL<br>KABUSHIKI KAISHA, a Japanese<br>corporation,<br><br>   Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-441-JJF<br>:<br>:<br>:<br>:<br>:<br>: |
| PHIL PAUL, on behalf of himself<br>and all other similarly<br>situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-485-JJF<br>:<br>: CONSOLIDATED ACTION<br>:<br>: |

**<u>ORDER</u>**

  IT IS HEREBY ORDERED that a Status Conference will be held on **Wednesday, March 7, 2007 at 9:00 a.m.,** in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

January 26, 2007            /s/ Joseph J. Farnan
   DATE               UNITED STATES DISTRICT JUDGE