**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTEL CORP. MICROPROCESSOR ) | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION ) | |
| ) | |
| PHIL PAUL, on behalf of himself ) | |
| and all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 05-485-JJF |
| ) | |
| v. ) | CONSOLIDATED ACTION |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF LAW FIRM ADDRESS CHANGE**

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that effective February 1, 2007, Gunderson, Sharp & Walke LLP, attorneys of record for plaintiffs, has relocated its office. Our telephone numbers, fax number and email addresses will remain the same. The new firm address is as follows:

Gunderson, Sharp & Walke, LLP
5301 W. 75th Street
Prairie Village, KS 66208

Any and all pleadings, notices, documents, correspondence, and other information regarding these actions should be sent to the above address effective February 1, 2007.

Respectfully Submitted,

\s\ Rex A. Sharp
Rex A. Sharp #12350
Barbara C. Frankland #14198
Gunderson, Sharp & Walke, L.L.P.
5301 W. 75th Street
Prairie Village, KS 66208
913-901-0500
913-901-0419 Fax
rsharp@midwest-law.com
bfrankland@midwest-law.com

### Certificate of Service

I hereby certify that on January 31, 2007, I electronically transmitted the attached document to the Clerk of the Court using the ECF System, which sent notification of such filing to the counsel of record.

Courtesy Copy by mail to:
Peter T. Dalleo
Clerk of the Court
USDC for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 18
Wilmington, DE 19801

\s\ Rex Sharp

2