IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) ) MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD.,<br><br>        Plaintiffs,<br><br>        v.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 05-441-JJF ) ) ) ) ) ) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | ) ) ) ) ) ) ) C.A. No. 05-485-JJF ) ) ) ) ) |

**ORDER REGARDING SCHEDULE FOR PRODUCTION
OF TRANSACTIONAL DATA BY THIRD PARTIES**

WHEREAS, in October 2005 and June 2006, the parties served subpoenas on various third parties seeking, among other things, transactional data;

WHEREAS, the parties have since engaged in individual negotiations with the third parties regarding the production of the requested transactional data;

WHEREAS, the date for the plaintiffs in the consolidated class actions ("Class Plaintiffs") to file their motion for class certification is July 6, 2007;

WHEREAS, Class Plaintiffs contend that the requested transactional data is important to the issue of class certification;

WHEREAS, Class Plaintiffs also contend that they require sufficient time to analyze the transactional data prior to filing their motion for class certification;

WHEREAS, the Special Master previously ordered that all third party negotiations relating to document production should be completed on or before December 21, 2006; and

WHEREAS, the date for the parties to negotiate an agreement with third parties with respect to the production of transactional data was extended until February 21, 2007;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The deadline for third parties (that were previously served with a subpoena) to produce transactional data is March 14, 2007. Motion practice on any outstanding discovery issues, including transactional data, may commence thereafter.

2. A telephonic status conference is scheduled for February 22, 2007 at 11:00 a.m. EST, during which the parties shall report to the Special Master on the status of their negotiations.

3. The parties shall provide a copy of this Order to all third parties that were served with a subpoena seeking transactional data in October 2005 or June 2006.

ENTERED this
5th day of February, 2007

Vincent J. Poppiti (DSBA No. 100614)
Special Master

2