## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | ) |
|  | ) |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) MDL Docket No. 05-1717 (JJF) |
|  | ) |
|  | ) |
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) |
|  | ) C.A. No. 05-485-JJF |
|  | ) |
| Plaintiffs, | ) CONSOLIDATED ACTION |
|  | ) |
| v. | ) |
|  | ) |
| INTEL CORPORATION, | ) |
|  | ) |
| Defendant. | ) |

### APPENDIX OF UNPUBLISHED AUTHORITIES FOR DEFENDANT INTEL CORPORATION'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT

OF COUNSEL:
David M. Balabanian
James L. Hunt
Christopher B. Hockett
Nora C. Cregan
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000

Richard A. Ripley
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, D.C. 20006
(202) 373-6000

Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com

*Attorneys for Defendant*
*Intel Corporation*

Dated: February 28, 2007

# INDEX

| **DESCRIPTION** | **TAB** |
|---|---|
| *A.D.M. Club Mgmt. Sys. V. Gary Jonas Computing, Ltd.,*<br>No. 05-3943 (HAA), 2006 WL 2689400 (D.N.J. Sept. 19, 2006) | 1 |
| *Bellevue Drug Corp. v. Advance PCS,*<br>No. 03-4731, 2004 WL 724490 (E.D. Pa. Mar. 2, 2004) | 2 |
| *Bradburn Parent/Teacher Store, Inc. v. 3M,*<br>No. 02-7676, 2000 WL 34003597 (E.D. Pa. July 25, 2003) | 3 |
| *Branning v. Apple Computer, Inc.,*<br>No. 1-05-CV-04519, order (Cal. Super Ct. May 9, 2006) | 34 |
| *Brotech Corp. v. White Eagle Int'l Techs. Group, Inc.,*<br>No. 03-232, 2004 WL 1427136 (E.D. Pa. June 21, 2004) | 4 |
| *Crouch v. Crompton Corp.,*<br>Nos. 02 CVS 4375, 03 CVS 2514, 2004 WL 2414027<br>(N.C. Super. Ct. Oct. 28, 2004) | 5 |
| *D.R. Ward Construction Co. v. Rohm & Haas Co.,*<br>MDL No. 1684, 2:05-CV-4157-LDD, 2006 WL 3921865<br>(E.D. Pa. May 30, 2006) | 6 |
| *Dexterity Surgical, Inc.  v. Tyco Int'l, Ltd.,*<br>No. 00-5789, 2001 WL 1003207 (E.D. Pa. Aug. 22, 2001) | 7 |
| *EEOC v. Dan Lapore & Sons Co.,*<br>No. 03-CV05462, 2004 U.S. Dist. LEXIS 1943 (E.D. Pa. Feb. 9, 2004) | 8 |
| *Glaberson v. Comcast Corp.,*<br>No. 03-6604, 2006 WL 2559479 (E.D. Pa. Aug. 31, 2006) | 9 |
| *Graduate Cardiology Consultants, P.C. v. Vivra,*<br>No. 2827, 2000 WL 33711050 (Pa. Ct. Com. Pl. Oct. 20, 2000) | 10 |
| *Gyarmathy & Assoc., Inc. v. TIG Ins. Co.,*<br>No. 3:02-CV-1245, 2003 WL 21339279 (N.D. Tex. June 3, 2003) | 11 |
| *IDT Corp. v. Bldg. Owners and Managers Ass'n Int'l,*<br>No. 03-4113 (JAG), 2005 WL 3447615 (D.N.J. Dec. 15, 2005) | 12 |
| *In Re Credit/Debit Card Tying,*<br>No. J.C.C.P. No. 4335, 2004 WL 2475287 (Cal. Super. Ct. Oct.14, 2004) | 13 |

| **DESCRIPTION** | **TAB** |
|---|---|
| *In Re Natural Gas Anti-Trust Cases I-IV*, Nos. 4221, 4224, 4226, 4228, 2002 WL 31570296 (Cal. Super. Ct. Oct. 16, 2002) | 14 |
| *In re OSB Antitrust Litigation*, No. 06-826 (PD), Consolidated Am. Class Action Comp. (E.D. Pa. June 15, 2006) | 15 |
| *In re OSB Antitrust Litigation*, No. 06-826 (PD), slip op. (E.D. Pa. Sept. 25, 2006) | 16 |
| *In re Wellbutrin SR Antitrust Litigation*, Nos. 04-5525, 04-5898, 05-396, 2006 WL 616292 (E.D. Pa. March 9, 2006) | 17 |
| *In re Worlds of Wonder Sec. Litig.*, No. C 87 5491 SC, 1990 WL 61951 (N.D. Cal. Mar. 23, 1990) | 18 |
| *In re Wright*, No. RS 05-13967 PC, Adv. No. RS 05-01301 PC, 2006 WL 3440336 (Bankr. C.D. Cal. Oct. 24, 2006) | 19 |
| *Knowles v. Visa U.S.A., Inc.*, No. Civ.A. CV-03-707, 2004 WL 2475284 (ME Super. Ct. Oct. 20, 2004) | 20 |
| *Koenig v. Automatic Data Processing*, Nos. 99-5816, 2003 U.S. Dist. LEXIS 26812 (D.N.J. June 30, 2003) | 21 |
| *Koenig v. Automatic Data Processing*, No. 03-3112, 04-1827, 03-3231, 04-1826, 2005 WL 2891740 (3d Cir. Nov. 3, 2005) | 22 |
| *Lorix v. Crompton Corp.*, No. A05-2148, 2006 WL 2838374 (Minn. Ct. App. Jan. 30, 2006) | 23 |
| *Martorano v. PP&L Energy Plus, LLC.*, No. 04-3751, 2005 WL 1488382 (3d Cir. June 23, 2005) | 24 |
| *Only v. Ascent Media Group, LLC*, No. 06-2123 (FSH), 2006 WL 2865492 (D.N.J. Oct. 5, 2006) | 25 |
| *Peterson v. Visa U.S.A., Inc.*, No. Civ. A. 03-8080, 2005 WL 1403761 (D.C. Super. Ct. April 22, 2005) | M* |

| DESCRIPTION | TAB |
|---|---|

*Pooler v. R.J. Reynolds,*
No. CV00-02674, 2001 WL 403167 (Nev. Dist. Ct. Apr. 4, 2001)    26

*Rey-Willis v. Citibank,*
No. 03 Civ. 2006 (SAS), 2004 WL 315267 (S.D.N.Y. Feb. 18, 2004)    27

*Smokeless Tobacco Cases I-IV,*
J.C.C.P. Nos. 4250, 4258, 4259 & 4262 (Cal. Super. Ct. June 20, 2003)    28

*Southard v. Visa U.S.A., Inc.,*
No. LACV 031729, 94491, 2004 WL 3030028
(Iowa Dist. Ct. Nov. 17, 2004)    29

*Sperry v. Crompton Corp.,*
__ N.E.2d __, 2007 WL 527726 (N.Y. Feb. 22, 2007)    30

*Strang v. Visa U.S.A., Inc.,*
No. 03 CV 011323, 2005 WL 1403769 (Wis. Cir. Ct. Feb. 8, 2005)    31

*Stutzle v. Rhone Poulenc S.A.,*
No. 002768, 2003 WL 22250424
(Pa. Ct. Common Pl. Sept. 26, 2003)    O*

*Weyerhaeuser Co. v. Ross-Simmons Hardwood Lumber Co., Inc.,*
No. 05-381, 2007 WL 505794 (Feb. 20, 2007)    32

OTHER AUTHORITIES

Assembly Comm. On Bus. & Profs., 2001-2002 Reg. Session,
Analysis of Senate Bill 1814 (June 25, 2002)    33

\* Please see Appendix of Unpublished Authority in Support of Defendant Intel Corporation's Motion to Dismiss the First Amended Consolidated Complaint, filed November 3, 2006 [MDL No. 05-1717, D.I. 310; 05-485, D.I. 220].

780366 / 29282

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on February 28, 2007, the attached

document was hand delivered to the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

James L. Holzman
J. Clayton Athey
Eric M. Andersen
Prickett, Jones & Elliott, P.A.
1310 King Street
Post Office Box 1328
Wilmington, DE 19899

I hereby certify that on February 28, 2007 I have sent the documents by

Electronic Mail to the following non-registered participants:

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Allyson B. Baker
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
mhausfeld@cmht.com
dsmall@cmht.com
blandau@cmht.com
abaker@cmht.com

Michael P. Lehman
Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
mplehmann@furth.com
tdove@furth.com
aturan@furth.com

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com
tony@hbsslaw.com

Guido Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
guido@saveri.com
rick@saveri.com

By:  */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Post Office Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com