**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)<br>) | MDL No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated,* | )<br>)<br>) | Civil Action No. 05-485-JJF |
| Plaintiffs, | )<br>) | CONSOLIDATED ACTION |
| v. | )<br>) | |
| INTEL CORPORATION, | )<br>) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on February 28, 2007, copies of PLAINTIFFS' FIRST SET OF DOCUMENTS PRODUCED IN RESPONSE TO DEFENDANT INTEL CORPORATION'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS and this NOTICE OF SERVICE were served as shown:

| **BY U.S. MAIL**<br>Todd A. Pickles<br>David Mark Balabanian<br>Joy K. Fuyuno<br>Christopher B. Hockett<br>**Bingham McCutchen LLP**<br>Three Embarcadero Center<br>San Francisco, CA 94111 | |
|---|---|
| **BY U.S. MAIL**<br>Steve W. Berman<br>Steve Fimmel<br>**Hagens Berman Sobol & Shapiro**<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101 | **BY U.S. MAIL**<br>Mike Lehmann<br>Thomas P. Dove<br>Alex Turan<br>**The Furth Firm**<br>225 Bush Street<br>15th Floor<br>San Francisco, CA 94104 |

| | |
|---|---|
| **BY U.S. MAIL**<br>Francis O. Scarpulla<br>**Law Offices of Francis O. Scarpulla**<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104 | **BY U.S. MAIL**<br>Steven Kanner<br>Douglas Millen<br>Billy London<br>**Freed Kanner London & Millen LLC**<br>2201 Waukegan Road<br>Suite 130<br>Bannockburn, IL 60015 |
| **BY U.S. MAIL**<br>R. Bruce McNew<br>**Taylor & McNew, LLP**<br>3711 Kennett Pike<br>Suite 210<br>Greenville, DE 19807 | **BY U.S. MAIL**<br>Craig C. Corbitt<br>**Zelle Hoffmann Voelbel Mason & Gette**<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104 |
| **BY U.S. MAIL**<br>Rick Saveri<br>Guido Saveri<br>**Saveri & Saveri, Inc.**<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111 | **BY U.S. MAIL**<br>Shubha Chandra<br>Mike Hausfeld<br>Allyson Baker<br>Brent Landau<br>Daniel A. Small<br>**Cohen Milstein Hausfeld & Toll**<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005 |

COTCHETT, PITRE & McCARTHY


BY: _____
Joseph W. Cotchett (#36324)
Douglas Y. Park (#233398)
*Attorneys for Plaintiff Trotter-Vogel
Realty Inc. d/b/a Prudential California
Realty*
840 Malcolm Road
Burlingame, CA 94010
jcotchett@cpmlegal.com
dpark@cpmlegal.com
Telephone:      (650) 697-6000
Facsimile:      (650) 697-0577