**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself and all others similarly situated,* | Civil Action No. 05-485-JJF |
| Plaintiffs, | CONSOLIDATED ACTION |
| v. | |
| INTEL CORPORATION, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I, Joanne Lien, hereby certify that on this 1st day of March, 2007, I caused the foregoing NOTICE OF SERVICE to be served on the following counsel via electronic filing:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Chad Michael Shandler<br>Steven J. Fineman<br>**Richards, Layton & Finger**<br>One Rodney Square<br>P.O. Box 551 | Charles P. Diamond<br>Mark A. Samuels<br>Linda J. Smith<br>**O'Melveny & Myers**<br>1999 Avenue of the Stars<br>7th Floor<br>Los Angeles, CA 90067 |
| Adam L. Balick<br>**Bifferato, Gentilotti Biden & Balick**<br>711 North King Street<br>Wilmington, DE 19801-3503 | Laurin Grollman<br>Salem M. Katsh<br>**Kasowitz, Benson, Torres & Firedman LLP**<br>1633 Broadway<br>New York, NY 10019 |
| Richard L. Horowitz<br>W. Harding Drane, Jr.<br>**Potter, Anderson & Corroon, LLP**<br>1313 N. Market St., Hercules Plaza<br>6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | David M. Balabanian<br>Joy K. Fuyuno<br>Christopher Hockett<br>**Bingham McCutchen LLP**<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| Darren B. Bernhard<br>Peter Moll<br>**Howrey LLP**<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | Daniel S. Floyd<br>Robert E. Cooper<br>**Gibson, Dunn & Crutcher LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |
| B.J. Wade<br>**Glassman, Edwards, Wade & Wyatt, P.C.**<br>26 N. Second Street<br>Memphis, TN 38103 | Nancy L. Fineman<br>Cotchett, Pitre & McCarthy<br>840 Malcolm Road<br>Burlingame, CA 94010 |
| Donald F. Drummond<br>**Drummond & Associates**<br>One California Street<br>Suite 300<br>San Francisco, CA 94111 | Robert D. Goldberg<br>**Biggs and Battaglia**<br>921 North Orange Street<br>P.O. Box 1489<br>Wilmington, DE 19899 |

| | |
|---|---|
| Donald Chidi Amamgbo<br>**Amamgbo & Associates, APC**<br>1940 Embarcadero Cove<br>Oakland, CA 94606 | Jeffrey Keller<br>Jade Butman<br>**Law Offices of Jeffrey F. Keller**<br>425 Second Street<br>Suite 500<br>San Francisco, CA 94107 |
| Gordon Ball<br>**Ball & Scott**<br>550 W. Main Avenue<br>Suite 750<br>Knoxville, TN 37902 | Joseph M .Patane<br>**Law Offices of Joseph M. Patane**<br>2280 Union Street<br>San Francisco, CA 94123 |
| James Gordon McMillan<br>**Bouchard, Margules & Friedlander**<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 | Michele C. Jackson<br>**Lieff Cabraser Heimann & Bernstein LLP**<br>Embarcadero Center West<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111 |
| A. Zachary Naylor<br>Robert Kriner, Jr.<br>Robert R. Davis<br>James R. Malone, Jr.<br>**Chimicles & Tikellis, LLP**<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899 | Harry Shulman<br>Robert Mill<br>**The Mills Law Firm**<br>145 Marina Blvd.<br>San Rafael, CA 94901 |
| Ali Oromchan<br>**Finkelstein Thompson & Loughran**<br>601 Montgomery Street<br>Suite 665<br>San Francisco, CA 94111 | Steven Kanner<br>Douglas Millen<br>Billy London<br>Robert Wozniak<br>**Freed Kanner London & Millen LLC**<br>2201 Waukegan Road<br>Suite 130<br>Bannockburn, IL 60015 |
| Vincent J. Esades<br>Muria J. Kruger<br>Maguerite E. O'Brien<br>**Heins Mills Olson, PLC**<br>3550 I.D.S. Center<br>80 S. Eight Street<br>Minneapolis, MN 55402 | Garret D. Blanchfield, Jr.<br>Mark Reinhardt<br>**Reinhardt Wendorf & Blanchfield**<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN 55101 |

| | |
|---|---|
| Hollis L. Salzman<br>Kellie Safar<br>**Goodking Labaton Rudoff & Sucharow**<br>100 Park Avenue<br>New York, NY 10017 | R. Bruce McNew<br>**Taylor & McNew, LLP**<br>3711 Kennet Pike<br>Suite 210<br>Greenville, DE 19807 |
| Jason S. Kilene<br>Daniel E. Gustafson<br>**Gustafson Gluek PLLC**<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 | Ian Otto<br>Nathan Cihlar<br>**Straus & Boies, LLP**<br>4041 University Drive, 5th Floor<br>Fairfax, VA 22030 |
| Lance A. Harke<br>**Harke & Clasby**<br>155 S. Miami Avenue<br>Miami, FL 33130 | Allan Steyer<br>**Steyer Lowenthal Boodrokas Alvarez & Smith LLP**<br>One California Street, Third Floor<br>San Francisco, CA 94111 |
| Bruce J. Wecker<br>**Hoise McArthur LLP**<br>One Market Street<br>Spear Tower #2200<br>San Francisco, CA 94105 | Mario Nunzio Alioto<br>**Trump Alioto Trump & Prescott**<br>2280 Union Street<br>San Francisco, CA 94123 |
| Francis O. Scarpulla<br>**Law Offices of Francis O. Scarpulla**<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104 | Steven A. Asher<br>Robert S. Kitchenoff<br>**Weinstein Kitchenoff & Asher, LLC**<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103 |
| Francis A. Bottini, Jr.<br>**Wolf Haldenstein Adler Freeman & Herz**<br>750 B. Street, Suite 2770<br>San Diego, CA 92101 | Fred Taylor Isquith<br>Adam J. Levitt<br>**Wolf Haldenstein Adler Freeman & Herz**<br>270 Madison Avenue, 11th Floor<br>New York, NY 10016 |
| Edward A. Wallace<br>**The Wexler Firm LLP**<br>One N. LaSalle Street, Suite 2000<br>Chicago, IL 60602 | Jeffrey S. Goddes<br>**Rosenthal Monhait Gross & Goddess**<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899 |
| Jason S. Hartley<br>**Ross Dixon & Bell LLP**<br>550 West B Street, Suite 400<br>San Diego, CA 92101 | Craig C. Corbitt<br>**Zelle Hoffman Voelbel Mason & Gette**<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 |

| | |
|---|---|
| Eugene A. Spector<br>William G. Caldes<br>**Spector Roseman & Kodroff, P.C.**<br>Suite 2500 1818 Market Street<br>Philadelphia, PA 19103 | Scott E. Chambers<br>**Schmittinger & Rodriguez**, **P.A.**<br>414 S. State Street<br>P.O. Box 497<br>Dover, DE 19903 |
| Juden Justice Reed<br>**Schubert & Reed LLP**<br>Two Embarcadero Center, Suite 1600<br>San Francisco, CA 94111 | Natalie Finkelman Bennet<br>**Shepherd Finkelman Miller & Shah**<br>65 Main Street<br>Chester, CT 06412-1311 |
| Russell M. Aoki<br>**Aoki Sakamoto Grant LLP**<br>One Convention Place<br>701 Pike Street, Suite 1525<br>Seattle, WA 98101 | Michael L. Kirby<br>**Kirby Noonan Lance & Hoge LLP**<br>One American Plaza<br>600 West Broadway, Suite 1100<br>San Diego, CA 92101 |
| Richard A. Ripley<br>**Bingham McCutchen**<br>1120 - 20th Street, NW, Suite 800<br>Washington, DC 20036 | Jeffrey A. Bartos<br>**Guerrieri Edmond Clayman & Bartos**<br>1625 Massachusetts Avenue, NW<br>Washington, DC 20036 |
| Donald L. Perelman<br>**Fine Kaplan & Black, RPC**<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103 | Randy R. Renick<br>**Law Offices of Randy Renick**<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103 |
| Daniel Hume<br>**Kirby McInerney & Squire LLP**<br>830 Third Avenue, 10th Floor<br>New York, NY 10022 | Daniel B. Allanoff<br>Steven Greenfogel<br>**Meredith Cohen Greenfogel & Skirnick**<br>22nd Floor, Architects Building<br>117 S. 17th Street<br>Philadelphia, PA 19103 |
| Scott Ames<br>**Serratore & Ames**<br>9595 Wilshire Blvd.<br>Suite 201<br>Los Angeles, CA 90212 | Harvey W. Gurland, Jr.<br>**Duane Morris**<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131 |
| Douglas G. Thompson, Jr.<br>**Finkelstein Thompson & Loughran**<br>1050 - 30th Street N.W.<br>Washington, DC 20007 | Barbara C. Frankland<br>Rex A. Sharp<br>**Gunderson Sharp & Walke, LLP**<br>5301 W. 75th Street<br>Prairie Village, KS 66208 |

| | |
|---|---|
| Reginald Von Terrell<br>**The Terrell Law Group**<br>223 - 25th Street<br>Richmond, CA 94804 | |

                                                  /s/ JoAnne Lein
                                                  JoAnne Lein