**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, | )<br>)<br>)<br>)<br>) | Civil Action No. 05-441 JJF |
| Plaintiffs, | ) | |
| vs. | )<br>) | |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | )<br>)<br>)<br>)<br>) | Civil Action No. 05-MD-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, | )<br>)<br>) | |
| | ) | Civil Action No. 05-485-JJF |
| Plaintiffs, | ) | |
| | ) | CONSOLIDATED ACTION |
| v. | ) | |
| INTEL CORPORATION, | )<br>)<br>) | |
| Defendant. | ) | |

**JOINT PROPOSED STATUS CONFERENCE REPORT AND
AGENDA FOR MARCH 7, 2007 STATUS CONFERENCE**

Plaintiffs ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD. (hereafter, jointly, "AMD"), Plaintiffs in the Class Litigation ("Class Plaintiffs") and Defendants INTEL CORPORATION and INTEL KABUSHIKI KAISHA (hereafter, jointly, "Intel") have conferred and, by and through their undersigned attorneys,

jointly offer the following proposed agenda items for the March 7, 2007 Status Conference for the Court's consideration:

1. **Document Preservation Issues:** Intel has identified to AMD and the class issues that have arisen in connection with its program for document preservation, which will be the subject of separate filings. The parties propose identifying the issues for the Court and discussing an appropriate plan of action to address the issues and the potential for their remediation.

2. **Cut-Off for AMD/Intel Document Exchange:** At the September 27, 2006 Status Conference, the Court reset the final date for the exchange of custodian documents by AMD and Intel to March 27, 2007 with the proviso that the Court would grant one reasonable, agreed-upon extension. Pursuant to the May 17, 2006 Stipulation and Order re Document Production", the parties are nearing completion of the exchange of documents from "Party-Designated Custodians," but will need additional time to fully complete this exchange as well as the production of documents of those "Adverse Party-Designated Custodians" that will be exchanged prior to the commencement of deposition discovery. In light of the document preservation issues that have arisen, the Parties will ask the Court to defer establishing a final document exchange cut-off until a final recommendation and plan of action is adopted to address these issues.

3. **Class Certification Briefing Schedule**: The Class Plaintiffs and Intel propose the following new schedule for class certification. Intel's agreement to these new dates is based on the assumption that the third party data production will be completed by March 31, 2007. Class Plaintiffs' agreement is not contingent, and they believe that absent unforeseen circumstances, no further extension of the class certification schedule would be appropriate.

| Event | New Date |
|---|---|
| Plaintiffs' motion and expert report | Friday, September 07, 2007 |
| Depose plaintiffs' expert/declarants | September 10-November 8, 2007 |
| Intel's opposition and expert report | Friday, November 09, 2007 |
| Depose defendants' experts/declarants | November 12, 2007-January 10, 2008 |
| Plaintiffs' reply brief and expert report | Friday, January 11, 2008 |
| Hearing on class certification | Late January 2008 |

                    **RICHARDS, LAYTON & FINGER, P.A.**

                    */s/ Frederick L. Cottrell, III #2555*
                    Frederick L. Cottrell, III (#2555)
                    cottrell@rlf.com
                    Richards, Layton & Finger
                    One Rodney Square
                    920 North King Street
                    P.O. Box 551
                    Wilmington, DE 19899
                    (302) 651-7700
                    Attorneys For Advanced Micro Devices, Inc. And AMD International Sales & Service, Ltd.

Dated: March 5, 2007

                    **POTTER ANDERSON & CORROON LLP**

                    */s/ Richard L. Horwitz #2246*
                    Richard L. Horwitz (#2246)
                    rhorwitz@potteranderson.com
                    W. Harding Drane, Jr. (#1023)
                    wdrane@potteranderson.com
                    1313 North Market Street
                    P.O. Box 951
                    Wilmington, DE 198999-0951
                    (302) 984-6027
                    Attorneys for INTEL CORPORATION and INTEL KABUSHIKI KAISHA

Dated: March 5, 2007

**PRICKETT JONES & ELLIOTT, P.A.**

*/s/ James L. Holzman #663*
James L. Holzman (#663)
jlholzman@prickett.com
J. Clayton Athey (#4378)
jcathey@prickett.com
1310 King Street, P.O. Box 1328
Wilmington, DE 19899
(302) 888-6509
Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated

Dated: March 5, 2007

RLF1-3122610-1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

and have sent by Federal Express to the following non-registered participants:

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197


*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3122610-1