FREDERICK L. COTTRELL, III
DIRECTOR

RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

DIRECT DIAL
(302) 651-7509
COTTRELL@RLF.COM

March 6, 2007

**BY ELECTRONIC MAIL AND**
**BY HAND DELIVERY**
The Honorable Vincent J. Poppiti
Special Master
Blank Rome LLP
Chase Manhattan Centre, Suite 800
Wilmington, DE 19801-4226

Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.* **C.A. No. 05-441-JJF**, *In re Intel Corporation*, **C.A. No. 05-MD-1717-JJF**, and *Phil Paul, et al. v. Intel Corporation*, **C.A. 05-485-JJF**

Dear Judge Poppiti:

While issues relating to the Intel document preservation problems are still evolving, AMD will propose a procedure for investigation of the issues during tomorrow's conference with Judge Farnan as follows:

- March 9 - AMD/Class submit a single document setting out the information they require from Intel to assess the nature and extent of Intel's preservation deficiencies; Intel shall submit disclosure of all document destruction mechanisms still in place (i.e., that have not been "turned off");

- March 12 - Conference with the Special Master to obtain order regarding information to be provided by Intel, and whether Intel should be ordered to suspend its automatic document deletion policies until further order of the Court;

- March 12-March 21 - Parties to meet and confer about Intel's progress;

RLF1-3123294-1

The Honorable Vincent J. Poppiti
March 6, 2007
Page 2

- March 21 - Intel to submit, under oath, the information required by AMD/Class and ordered by the Special Master, and its detailed, proposed remediation plan;

- March 21-April 13 - AMD/Class to conduct discovery as to facts surrounding nature and extent of Intel's loss of relevant data, remediation plan, and culpability;

- April 20 - AMD/Class to supply comments/objections on Intel disclosure and remediation plan;

- April 27 - Intel to respond to AMD/Class April 20 submission; and

- May 7 (or TBD) - Hearing before the Special Master.

Of course, AMD expects that Intel will reimburse the parties for all costs and fees generated from the above investigation and remediation. Finally, AMD anticipates future filings on additional relief or remedies after the above process is concluded.

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)


FLC,III/ps

cc:    Clerk of the Court (By Electronic Filing)
       Richard L. Horwitz, Esquire (Via Electronic Mail)
       James L. Holzman, Esquire (Via Electronic Mail)