IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | : MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, | : |
| Plaintiffs, | : Civil Action No. 05-485-JJF |
| v. | : CONSOLIDATED ACTION |
| INTEL CORPORATION, | : |
| Defendant. | : |

## O R D E R

At Wilmington, this 7 day of March 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant Intel Corporation's Motion To Dismiss Plaintiffs' Foreign Conduct Claims (D.I. 221 in Civ. Act. No. 05-485; D.I. 311 in Civ. Act. No. 05-md-1717) is **GRANTED**.

2. Class Plaintiffs' claims based on upon Intel Corporation's alleged foreign conduct are **DISMISSED**, and paragraphs 145-149, 159-162, 169, 178-179, 185-187, 190, 193, 197-198, 204-205 and 210 of the First Amended Consolidated Complaint are **STRICKEN**.

*[signature]*
UNITED STATES DISTRICT JUDGE