IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL No. 05-md-1717-JJF |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jennifer A. Ochs and Maura L. Rees, Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, CA 94304 to represent third party VIA Technologies, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
lpolizoti@mnat.com
  *Attorneys for Third Party VIA Technologies, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____     _____
United States District Judge

780350

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 3/30/07

*Jennifer A. Ochs*
Jennifer A. Ochs
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 3/30/07

Maura L. Rees
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

**CERTIFICATE OF SERVICE**

I certify that on April 2, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

I also hereby certify that on April 2, 2007, I sent the foregoing document to the following non-registered participants by e-mail: Joy K. Fuyuno (joyfuyuno@paulhastings.com) and Sally Kesh (skesh@cravath.com), and to the following non-registered participants by first class mail:

Jeffery N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

Michael W. Stebbins
60 South Market Street, Suite 200
San Jose, CA 95113

/s/ Leslie A. Polizoti
Leslie A. Polizoti (#4299)
Morris, Nichols, Arsht & Tunnell LLP
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com