IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL No. 05-md-1717-JJF |

### NOTICE OF SERVICE

I certify that copies of the **Responses and Objections of Non-party VIA Technologies, Inc. to Subpoena Issued by Class Parties** attached hereto as Exhibit A were caused to be served on March 21, 2007, upon Michael P. Lehmann, Furth Lehmann & Grant LLP, 225 Bush Street, 15th Floor, San Francisco, CA 94104, by facsimile and first class mail.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Leslie A. Polizoti

Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
lpolizoti@mnat.com
   *Attorneys for Third Party VIA Technologies, Inc.*

OF COUNSEL:

Jennifer A. Ochs
Maura L. Rees
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304
(650) 493-9300

<u>CERTIFICATE OF SERVICE</u>

I certify that on April 2, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

I further certify that on April 2, 2007, I sent the foregoing document to the following non-registered participants by e-mail: Joy K. Fuyuno (joyfuyuno@paulhastings.com) and Sally Kesh (skesh@cravath.com), and to the following non-registered participants by first class mail:

>Jeffery N. Luthi
>Clerk, MDL Judicial Panel
>One Columbus Circle, N.E.
>Room G-255, Federal Judiciary Bldg
>Washington, DC 20002-8004

>Michael W. Stebbins
>60 South Market Street, Suite 200
>San Jose, CA 95113

>/s/ Leslie A. Polizoti
>Leslie A. Polizoti (#4299)
>Morris, Nichols, Arsht & Tunnell LLP
>Wilmington, DE 19801
>(302) 658-9200
>lpolizoti@mnat.com