**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number:
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

April 4, 2007

**VIA eFILING AND HAND DELIVERY**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 N. Market Street
Wilmington, DE 19801-4226

Re: DM No. 5
*In re Intel Corp. Microprocessor Antitrust Litigation*, MDL No. 05-1717-JJF;
*Advanced Micro Devices, Inc., et al. v. Intel Corp., et al.*, C.A. No. 05-441-JJF;
*Phil Paul v. Intel Corp.*, Consolidated C.A. No. 05-485-JJF

Dear Judge Poppiti:

Enclosed herewith is a proposed form of Order providing Fry's Electronics, Inc., ("Fry's") with an extension until next Friday, April 13, 2007 to submit its opposition to the pending motion to compel. We have conferred with Fry's outside counsel, Michael Powell of Quinn Emanuel Urquhart Oliver & Hedges, LLP in Redwood Shores, California, and are advised the Fry's approves of this form of Order.

Respectfully submitted,

J. Clayton Athey
(DE Bar # 4378)

JCA/sam

cc: Clerk of Court (By electronic filing)
Frederick L. Cottrell, III, Esquire (By electronic filing)
Richard L. Horwitz, Esquire (By electronic filing)
Michael D. Powell, Esquire (By email and facsimile)

19684.1\331088v1