IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>               Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>               Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Richard M. Volin, Esquire to represent Plaintiffs in this matter.

                              PRICKETT, JONES & ELLIOTT, P.A.

                              By: _____
                                James L. Holzman (Bar ID #663)
                                J. Clayton Athey (Bar ID #4378)
                                1310 N. King Street
                                Wilmington, Delaware 19801
                                jlholzman@prickett.com
                                jcathey@prickett.com
                                *Interim Liaison Counsel for Plaintiffs*

Dated: April 9, 2007

**ORDER GRANTING MOTION**

The foregoing application of Richard M. Volin, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

       SO ORDERED this _____ day of _____, 2007.

                                _____
                                United States District Judge