**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, | ) ) ) ) | Civil Action No. 05-441 JJF |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Civil Action No.  05-MD-1717-JJF |
| INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies that on April 11, 2007,

true and correct copies of Plaintiffs' Fourth Request for Production of Documents and Things

[Nos. 256-267] were caused to be served as follows:

**VIA HAND DELIVERY**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899

**VIA HAND DELIVERY**
James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328

**VIA FEDERAL EXPRESS**
Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2402

**VIA FEDERAL EXPRESS**
Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197

RLF1-3137458-1

/s/ Chad M. Shandler
Jesse A. Finkelstein (#1090)
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)

Of Counsel:                                   Steven J. Fineman (#4025)
Charles P. Diamond                            Richards, Layton & Finger, P.A.
Linda J. Smith                                One Rodney Square
 lsmith@omm.com                               P.O. Box 551
O'Melveny & Myers LLP                         Wilmington, DE  19899
1999 Avenue of the Stars, 7th Floor           (302) 651-7700
Los Angeles, CA  90067                        Finkelstein@rlf.com
(310) 246-6800                                Cottrell@rlf.com
                                              Shandler@rlf.com
Mark A. Samuels                               Fineman@rlf.com
O'Melveny & Myers LLP                         Attorneys for Plaintiffs Advanced Micro
400 South Hope Street                         Devices, Inc. and AMD International Sales &
Los Angeles, CA  90071                        Service, Ltd.
(213) 430-6340

Dated:  April 11, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2007, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899

James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328

I hereby certify that on April 11, 2007, I have sent by Federal Express the foregoing

document to the following non-registered participants

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197

*/s/ Chad M. Shandler*
Chad M. Shandler (#3796)
shandler@rlf.com

RLF1-3137458-1