IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) ) ) ) ) | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>             Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>             Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>             Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>             Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

<u>**ORDER MODIFYING ORDER REGARDING INTEL'S
EVIDENCE PRESERVATION ISSUES**</u>

WHEREAS, on March 7, 2007, the Court conducted a status conference attended by counsel for plaintiffs Advanced Micro Devices, Inc., *et al.* ("AMD"), defendants Intel Corporation, *et al.* ("Intel") and the Class Plaintiffs, during which the parties raised with

the Court issues concerning Intel's preservation of electronic evidence relevant to this lawsuit;

WHEREAS, the Court referred this matter to the Special Master, Vincent J. Poppiti, for further proceedings;

WHEREAS, on March 16, 2007, Special Master Poppiti entered an Order Regarding Intel's Evidence Preservation Issues (the "Special Master's Order");

WHEREAS, AMD served a Notice of Taking Deposition of Intel Corporation and Intel Kabushiki Kaisha and Request for Production of Documents on April 10 and the Class served a parallel request on April 11, 2007 (the "Discovery Requests");

WHEREAS, Intel has requested an extension of time within which to submit certain of the disclosures and reports required under the Special Master's Order;

WHEREAS, AMD and the Class Plaintiffs are amenable to Intel receiving such extension, subject to the Special Master's approval.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The deadline for Intel to provide its Report referenced in paragraph 5, 6 10 and 11 of the Special Master's Order is hereby extended from April 17, 2007 to April 23, 2007. The deadline for AMD's and Class Plaintiffs' response as set forth in paragraph 12 is hereby extended to May 14, 2007, with Intel's reply as set forth in paragraph 13 due May 24, 2007. The Special Master's Order will otherwise stay in effect in all respects.

2. By April 17, 2007, Intel will raise with AMD and Class Plaintiffs, in writing, any issues or concerns it may have concerning the timing, scope and sequencing of the Discovery Requests so as to permit the parties to promptly resolve or, if necessary,

raise with the Special Master, such issues. Intel may also serve a formal response to the Discovery Requests in accordance with the Federal Rules of Civil Procedure.

**POTTER ANDERSON & CORROON LLP**

By: /s/ W. Harding Drane, Jr.
  W. Harding Drane, Jr (#1023)
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  P.O. Box 951
  Wilmington, DE 19890-0951
  (302) 984-6000
  wdrane@potteranderson.com

*Attorneys for Intel Corporation and Intel Kabushiki Kaisha*

**RICHARD, LAYTON & FINGER, P.A.**

BY: /s/ Chad M. Shadler
  Chad M. Shandler (#3796)
  One Rodney Square
  920 North King Street
  Wilmington, DE 19801
*Attorneys for Advance Micro Devices, Inc. and AMD International Sales & Service, Ltd.*

**PRICKETT JONES & ELLIOTT, P.A.**

By: /s/ James L. Holzman
  James L. Holzman (#663)
  1310 King Street
  P.O. Box 1328
  Wilmington, DE 19899

*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated.*

3

ENTERED this
_16_ day of April, 2007

_____
Vincent J. Poppiti (#100614)
Special Master

#789450