IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) | Civil Action No. 05-MD-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

STIPULATION AND ORDER REVISING BRIEFING SCHEDULE FOR
MOTION TO COMPEL FRY'S ELECTRONICS, INC. (DM5)

WHEREAS, Class Plaintiffs submitted a letter brief to the Special Master on March 29, 2007 in support of their request to compel Fry's Electronics, Inc. ("Fry's"), to produce transactional data in response to the subpoena issued to it on June 23, 2006 ("Class Plaintiffs' Brief");

WHEREAS, Fry's opposition letter brief ("Opposition Brief") was originally due by April 5, 2007, in accordance with the standard procedures entered in this case by the Special Master;

WHEREAS, at Fry's request, and with the agreement of Class Plaintiffs, the Special Master entered an Order dated April 5, 2007 (05-MD-1717, D.I. 429) extending the time for Fry's to serve its Opposition Brief to April 13, 2007;

WHEREAS, the Special Master has scheduled a hearing on Class Plaintiffs' request to compel Fry's for May 1, 2007; and

WHEREAS, Fry's has requested an additional extension of the deadline for filing its Opposition Brief to and including April 17, 2007, and agrees that it will not seek to postpone the May 1, 2007 hearing because of this extension of the briefing schedule, and represents that it has no present intention to otherwise seek an extension of the hearing date;

Class Plaintiffs and Fry's, through their respective counsel, and subject to the Order of the Special Master, hereby stipulate and agree to the following amended schedule for briefing related to the Class Plaintiffs' request to compel Fry's:

1.  Fry's shall file its Opposition Brief, if any, on or before April 17, 2007.

2.  Class Plaintiffs shall file their reply letter brief, if any, on or before April 23, 2007.

3.  A hearing on Class Plaintiff's request to compel Fry's will be held before the Special Master on May 1, 2007, at 9:30 a.m. in Courtroom 4B, United States District Court House, Wilmington, Delaware.

| PRICKETT JONES & ELLIOTT, P.A. | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| By: /s/ James L. Holzman<br>James L. Holzman (#663)<br>jlholzman@prickett.com<br>J. Clayton Athey (#4378)<br>jcathey@prickett.com<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>*Interim Liaison Counsel for Class Plaintiffs* | By: /s/ Mary B. Graham<br>Mary B. Graham (#2256)<br>mgraham@mnat.com<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>*Attorneys for Fry's Electronics, Inc.* |

ENTERED this 16th day of April, 2007.

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master