

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

April 23, 2007

**BY ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*,
C. A. No. 05-441-JJF;
*In re Intel Corp.*, C.A. No. 05-1717-JJF; and
*Phil Paul v. Intel Corporation (Consolidated)*, C. A. No. 05-485 (JJF)

Dear Judge Poppiti:

We are serving by electronic mail Intel's Remediation Report, and as has been past practice, we will formally file it with the Court, although that cannot now be accomplished until first thing tomorrow morning. We apologize for not serving it earlier, but late this afternoon the parties reached an impasse in negotiating a stipulation that would obviate an argument over the possible waiver of privilege (except that the parties did agree that disclosure of the content of Intel's and AMD's respective retention hold notices would not constitute a waiver). Intel was willing to disclose communications between Intel's in-house legal department and Intel's IT department relating to document retention, whether or not possibly privileged, so long as the disclosure could not be used to argue a waiver, but Intel's proposal was unacceptable to plaintiffs. Thus, Intel is not comfortable filing the Report as written in the absence of an acceptable agreement with plaintiffs' counsel or further discussions with Your Honor on the subject. For that reason, we have rewritten the report to omit some of the information we were prepared to provide, and are serving the revised Report now. The schedules attached to the report were unaffected and are complete.

Respectfully,

/s/ *Richard L. Horwitz*

Richard L. Horwitz (#2246)

RLH/msb
790992
cc: James L. Holzman, Esquire (By electronic mail)
    Frederick L. Cottrell, III, Esquire (By electronic mail)