IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ADVANCED MICRO DEVICES, INC., a )
Delaware corporation, and AMD )
INTERNATIONAL SALES & SERVICE, LTD., )
a Delaware corporation, )
  )
  ) C.A. No.: 05-441-JJF
      Plaintiffs, )
  )
  )
v. ) JURY TRIAL DEMANDED
  )
INTEL CORPORATION, a Delaware )
corporation and INTEL KABUSHIKI KAISHA, )
a Japanese corporation, )
  )
      Defendants. )

_____

IN RE: )
  ) Civil Action No. 05-MD-1717-JJF
INTEL CORPORATION )

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission pro hac vice of Jed I. Bergman, to represent Plaintiffs, Advanced Micro Devices, Inc.

and AMD International Sales & Service, Ltd. in these matters.

_[signature]_

Of Counsel:

Charles P. Diamond

Linda J. Smith

Mark A. Samuels

O'Melveny & Myers, LLP

1999 Avenue of the Stars

7th Floor

Los Angeles, CA 90067-6035

(310) 553-6700

Salem M. Katsh

Laurin B. Grollman

Kasowitz, Benson, Torres & Friedman LLP

1633 Broadway, 22nd Floor

New York, New York 10019

212-506-1942 direct

Dated: April 25, 2007

Jesse A. Finkelstein (#1090)

Frederick L. Cottrell, III (#2555)

Chad M. Shandler (#3796)

Steven J. Fineman (#4025)

Richards, Layton & Finger, P.A.

One Rodney Square

P.O. Box 551

Wilmington, Delaware 19899

(302) 651-7700

Finkelstein@rlf.com

Cottrell@rlf.com

Shandler@rlf.com

Fineman@rlf.com

Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____    _____

United States District Judge

2

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid □ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted □ to the Clerk's office upon the filing of this motion.

Jed I. Bergman

Dated: April 24, 2007

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 21st Floor
New York, NY 10019

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2007, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

I hereby certify that on April 25, 2007, I have sent by Federal Express the foregoing

document to the following non-registered participants

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com