

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

**www.potteranderson.com**

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

April 27, 2007

**BY ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

> Re:    **Discovery Matter No. 4**
> ***Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,***
> **C. A. No. 05-441-JJF;**
> ***In re Intel Corp.***, **C.A. No. 05-1717-JJF; and**
> <u>***Phil Paul v. Intel Corporation (Consolidated)***, **C. A. No. 05-485 (JJF)**</u>

Dear Judge Poppiti:

    Intel provides the enclosed information pursuant to Paragraph 7 of the Order Regarding Intel's Evidence Preservation Issues.  The enclosed document is marked Confidential and is being filed under seal.

                Respectfully,

                */s/ Richard L. Horwitz*

                Richard L. Horwitz (#2246)

RLH/msb
792194

Enclosure
cc:    James L. Holzman, Esquire (By electronic mail)
       Frederick L. Cottrell, III, Esquire (By electronic mail)