

BLANK ROME LLP
COUNSELORS AT LAW

*Phone:*    *(302) 425-6410*
*Fax:*      *(302) 428-5132*
*Email:*    *Poppiti@BlankRome.com*

May 3, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

> **Re:    DM No. 5 – *Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.***
> ***C.A. No. 05-441-JJF, In re Intel Corporation, C.A. No. 05-MD-1717-JJF,***
> ***and Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF***

Dear Judge Farnan:

Pending before me is the Class Plaintiff's Motion to Compel Fry's Electronics Inc. ("Fry's") to produce transactional data in response to a third party subpoena issued on June 23, 2006. In this regard I conducted a hearing on May 1, 2007. Subsequent to the receipt of post-hearing supplemental submissions which will close on Friday, May 4, 2007, I intend to issue a report and recommendations on several of the issues not later than Friday, May 11, 2007.

Concluding that the Class Plaintiff and Fry's will have had the opportunity to develop a full record on their respective positions, and that it is essential to bring the dispute to ultimate decision as soon as possible given scheduling order deadlines in the case, I recommend that the 20 days permitted by Federal Civil Rule of Procedure 53(g)(2) for a party to file objection to, or a motion to adopt or modify my report and recommendations be shortened to 3 days. A form of order reflecting the above is enclosed herewith for Your Honor's convenience. If the form of order is acceptable, I respectfully ask Your Honor to enter it in advance of my target date of May 11, 2007.

I am available at the convenience of the Court for any discussion you may wish to have in this regard.

Respectfully,

Vincent J. Poppiti
Special Master
(DSBA 100614)

VJP:mcl
Enclosure
cc:    James L. Holzman, Esquire
       Frederick L. Cottrell, III, Esquire
       Richard L. Horwitz, Esquire