

Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION )<br>)<br>) | Civil Action No.  05-MD-1717-JJF |
| )<br>PHIL PAUL, on behalf of himself and all others )<br>similarly situated, )<br>) | |
| Plaintiffs, ) | Civil Action No. 05-485-JJF |
| )<br>v. ) | CONSOLIDATED ACTION |
| )<br>INTEL CORPORATION, )<br>) | |
| Defendant. ) | |

### STIPULATION & ORDER

Class Plaintiffs and Fry's Electronics, Inc. ("Fry's"), by and through their undersigned counsel, and subject to the approval of the Special Master, hereby stipulate and agree as follows:

1.      On May 14, 2007, Class Plaintiffs and Fry's shall hold an off-the-record meeting to confer about Fry's databases or datasets that may contain data responsive to Class Plaintiffs' requests.  At this meeting, Fry's shall make available its personnel who are most knowledgeable about these databases and datasets who shall use their best efforts to assist Class Plaintiffs in understanding the data in such databases and/or datasets.  A maximum of two attorneys and two consultants, who shall be identified by Class Plaintiffs in advance, may attend this meeting on behalf of Class Plaintiffs.  These individuals shall not be permitted to disclose or use any of the information learned at this meeting, for any purpose other than as may be agreed to in writing by the parties hereto or ordered by the Court; and they shall sign an undertaking to that effect.

51216/2113084.11216/2112185.119684.1\333234v1

2.    On or before May 7, 2007, Fry's shall produce to the attendees of the May 14, 2007 meeting, who have signed the undertaking referenced in the preceding paragraph, a sample of data from Fry's databases or datasets that may contain data responsive to Class Plaintiffs' requests.  All such materials received by the attendees of the May 14, 2007 meeting shall be returned to Fry's at the conclusion of the May 14, 2007 meeting, shall not be copied or further disseminated by such attendees, and shall not be permitted to be disclosed or used for any purpose other than as may be agreed to in writing by the parties hereto or ordered by the Court or to prepare for and participate in the May 14, 2007 meeting.

3.    On May 15, 2007, the Special Master shall hold a teleconference at which the parties shall report on the results of their May 14, 2007 meeting, and at which Class Plaintiffs and Fry's may request any appropriate further relief, including a deposition pursuant to Federal Rule of Civil Procedure 30(b)(6).  Any such deposition shall take place on or before May 23, 2007.

| | |
|---|---|
| **PRICKETT JONES & ELLIOTT, P.A.** | **MORRIS NICHOLS ARSHT & TUNNELL LLP** |
| By: | By: |
| James L. Holzman (#663) | Mary B. Graham (#2256) |
| jlholzman@prickett.com | mgraham@mnat.com |
| J. Clayton Athey (#4378) | 1201 North Market Street |
| jcathey@prickett.com | P.O. Box 1347 |
| 1310 King Street | Wilmington, DE  19899 |
| P.O. Box 1328 | (302) 658-9200 |
| Wilmington, DE  19899 | *Attorneys for Fry's Electronics, Inc.* |
| (302) 888-6500 | |
| *Interim Liaison Counsel for Class Plaintiffs* | |

ENTERED this _____ day of May, 2007.

_____

**Deleted:** each of

**Deleted:** The sample shall contain data, as they exist in the ordinary course of business, from each field responsive to Class Plaintiffs' requests.

Vincent J. Poppiti (DSBA No. 100614)
Special Master