IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | )<br>)<br>)<br>)<br>) | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware Corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware Corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-485-JJF<br><br>CONSOLIDATED |

**ORDER MODIFYING TIME FOR A PARTY TO FILE
OBJECTION TO, OR A MOTION TO ADOPT OR MODIFY
SPECIAL MASTER'S ORDER, REPORT OR RECOMMENDATIONS**

WHEREAS, pending before Special Master Vincent J. Poppiti is Class Plaintiff's Motion to Compel Fry's Electronics Inc. to produce transactional data in response to a third party subpoena issued on June 23, 2006;

WHEREAS, Special Master Poppiti conducted a hearing in the matter on May 1, 2007;

WHEREAS, given scheduling order deadlines in this case it is essential to bring the dispute to ultimate decision as soon as possible;

NOW THEREFORE, IT IS HEREBY ORDERED that a party may file objections to, or a motion to adopt or modify, the Special Master's Order, Report or Recommendations on any issues related to the instant motion no later than 5 days from the time the Special Master's Order, Report or Recommendations are served.

_____
JUDGE JOSEPH J. FARNAN, JR.

5/7/07