# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>    Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-441-JJF |

## NOTICE OF SUBPOENAS

TO:    Richard L. Horwitz, Esquire          James L. Holzman, Esquire
       Potter Anderson & Corroon LLP        Prickett, Jones & Elliott, P.A.
       1313 North Market Street             1310 King Street
       P. O. Box 951                        P.O. Box 1328
       Wilmington, DE   19899               Wilmington, DE 19899-1328

       Darren B. Bernhard, Esquire          Robert E. Cooper, Esquire
       Howrey LLP                           Daniel S. Floyd, Esquire
       1299 Pennsylvania Avenue, N.W.       Gibson, Dunn & Crutcher, LLP
       Washington, DC 20004-2402            333 South Grand Avenue
                                            Los Angeles, CA 90071-3197

   PLEASE TAKE NOTICE that on May 22, 2007, the attached subpoenas were caused to be served on Howrey LLP, 555 South Hope Street, Suite 1100, Los Angeles, CA 90071 (Exhibit A) and Gibson Dunn & Crutcher, LLP 333 South Grand Avenue, Los Angeles, CA 90071-3197 (Exhibit B).

RLF1-3155094-1

|  |  |
|---|---|
| | */s/ Chad M. Shandler* |
| | Jesse A. Finkelstein (#1090) |
| Of Counsel: | Frederick L. Cottrell, III (#2555) |
| Charles P. Diamond | Chad M. Shandler (#3796) |
| Linda J. Smith | Steven J. Fineman (#4025) |
| Mark A. Samuels | Richards, Layton & Finger, P.A. |
| O'Melveny & Myers, LLP | One Rodney Square |
| 1999 Avenue of the Stars | P.O. Box 551 |
| 7th Floor | Wilmington, Delaware 19899 |
| Los Angeles, CA 90067-6035 | (302) 651-7700 |
| (310) 553-6700 | Finkelstein@rlf.com |
| | Cottrell@rlf.com |
| | Shandler@rlf.com |
| | Fineman@rlf.com |
| | Attorneys for Plaintiffs Advanced Micro |
| Dated: May 22, 2007 | Devices, Inc. and AMD International Sales & Service, Ltd. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

| | |
|---|---|
| Richard L. Horwitz, Esquire | James L. Holzman, Esquire |
| Potter Anderson & Corroon LLP | Prickett, Jones & Elliott, P.A. |
| 1313 North Market Street | 1310 King Street |
| P. O. Box 951 | P.O. Box 1328 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1328 |

and on May 22, 2007 have sent by electronic mail to the following non-registered participants:

| | |
|---|---|
| Darren B. Bernhard, Esquire | Robert E. Cooper, Esquire |
| Howrey LLP | Daniel S. Floyd, Esquire |
| 1299 Pennsylvania Avenue, N.W. | Gibson, Dunn & Crutcher LLP |
| Washington, DC 20004-2402 | 333 South Grand Avenue |
| | Los Angeles, California 90071-3197 |

*/s/ Chad M. Shandler*
Chad M. Shandler (#3796)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com