

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6019 Direct Phone
302 658-1192 Fax

June 8, 2007

**BY HAND AND ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801

    Re:   *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
            *C. A. No. 05-441-JJF;*
            *In re Intel Corp., C.A. No. 05-1717-JJF; and*
            <u>*Phil Paul v. Intel Corporation (Consolidated)*, C. A. No. 05-485 (JJF)</u>

Dear Judge Poppiti:

      Enclosed for Your Honor's consideration please find three copies of a Stipulation and Proposed Order Bifurcating Discovery into Intel's Evidence Preservation Issues, which was filed electronically with District Court today.

                                 Respectfully submitted,

                                 W. Harding Drane, Jr. (#1023)

WHD/mho
800381/29282

cc:    Frederick L. Cottrell, III, Esquire (By Hand and Electronic Mail)
        James L. Holzman, Esquire (By Hand and Electronic Mail)