

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**W. Harding Drane, Jr.**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6019  Direct Phone
302 658-1192  Fax

June 8, 2007

**BY ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

    Re:    Discovery Matter No. 4
*Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
C. A. No. 05-441-JJF;
*In re Intel Corp.,* C.A. No. 05-1717-JJF; and
Phil Paul v. Intel Corporation (Consolidated), C. A. No. 05-485 (JJF)

Dear Judge Poppiti:

       Intel provides the enclosed two exhibits pursuant to Paragraph 8 of the Order Regarding Intel's Evidence Preservation Issues. Each of the enclosed documents is marked Confidential and is being filed under seal.

       Sealed Exhibit 1 is a revised version of the document previously provided to Your Honor on May 25, 2007 (D.I. 352 in the 05-441 case; D.I. 487 in the 05-1717 case; and D.I. 371 in the 05-485 case ). We are providing this revised version because we recently learned that the version filed on May 25, 2007 was inadvertently missing a portion of page 18 and all of pages 19 through 24.

       Sealed Exhibit 2 is provided for the first time.

Vincent J. Poppiti, Esquire
June 8, 2007
Page 2

                                            Respectfully submitted,

                                            W. Harding Drane, Jr. (#1023)

WHD/mho
800472/ 29282

cc:    James L. Holzman, Esquire (By electronic mail)
        Frederick L. Cottrell, III, Esquire (By electronic mail)