# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-441 JJF |
| IN RE: <br><br> INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) C. A. No. 05-MDL-1717-JJF |

## NOTICE OF SERVICE

TO:  Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE   19899

James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Daniel A. Small, Esquire
Cohen Milstein, Hausfeld & Toll, L.L.C.
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, DC 20005

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

RLF1-3166749-1

PLEASE TAKE NOTICE that two true and correct copies of Objections of Third Party Glover Park and of Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd to Intel Corporation's and Intel Kabushiki Kaisha's Subpoena Issued to Glover Park Group were caused to be served on June 18, 2006 on counsel of record in the manner indicated:

| **BY HAND DELIVERY** | **BY FEDERAL EXPRESS** |
|---|---|
| Richard L. Horwitz, Esquire | Darren B. Bernhard, Esquire |
| Potter Anderson & Corroon LLP | Howrey LLP |
| 1313 North Market Street | 1299 Pennsylvania Avenue, N.W. |
| P. O. Box 951 | Washington, DC 20004-2402 |
| Wilmington, DE 19899 | |
| **BY FEDERAL EXPRESS** | **BY FEDERAL EXPRESS** |
| Robert E. Cooper, Esquire | Daniel A. Small, Esquire |
| Daniel S. Floyd, Esquire | Cohen Milstein, Hausfeld & Toll, L.L.C. |
| Gibson, Dunn & Crutcher LLP | 1100 New York Avenue, N.W. |
| 333 South Grand Avenue | Suite 500 - West Tower |
| Los Angeles, California 90071-3197 | Washington, DC 20005 |
| **BY HAND DELIVERY** | |
| James L. Holzman, Esquire | |
| Prickett, Jones & Eliott, P.A. | |
| 1310 King Street | |
| P.O. Box 1328 | |
| Wilmington, DE 19899-1328 | |

|  |  |
|---|---|
|  | /s/*Frederick L. Cottrell, III* |
| Of Counsel: | Jesse A. Finkelstein (#1090) |
| Charles P. Diamond | Frederick L. Cottrell, III (#2555) |
| Linda J. Smith | Chad M. Shandler (#3796) |
| O'Melveny & Myers, LLP | Steven J. Fineman (#4025) |
| 1999 Avenue of the Stars | Richards, Layton & Finger, P.A. |
| 7th Floor | One Rodney Square |
| Los Angeles, CA 90067-6035 | P.O. Box 551 |
| (310) 553-6700 | Wilmington, Delaware 19899 |
|  | (302) 651-7700 |
| Mark A. Samuels | Finkelstein@rlf.com |
| O'Melveny & Myers, LLP | Cottrell@rlf.com |
| 400 South Hope Street | Shandler@rlf.com |
| Los Angeles, 90071 | Fineman@rlf.com |
| (213) 430-6340 | Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. |
| Dated: June 18, 2007 |  |

RLF1-3166749-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

and have sent by Federal Express to the following non-registered participants:

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

Daniel A. Small, Esquire
Cohen Milstein, Hausfeld
 & Toll, L.L.C.
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, DC 20005

*/s/Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com