IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) Civil Action No.: 05-MD-1717-JJF ) ) ) ) |
| ADVANCED MICRO DEVICES, INC., and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>Plaintiffs, <br><br>vs. <br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br>Defendants, | ) Civil Action No.: 05-441-JJF ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| PHIL PAUL, on behalf of himself and all others Similarly situated, <br><br>Plaintiffs, <br><br>vs. <br><br>INTEL CORPORATION, <br><br>Defendant. | ) Civil Action No. 05-485-JJF ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 19, 2007 copies of INTERNATIONAL BUSINESS MACHINE CORPORATION'S SUPPLEMENTAL DOCUMENT PRODUCTION, BATES RANGE IBM00051992-IBM00056759, IN RESPONSE, TO

2097693-1

PLAINTIFF PHIL PAUL, ET AL'S SUBPOENA, PLAINTIFF ADVANCED MICRO DEVICES, ET AL'S SUBPOENA AND DEFENDANT INTEL'S SUBPOENA IN A CIVIL CASE FOR PRODUCTION OF DOCUMENTS and this NOTICE OF SERVICE were served as shown:

**VIA FEDERAL EXPRESS**

James Bo Pearl, Esquire
Charles B. Diamond, Esq.
Linda J. Smith, Esq.
Mark A. Samuels, Esq.
O'Melveny & Myers, LLP
1999 Avenue of the Stars – 7th Floor
Los Angeles, CA 90067-6035
Counsel for AMD International Sales & Service, LTD

Arti Bhargava
Competition Policy Associates (Compass)
One Front Street – Suite 1500
San Francisco, CA 94111
Expert For Class Plaintiffs

Thomas J. Dillickrath, Esq.
Peter E. Moll, Esq.
Darren B. Bernhard, Esq.
Jason C. Raofield, Esq.
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Intel Corporation

RAWLE & HENDERSON, LLP

By: *(signature)*

George T. Lees, III, Esquire
Bar I.D. No.: 3647
300 Delaware Avenue – Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
glees@rawle.com
Attorney for Third Party
International Business Machines Corporation

OF COUNSEL:

Michael A. Paskin, Esquire
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
(212) 474-1000

2097693-1