

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6019 Direct Phone
302 658-1192 Fax

June 29, 2007

**BY ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

    Re:    **Discovery Matter No. 4**
           *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*,
           C. A. No. 05-441-JJF;
           *In re Intel Corp.*, C.A. No. 05-1717-JJF; and
           *Phil Paul v. Intel Corporation (Consolidated)*, C. A. No. 05-485 (JJF)

Dear Judge Poppiti:

       Intel provides the enclosed information pursuant to Paragraph 8 of the Order Regarding Intel's Evidence Preservation Issues. The enclosed document is marked Confidential and is being filed under seal.

                                          Respectfully submitted,

                                          W. Harding Drane, Jr. (#1023)

WHD/mho
804703 / 29282

    cc:    James L. Holzman, Esquire (By electronic mail)
           Frederick L. Cottrell, III, Esquire (By electronic mail)