RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
fineman@rlf.com

July 5, 2007

**BY ELECTRONIC MAIL**
**AND BY HAND DELIVERY**
The Honorable Vincent J. Poppiti
Special Master
Blank Rome LLP
Chase Manhattan Centre, Suite 800
Wilmington, DE 19801-4226

      Re:    Advanced *Micro Devices, Inc., et al. v. Intel Corporation, et al.*, C.A. No. 05-441-JJF; *In re Intel Corporation*, C.A. No. 05-1717-JJF; *Phil Paul, et al. v. Intel Corporation*, C.A. 05-485-JJF

Dear Judge Poppiti:

      Enclosed please find a Proposed Order Re AMD's And Class Plaintiff's Initial Remediation Discovery (the "Order"). The Order has been executed by all of the parties, and we respectfully request that Your Honor enter the Order.

      Of course, if Your Honor should have any questions or concerns, undersigned counsel remains available at the Special Master's convenience.

      Respectfully,

      /s/ Steven J. Fineman

      Steven J. Fineman (#4025)

SJF/lll
Enclosure

cc:    Clerk of the Court (w/e) (By E-file)
       Richard L. Horwitz, Esquire (w/e) (By Email)
       James L. Holzman, Esquire (w/e) (By Email)