IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES & SERVICE,<br>LTD.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION and<br>INTEL KABUSHIKI KAISHA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 05-441 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>) MDL Docket No. 05-1717 (JJF)<br>)<br>) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | )<br>)<br>) C.A. No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF IAN WALKER

  PLEASE TAKE NOTICE that Defendant Intel Corporation will take the deposition upon oral examination of plaintiff Ian Walker pursuant to Federal Rule of Civil Procedure 30, before an authorized court reporter, commencing at 10:00 A.M. on August 29, 2007 at the offices of Bingham McCutchen LLP, 3 Embarcadero Center, San Francisco, CA 94111, or at such other time and place as agreed to by the parties. The deposition will continue from day to day until

A/72150459.1

- 2 -

completed, shall be transcribed, and may be videotaped. You are invited to attend and cross-examine the witness.

Respectfully submitted,

|  |  |
|---|---|
| OF COUNSEL: | /s/ W. Harding Drane, Jr. |
|  | Richard L. Horwitz (#2246) |
| David M. Balabanian | W. Harding Drane, Jr. (#1023) |
| James L. Hunt | POTTER, ANDERSON & CORROON LLP |
| Christopher B. Hockett | Hercules Plaza, 6th Floor |
| BINGHAM McCUTCHEN LLP | 1313 North Market Street |
| Three Embarcadero Center | P.O. Box 951 |
| San Francisco, CA 94111-4067 | Wilmington, DE 19899-0951 |
| (415) 393-2000 | (302) 984-6000 |
|  |  |
|  | rhorwitz@potteranderson.com |
| Richard A. Ripley | wdrane@potteranderson.com |
| BINGHAM McCUTCHEN LLP |  |
| 2020 K Street, N.W. |  |
| Washington, D.C. 20006 |  |
| (202) 373-6000 |  |
|  | Attorneys for Defendant |
| Dated: August 8, 2007 | INTEL CORPORATION |
| 811379v1/29282 |  |

A/72150459.1

- 2 -