**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES & SERVICE,<br>LTD., | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C. A. No. 05-441 (JJF) |
| v. | ) <br> ) | |
| INTEL CORPORATION and<br>INTEL KABUSHIKI KAISHA, | ) <br> ) <br> ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| IN RE: | | MDL Docket No. 05-1717 (JJF) |
| INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) <br> ) <br> ) | |

| | | |
|---|---|---|
| PHIL PAUL, on behalf of himself<br>and all others similarly situated, | ) <br> ) | C.A. No. 05-485-JJF |
| Plaintiffs, | ) <br> ) | CONSOLIDATED ACTION |
| v. | ) <br> ) | |
| INTEL CORPORATION, | ) <br> ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION OF ANDREW MEIMES

PLEASE TAKE NOTICE that Defendant Intel Corporation will take the deposition upon oral examination of plaintiff Andrew Meimes pursuant to Federal Rule of Civil Procedure 30, before an authorized court reporter, commencing at 10:00 A.M. on September 8, 2007 at the offices of Bingham McCutchen LLP, 3 Embarcadero Center, San Francisco, CA 94111, or at such other time and place as agreed to by the parties.

The deposition will continue from day to day until completed, shall be transcribed, and may be videotaped.    You are invited to attend and cross-examine the witness.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

David M. Balabanian
James L. Hunt
Christopher B. Hockett
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA  94111-4067
(415) 393-2000

Richard A. Ripley
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, D.C.  20006
(202) 373-6000

Dated:  August 16, 2007
813058/29282

By: */s/ W. Harding Drane, Jr.*
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000

    rhorwitz@potteranderson.com
    wdrane@potteranderson.com

Attorneys for Defendant
 INTEL CORPORATION