IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)<br>)    MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                         Plaintiffs,<br>       v.<br><br>INTEL CORPORATION,<br><br>                         Defendant. | )<br>)<br>)<br>)    Civil Action No. 05-485-JJF<br>)<br>)    CONSOLIDATED ACTION<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL REPLY LETTER BRIEF TO SPECIAL MASTER VINCENT J. POPPITI (DM5)**

CONFIDENTIAL – FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER

                                          PRICKETT, JONES & ELLIOTT, P.A.
                                          James L. Holzman (#663)
                                          J. Clayton Athey (#4378)
                                          Laina M. Herbert (#4717)
                                          1310 King Street
                                          P.O. Box 1328
                                          Wilmington, DE 19899
                                          (302) 888-6500
                                          jlholzman @prickett.com
                                          jcathey@prickett.com
                                          lmherbert@prickett.com

                                          *Interim Liaison Counsel for the Class Plaintiffs*

Of Counsel:

Michael D. Hausfeld
Daniel A. Small
Michael P. Lehmann

Brent W. Landau
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone:    (202) 408-4600
Facsimile:    (202) 408-4699

Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone:    (415) 433-2070
Facsimile:    (415) 982-2076

Steven W. Berman
Anthony Shapiro
HAGENS BERMAN SOBOL
SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:    (206) 623-7292
Facsimile:    (206) 623-0594

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:    (415) 217-6810
Facsimile:    (415) 217-6813

*Interim Co-Lead Counsel for the Class Plaintiffs*

Dated:  August 27, 2007

# SEALED DOCUMENT