# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

1310 KING STREET, BOX 1328
WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

September 25, 2007

<u>VIA E-MAIL AND HAND DELIVERY</u>

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 N. Market Street
Wilmington, DE 19801-4226

Re:  DM No. 5
 *In re Intel Corp. Microprocessor Antitrust Litigation*, MDL No. 05-1717-JJF;
 *Phil Paul v. Intel Corp.*, Consolidated C.A. No. 05-485-JJF

Dear Judge Poppiti:

Class Plaintiffs attach their Proposed Report and Recommendation on their Motion to Compel Fry's Electronics, Inc. (DM No. 5), and respectfully submit that their proposed order is more appropriate than the competing proposal suggested by Fry's, and more consistent with the Special Master's conclusions at the September 11, 2007 hearing.

Class Plaintiffs' proposed order, unlike Fry's, specifies that the OEM incentives data "must be specific to computers of the brand in question, and not include any incentives for other brands." Fry's proposed version is devoid of any language on this point. Such language, which was part of the proposal approved by the Special Master (see Exhibit 3 to Class Plaintiffs' August 10 Letter Brief), is essential to minimize the potential for further disagreement in this hard-fought discovery dispute.

Class Plaintiffs' decision to propose equal sharing both as to production costs and as to Special Master fees (regarding a motion that was granted in their favor) is more than reasonable. Fry's counter to this reasonable offer - an attempt to put all Special Master costs on Class Plaintiffs alone - should be rejected.

Finally, Class Plaintiffs are unsure as to the meaning or necessity of the "subject to any right of appeal" language proposed by Fry's in the last paragraph. Any appellate rights should be subject to governing law and should not be altered by this Court's order.

Class Plaintiffs respectfully request entry of their Proposed Report and Recommendation.

19684.1\347126v1

The Honorable Vincent J. Poppiti
September 25, 2007
Page 2

Respectfully,

J. Clayton Athey
(DE Bar # 4378)

cc: Mary B. Graham, Esquire (via email)
Frederick Cottrell, Esquire (via email)
Richard L. Horwitz, Esquire (via email)

19684.1\347126v1