IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>     Plaintiffs,<br>v.<br>INTEL CORPORATION,<br><br>     Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

  Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Russell M. Aoki, Esquire, Katharine A. Kates, Esquire, Susan G. Kupfer, Esquire, Judith A. Zahid, Esquire, Craig C. Corbitt, Esquire, Andrae P. Reneau, Esquire, Natalie Finkelman Bennett, Esquire, Kenneth G. Walsh, Esquire, Matthew T. Tobin, Esquire, Steven W. Fimmel, Esquire, Eugene A. Spector, Esquire, William G. Caldes, Esquire, Jason S. Kilene, Esquire, Joseph M. Barton, Jason A. Zweig, Esquire, Jeffrey A. Bartos, Esquire, Soye Kim, Esquire, and Michael G. Simon, Esquire to represent Plaintiffs in this matter.

            PRICKETT, JONES & ELLIOTT, P.A.

            By: /s/ Laina M. Herbert
            James L. Holzman (Bar ID #663)
            J. Clayton Athey (Bar ID #4378)
            Laina M. Herbert (Bar ID #4717)
            1310 King Street, Box 1328
            Wilmington, Delaware 19899
            (302) 888-6500
            jlholzman@prickett.com
            jcathey@prickett.com
            lmherbert@prickett.com
            *Interim Liaison Counsel for the Class Plaintiffs*

Dated: September 26, 2007

19684.1\344425v1

## ORDER GRANTING MOTION

The foregoing application of Russell M. Aoki, Esquire, Katharine A. Kates, Esquire, Susan G. Kupfer, Esquire, Judith A. Zahid, Esquire, Craig C. Corbitt, Esquire, Andrae P. Reneau, Esquire, Natalie Finkelman Bennett, Esquire, Kenneth G. Walsh, Esquire, Matthew T. Tobin, Esquire, Steven W. Fimmel, Esquire, Eugene A. Spector, Esquire, William G. Caldes, Esquire, Jason S. Kilene, Esquire, Joseph M. Barton, Jason A. Zweig, Esquire, Jeffrey A. Bartos, Esquire, Soye Kim, Esquire, and Michael G. Simon, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

19684.1\344425v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Washington. I am also admitted to practice before the United States Court of Appeals for the Ninth Circuit and the United States District Court for the Western District of Washington. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/21/07

_____
Russell M. Aoki
Aoki Sakamoto Grant LLP
701 Pike Street, Suite 1525
Seattle, WA 98101-3933
(206) 624-1900
WSBA #15717

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. I am also admitted to practice in the United States District Courts for the Northern District of California and the Central District of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/23/2007

Katharine A. Kates
Glancy Binkow & Goldberg LLP
455 Market Street, Suite 1810
San Francisco, CA 94105
(415) 972-8160
California Bar No. 155534

19684.1\343144v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the States of California and Massachusetts. I am also admitted to practice in the United States District Courts for the Northern, Southern, Eastern and Central Districts of California, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 23, 2007

Susan G. Kupfer
Glancy Binkow & Goldberg LLP
455 Market Street, Suite 1810
San Francisco, CA 94105
(415) 972-8160
California State Bar No. 141724
Massachusetts State Bar No. 281460

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the California State Bar; United States Court of Appeals for the Ninth Circuit; and United States District Court for the Northern District of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 23, 2007

JUDITH A. ZAHID
ZELLE, HOFMANN, VOELBEL, MASON &
GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700

3170181v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the California State Bar; United States Supreme Court; United Sates Courts of Appeals for the Ninth, Fifth, Seventh, and District of Columbia Circuits; United States District Courts for the Northern, Eastern, Southern, and Central Districts of California, and the District of Arizona, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 23, 2007

*/s/ Craig C. Corbitt/*
CRAIG C. CØRBITT
ZELLE, HOFMANN, VOELBEL, MASON &
GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700

3170182v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the State Bar of Wisconsin. I am also admitted to practice in the United States District Court for the Northern District of Illinois. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/24/07

Andrae P. Reneau
Wexler Toriseva Wallace LLP
55 West Monroe, Suite 3300
Chicago, IL 60603
Phone: 312-346-2222
Illinois ARDC No. 6280984
Wisconsin State Bar No. 1048080

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the States of Pennsylvania and New Jersey. I am also admitted to practice in the United States District Courts for the Eastern District of Pennsylvania, and the District of New Jersey, United States Court of Appeals for the Third Circuit. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for my alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 8-24-07

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLC
35 E. State Street
Media, PA 19063
610/891-9880
Pennsylvania Bar No. 57191

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. I am also admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/27/07

Kenneth G. Walsh (KW1654)
2 Depot Plaza, Suite 203
Bedford Hills, New York 10507
Tel: (914) 244-3200
Fax: (914) 244-3260

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of South Dakota. I am also admitted to practice in the United States District Courts for the District of South Dakota and am in good standing as an active member of both the State Bar of South Dakota. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/27/07

Matthew T. Tobin
SIEGEL, BARNETT & SCHUTZ, LLP
300 N. Dakota Avenue, Suite 606
PO Box 1286
Sioux Falls, SD 57101-1286
(605) 335-6250

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Washington. I am also admitted to practice in the United States District Courts for the Eastern District of Washington and the Western District of Washington. I am also admitted and in good standing to practice before the 9th Circuit Court of Appeals. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: AUGUST 22, 2007

Steven W. Fimmel
Hagens, Berman, Sobol & Shapiro
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
(206) 623-0594
Washington State WSBA #12320

19684.1\343144v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the <u>Supreme Court of Pennsylvania</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: <u>August 28, 2007</u>         _____

Eugene A. Spector
Spector, Roseman & Kodroff
Suite 2500 1818 Market Street
Philadelphia, Pennsylvania 19103

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Eastern District of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 28, 2007

*William G. Caldes* (signature)

William G. Caldes
Spector, Roseman & Kodroff
Suite 2500 1818 Market Street
Philadelphia, Pennsylvania 19103

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota. I am also admitted to practice in the United States District Courts for North Dakota and am in good standing as a member. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/28/07

Jason S. Kilene
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tele: (612) 333-8844
Fax: (612) 339-6622
jkilene@gustafsongluek.com
Minnesota Attorney Bar No.: 024773X

8136

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. I am also admitted to practice in the United States District Courts for the Northern District of California, the Central District of California, and the Eastern District of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 31, 2007

Joseph M. Barton
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415)777-5189
Email: jbarton@gbcslaw.com
California State Bar No. 188441

117680

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5 of Civil Practice and Procedure of the United States District Court for the District of Delaware ("Local Rules"), I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. I am also admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second and Third Circuits. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with the Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 30, 2007

Jason A. Zweig
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
New York Bar No.2960326

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the District of Columbia. I am also admitted to practice in the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Eighth, Tenth, Eleventh and D.C. Circuits, the United States District Courts for the Central District of Illinois, the District of Maryland and the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: September 11, 2007

Jeffrey A. Bartos
Guerrieri, Edmond, Clayman & Bartos, P.C.
1625 Massachusetts Avenue, N.W.
Suite 700
Washington, DC 20036-2243
(202) 624-7400
D.C. Bar No. 435832

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia. I am also admitted to practice in the United States Courts of Appeals for the Second and Fourth Circuits, and the United States District Courts for the District of Maryland and the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: Sept. 11, 2007

Soye Kim
Guerrieri, Edmond, Clayman & Bartos, P.C.
1625 Massachusetts Avenue, N.W.
Suite 700
Washington, DC 20036-2243
(202) 624-7400
D.C. Bar No. 471941

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of West Virginia, the Bar of the State of Ohio, and the Bar of the State of Pennsylvania. I am also admitted to practice in the United States District Courts for the Northern District of West Virginia and Southern District of West Virginia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 9/12/07

Michael G. Simon, Esq.
FRANKOVITCH, ANETAKIS,
COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062
(304) 723-4400
WV I.D.# 5551
OH I.D.# 0067520
PA I.D.# 61313