IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) ) ) ) ) MDL Docket No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated*,<br><br>                    Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>                    Defendant. | ) ) ) ) ) ) Civil Action No. 05-485-JJF ) ) CONSOLIDATED ACTION ) ) ) ) |

<u>SUPPLEMENTAL LETTER BRIEF REGARDING ALLOCATION OF THE SPECIAL
MASTER'S COSTS (Discovery Matter No. 5)</u>

**CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER**

                           PRICKETT, JONES & ELLIOTT, P.A.
                           James L. Holzman (#663)
                           J. Clayton Athey (#4378)
                           Laina M. Herbert (#4717)
                           1310 King Street
                           P.O. Box 1328
                           Wilmington, DE 19899
                           (302) 888-6500
                           jlholzman @prickett.com
                           jcathey@prickett.com
                           lmherbert@prickett.com

                           *Interim Liaison Counsel for the Class Plaintiffs*

Of Counsel:

Michael D. Hausfeld
Daniel A. Small
Michael P. Lehmann
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.

1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone:    (202) 408-4600
Facsimile:    (202) 408-4699

Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone:    (415) 433-2070
Facsimile:    (415) 982-2076

Steven W. Berman
Anthony Shapiro
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:    (206) 623-7292
Facsimile:    (206) 623-0594

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:    (415) 217-6810
Facsimile:    (415) 217-6813

*Interim Co-Lead Counsel for the Class Plaintiffs*

Dated:  October 9, 2007

# SEALED DOCUMENT