IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated,*<br><br>        Plaintiffs,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |
| LAW OFFICE OF KWASI ASIEDU, *on behalf of*<br>*itself and all others similarly situated,*<br><br>        Plaintiffs,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | Civil Action No. 05-520-JJF |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the address for Glancy, Binkow & Goldberg LLP, counsel for plaintiff Law Office of Kwasi Asiedu, in C.A. 05-520-JJF, has changed effective October 15, 2007 from 455 Market Street, Suite 1810, San Francisco, California 94105 to:

>Glancy, Binkow & Goldberg LLP
>One Embarcadero Center, Suite 760
>San Francisco, California 94111

19684.1\347590v1

The telephone and facsimile numbers, and all e-mail addresses will remain the same.

Dated: October 16, 2007

PRICKETT, JONES & ELLIOTT, P.A.

By: *Laina M. Herbert*

James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
1310 King Street, Box 1328
Wilmington, DE 19899
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
Telephone: (302) 888-6500
Facsimile: (302) 658-8111

*Interim Liaison Counsel for the Class Plaintiffs*

Michael D. Hausfeld
Daniel A. Small
Michael P. Lehmann
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Steven W. Berman
Anthony Shapiro
HAGENS BERMAN SOBOL
SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Co-Lead Counsel for the Class Plaintiffs*

19684.1\347590v1