IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>) MDL Docket No. 05-1717-JJF<br>) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>                Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Patrick J. Van Zanen, Esquire and Christopher G. Stuart, Esquire to represent Plaintiffs in this matter.

                PRICKETT, JONES & ELLIOTT, P.A.

                By: /s/ Laina M. Herbert
                James L. Holzman (Bar ID #663)
                J. Clayton Athey (Bar ID #4378)
                Laina M. Herbert (Bar ID #4717)
                1310 King Street, Box 1328
                Wilmington, Delaware 19899
                (302) 888-6500
                jlholzman@prickett.com
                jcathey@prickett.com
                lmherbert@prickett.com
                *Interim Liaison Counsel for the Class Plaintiffs*

Dated: October 16, 2007

**ORDER GRANTING MOTION**

The foregoing application of Patrick J. Van Zanen, Esquire and Christopher G. Stuart, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

      SO ORDERED this _____ day of _____, 2007.

                _____
                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Arizona. I am also admitted to practice in the United States District Court for the District of Arizona and the Arizona Supreme Court. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 10\1\07

Patrick J. Van Zanen
Margrave Celmins, P.C.
8171 E. Indian Bend Rd, #101
Scottsdale, AZ 85250
(480)994-2000
pvanzanen@mclawfirm.com
Arizona Bar No. 021371

19684.1\343144v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Arizona. I am also admitted to practice in the United States District Court for the District of Arizona and the Arizona Supreme Court. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 1 Oct 2007

Christopher G. Stuart
Margrave Celmins, P.C.
8171 E. Indian Bend Rd, #101
Scottsdale, AZ  85250
(480)994-2000
cstuart@mclawfirm.com
Arizona Bar No. 012378

19684.1\343144v1