# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL HETZEL, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-590-JJF |
| v. | ) ) | |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) | |
| IN RE: | ) | MDL Docket No. 05-1717 (JJF) |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) | |
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) | C.A. No. 05-485-JJF |
| Plaintiffs, | ) ) | CONSOLIDATED ACTION |
| v. | ) ) | |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) | |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO HETZEL COMPLAINT

Plaintiff and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to file its answer to the Complaint filed by Michael Hetzel, on behalf of himself and all others similarly situated, is extended to November 15, 2007.

2

| POTTER ANDERSON & CORROON LLP | PRICKETT, JONES & ELLIOTT, P.A. |
|---|---|
| By: */s/ W. Harding Drane, Jr.* <br> Richard L. Horwitz (#2246) <br> W. Harding Drane, Jr. (#1023) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> wdrane@potteranderson.com | By */s/ J. Clayton Athey* <br> James L. Holzman (#663) <br> J. Clayton Athey (#4378) <br> Laina M. Herbert (#4717) <br> Prickett, Jones & Elliott, P.A. <br> 1310 King Street <br> P.O. Box 1328 <br> Wilmington, DE 19899 <br> jlholzman@prickett.com <br> jcathey@prickett.com |
| *Attorneys for Defendant Intel Corporation* | *Attorneys for Plaintiff Michael Hetzel* |

Dated: October 16, 2007

IT IS SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Joseph J. Farnan, Jr.