IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | : MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, | : **CONSOLIDATED ACTION** |
| Plaintiffs, | : Civil Action No. 05-485-JJF |
| v. | : |
| INTEL CORPORATION, | : |
| Defendant. | : |

## O R D E R

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 460 in Civ. Act. No. 05-485; D.I. 626 in Civ. Act. No. 05-md-1717) concerning Intel Corporation's Motion To Compel Production Of Documents (DM 7);

WHEREAS, objections to the Report & Recommendation were due by October 11, 2007, and none have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 460 in Civ. Act. No. 05-485; D.I. 626 in Civ. Act. No. 05-md-1717) is **ADOPTED**.

October 29, 2007
DATE

UNITED STATES DISTRICT JUDGE