IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)   MDL Docket No. 05-1717-JJF<br>) |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated,*<br><br>                              Plaintiffs,<br>           v.<br><br>INTEL CORPORATION,<br><br>                              Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-485-JJF<br>)<br>)   CONSOLIDATED ACTION<br>)<br>)<br>)<br>) |

## MOTION FOR RECONSIDERATION

Class Plaintiffs respectfully move the Court for an order granting reconsideration of and vacating the Order entered October 29, 2007 (D.I. 634 in MDL No. 05-1717), and in support thereof show as follows:

1.  The Special Master issued a Report and Recommendation (D.I. 626 in MDL No. 05-1717) concerning Intel Corporation's Motion to Compel Production of Documents (DM7) on September 6, 2007;

2.  Pursuant to the "Stipulation and Order Modifying Time for a Party to File Objection to, or a Motion to Adopt or Modify, Special Master's Order, Report or Recommendations" entered by this Court on September 25, 2007 (D.I. 600 in MDL No. 05-1717), the parties were required to file, inter alia, objections to the Special Master's Report and Recommendation no later than 35 days from the date of service of the Special Master's Report and Recommendation;

3. The Special Master's Report and Recommendation was served on September 6, 2007, so that objections pursuant to the Stipulation and Order were due to be filed on October 11, 2007;

4. On October 11, 2007, Class Plaintiffs served and filed objections to the Report and Recommendation (D.I. 614 in MDL No. 05-1717) via the Court's electronic case filing system. Class Plaintiffs also effected personal service on Intel the same day;

5. Counsel for Intel have represented to Class Plaintiffs' counsel that they are preparing to serve and file Intel's answering memorandum;

6. On October 29, 2007, this Court entered an Order adopting the Special Master's Report and Recommendation on the grounds that "objections to the Report & Recommendation were due by October 11, 2007, and none have been filed"; and

7. It appears to Class Plaintiffs that the Court may not have detected Class Plaintiffs' October 11, 2007 filing due to an apparent docket entry numbering error.

Class Plaintiffs respectfully request the Court to enter an Order in the accompanying form (1) granting reconsideration of its Order of October 29, 2007; (2) vacating said Order; and (3) reinstating the briefing schedule contemplated by the Stipulation and Order.

                                                Respectfully submitted,

                                                PRICKETT, JONES & ELLIOTT, P.A.

Dated:  October 29, 2007                  By:    /s/ James L. Holzman
                                                James L. Holzman (#663)
                                                J. Clayton Athey (#4378)
                                                Laina M. Herbert (#4717)
                                                1310 King Street
                                                P.O. Box 1328
                                                Wilmington, DE  19899
                                                (302) 888-6500
                                                jlholzman @prickett.com
                                                jcathey@prickett.com
                                                lmherbert@prickett.com

                                                *Interim Liaison Counsel for the Class Plaintiffs*

Of Counsel:

Michael D. Hausfeld
Daniel A. Small
Michael P. Lehmann
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699

Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone:   (415) 433-2070
Facsimile:   (415) 982-2076

Steven W. Berman
Anthony Shapiro
HAGENS BERMAN SOBOL
SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:   (206) 623-7292
Facsimile:   (206) 623-0594

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:   (415) 217-6813

*Interim Co-Lead Counsel for the Class Plaintiffs*