IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) ) | MDL No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself and all others similarly situated*, Plaintiffs, v. INTEL CORPORATION, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-485-JJF CONSOLIDATED ACTION |

**ORDER**

WHEREAS, Class Plaintiffs have moved for reconsideration of the Court's Order of October 29, 2007 (D.I. 634 in MDL No. 05-1717, D.I. 506 in C.A. No. 05-485); and

WHEREAS, good cause has been shown for said motion;

IT IS HEREBY ORDERED this _____ day of _____, 2007, as follows:

1. Class Plaintiffs' Motion for Reconsideration is GRANTED.

2. The Court's Order of October 29, 2007 is hereby vacated.

3. The Court will consider Class Plaintiffs' objections to the Special Master's Report and Recommendation following full briefing.

_____
United States District Judge

19684.1.\350284v1