IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES & SERVICE,<br>LTD.,<br><br>          Plaintiffs,<br><br>     v.<br><br>INTEL CORPORATION and<br>INTEL KABUSHIKI KAISHA,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-441 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)  MDL Docket No. 05-1717 (JJF)<br>)<br>) |

**CERTIFICATION OF DANIEL S. FLOYD IN SUPPORT OF
INTEL CORPORATION'S AND INTEL KABUSHIKI KAISHA'S
REQUEST TO COMPEL ADVANCED MICRO DEVICES, INC.,
AMD INTERNATIONAL SALES & SERVICE, LTD. AND ERS
GROUP TO PRODUCE DOCUMENTS PURSUANT TO THE ERS SUBPOENA**

I, Daniel S. Floyd, make this certification pursuant to Local Rule 7.1.1 and state that the following efforts and exchanges have been made by Intel Corporation and Intel Kabushiki Kaisha (collectively "Intel") to reach agreement with Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (collectively "AMD") on the subject of the accompanying letter brief:

1.   On September 14, 2007, I wrote to Linda Smith, counsel for AMD, to ask that AMD and ERS Group ("ERS") reconsider their objections to the subpoena served on ERS on August 3, 2007.  Attached as Exhibit A is a true and correct copy of that letter.

2.    On September 27, 2007, Ms. Smith responded to my 9/14/07 letter, stating that AMD and ERS would stand on their objections. Attached as Exhibit B is a true and correct copy of that letter.

3.    Thereafter, on October 8, 2007, Ms. Smith and I attended a face-to-face meeting to address a number of discovery issues between the parties. During that meeting, Ms. Smith confirmed that AMD and ERS were standing on their objections to the 8/3/07 subpoena served on ERS.

Dated: November 2, 2007                        Respectfully submitted,

By: */s/ Daniel S. Floyd*
Daniel S. Floyd
GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendants
INTEL CORPORATION and
INTEL KABUSHIKI KAISHA

#829540/29282

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, W. Harding Drane, hereby certify that on November 2, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Jesse A. Finkelstein<br>Frederick L. Cottrell, III<br>Chad M. Shandler<br>Steven J. Fineman<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | James L. Holzman<br>J. Clayton Athey<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899 |

I hereby certify that on November 2, 2007, I have Electronically Mailed the documents to the following non-registered participants:

| | |
|---|---|
| Charles P. Diamond<br>Linda J. Smith<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>cdiamond@omm.com<br>lsmith@omm.com | Mark A. Samuels<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>msamuels@omm.com |
| Salem M. Katsh<br>Laurin B. Grollman<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway, 22nd Floor<br>New York, New York 10019<br>skatsh@kasowitz.com<br>lgrollman@kasowitz.com | Michael D. Hausfeld<br>Daniel A. Small<br>Brent W. Landau<br>Allyson B. Baker<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005<br>mhausfeld@cmht.com<br>dsmall@cmht.com<br>blandau@cmht.com<br>abaker@cmht.com |

Michael P. Lehman
Cohen, Milstein, Hausfeld & Toll , P.L.L.C.
One Embarcadero Center, Suite 526
San Francisco, CA  94111
mlehmann@cmht.com

Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
tdove@furth.com
aturan@furth.com

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com
tony@hbsslaw.com

Guido Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
guido@saveri.com
rick@saveri.com

By:  /s/ W. Harding Drane
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com

689962 / 29282