Writer's Direct Dial:
(302)888-6509
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
jlholzman@prickett.com

**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

November 8, 2007

**BY HAND AND VIA E-FILING**

The Hon. Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

    RE:    *DM 7; In Re: Intel Corp. Microprocessor Antitrust Litigation*, MDL No. 05-1717-JJF; *Paul v. Intel Corp.*, Cons. C.A. No. 05-485-JJF

Dear Judge Farnan:

    Class Plaintiffs are filing today their Reply Memorandum in Support of Plaintiffs' Rule 53(g) Objections to Special Master's Report and Recommendation Compelling Production of Class Plaintiffs' Financial Documents in Discovery Matter No. 7. We realize that Your Honor entered an Order on October 22, 2007 adopting the Special Master's Report and Recommendation based on the assumption that Class Plaintiffs had not filed objections to the Report and Recommendation. We moved for reconsideration because, in fact, objections were timely filed (D.I. 614 in 05-md-1717).[1] Your Honor has not yet ruled on our motion. Intel has filed an answering brief opposing Class Plaintiffs' objections in accordance with the time frame set by the rules and measured from the date of our objections. We do not want to presume on the Court's judgment on our motion for reconsideration, but we do believe that it is appropriate to keep the briefing on our objections on schedule pending Your Honor's ruling.

    Also, Class Plaintiffs' reply submission makes reference to certain fee agreements between the proposed class representatives and their counsel. Although these fee agreements may inform Your Honor's analysis of the privilege issues that are the subject of this dispute, these fee agreements are highly sensitive and we are extremely reluctant to disclose them to Intel or AMD, even subject to a "confidential" designation pursuant to Your Honor's September 26, 2006 Protective Order. We therefore respectfully request that, if Your Honor wishes to review a representative sample of these fee agreements, Class Plaintiffs be permitted to submit the

---

[1] As set forth in Class Plaintiffs' motion for reconsideration, which Intel does not oppose, it appears that the Court may not have detected Class Plaintiffs' objections due to an apparent docket entry numbering error in the Court's electronic case filing system.

19684.1\351233v1

The Hon. Joseph J. Farnan, Jr.
November 8, 2007
Page 2

agreements for an *in camera* inspection. We are prepared to provide the sample fee agreements to Your Honor immediately upon request.

    Counsel are available at the call of the Court to address any questions that Your Honor may have.

Respectfully submitted,

James L. Holzman
(DE Bar ID No. 663)

JLH/sam

cc:    Richard L. Horwitz, Esq.
       Frederick L. Cottrell, III, Esq.
       Dr. Peter T. Dalleo, Clerk of the Court

19684.1\351233v1