IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | : MDL Docket No. 05-1717-JJF |
| | : |
| PHIL PAUL, on behalf of himself and all others similarly situated, | : |
| | : **CONSOLIDATED ACTION** |
| Plaintiffs, | : Civil Action No. 05-485-JJF |
| | : |
| v. | : |
| | : |
| INTEL CORPORATION, | : |
| | : |
| Defendant. | : |

### O R D E R

WHEREAS, Class Plaintiffs filed a Motion For Reconsideration (D.I. 507 in Civ. Act. No. 05-485; D.I. 637 in MDL No. 05-1717) requesting the Court to vacate the October 29, 2007 Order adopting the Special Master's Report and Recommendation (D.I. 460 in Civ. Act. No. 05-485; D.I. 626 in MDL No. 05-1717);

WHEREAS, Class Plaintiffs erroneously linked the Objections (D.I. 488 in Civ. Act. No. 05-485; D.I. 614 in MDL No. 05-1717) to the Special Master's Report and Recommendation to the Report and Recommendation concerning DM5 when the Objections should have been linked to the Report and Recommendation concerning DM7, and therefore, it appeared to the Court that no objections had been filed to the Report and Recommendation concerning DM7;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Class Plaintiffs' Motion For Reconsideration (D.I. 507 in Civ. Act. No. 05-485; D.I. 637 in MDL No. 05-1717) is **GRANTED**.

2. The Court's October 29, 2007 Order is **VACATED**, and briefing is reinstated on the Report and Recommendation (D.I. 460 in Civ. Act. No. 05-485; D.I. 626 in MDL No. 05-1717) in accordance with the parties' agreed upon schedule.

November 8, 2007
DATE

UNITED STATES DISTRICT JUDGE