IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated,*<br><br>   Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 14, 2007, copies of the FIRST SUPPLEMENT TO PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANT INTEL CORPORATION'S FIRST SET OF INTERROGATORIES TO CLASS PLAINTIFFS and this NOTICE OF SERVICE were served as shown:

**BY HAND**

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter Anderson & Corroon LLP
1313 N. Market St.
Sixth Floor
P.O. Box 951
Wilmington, DE  19801

**BY HAND**

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Richard A. Ripley, Esq.
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, D.C.  20006
(202) 373-6000

19684.1\351735v1

Dated: November 14, 2007

PRICKETT, JONES & ELLIOTT, P.A.

By: *Laina M. Herbert* (signature)
James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
Telephone: (302) 658-6500
Facsimile: (302) 658-8111

*Interim Liaison Counsel for the Class Plaintiffs*

Of Counsel:

Michael D. Hausfeld
Daniel A. Small
Michael P. Lehmann
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Steven W. Berman
Anthony Shapiro
Erin K. Flory
Steve W. Fimmel
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Guido Saveri
R. Alexander Saveri
Lisa Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Co-Lead Counsel for the Class Plaintiffs*
19684.1\351735v1        2