

BLANK ROME LLP
COUNSELORS AT LAW

Phone:      (302) 425-6410
Fax:        (302) 428-5132
Email:      Poppiti@BlankRome.com

November 22, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

> Re:   *Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.*
> *C.A. No. 05-441-JJF, In re Intel Corporation, C.A. No. 05-MD-1717-JJF,*
> *and Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF*

Dear Judge Farnan:

Attached for your review and consideration is a Order Regarding Completion of Third Party Document Production which I have on this date recommended for adoption by the Court.

Respectfully,

Vincent J. Poppiti

VJP/mcl
Enclosure

cc:    All Counsel of Record