

*Phone:*  (302) 425-6410
*Fax:*    (302) 428-5132
*Email:*  Poppiti@BlankRome.com

December 6, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

> Re: *Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.*
> *C.A. No. 05-441-JJF, In re Intel Corporation, C.A. No. 05-MD-1717-JJF,*
> *and Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF*

Dear Judge Farnan:

Attached for your review and consideration is a Stipulation and Proposed Order Regarding the Format of Production of the Parties' Databases which I have on this date recommended for adoption by the Court.

Respectfully,

Vincent J. Poppiti
Special Master
(DSBA 100614)

VJP:mcl
Enclosure

cc:   All counsel of record