IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSSOR<br>ANTITRUST LITIGATION | )<br>)<br>)  MDL Docket No. 05-1717 (JJF)  DI 684<br>) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | )<br>)<br>)<br>)  C.A. No. 05-485 (JJF)  DI 549<br>)<br>)  CONSOLIDATED<br>)<br>)<br>)  **DM5**<br>) |

**STIPULATION AND ORDER WITH RESPECT TO TIME FOR A PARTY TO FILE
OBJECTIONS TO, OR A MOTION TO ADOPT OR MODIFY, SPECIAL MASTER'S
REPORT AND RECOMMENDATIONS REGARDING ALLOCATION OF THE
SPECIAL MASTER'S COMPENSATION AND COSTS**

WHEREAS, Special Master Vincent J. Poppiti has issued a Report And Recommendations Regarding Allocation of the Special Master's Compensation and Costs as a Sanction Against Nonparty Fry's Electronics, Inc. (D.I. 680 in C.A. No. 05-1717; D.I. 545 in C.A. No. 05-485), dated December 13, 2007 (served on December 14, 2007) (the "Report and Recommendations");

WHEREAS, the Report and Recommendations provided that, pursuant to D.I. 465, a "party may file objections to, or a motion to adopt or modify, the Special Master's [Report and Recommendations] no later than 5 days from the time the Special Master's [Report and Recommendations] is served;

WHEREAS, Fry's Electronics has requested that the deadline for such objections or motions be set as January 7, 2008 (pursuant to Rule 53(g));

WHEREAS, Class Plaintiffs have indicated that they do not oppose this request;

NOW THEREFORE, IT IS HEREBY STIPULATED by Class Plaintiffs and Fry's Electronics, subject to the approval of the Court, that a party may file objections to, or a motion to adopt or modify, the Report and Recommendations no later than January 7, 2008.

| PRICKETT JONES & ELLIOTT, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ J. Clayton Athey | /s/ Mary B. Graham |
| James L. Holzman (#663) <br> J. Clayton Athey (#4378) <br> 1310 King Street <br> P.O. Box 1328 <br> Wilmington, DE 19899 <br> 302.888.6500 | Mary B. Graham (#2256) <br> James W. Parrett, Jr. (#4292) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> 302.658.9200 |
| *Interim Liaison Counsel for Class Plaintiffs* | *Attorneys for Nonparty Fry's Electronics, Inc.* |

ENTERED this
19th day of December, 2007

_____
Vincent J. Poppiti (#100614)
Special Master

SO ORDERED this 28 day of December, 2007.

_____
United States District Court Judge