# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

December 26, 2007

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

05md1717

Re: MDL No. 1717 -- IN RE: Intel Corp. Microprocessor Antitrust Litigation

(See Attached CTO-2)

Dear Mr. Dalleo:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 6, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By [signature]
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Joseph J. Farnan, Jr.
    Transferor Judges:   Judge George Z. Singal, Judge James O. Browning
    Transferor Clerks:   Linda L. Jacobson, Robert M. March

JPML Form 36

A CERTIFIED TRUE COPY

DEC 2 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 6 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: INTEL CORP. MICROPROCESSOR ANTITRUST
LITIGATION

MDL No. 1717

Carl Cunningham v. Intel Corp., )
    D. Maine, C.A. No. 2:07-207 )
Mary Candelaria, et al. v. Intel Corp., )
    D. New Mexico, C.A. No. 1:07-1186 )

## CONDITIONAL TRANSFER ORDER (CTO-2)

On November 8, 2005, the Panel transferred ten civil actions to the United States District Court for the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 403 F.Supp.2d 1356 (J.P.M.L. 2005). Since that time, 22 additional actions have been transferred to the District of Delaware. With the consent of that court, all such actions have been assigned to the Honorable Joseph J. Farnan, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Delaware and assigned to Judge Farnan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Delaware for the reasons stated in the order of November 8, 2005, and, with the consent of that court, assigned to the Honorable Joseph J. Farnan, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Delaware. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

```
                                                              JUDICIAL PANEL ON
                                                          MULTIDISTRICT LITIGATION
            UNITED STATES JUDICIAL PANEL
                         on                                      DEC - 6 2007
             MULTIDISTRICT LITIGATION
                                                                     FILED
                                                                CLERK'S OFFICE
```

IN RE: INTEL CORP. MICROPROCESSOR ANTITRUST
LITIGATION                                                MDL No. 1717

Carl Cunningham v. Intel Corp., )
    D. Maine, C.A. No. 2:07-207 )
Mary Candelaria, et al. v. Intel Corp., )
    D. New Mexico, C.A. No. 1:07-1186 )

## CONDITIONAL TRANSFER ORDER (CTO-2)

On November 8, 2005, the Panel transferred ten civil actions to the United States District Court for the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 403 F.Supp.2d 1356 (J.P.M.L. 2005). Since that time, 22 additional actions have been transferred to the District of Delaware. With the consent of that court, all such actions have been assigned to the Honorable Joseph J. Farnan, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Delaware and assigned to Judge Farnan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Delaware for the reasons stated in the order of November 8, 2005, and, with the consent of that court, assigned to the Honorable Joseph J. Farnan, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Delaware. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION

MDL No. 1717

## INVOLVED COUNSEL LIST (CTO-2)

Eric H. Andersen
PRICKETT JONES & ELLIOTT PA
1310 King Street
Box 1328
Wilmington, DE 19899

Brent W. Landau
COHEN MILSTEIN HAUSFELD & TOLL PLLC
One South Broad Street
Suite 1850
Philadelphia, PA 19107

Brandt Powers Milstein
YOUTZ & VALDEZ PC
900 Gold Avenue, SW
Albuquerque, NM 87102

Daniel A. Small
COHEN MILSTEIN HAUSFELD & TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Robert J. Stolt
LIPMAN KATZ & MCKEE
P.O. Box 1051
Augusta, ME 04332-1051

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS

U.S.M.S. X-RAY

CERTIFIED MAIL

7005 1160 0001 1643 0281



Master

01311850283U
$05.21
Mailed From 12/26/2007
20002
US POSTAGE

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

