OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 7, 2008

Ms. Linda L. Jacobson
Clerk, U.S. District Court
United States District Court
Portland Courthouse
156 Federal Street
Portland, ME 04101

> RE:    **In Re: Intel Corporation- MDL 05-1717**
> CA 2:07cv207 (D/ME)
> CA 08cv9 (D/DE)

Dear Ms. Jacobson:

In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Conditional Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District.  Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

> Clerk, U.S. District Court
> Federal Building, Lockbox 18
> 844 N.  King Street
> Wilmington, DE 19801

If your case file is maintained in electronic format in CM/ECF, please contact Dot Blansfield or me at 302-573-4539.

Sincerely,

Peter T.  Dalleo, Clerk


By:_____
    Elizabeth Dinan
    Deputy Clerk

Enc.
cc:    Jeffrey N. Luthi