OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 7, 2008

Matthew J. Dykman
Clerk, U.S. District Court
United States District Court
333 Lomas N.W.
Albuquerque, NM 87102

RE: **In Re: Intel Corporation- MDL 05-1717**
CA 07cv1186 (D/NM)
CA 08cv10 (D/DE)

Dear Mr. Dykman:

    In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Conditional Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

        Clerk, U.S. District Court
        Federal Building, Lockbox 18
        844 N. King Street
        Wilmington, DE 19801

    If your case file is maintained in electronic format in CM/ECF, please contact Dot Blansfield or me at 302-573-4539.

Sincerely,

Peter T. Dalleo, Clerk

By:_____
    Elizabeth Dinan
    Deputy Clerk

Enc.
cc:    Jeffrey N. Luthi