**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 05-441 (JJF) |
| v. | ) ) | |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | ) ) ) | |
| Defendants. | ) | |
| IN RE: INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) | MDL Docket No. 05-1717 (JJF) |
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) | C.A. No. 05-485-JJF |
| Plaintiffs, | ) ) | CONSOLIDATED ACTION |
| v. | ) ) | |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF DEPOSITION OF DAVID LIPTON**

PLEASE TAKE NOTICE that Defendant Intel Corporation will take the deposition upon oral examination of plaintiff David Lipton pursuant to Federal Rule of Civil Procedure 30, before an authorized court reporter, commencing at 10:00 A.M. on January 28, 2008 at the offices of Bingham McCutchen LLP, 3 Embarcadero Center, San Francisco, CA 94111, or at such other time and place as agreed to by the parties. The deposition will continue from day to day until

completed, shall be transcribed, and may be videotaped. You are invited to attend and cross-examine the witness.

|  |  |
|---|---|
| OF COUNSEL:<br><br>David M. Balabanian<br>James L. Hunt<br>Christopher B. Hockett<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>(415) 393-2000<br><br>Richard A. Ripley<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, N.W.<br>Washington, D.C.  20006<br>(202) 373-6000<br><br>Dated:  January 10, 2008<br><br>841860/29282 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ W. Harding Drane, Jr.*<br>   Richard L. Horwitz (#2246)<br>   W. Harding Drane, Jr. (#1023)<br>   Hercules Plaza, 6th Floor<br>   1313 North Market Street<br>   P.O. Box 951<br>   Wilmington, DE 19899-0951<br>   (302) 984-6000<br>   rhorwitz@potteranderson.com<br>   wdrane@potteranderson.com<br><br>Attorneys for Defendant<br>INTEL CORPORATION |