## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Keutucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryu H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Seiriea
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.usconrts.gov

January 24, 2008

Honorable Joseph J. Farnan, Jr.
U.S. District Judge
4124 J. Caleb Boggs Federal
Building
844 North King Street
Wilmington, DE 19801-3519



Re: MDL No. 1717 -- IN RE: Intel Corp. Microprocessor Antitrust Litigation

(See Attached CTO-3)

Dear Judge Farnan:

    For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

                              Very truly,

                              Jeffery N. Lüthi
                              Clerk of the Panel

                              By _____
                                   Deputy Clerk

cc:    Judge Lyle E. Strom

JPML Form 39B