

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019 Direct Phone
302 658-1192 Fax

February 4, 2008

**VIA ELECTRONIC FILING AND BY HAND**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801-4226

   Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*, C.A. No. 05-441-JJF; *In re Intel Corporation*, C.A. No. 05-MD-1717-JJF; and *Phil Paul, et al. v. Intel Corporation*, C.A. 05-485-JJF Discovery Matter No. 4a

Dear Judge Poppiti:

  Pursuant to the statements made during the February 1, 2008 hearing, enclosed please find an additional notebook of documents pertaining to the Weil materials. We will be providing a few additional documents to you later this week and will confirm at that time that the production is complete.

          Respectfully,

          */s/ W. Harding Drane, Jr.*

         W. Harding Drane, Jr. (#1023)

WHD/rb
846248/29282

cc: Charles Diamond, Counsel for AMD (without enclosures, via electronic mail)
   Michael Hausfeld, Interim Class Counsel (without enclosures, via electronic mail)
   Frederick L. Cottrell, III, Esquire (without enclosures, via electronic mail)
   James L. Holzman, Esquire (without enclosures, via electronic mail)