# ATTACHMENTS

# 1 - 4





REDACTED



REDACTED

CONFIDENTIAL - MDL1717/JCCP4443

BRAUCH0005



REDACTED

CONFIDENTIAL - MDL1717/JCCP4443

BRAUCH0006

REDACTED

CONFIDENTIAL - MDL1717/JCCP4443

BRAUCH0007



REDACTED

CONFIDENTIAL - MDL1717/JCCP4443

BRAUCH0008

REDACTED

BRAUCH0009

REDACTED

CONFIDENTIAL - MDL1717/JCCP4443

BRAUCH0010





REDACTED

CONFIDENTIAL - MDL1717/JCCP4443     KONIECZKA0005



REDACTED

CONFIDENTIAL - MDL1717/JCCP4443

KONIECZKA0006



REDACTED

CONFIDENTIAL - MDL1717/JCCP4443                KONIECZKA0007





REDACTED

CONFIDENTIAL - MDL1717/JCCP4443                    HARMAN0007



REDACTED

CONFIDENTIAL - MDL1717/JCCP4443                    HARMAN0008





REDACTED

CONFIDENTIAL - MDL1717/JCCP4443    CUNNINGHAM0003

REDACTED

CONFIDENTIAL - MDL1717/JCCP4443

CUNNINGHAM0004