IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)   MDL Docket No. 05-1717-JJF<br>) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                          Plaintiffs,<br>       v.<br><br>INTEL CORPORATION,<br><br>                          Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-485-JJF<br>)<br>)   CONSOLIDATED ACTION<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Steven A. Kanner, Esquire, Allan Steyer, Esquire, Joseph G. Veenstra, Esquire, D. Michael Noonan, Esquire, Jon T. King, Esquire, Jayne A. Peeters, Esquire and Troy J. Hutchinson, Esquire to represent Plaintiffs in this matter.

                                             PRICKETT, JONES & ELLIOTT, P.A.

                                             By: /s/ Laina M. Herbert
                                             James L. Holzman (Bar ID #663)
                                             J. Clayton Athey (Bar ID #4378)
                                             Laina M. Herbert (Bar ID #4717)
                                             Matthew P. D'Emilio (Bar ID #4845)
                                             1310 King Street, Box 1328
                                             Wilmington, Delaware 19899
                                             (302) 888-6500
                                             jlholzman@prickett.com
                                             jcathey@prickett.com
                                             lmherbert@prickett.com
                                             mpdemilio@prickett.com
                                             *Interim Liaison Counsel for the Class Plaintiffs*

Dated: February 15, 2008

## ORDER GRANTING MOTION

The foregoing application of Steven A. Kanner, Esquire, Allan Steyer, Esquire, Joseph G. Veenstra, Esquire, D. Michael Noonan, Esquire, Jon T. King, Esquire, Jayne A. Peeters, Esquire and Troy J. Hutchinson, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

       SO ORDERED this _____ day of _____, 2008.

                                             _____
                                             United States District Judge

19684.1\359986v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Illinois, Fourth Circuit Court of Appeals, Seventh Circuit Court of Appeals, Tenth Circuit Court of Appeals, and Northern District of Illinois (member of the trial bar) and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: February 8, 2008

Signed: _____
Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
Tel: (224) 632-4500
Fax: (224) 632-4521
Email: skanner@fklmlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 2/13/08

Allan Steyer
Steyer Lowenthal Boodrookas Alvarez & Smith, LLP
One California Street, 3rd Floor
San Francisco, CA 94111
Tel: (415) 421-3400
Email: asteyer@steyerlaw.com

Intel Antitrust/Pleadings/Pro.Hac.Vice/Certification.AS.doc

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 2/13/08

Joseph G. Veenstra
Johns, Flaherty & Collins, S.C.
205 5th Ave. S., Suite 600
La Crosse, WI 54601
(608) 784-5678
joe@johnsflaherty.com

19684.1\343119v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State and Federal Court Bars of New Hampshire, Maine, Massachusetts, and Vermont, the United States Court of Federal Claims, and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 2-12-08

D. Michael Noonan
Shaheen & Gordon, P.A.
P.O. Box 977
140 Washington Street, 2nd Floor
Dover, NH 03821
(603) 749-5000
mnoonan@shaheengordon.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California; the United States District Court for the Northern District of California; and the United States District Court for the Central District of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 12, 2008

Jon T. King
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
(415) 229-2080
jking@cmht.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: Feb. 9, 2008

Jayne A. Peeters
Steyer Lowenthal Boodrookas Alvarez & Smith, LLP
One California Street, 3rd Floor
San Francisco, CA 94111
Tel: (415) 421-3400
Email: asteyer@steyerlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the United States District Court for the District of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 15, 2008

Troy J. Hutchinson
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

64134.1