IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) <br> ) <br> )   MDL Docket No. 05-1717-JJF <br> ) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                         Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>                         Defendant. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 05-485-JJF <br> ) <br> )   CONSOLIDATED ACTION <br> ) <br> )   DM _____ |

**CERTIFICATION OF JAYNE A. PEETERS PURSUANT TO L.R. 7.1.1
IN SUPPORT OF CLASS PLAINTIFFS' REQUEST
TO COMPEL VIA TECHNOLOGIES, INC**

I, Jayne A. Peeters, Counsel for Class Plaintiffs, file this certification pursuant to Local Rule 7.1.1 and paragraph 3 of the Procedures for the Handling of Discovery Disputes Before Special Master dated June 28, 2006, and state that the following efforts and exchanges have been made by Class Plaintiffs to reach agreement on the discovery dispute that is the subject of the letter brief filed herewith:

1.  On November 16, 2007, I exchanged e-mail correspondence with Jennifer Ochs, attorney for Via Technologies, Inc. ("Via"), setting up a time to meet and confer regarding Via's objections to the business records subpoena served on Via in this litigation. A true and correct copy of that email correspondence is attached as Exhibit A.

2.  On November 16, 2007, Ms. Ochs and I participated in a telephone conversation which lasted approximately fifteen minutes. In the conversation, Ms. Ochs provided me with background on Via's chipset business and reiterated Via's position (as stated in Via's written

.\362063v1

objections to the subpoena) that the Protective Order entered in this action is not sufficient to protect Via's confidential discovery materials. In particular, Ms. Ochs indicated that Via did not want "in-house counsel" or Intel's outside counsel to review the subpoenaed documents and data. Ms. Ochs also indicated that Via was concerned with producing its long range business plans.

3. On January 4 and 9, 2008, Ms. Ochs and I exchanged email correspondence continuing our meet and confer efforts regarding the Via business records subpoena. A true and correct copy of that email correspondence is attached as Exhibit B. In my January 4, 2008 email to Ms. Ochs, I advised Ms. Ochs that the Protective Order had been upheld against similar objections by another third party, Fry's Electronics, Inc. ("Fry's"), and requested that Via advise Class Plaintiffs whether it had responsive documents or data for each request in the business records subpoena. In her January 4, 2008 email response, Ms. Ochs requested that Class Plaintiffs prioritize the requests and eliminate certain requests. On January 9, 2008, I emailed Ms. Ochs advising that no requests could be eliminated and asking how Via would like to proceed.

4. On January 10, 2008, Ms. Ochs and I participated in another telephone conversation which lasted approximately fifteen minutes. In that conversation, Ms. Ochs and I went through each request in the business records subpoena to determine whether Via had responsive documents and/or data. Ms. Ochs advised me that Via had responsive documents and/or data for four of the requests, had no responsive documents or data for one of the requests and would have to investigate further to determine whether Via had responsive documents and/or data for three of the requests. Ms. Ochs also reiterated Via's issues with the Protective Order and explained Via's position that it is situated differently than Fry's because Via is a direct

competitor of Intel and the subpoenaed documents and data are extremely sensitive. Ms. Ochs also stated Via's position that only outside counsel should be allowed to review Via's confidential materials.

5.      On January 29, 2008, I sent a letter to Ms. Ochs confirming our January 10, 2008 telephone conversation and Class Plaintiffs' understanding that Via stands by its objections to the Protective Order and will not produce the subpoenaed documents or data and requesting that Ms. Ochs contact me if the letter does not accurately reflect Via's position. A true and correct copy of that letter is attached as Exhibit C. Ms. Ochs did not respond.

Dated: February 29, 2008

By:   /s/ Jayne A. Peeters
     **Jayne A. Peeters**
     **Steyer Lowenthal Boodrookas**
     **Alvarez & Smith LLP**

     *Counsel for Class Plaintiffs*



Exhibit A

**From:** Jayne Peeters
**Sent:** Friday, November 16, 2007 2:24 PM
**To:** Ochs, Jennifer
**Subject:** RE: In re Intel Microprocessor Litigation - business records subpoena to Via

Today at 3:00 would work great. I'll call you then. Thanks.

Jayne A. Peeters
Senior Counsel
Steyer Lowenthal Boodrookas
  Alvarez & Smith LLP
One California St., 3rd Floor
San Francisco, CA 94111
Tel: 415.421.3400
Dir. Dial: 415.743.2814
Cell: 415.971.0199
jpeeters@steyerlaw.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

**From:** Ochs, Jennifer [mailto:JOchs@wsgr.com]
**Sent:** Friday, November 16, 2007 2:07 PM
**To:** Jayne Peeters
**Subject:** RE: In re Intel Microprocessor Litigation - business records subpoena to Via

Hi Jayne –
I am available today between 3:00-4:30; Monday any time after 10:30am; or Tuesday any time after 11:30am. Please let me know your preference.

Thanks,
Jennifer


*Jennifer Ochs*
*Wilson Sonsini Goodrich & Rosati*
*Physical Address:  601 California Avenue*
*Mailing Address:  650 Page Mill Road*
*Palo Alto, CA  94304-1050*
*Direct Dial:  (650) 320-4905*
*Fax: (650) 565-5100*

---

**From:** Jayne Peeters [mailto:JPeeters@steyerlaw.com]
**Sent:** Friday, November 16, 2007 9:19 AM
**To:** Ochs, Jennifer
**Subject:** In re Intel Microprocessor Litigation - business records subpoena to Via

Dear Jennifer:

We represent several of the class plaintiffs in the Intel Microprocessor Litigation. I would like to talk to you about Via Technologies objections to the business records subpoena by the class parties. Please let me know a good time for you today or early next week. Thanks very much.

Jayne A. Peeters
Senior Counsel
Steyer Lowenthal Boodrookas
  Alvarez & Smith LLP
One California St., 3rd Floor
San Francisco, CA 94111
Tel: 415.421.3400
Dir. Dial: 415.743.2814
Cell: 415.971.0199
jpeeters@steyerlaw.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.



**Jayne Peeters**

**From:** Jayne Peeters
**Sent:** Wednesday, January 09, 2008 9:33 AM
**To:** Ochs, Jennifer
**Subject:** RE: Intel Antitrust Litigation

Hi Jennifer -- We are not able to eliminate any topics at this point. Please let me know how you would like to proceed under the circumstances. Thanks very much. Jayne

Jayne A. Peeters
Senior Counsel
Steyer Lowenthal Boodrookas
  Alvarez & Smith LLP
One California St., 3rd Floor
San Francisco, CA 94111
Tel: 415.421.3400
Dir. Dial: 415.743.2814
Cell: 415.971.0199
jpeeters@steyerlaw.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Ochs, Jennifer [mailto:JOchs@wsgr.com]
**Sent:** Friday, January 04, 2008 2:12 PM
**To:** Jayne Peeters
**Subject:** RE: Intel Antitrust Litigation

Hi Jayne,
I am happy to meet and confer, but I will need to investigate with VIA regarding what documents they may have responsive to each individual topic. The topics cover a lot of ground -- are there particular items of most concern to you, and/or can we eliminate any topics at this juncture?

Happy New Year to you, too. Thanks,
Jennifer

---

**From:** Jayne Peeters [mailto:JPeeters@steyerlaw.com]
**Sent:** Friday, January 04, 2008 10:46 AM
**To:** Ochs, Jennifer
**Subject:** Intel Antitrust Litigation

Hi Jennifer,

I hope your holidays were happy.

Plaintiffs want to pursue the business records subpoena served on Via. I know you have problems with the protective order (although it has withstood objections by Frys) but I think it would be helpful to the meet and confer process to know if Via even has any responsive documents. Would you be willing to go through the specific document requests and advise us whether Via has any responsive documents for each? Please let me know.

Thanks very much. Best regards,

Jayne

Jayne A. Peeters
Senior Counsel
Steyer Lowenthal Boodrookas
  Alvarez & Smith LLP
One California St., 3rd Floor
San Francisco, CA 94111
Tel: 415.421.3400
Dir. Dial: 415.743.2814
Cell: 415.971.0199
jpeeters@steyerlaw.com

2/22/2008

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

2/22/2008



Exhibit C

# STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
ONE CALIFORNIA STREET, THIRD FLOOR
SAN FRANCISCO, CA 94111
Phone (415) 421-3400
Facsimile (415) 421-2234

Number of Pages (incl. cover sheet) __3__

**DATE:** January 29, 2008

**TO:** Ms. Jennifer Ochs

**FROM:** Jayne A. Peeters

**FAX NO:** 650-493-6811

**RE:** *In re Intel*
C.A. No. 05-MD1717 JJF
*Jodi Salpeter, et al. v. Intel Corporation*
U.S. District, Court, District of Delaware, Case No. 05-CV-00575 JJF

**MESSAGE:** Please see attached letter of today's date.

**ORIGINAL TO FOLLOW BY MAIL:** YES____    NO __X__

If there is a transmission problem, please call (415) 421-3400 immediately and ask for __Linda x2823__.

CONFIDENTIALITY NOTICE
THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THE TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY TO ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS TO US.

Steyer Lowenthal Boodrookas
Alvarez & Smith LLP attorneys

January 29, 2008

<u>*Via Facsimile No. 650.493.6811*</u>

Ms. Jennifer Ochs
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

   Re: *In re Intel*
     C.A. No. 05-MD1717 JJF
     *Jodi Salpeter, et al. v. Intel Corporation*
     U.S. District, Court, District of Delaware, Case No. 05-CV-00575 JJF

Dear Jennifer:

  This is a follow-up to our recent telephone conversation in which we further discussed Via Technologies, Inc.'s ("Via") position regarding the business records subpoena served on Via by plaintiffs in the above-referenced action.

  Based on our conversation, I understand the following:

- Via has documents responsive to requests 1-4 (business plans, etc; annual volume of sales for each microprocessor; costs to design, etc; sales margins).

- Via may have documents responsive to requests 5-7 (quality/performance; competitive advantage; financial inducements). Please confirm whether there are such responsive documents at your earliest convenience.

- Via does not have documents responsive to request 8 (allegations in AMD complaint, etc.).

  I also understand that Via stands by its written objections to the scope of the business records subpoena and does not believe the Protective Order is sufficient to protect Via's interests because it permits two in-house litigation counsel (as defined in the Protective Order) to review confidential documents produced in discovery. I advised you that Frys had similar objections to the Protective Order which were considered and overruled by the court. In fact, Judge Farnan expressly found that the Protective Order adequately protects trade secret information. Nevertheless, Via contends that it is situated differently than Frys because Via is a direct

Steyer Lowenthal Boodrookas
   Alvarez & Smith LLP attorneys

Ms. Jennifer Ochs
January 29, 2008
Page 2

competitor of Intel and the information requested is extremely sensitive. Consequently, Via will not produce any responsive documents.

    Please let me know if this letter does not accurately reflect Via's position. If you have any questions, please do not hesitate to call.

Sincerely,

Jayne A. Peeters
Tel: 415.971.0199
Email: jpeeters@steyerlaw.com

JAP:jp

cc:   Ms. Lisa Saveri
      Mr. Brent Landau

S:\Intel Antitrust\Correspondence\Ochs011808StatusLetter.wpd

STEYER, LOWENTHAL, LLP

**\*\* Transmit Conf. Report \*\***

P.1                                                                                         Jan 29 2008  13:06
Line Number:1 STEYER, LOWENTHAL, LLP

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 16504936811 | NORMAL | 29,13:06 | 1'31" | 3 | # O K | |

# STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP
ONE CALIFORNIA STREET, THIRD FLOOR
SAN FRANCISCO, CA 94111
Phone (415) 421-3400
Facsimile (415) 421-2234

Number of Pages (incl. cover sheet) __3__

**DATE:** January 29, 2008

**TO:** Ms. Jennifer Ochs

**FROM:** Jayne A. Peeters

**FAX NO:** 650-493-6811

**RE:** *In re Intel*
C.A. No. 05-MD1717 JJF
*Jodi Salpeter, et al. v. Intel Corporation*
U.S. District, Court, District of Delaware, Case No. 05-CV-00575 JJF

**MESSAGE:** Please see attached letter of today's date.

**ORIGINAL TO FOLLOW BY MAIL: YES___        NO _X__**

If there is a transmission problem, please call (415) 421-3400 immediately and ask for **Linda x2823**.