<table>
<tr><td>Writer's Direct Dial:<br>(302)888-6509<br>Writer's Telecopy Number::<br>(302)658-8111<br>Writer's E-Mail Address:<br>jlholzman@prickett.com</td><td align="center">**PRICKETT, JONES & ELLIOTT**<br>A PROFESSIONAL ASSOCIATION<br>**1310 KING STREET, BOX 1328**<br>**WILMINGTON, DELAWARE 19899**<br>TEL: (302) 888-6500<br>FAX: (302) 658-8111<br>http://www.prickett.com</td><td>Dover Office:<br>11 NORTH STATE STREET<br>DOVER, DELAWARE 19901<br>TEL: (302) 674-3841<br>FAX: (302) 674-5864</td></tr>
</table>

February 29, 2008

**VIA E-FILING**

The Hon. Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

RE:  *In Re: Intel Corp. Microprocessor Antitrust Litigation*, MDL No. 05-1717-JJF;
     *Paul v. Intel Corp.*, Cons. C.A. No. 05-485-JJF

Dear Judge Farnan:

We enclose herewith for Your Honor's consideration a proposed Stipulation and Order that would extend the time for conducting class certification discovery and briefing. The Court will note that we left the hearing date box blank and propose a general timeframe of late October to early November, 2008, subject of course to Your Honor's schedule and convenience.

We stand ready to confer with Your Honor at the Court's call.

Respectfully submitted,

James L. Holzman
(DE Bar ID No. 663)

JLH/sam
Enclosure

cc:  Dr. Peter T. Dalleo, Clerk of the Court (via electronic filing)
     Richard L. Horwitz, Esq. (via electronic filing)
     Frederick L. Cottrell, III, Esq. (via electronic filing)

19684.1\362181v1