IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION** | **MDL DOCKET NO. 05-1717-JJF** |

## NOTICE OF CHANGE OF ADDRESS

                          Michael L. Kirby
                          Jonathan A. Boynton
                          **Kirby Noonan Lance**
                            **& Hoge LLP**
                          350 Tenth Avenue, Ste. 1300
                          San Diego, CA 92101-8700
                          Telephone:  (619) 231-8666
                          Facsimile:   (619) 231-9593

                                      - and -

                          Daniel J. Mogin
                          Lisa J. Frisella
                          Chad M. McManamy
                          **The Mogin Law Firm, P.C.**
                          110 Juniper Street
                          San Diego, CA 92101-1502
                          Telephone:  (619) 687-6611
                          Facsimile:   (619) 687-6610

                          ***Attorneys for Plaintiff***
                          ***Justin Suarez***

PLEASE TAKE NOTICE that on February 15, 2008, Kirby Noonan Lance & Hoge LLP moved its offices to:

350 Tenth Avenue, Suite 1300
San Diego, CA 92101-8700

The telephone and facsimile numbers will remain the same.

All correspondence, service of documents, etc. related to the above-entitled matter Should be directed to the handling attorney at the address indicated above.

DATED: 2/26/08          Respectfully submitted,

Michael L. Kirby
Jonathan A. Boynton
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Ste. 1300
San Diego, CA 92101-8700
Telephone:   (619) 231-8666
Facsimile:    (619) 231-9593

Daniel J. Mogin
Lisa J. Frisella
Chad M. McManamy
**THE MOGIN LAW FIRM, P.C.**
110 Juniper Street
San Diego, CA 92101-1502
Telephone:   (619) 687-6611
Facsimile:    (619) 687-6610

Attorneys for Plaintiff Justin Suarez

Judial Panel on MultiDistrict Litigation- Panel Attorney Service
MDL 1717 – In Re Intel Corp. Microprocessor Antitrust Litigation

## CERTIFICATE OF SERVICE

I, Virginia Soto Perez, declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Kirby Noonan Lance & Hoge LLP, 350 Tenth Avenue, Ste. 1300, San Diego, CA 92101, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on March 5, 2008, I served a true and correct copy of the following document(s) in the manner indicated below;

**NOTICE OF CHANGE OF ADDRESS**

☒ **By USDC CM/ECF Filing System:** on all parties registered for e-filing in the above-captioned litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

DATED March 5, 2008

Virginia Soto Perez