**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-485-JJF |
| v. | ) ) | CONSOLIDATED ACTION |
| INTEL CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER REGARDING
CLASS CERTIFICATION BRIEFING AND DISCOVERY**

The parties, through their respective counsel, and subject to the Order of the Court,

hereby stipulate and agree to the following amended schedule for briefing and discovery related

to class certification:

| Event | Date |
|---|---|
| Plaintiffs' Motion and Class Expert Report | May 16, 2008 |
| Deposition of Plaintiffs' Class Certification Expert and Affiants/Declarants | May 19 - July 30, 2008 |
| Intel's Opposition and Rebuttal Class Expert Report | July 31, 2008 |
| Deposition of Intel's Class Certification Expert and Affiants/ Declarants | August 1 - October 8, 2008 |
| Plaintiffs' Reply Brief and Class Expert Reply Report | October 9, 2008 |
| Class Certification Hearing | TBD after review of briefing by Court |

**PRICKETT JONES & ELLIOTT, P.A.**

By: */s/ James L. Holzman*
    James L. Holzman (#663)
    J. Clayton Athey (#4378)
    Laina M. Herbert (#4717)
    1310 King Street
    P.O. Box 1328
    Wilmington, DE 19899
    (302) 888-6500
    jlholzman@prickett.com
    jcathey@prickett.com
    lmherbert@prickett.com
    *Interim Liaison Counsel and Attorneys for*
    *Phil Paul, on behalf of himself and all*
    *others similarly situated*

**POTTER ANDERSON & CORROON LLP**

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6027
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com
    *Attorneys for Intel Corporation and Intel*
    *Kabushiki Kaisha*

SO ORDERED, this ___5___ day of __March__, 2008.

_____
U.S.D.J.