IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | Civil Action No. 05-MD-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | Civil Action No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

### STIPULATION AND ORDER EXTENDING TIME FOR VIA TECHNOLOGIES, INC. TO SERVE OPPOSITION LETTER BRIEF RE DISCOVERY MATTER 10

WHEREAS, on February 29, 2008, Class Plaintiffs submitted a letter brief ("Class Plaintiffs' Brief") in support of their request to compel Via Technologies, Inc. ("Via"), to produce documents and data pursuant to a business records subpoena issued to it on March 7, 2007;

WHEREAS, pursuant to Paragraph 1 of the Procedures for the Handling of Discovery Disputes Before Special Master entered on June 28, 2006, Via is required to serve an opposition letter brief ("Opposition Brief"), if any, within five (5) business days of service of Class Plaintiffs' Brief; and

WHEREAS, at Via's request, Class Plaintiffs have asked that Via's deadline for submitting its Opposition Brief be extended to Friday, March 14, 2008;

IT IS HEREBY STIPULATED AND ORDERED that Via shall serve its Opposition Brief, if any, by March 14, 2008, and that within three (3) business days thereafter, Class Plaintiffs shall serve their reply letter brief, if any.

PRICKETT, JONES & ELLIOTT P.A.

/s/ J. Clayton Athey

James L. Holzman (#663)
jlholzman@prickett.com
J. Clayton Athey (#4378)
jcathey@prickett.com
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
*Interim Liaison Counsel for Class Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Leslie A. Polizoti

Leslie A. Polizoti (#4299)
lpolizoti@mnat.com
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
*Attorney for Via Technologies, Inc.*

March 7, 2008

SO ORDERED this _____ day of March, 2008.

Vincent J. Poppiti (DSBA No. 100614)
Special Master

1804418

**CERTIFICATE OF SERVICE**

I certify that on March 7, 2008 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) on all counsel of record in C.A. No. 05-MD-1717-JJF, C.A. No. 05-441-JJF and C.A. No. 05-485-JJF.

/s/ *Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com

1804985