IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION<br><br>PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>INTEL CORPORATION,<br><br>      Defendant. | )<br>)<br>) MDL Docket No. 05-1717-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

  Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert J. Bonsignore, Esquire to represent Plaintiffs in this matter.

              PRICKETT, JONES & ELLIOTT, P.A.

              By: _____
                James L. Holzman (Bar ID #663)
                J. Clayton Athey (Bar ID #4378)
                Laina M. Herbert (Bar ID #4717)
                Melissa N. Donimirski (Bar ID#4701)
                1310 King Street, Box 1328
                Wilmington, Delaware 19899
                (302) 888-6500
                jlholzman@prickett.com
                jcathey@prickett.com
                lmherbert@prickett.com
                mndonimirski@prickett.com
                *Interim Liaison Counsel for the Class Plaintiffs*

Dated: March 10, 2008

**ORDER GRANTING MOTION**

  The foregoing application of Robert J. Bonsignore, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

  SO ORDERED this _____ day of _____, 2008.

              _____
              United States District Judge

19684.1\363204v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 3/5/2008

Robert J. Bonsignore
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
Phone: 781-391-9400
Facsimile: 781-391-9496
rbonsignore@aol.com

19684.1\343119v1