

*Phone:*   *(302) 425-6410*
*Fax:*     *(302) 428-5132*
*Email:*   *Poppiti@BlankRome.com*

March 7, 2008

Richard L. Horwitz, Esquire
Potter Anderson & Corroon
1313 N Market Street
Wilmington, DE 19801

    Re:   **Advanced Micro Devices, Inc. et al. v. Intel Corp, et al., C.A. No. 05-441-JJF; In re Intel Corporation, C.A. No. 05-MD-1717-JJF; and Phil Paul, et al. v. Intel Corporation, C.A. No. 05-485-JJF; DM 4a**

Dear Mr. Horwitz:

Enclosed are the following binders that were submitted to the Special Master:

1. One Binder of Script Templates and Meeting Notices from A-D;

2. Three Meeting Notice Binders from E-Z;

3. Volumes 1-11 of the Custodian Interview Notes; and,

4. Three Supplemental Binders.

    These eighteen binders have the highlighted redactions of the Special Master, and Intel will, as outlined in the March 7, 2008 Order Regarding the Procedures Related to Redacted Documents, complete the redaction process.

                                                    Yours very truly,

                                                    Vincent J. Poppiti
                                                    Special Master (DE Bar #100614)

VJP/dal
Enclosures
cc:   James L. Holzman, Esquire
       Frederick L. Cottrell, Esquire