# Exhibit B

# ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| BOSTON<br>DALLAS<br>LOS ANGELES<br>MINNEAPOLIS<br>SAN FRANCISCO<br>WASHINGTON, D.C.<br>BEIJING*<br>SHANGHAI*<br>*In association with ZY & Partners | 44 MONTGOMERY STREET - SUITE 3400<br>SAN FRANCISCO, CA 94104<br>415-693-0700  TELEPHONE<br>415-693-0770  FACSIMILE<br>www.zelle.com | Judith A. Zahid<br>jzahid@zelle.com<br>(415) 633-1916 |

November 16, 2006

Via U.S. and Electronic Mail

Jill D. Neiman
Morrison Foerster
425 Market Street
San Francisco, California 94105-2482
jneiman@mofo.com

    Re:    *In re Intel Corp. Microprocessor Antitrust Litigation* (MDL No. 1717-JJF)
           *Phil Paul v. Intel Corp.* (C.A. No. 05-485-JJF)

Dear Ms. Neiman:

I write to advise you of Class Plaintiffs' position regarding production of documents and production of transactional data from Fujitsu Ltd., Fujitsu America, Inc., and Fujitsu Computer Systems, Inc. ("Fujitsu"). If you have any questions, please do not hesitate to contact me.

We have decided not to seek production of any documents from Fujitsu at this time. Until further notice, we no longer will participate in negotiations regarding production of your documents, and we will not share in any of the costs of production of your documents.

If we later seek production of any of your documents, we agree to be bound by the scope of production previously agreed upon by you, AMD and Intel or previously ordered by the Court. That is, if at the time we seek production of any of your documents, a production agreement or court order exists governing the scope of your production to AMD and Intel, we will not seek production of any documents outside the scope of that agreement or order. Moreover, if we later seek production of any of the documents that you have already produced to AMD and Intel, we will seek the production from one of those companies and not from Fujitsu.

However, we must reserve our rights as to any documents that you do not produce to AMD and Intel on the basis of the Foreign Trade Antitrust Improvements Act. If those documents are subject to production in the class actions, we reserve our right to seek and obtain their production from you in our cases, even though they are not produced to AMD and Intel.

Letter to Fujitsu
November 16, 2006
Page 2

Our position as to transactional data is different from our position, stated above, regarding documents. We still seek prompt production of the transactional data requested in our subpoena and will continue to negotiate with you concerning production of that data. (If you have not been contacted by class counsel yet regarding your data, you should expect a letter from me shortly on that topic.)

I trust this makes our positions clear regarding production of your documents and production of your transactional data.

                                Warm regards,

                                Judith A. Zahid

cc:    (*Via Electronic Mail Only*)
       Bo Pearl, O'Melveny & Meyers
       Sam Liversidge, Gibson Dunn
       Tom Dove, Furth Lehmann & Grant