**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6509
Writer's Telecopy Number::
(302)888-6333
Writer's E-Mail Address:
JLHolzman@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

March 26, 2008

*Via eFiling and Hand Delivery*

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

    Re:    **DM No. 11**
              *In re Intel Corp. Microprocessor Antitrust Litigation,* MDL No. 05-1717-JJF;
              *Phil Paul v. Intel Corp.*, Cons. C.A. No. 05-485-JJF

Dear Judge Poppiti:

    Non-party Fujitsu Computer System Corporation has represented to Class Plaintiffs that it now intends to produce the data that was the subject of Class Plaintiffs' March 20, 2008 Motion to Compel (the "Motion"). In light of this representation, Class Plaintiffs hereby withdraw the Motion.

    Counsel stand ready to answer any questions Your Honor may have.

                                          Respectfully,

                                          James L. Holzman
                                          (DE Bar #663)

JLH/sam

cc:    Clerk of the Court (*by electronic filing*)
        Richard L. Horwitz, Esq. (*by electronic filing and email*)
        Frederick L. Cottrell, III, Esq. (*by electronic filing and email*)
        Jill D. Neiman, Esq. (*by email*)

19684.1\363784v1