IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>           Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>           Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |
| PATRICK J. HEWSON, on behalf of himself<br>and all others similarly situated,<br><br>           Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>           Defendant. | Civil Action No. 05-902-JJF |

## SUBSTITUTION OF COUNSEL

TO:    Dr. Peter T. Dalleo, Clerk of the Court
          District Court of Delaware
          800 North King Street
          Wilmington, Delaware 19801

**PLEASE ENTER** the appearances of James L. Holzman, J. Clayton Athey, Laina M. Herbert and Melissa N. Donimirski of Prickett, Jones & Elliott, P.A. and Jennie Lee Anderson and Micha Star Liberty of Andrus, Liberty & Anderson, LLP, as attorneys for Plaintiff Patrick J. Hewson in the above-captioned matters and **PLEASE WITHDRAW** the appearance of Juden Justice Reed of Schubert & Reed LLP.

19684.1\365304v1

| | |
|---|---|
| SCHUBERT & REED LLP | PRICKETT, JONES & ELLIOTT, P.A. |
| /s/ Juden Justice Reed | /s/ Laina M. Herbert |
| Juden Justice Reed<br>Three Embarcadero Center<br>Suite 1650<br>San Francisco, California 94111<br>Telephone:  (415) 788-4220<br>Facsimile:  (415) 788-0161<br>JReed@schubert-reed.com | James L. Holzman (Bar ID #663)<br>J. Clayton Athey (Bar ID #4378)<br>Laina M. Herbert (Bar ID #4717)<br>Melissa N. Donimirski (Bar ID #4701)<br>1310 King Street, Box 1328<br>Wilmington, Delaware 19899<br>Telephone:  (302) 888-6500<br>Facsimile:  (302) 658-8111<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>lmherbert@prickett.com<br>mndonimirski@prickett.com<br>*Attorneys for Plaintiff Patrick J. Hewson* |

*Of Counsel:*
ANDRUS LIBERTY & ANDERSON LLP
Jennie Lee Anderson
Micha Star Liberty
1438 Market Street
San Francisco, California 94102
Telephone:  (415) 896-1000
Facsimile:  (415) 896-2249
Jennie@libertylaw.com
Micha@libertylaw.com

Dated: April 2, 2008

19684.1\365304v1