## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES & SERVICE,<br>LTD. | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No. 05-441 (JJF) |
| v. | ) <br> ) | |
| INTEL CORPORATION and<br>INTEL KABUSHIKI KAISHA, | ) <br> ) <br> ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| IN RE: | ) | MDL Docket No. 05-1717 (JJF) |
| INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) <br> ) | |

| | | |
|---|---|---|
| PHIL PAUL, on behalf of himself and<br>all others similarly situated, | ) <br> ) <br> ) | C.A. No. 05-485-JJF |
| Plaintiffs, | ) <br> ) | CONSOLIDATED ACTION |
| v. | ) <br> ) | |
| INTEL CORPORATION, | ) <br> ) | |
| Defendant. | ) | |

## <u>NOTICE OF DEPOSITION OF JASON HOENSHELL</u>

PLEASE TAKE NOTICE that Defendant Intel Corporation will take the deposition upon

oral examination of plaintiff Jason Hoenshell pursuant to Federal Rule of Civil Procedure 30,

before an authorized court reporter, commencing at 10:00 A.M. on April 19, 2008, at the

Radisson Hotel Des Moines Airport, 6800 Fleur Drive, Des Moines, IA 50321-3127, or at such

other time and place as agreed to by the parties.  The deposition will continue from day to day

until completed, shall be transcribed, and may be videotaped.   You are invited to attend and

cross-examine the witness.

OF COUNSEL:

David M. Balabanian
James L. Hunt
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA  94111-4067
(415) 393-2000

Richard A. Ripley
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, D.C.  20006
(202) 373-6000


POTTER ANDERSON & CORROON LLP

By:   */s/ W. Harding Drane, Jr.*
      Richard L. Horwitz (#2246)
      W. Harding Drane, Jr. (#1023)
      Hercules Plaza, 6th Floor
      1313 North Market Street
      P.O. Box 951
      Wilmington, DE 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      wdrane@potteranderson.com

      Attorneys for Defendant
      INTEL CORPORATION

Dated:  April 8, 2008
859184/29282

- 2 -