

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019  Direct Phone
302 658-1192  Fax

May 1, 2008

**VIA ELECTRONIC FILING, E-MAIL AND BY HAND**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

   Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
     C. A. No. 05-441-JJF;
     *In re Intel Corp.*, C.A. No. 05-1717-JJF; and
     *Phil Paul v. Intel Corporation (Consolidated)*, C. A. No. 05-485 (JJF)

Dear Judge Poppiti:

   Attached please find Intel's Preliminary Pretrial Statement, which was filed under seal today, May 1, 2008.

             Respectfully submitted,

             /s/ W. Harding Drane, Jr.

             W. Harding Drane, Jr. (#1023)

WHD/rb
862726/29282

# SEALED

# DOCUMENT