## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) ) ) ) ) MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>INTEL CORPORATION,<br><br>            Defendant. | ) ) ) ) ) ) C.A. No. 05-485-JJF<br>) ) CONSOLIDATED ACTION<br>) ) ) ) ) |

### STIPULATION OF DISMISSAL AS TO CERTAIN PLAINTIFFS

WHEREAS certain plaintiffs identified in the First Amended Consolidated Complaint (D.I. 108 in 05-MD-1717) filed on May 26, 2006 no longer wish to participate in the above-captioned action as named plaintiffs but wish to preserve their claims as members of the putative class;

WHEREAS numerous other plaintiffs continue to serve as representatives of the putative class;

WHEREAS defendant Intel Corporation does not object to the dismissal of the claims of certain plaintiffs without prejudice to their rights as members of the putative class, as provided herein; and

WHEREAS the dismissal of certain plaintiffs' claims as provided herein is not intended to affect the claims asserted by the remaining plaintiffs in the above-captioned action;

NOW THEREFORE, plaintiffs in the above-captioned action and Intel Corporation,

by and through their respective counsel, and subject to the Order of the Court, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the claims asserted in First Amended Consolidated Complaint by the following plaintiffs shall be dismissed without prejudice, without costs and without waiver of their rights as members of the putative class in this action:

| | |
|---|---|
| Jerry Adamson | Tracy Harbin |
| Benjamin J. Allanoff | Trisha Higgens |
| Christian Ambruoso | Terri Hooper |
| David Arnold | Henry Kornegay |
| Cindy Bandfield | Lawrence Lang |
| Susan Baxley | Leonard Lorenzo |
| Phillip Boeding | Debbie McCauley |
| Brandon Brantley | James McCauley |
| Jason Brown | Linda Neely |
| Ludy Chacon | Patricia M. Niehaus |
| Christine Culliton | Lee Pines |
| Paul Czysz | Richard Pressel |
| Dan Dieffenbacher | Michael Ruccolo |
| Damon DiMarco | Edward Rush |
| Michael Dolan | Darice Russ |
| Dan Elliot | Jodi Salpeter |
| Gideon Elliott | Kery Schneck |
| Terri Fabrizio | Stuart Schupler |
| Jerome Feitelberg | Nathaniel Schwartz |
| Kevin Fennelly | Michael K. Simon |
| Huston Frazier and Jeanne Cook Frazier | Timothy Spears |
| Angel Genese | Justin Suarez |
| Cheryl Glick –Salpeter | Brian Weiner |
| Nir Goldman | Melissa Wood |
| Steven J. Hamilton | Rob Marshall, d/b/a Marshall Realty |

Dated: May 14, 2008

| PRICKETT JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ *James L. Holzman*<br>James L. Holzman (#663)<br>J. Clayton Athey (#4378)<br>Laina M. Herbert (#4717)<br>Melissa N. Donimirski (#4701)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>lmherbert@prickett.com<br>mndonimirski@prickett.com<br>*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated* | By: /s/ *W. Harding Drane, Jr.*<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6027<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br>*Attorneys for Intel Corporation and Intel Kabushiki Kaisha* |

SO ORDERED, this _____ day of _____, 2008.

_____
U.S.D.J.