

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019 Direct Phone
302 658-1192 Fax

May 14, 2008

**VIA ELECTRONIC FILING, E-MAIL AND BY HAND**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801

Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
C. A. No. 05-441-JJF;
*In re Intel Corp.*, C.A. No. 05-1717-JJF; and
*Phil Paul v. Intel Corporation (Consolidated)*, C. A. No. 05-485 (JJF)

Dear Judge Poppiti:

This letter follows up on an ex parte telephone conference yesterday regarding a procedural question related to Your Honor's Report And Recommendation, dated May 9, 2008. Carol Silberberg and I participated in the call with Your Honor, which was transcribed by a reporter.

As we discussed on the call, Intel would like to propose to the Special Master a small change in the deadline for Intel to make its production of redacted documents in the event that Intel does not seek review of the Report And Recommendation. Under the Report and Recommendation, Intel shall make production within five business days after the Special Master's ruling becomes final if no objections are taken (i.e. by May 23). As noted in the Appendix to the Report and Recommendation, however, Intel is to submit a few proposed redactions to the Special Master for in camera review on or before May 23, which the Special Master would then rule on.

In order to avoid the possibility of two separate productions, Intel proposes that the target date for production of all redacted documents set forth in the Report and Recommendation (absent the filing of objections by Intel) be deferred until three business days after Your Honor rules on the questions that Intel shall submit on or before May 23, 2008. Thus,

The Honorable Vincent J. Poppiti
May 14, 2008
Page 2

if the Special Master provides the rulings on these additional redactions on May 27, which was the present estimate, the target date for completion of the redactions for production consistent with the Report and Recommendation, and with the Special Master's ruling on the questions submitted on May 23, would be May 30, 2008.

As with Intel's previous submissions to the Special Master on the in camera review process, Intel does not, by this letter, waive the protections of the attorney-client privilege, work product doctrine, or other applicable privilege with regard to the Weil Gotshal interview notes, nor does Intel waive its right to object to the Special Master's Report and Recommendation or production of the Weil Gotshal interview notes, in whole or in part.

Respectfully submitted,

W. Harding Drane, Jr. (#1023)

WHD/mlms
864710v1/29282

cc:   Frederick L. Cottrell, III
      James L. Holzman