

# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019 Direct Phone
302 658-1192 Fax

April 28, 2008
Public Version Dated: May 15, 2008

**VIA ELECTRONIC MAIL AND BY HAND**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

**PUBLIC VERSION**

Re: Discovery Matter No. 4
*Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
C. A. No. 05-441-JJF;
*In re Intel Corp.,* C.A. No. 05-1717-JJF; and
*Phil Paul v. Intel Corporation (Consolidated)*, C. A. No. 05-485 (JJF)

Dear Judge Poppiti:



Vincent J. Poppiti, Esquire
April 28, 2008
Public Version Dated: May 15, 2008
Page 2

      If Your Honor has any additional questions, we are available at your convenience to address them.

      Respectfully submitted,

      */s/ W. Harding Drane, Jr.*

      W. Harding Drane, Jr. (#1023)

WHD/
cc:    Carol M. Silberberg, Esquire (via electronic mail)
       Joshua C. Stokes, Esquire (via electronic mail)
864804/ 29282-002

THE ATTACHMENTS HAVE BEEN
REDACTED IN THEIR ENTIRETY