IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) ) ) ) MDL Docket No. 05-1717-JJF<br>)<br>) |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>) Civil Action No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

TO:　Dr. Peter T. Dalleo, Clerk of the Court
　　　District Court of Delaware
　　　800 North King Street
　　　Wilmington, Delaware 19801

**PLEASE ENTER** the appearance of Terry Gross, Esquire and Adam C. Belsky, Esquire of Gross Belsky Alonso LLP, as attorneys for Plaintiff Napoly Salloum in the above-captioned matters.

19684.1\369385v2

<div style="display: flex;">

<div>
OF COUNSEL:

Guido Saveri (CA Bar # 22349)
R. Alexander Saveri (CA Bar # 173102)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
 (415) 217 6810
guido@saveri.com
rick@saveri.com

GROSS BELSKY ALONSO LLP
Terry Gross, Esquire (CA Bar # 103878)
Adam C. Belsky, Esquire (CA Bar # 147800)
180 Montgomery Street, Suite 2200
San Francisco, CA  94104
(415) 544-0200
terry@gba-law.com
adam@gba-law.com


Dated May 20, 2008
</div>

<div>
PRICKETT, JONES & ELLIOTT, P.A.

By: _/s/ Laina M. Herbert_
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
Laina M. Herbert (Bar ID #4717)
Melissa N. Donimirski (Bar ID #4701)
1310 King Street, Box 1328
Wilmington, Delaware 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
mndonimirski@prickett.com
*Interim Liaison Counsel for the Class Plaintiffs*
</div>

</div>