# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) ) | C.A. No. 05-md-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**NOTICE OF TAKING DEPOSITION OF
EDWARD HO**

     **PLEASE TAKE NOTICE** that plaintiffs Advanced Micro Devices, Inc. and AMD

International Sales & Service, Ltd. (collectively, "AMD") will take the deposition of Edward Ho

on June 18 and June 19, 2008, beginning at 9:00 a.m., at the offices of O'Melveny & Myers, 2765

Sand Hill Road, Menlo Park, California, 94025-7019, or at such other time and place as the parties

may agree. The deposition will be recorded by stenographic and sound-and-visual (videographic)

means, will be taken before a Notary Public or other officer authorized to administer oaths, and

will continue from day to day until completed, weekends and public holidays excepted. So far as

known to AMD, the deponent is a current employee of one or both of defendants Intel Corporation

and Intel Kabushiki Kaisha (collectively "Intel").

_____
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com
shandler@rlf.com
fineman@rlf.com
Attorneys for Plaintiffs Advanced Micro
   Devices, Inc. and AMD International Sales
   & Service, Ltd.

OF COUNSEL:
Charles P. Diamond
   cdiamond@omm.com
Linda J. Smith
   lsmith@omm.com
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 246-6800

Mark A. Samuels
   msamuels@omm.com
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
213-430-6000

Dated: May 16, 2008

RLF1-3284270-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

| | |
|---|---|
| Richard L. Horwitz, Esquire | James L. Holzman, Esquire |
| Potter Anderson & Corroon, LLP | Prickett, Jones & Elliott, P.A. |
| 1313 North Market Street | 1310 King Street |
| P. O. Box 951 | P.O. Box 1328 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1328 |

I hereby certify that on May 16, 2008, I have sent by Electronic Mail the foregoing

document to the following non-registered participants

| | |
|---|---|
| Darren B. Bernhard, Esquire | Robert E. Cooper, Esquire |
| Howrey LLP | Daniel S. Floyd, Esquire |
| 1299 Pennsylvania Avenue, N.W. | Gibson, Dunn & Crutcher LLP |
| Washington, DC 20004-2402 | 333 South Grand Avenue |
| | Los Angeles, California 90071-3197 |

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
fineman@rlf.com

# EXHIBIT B



# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
NEWPORT BEACH

400 South Hope Street
Los Angeles, California 90071-2899
TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407
www.omm.com

NEW YORK
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

OUR FILE NUMBER
008,346-163

WRITER'S DIRECT DIAL
(213) 430-7634

WRITER'S E-MAIL ADDRESS
bbarmann@omm.com

April 7, 2008

**VIA E-MAIL AND U.S. MAIL**

Sogol K. Pirnazar, Esq.
Gibson Dunn & Crutcher
333 South Grand Avenue
Los Angeles, California 90071

Re:    ***AMD v. Intel***

Dear Sogol:

I am writing with regard to depositions to be taken by AMD.

First, consistent with our agreed upon protocols regarding deposition logistics, I am providing notice of an Intel deposition that AMD intends to take in May. AMD intends to take the deposition of Edward Ho. We would like to take Mr. Ho's deposition on May 28. Please confirm the date and appropriate location for Mr. Ho's deposition as soon as possible. I assume that you will accept service of any subpoena for this witnesses if one is required, but please let me know right away if that is mistaken.

Second, although our agreed upon protocols do not require it, I am confirming the status of the depositions we originally proposed to take in April. We have proposed to Dan Floyd that AMD depose Jeffrey Hoogenboom on May 15 and 16, and that we depose Jon Omer on May 21. We are waiting for confirmation from Intel that the depositions can proceed on those dates. We also have proposed to Mr. Floyd that Intel provide us with Keven J. Smith's reharvest production by the end of April and that the 30(b)(6) deposition of Intel on compiler related issues and Mr. Smith's deposition proceed on two days at the end of May. We understand from Mr. Floyd that Intel is agreeable to proceeding with this deposition in this fashion, but we are waiting for confirmation from Intel of when it can provide Mr. Smith's reharvest production. You also have agreed to provide us deposition dates for Shervin Kheradpir upon his return from his sabbatical. Finally, with respect to third-party depositions, we are still seeking to schedule the depositions of Robbie Abreu and Alex Hsu of SuperMicro, but do not yet have dates for those depositions. We will keep you advised of the status of our efforts to arrange those depositions.

O'MELVENY & MYERS LLP

Sogol K. Pirnazar, Esq., April 7, 2008 - Page 2


Please let me know if you have any questions or want to discuss any of this further.


Sincerely,

Bernard C. Barmann, Jr.
for O'MELVENY & MYERS LLP


cc:    Daniel S. Floyd, Esq.
       Melissa B. Kimmel, Esq.

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | ) ) ) | C. A. No. 05-441-JJF |
| | ) | DM No. ___ |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | ) ) ) | |
| Defendants. | ) | |
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) | C. A. No. 05-485-JJF |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) | |

**CERTIFICATION OF JAMES M. PEARL IN SUPPORT OF
ADVANCED MICRO DEVICES, INC.,
AMD INTERNATIONAL SALES & SERVICE, LTD. AND CLASS PLAINTIFFS'
REQUEST TO COMPEL THE DEPOSITION OF MR. EDWARD HO**

I, James M. Pearl, make this certification pursuant to Local Rule 7.1.1 and state that the following efforts and exchanges have been made by Advanced Micro Devices, Inc., AMD International Sales & Service, Ltd., and Class Plaintiffs (collectively "Plaintiffs") to reach agreement with Intel Corporation and Intel Kabushiki Kaisha (collectively "Intel") on the subject of the accompanying letter brief:

1.      On April 7, 2008, AMD notified Intel that it intended to take the deposition of Mr. Edward Ho.  AMD made several attempts to confirm a date for the deposition but Intel refused to respond to AMD's requests.

2.      On May 12, 2008, Intel informed AMD that it would refuse to produce Mr. Ho for deposition.

3.      On May 15, 2008, I spoke with Mr. James Kress (the Intel attorney handling this issue).  Mr. Kress confirmed that Intel would refuse to produce Mr. Ho for deposition.  I wrote a confirming email to Mr. Kress and he responded agreeing that the parties were at impasse with respect to the deposition of Mr. Ho.

Dated:  May 19, 2008                          Respectfully submitted,

                                             By: _____
                                                 James M. Pearl
                                                 O'MELVENY & MYERS LLP

                                                 *Attorney for Plaintiffs Advanced Micro
                                                 Devices, Inc. and AMD International Sales
                                                 & Service, Ltd.*

# EXHIBIT D



1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
www.howrey.com

**James G. Kress**
Partner
**T** 202.383.6842
**F** 202.383.6610
kressj@howrey.com

May 12, 2008

**VIA E-MAIL AND REGULAR MAIL**

Bernard C. Barmann, Jr.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899

      Re:   <u>AMD v. Intel</u>

Dear Bernard:

      I write in response to your letter of May 5 regarding deposition scheduling of certain Intel witnesses related to the IBM and Lenovo accounts.

      With respect to Mr. Hoogenboom, we were prepared to move forward with his deposition in April, but we accommodated your request to change the deposition date until May. You then asked for Mr. Hoogenboom for two days in May. As you know, Mr. Hoogenboom does not work for Intel; he is gainfully employed at another company and he has extensive work and travel commitments that are beyond our control. That said, we were able to confirm two days in May with you and the witness (May 29-30). Given that Mr. Hoogenboom is a former employee, we expect that we will need to reserve some part of the allotted time for direct examination.

      For Jon Omer, after you rescheduled, we were able to offer you a date in the second-half of May, as you had requested. I regret that the date proposed (May 27) was not convenient for the attorney taking that deposition (as it would not have been convenient for me as the attorney defending the deposition), but we wanted to try to meet your request to offer a date within May. Per your letter offering alternative dates that would work for the attorney conducting this deposition, we can make Mr. Omer available on either June 11 or 12. While you have requested two days for Mr. Omer, this seems excessive to us and is contrary to the presumption of seven hours of the Federal Rules of Civil Procedure. While we recognize that this is an extraordinary case and both parties will need to make accommodations for the length of certain depositions (as we have done for both Mr. Hoogenboom and Mr. Green), we do not think Mr. Omer fits one of those exceptional circumstances. This deposition will be held in the Indianapolis area. Please let us know which date is best for you, and the location you have selected for the deposition.

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MADRID  MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

Bernard C. Barmann, Jr.
May 12, 2008
Page 2

As it relates to Mr. Ho, we have not agreed to schedule that witness for deposition at this time. As you know, we made a proposal for staged discovery in response to the Special Master's request to consider "staging discovery in a fashion that may begin to focus on the . . . more significant third parties." (March 27, 2008 Spec. Master Conf. Tr. at 14). While I have no doubt that you will argue that your request for Mr. Ho meets that criteria, we disagree that he should be deposed in this action, and certainly not within the first tier of witnesses. Mr. Ho is a Taiwanese citizen who works and resides in the Peoples Republic of China. His only involvement with the Lenovo account related to Lenovo China, an entity that did no business within the United States. Because Mr. Ho is a resident of China and not a managing agent of Intel Corporation, he is not available for deposition in the U.S. Given our present disagreement, and our competing proposals presently before the Special Master, we suggest that we await the outcome of the Special Master discovery planning process to see whether we have an issue that may require the Court's intervention. For present purposes, you can assume that we would not and do not voluntarily agree to make Mr. Ho available for deposition by notice.

For Mr. Green, we have checked his schedule and he is not available on the two specific dates you proposed. In the future, especially where you want two days with a witness, it would be best to offer more than three possible dates from which we may choose from. We can offer you the following options for Mr. Green's deposition in Raleigh, North Carolina: (1) June 3-4 (per your letter, these were dates Mr. Pearl had available in June for IBM/Lenovo depositions); or (2) July 1-2. Please let us know if either of these dates are acceptable to AMD as soon as possible so that we may firm up Mr. Green's calendar, or seek alternative dates in July, if necessary.

Thank you for your prompt attention to this matter.

Sincerely,

James G. Kress

cc:    Dan Floyd, Esq.
       Sogol Pirnazar, Esq.

# EXHIBIT E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation, | ) ) ) ) ) | Civil Action No. 05-441-JJF |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation | ) ) ) ) | |
| Defendants. | ) | |

## INITIAL DISCLOSURES OF INTEL CORPORATION AND INTEL KABUSHIKI KAISHA PURSUANT TO RULE 26(a)(1)

Defendants INTEL CORPORATION and INTEL KABUSHIKI KAISHA (collectively, "Intel"), provide these initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Stipulation and Order re Initial Disclosures, dated August 25, 2005. This disclosure reflects Intel's good faith compliance with Rule 26(a)(1)(A) based on the information reasonably available to it at this time. Intel's investigation is ongoing and Intel reserves its rights, and acknowledges its duty, under Rule 26(e) to supplement or amend this list at appropriate intervals. Nothing in this disclosure is intended to waive any protections available pursuant to the attorney-client privilege, or the work product doctrine, or any other applicable privileges.

In addition, the information set forth below is provided without waiving (1) the right to object on any appropriate grounds to the use of any information disclosed or response herein for any purpose; and (2) the right to object to any future discovery requests relating to the subject matter of the responses herein. Nor does the identification of any individual in this list constitute a waiver or admission concerning Intel's Second Separate and Additional Defense of Lack of Subject Matter Jurisdiction, set

1

forth in Intel's Answer filed September 1, 2005 and Intel reserves the right to amend this list to delete names if the Court determines it lacks subject matter jurisdiction over any part of the allegations of the Complaint. Intel reserves the right to designate any witness contained on AMD's Rule 26 disclosure, or otherwise call such a witness at trial.

### A.     **Individuals Likely To Have Discoverable, Relevant Information**

Based upon the information reasonably available to Intel as of this date, the individuals listed on Exhibit A attached hereto are current Intel employees likely to have discoverable information that Intel may use to support its claims or defenses. The title of the individuals, as well as a description of the subjects of information they may possess, is included. These individuals may be contacted through the undersigned counsel. The individuals listed on Exhibit B attached hereto are currently employed or otherwise affiliated with third parties and are likely to have discoverable information that Intel may use to support its claims or defenses.

### B.     **Documents Produced**

Pursuant to the Stipulation and Order re Initial Disclosures, dated August 25, 2005, the parties have agreed not to require compliance with Rule 26(a)(1)(B) at this time.

### C.     **Computation of Damages**

Pursuant to the Stipulation and Order re Initial Disclosures, dated August 25, 2005, the parties have agreed not to require compliance with Rule 26(a)(1)(C).

### D.     **Insurance Agreements**

Intel is not currently aware of any insurance agreement that falls within the description of Rule 26(a)(1)(D).

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Robert E. Cooper, Esq.
Daniel S. Floyd, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 900071
(21 3) 229-7000

Peter E. Moll, Esq.
Darren B. Bernhard, Esq.
Howrey LLP
1299 Pennsylvania Avenue
N.W. Washington, DC 20004
(202) 783-0800

Dated: October 6, 2005

By:      /s/  Richard L. Horwitz
        Richard L. Horwitz (#2246)
        W. Harding Drane, Jr. (#1023)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        P.O. Box 951
        Wilmington, DE 19899-0951
        (302) 984-6000
        rhorwitz@potteranderson.com
        wdrane@potteranderson.com

*Attorneys for Defendants*
Intel Corporation and Intel Kabushiki Kaisha

3

# EXHIBIT A

## WITNESSES EMPLOYED BY INTEL CORPORATION

1)    **L. Wilton Agatstein**
      Vice President – Channel Platforms Group; General Manager – Channel Platforms
      Definition and Development Group

Mr. Agatstein has information regarding Intel's overall business strategies, as well as the
development and marketing of products for the distributor/reseller channel worldwide.

2)    **John Antone**
      Vice President – Sales and Marketing Group; General Manager – Asia Pacific Region

Mr. Antone has information regarding Intel's sales, marketing, purchasing and enabling of
products in the Asia-Pacific Region, Intel's customer relationships in that region, including its
programs that provide financial, marketing, training and technical support to customers; the
allegations in the Complaint; and competition among Intel, AMD and other companies
manufacturing and selling microprocessors.

3)    **David W. Allen**
      Distribution Sales Manager – Reseller Channel Operation.

Mr. Allen has information regarding Intel's sales and marketing activities with respect to
distributors/resellers in North America, and Intel's relationships with them, including Intel's
various programs that provide financial, marketing, training and technical support to authorized
distributors/resellers; Intel's negotiations and contractual relationships with distributors/resellers;
the allegations in the Complaint and Answer; and competition among Intel, AMD and other
companies manufacturing and selling microprocessors and other related products and other
related products.

4)    **Robert Baker**
      Senior Vice President and General Manager – Technology and Manufacturing Group

Mr. Baker has information regarding Intel's technology development, manufacturing and supply
of microprocessors and chipsets.

5)    **Craig R. Barrett**
      Chairman of the Board

Mr. Barrett has information regarding Intel's overall business and strategies; the history of Intel
and the reasons for Intel's growth and success; the allegations of the Complaint and Answer;
Intel's investment in the development of innovative new technologies; and interaction with
various Intel customers.

6)    **Patrick Bliemer**
      Global Pricing Director – Microprocessor Marketing & Business Planning

Mr. Bliemer has information regarding Intel's microprocessor platform product planning and
marketing, including pricing and product roadmaps; the allegations of the Complaint and Answer;

competition among Intel, AMD and other companies manufacturing and selling microprocessors and related products; and innovation and competitive conditions in the computer industry.

7)    **Christopher J. Bruno**
        Director – AMG Corporate Marketing and Development

Mr. Bruno has information regarding Intel's sales and marketing activities with respect to corporate marketing in North America; Intel's customer relationships, including it's various programs that provide financial, marketing, training and technical support; Intel's negotiations and contractual relationships with customers; the allegations in the Complaint and Answer; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products.

8)    **Diane M. Bryant**
        Vice President – Digital Enterprise Group; General Manager – Server Platforms Group

Ms. Bryant has information regarding Intel's technology development of single and dual-processor sever and workstation platforms, as well as the architecture and design of microprocessors and chipsets.

9)    **Louis Burns**
        Vice President; General Manager – Digital Health Group

Mr. Burns has information regarding the design, development and market development of product platforms, including microprocessors, chipsets, motherboards, software and services; Intel's strategic and business planning; the allegations in the Complaint and Answer; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and related products.

10)   **Anand Chandrasekher**
        Vice President; General Manager – Sales & Marketing Group

Mr. Chandrasekher has information regarding Intel's sales and marketing activities worldwide; the architecture, design, development and marketing of microprocessors; Intel's strategic and business planning; Intel's customer relationships, including its programs that provide financial, marketing, training and technical support to customers; the allegations in the Complaint and Answer; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and related products.

11)   **Chris Cheffer**
        Retail Sales Manager – America's Sales and Marketing Organization

Mr. Cheffer has information regarding Intel's sales and marketing activities in North America; retail sales and marketing programs; contractual agreements with retail customers, Intel's customer relationships, including its programs that provide financial, marketing, training and technical support to customers; the allegations in the Complaint and Answer; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; and innovation and competitive conditions in the computer industry.

12) **Sophia Chew**
Vice President – Sales and Marketing Group; General Manager – Reseller Channel Operation

Ms. Chew has information regarding sales and marketing activities with respect to distributors/resellers Worldwide, and Intel's relationships with them, including Intel's various programs that provide financial, marketing, training and technical support to authorized distributors/resellers; Intel's negotiations and contractual relationships with distributors/resellers; the allegations in the Complaint and Answer; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products.

13) **Jeff R. Clark**
Retail Marketing Program Manager – America's Sales and Marketing

Mr. Clark has information concerning Intel's sales and marketing, including Intel's retail marketing programs and strategies; communications and negotiations with customers concerning the purchase and sale of computers containing Intel's microprocessors, including pricing, discounts, incentives, rebates, promotional or advertising support; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; and the allegations in the Complaint and Answer.

14) **Jeff Clark**
Regional Manager – European Union Region

Mr. Clark has information regarding Intel's marketing and business planning for the Europe, Middle East and Africa Region.

15) **Kevin Corbett**
Vice President – Digital Home Group; General Manager – Content Services Group

Mr. Corbett has information regarding Intel's planning, marketing and support for digital home and digital office products and Intel's strategic planning and marketing for chipset and platform roadmaps.

16) **Adrian Criddle**
Account Manager – IBM/Lenovo Europe; Former Retail/Consumer Manager – United Kingdom

Mr. Criddle has information regarding sales and marketing activities in the United Kingdom; Intel's customer relationships, including its programs that provide financial, marketing, training and technical support to customers; the allegations in the Complaint and Answer; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products.

17) **Tammy Cyphert**
Director of Operations – America's Sales and Marketing

Ms. Cyphert has information regarding Intel's microprocessor sales and marketing activities; the structure and operations of Intel's Sales and Marketing Group; Intel's supply planning and allocation; the allegations in the Complaint and Answer; communications and negotiations with customers concerning the purchase of Intel's products, including pricing, discounts, incentives,

rebates, promotional or advertising support; contractual agreements with customers; Intel's revenue forecasting; pricing analysis and support; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; and innovation and competitive conditions in the computer industry.

18)  **Steve Dallman**
     Director – North American Distribution and Channel Marketing

Mr. Dallman has information regarding Intel's sales and marketing activities with respect to distributors/resellers in North America, and Intel's relationships with them, including Intel's various programs that provide financial, marketing, training and technical support to authorized distributors/resellers; Intel's negotiations and contractual relationships with distributors/resellers; the allegations in the Complaint and Answer; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products.

19)  **Nick Davison**
     Manager – Worldwide Retail Sales and Marketing; Previously Regional
     Manager – Hewlett-Packard

Mr. Davison has information concerning Intel's sales and marketing, including Intel's business relationship with Hewlett-Packard during all or part of the time period covered by the Complaint; the allegations in the Complaint and Answer; communications and negotiations with customers concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates, promotional or advertising support; Intel's retail sales and marketing programs; contractual agreements with customers; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; and innovation and competitive conditions in the computer industry.

20)  **Richard Dracott**
     Director – End User Strategic Marketing, End User Platform Initiative Group, Digital
     Enterprises Group

Mr. Dracott has information regarding Intel's marketing and business planning for server products.

21)  **Jean-Marc Dubreuil**
     Director – Product Marketing & Business Organization, Europe, Middle East and Africa
     Region

Mr. Dubreuil has information regarding Intel's marketing, business planning, and pricing for the Europe, Middle East and Africa Region.

22)  **Joerg Finger**
     Account Manager – Fujitsu-Siemens (Feb. 2005-present); previously Director of
     Solutions and Marketing – Europe, Middle East and Africa Region

Mr. Finger has information concerning Intel's sales and marketing, including Intel's business relationship with Fujitsu-Siemens during all or part of the time period covered by the Complaint; the allegations in the Complaint and Answer; communications and negotiations with customers concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates, promotional or advertising support; contractual agreements with customers; and competition

among Intel, AMD and other companies manufacturing and selling microprocessors and other related products.

23)   **Patrick P. Gelsinger**
      Senior Vice President and General Manager – Digital Enterprise Group

Mr. Gelsinger has information regarding the research, design and development of hardware and software technologies for Intel's computing, networking and communications products and platforms; Intel's overall business and strategies; the history of Intel and the reasons for Intel's growth and success; Intel's investment in the development of innovative new technologies; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; and innovation and competitive conditions in the computer industry.

24)   **Shelagh Glaser**
      Controller – Sales & Marketing Group

Ms. Glaser has information regarding Intel's financial planning, reporting, and analysis for various aspects of sales and marketing, including historical and projected budget and sales information.

25)   **Neil Green**
      Regional Manager – Lenovo Global Account

Mr. Green has information concerning Intel's sales and marketing, including Intel's business relationship with IBM/Lenovo during all or part of the time period covered by the Complaint; the allegations in the Complaint and Answer; communications and negotiations with customers concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates, promotional or advertising support; contractual agreements with customers; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products.

26)   **Peter Guilfoyle**
      Retail Marketing Program Manager – Retail Sales and Marketing Organization

Mr. Guilfoyle has information concerning Intel's sales and marketing, including Intel's retail marketing programs and strategies; communications and negotiations with customers concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates, promotional or advertising support; competition among Intel, AMD and other companies manufacturing and selling microprocessors and related products; and the allegations in the Complaint and Answer.

27)   **John B. Halbert**
      Principal Engineer – Memory Technology,
      Platform Memory Organization, part of the Technology Manufacturing Group.

Mr. Halbert has information concerning Intel's participation in the ADT Group and JEDEC and the allegations relating to those groups contained in the Complaint.

28) **Brian L. Harrison**
Vice President; General Manager – Europe, Middle East and Africa Region

Mr. Harrison has information regarding Intel's sales and marketing of its products in the Europe, Middle East and Africa Region; Intel's customer relationships, including its programs that provide financial, marketing, training and technical support to customers; the allegations in the Complaint and Answer; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and related products, and Intel's manufacturing and supply of microprocessors.

29) **Bart Heisey**
Former Worldwide Account Manager – Gateway; Regional Manager – Gateway Focus Region

Mr. Heisey has information concerning Intel's sales and marketing, including Intel's business relationship with Gateway and eMachines during all or part of the time period covered by the Complaint; the allegations in the Complaint and Answer; communications and negotiations with customers concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates, promotional or advertising support; contractual agreements with customers; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; and innovation and competitive conditions in the computer industry.

30) **Edward Ho**
Account Manager – Lenovo (China)

Mr. Ho has information concerning Intel's sales and marketing, including Intel's business relationship with Lenovo during all or part of the time period covered by the Complaint; the allegations in the Complaint and Answer; communications and negotiations with customers concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates, promotional or advertising support; contractual agreements with customers; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; and innovation and competitive conditions in the computer industry.

31) **Allen Holmes**
Director of Marketing – Flash Products Group; Regional Manager – Hewlett-Packard (1999-2004)

Mr. Holmes has information concerning Intel's sales and marketing, including Intel's business relationship with Hewlett-Packard during all or part of the time period covered by the Complaint; the allegations in the Complaint and Answer; communications and negotiations with customers concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates, promotional or advertising support; contractual agreements with customers; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; and innovation and competitive conditions in the computer industry.

32) **William M. Holt**
Vice President and General Manager – Technology and Manufacturing Group

Mr. Holt has information regarding Intel's technology development and manufacturing of microprocessors and chipsets.

33)   **Jeff Hoogenboom**
      Former Account Manager – IBM/Lenovo; Vice President and Co-General Manager
      Reseller Channel Operation

Mr. Hoogenboom has information concerning Intel's sales and marketing, including Intel's
business relationship with IBM/Lenovo during all or part of the time period covered by the
Complaint; the allegations in the Complaint and Answer; communications and negotiations with
customers concerning the purchase of Intel's products, including pricing, discounts, incentives,
rebates, promotional or advertising support; contractual agreements with customers; competition
among Intel, AMD and other companies manufacturing and selling microprocessors and other
related products; and innovation and competitive conditions in the computer industry.

34)   **Shuichi Kako**
      Regional Sales Manager – NEC

Mr. Kako has information concerning Intel's sales and marketing, including Intel's business
relationship with NEC and Sony during all or part of the time period covered by the Complaint;
the allegations in the Complaint and Answer; communications and negotiations with customers
concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates,
promotional or advertising support; contractual agreements with customers; and competition
among Intel, AMD and other companies manufacturing and selling microprocessors and other
related products.

35)   **Shervin Kheradpir**
      Director – Performance Benchmarking and Competitive Analysis

Mr. Kheradpir has information concerning Intel's performance benchmark testing and related
analysis, including testing done to evaluate Intel compilers used on systems with Intel or AMD
microprocessors.

36)   **Tom Kilroy**
      Corporate Vice President; General Manager – Digital Enterprise Group

Mr. Kilroy has information regarding Intel's sales and marketing activities in North and South
America; Intel's customer relationships and its various programs that provide financial,
marketing, training and technical support to customers; Intel's negotiations and contractual
relationships with customers; the allegations in the Complaint and Answer; competition among
Intel, AMD and other companies manufacturing microprocessors and other related products; and
innovation and competitive conditions in the computer industry.

37)   **Eric Kim**
      Vice President; General Manager – Sales & Marketing Group; Acting Head of
      Advertising

Mr. Kim has information regarding Intel's sales and marketing activities worldwide; Intel's
customer relationships, including its programs that provide financial, marketing, training and
technical support to customers; the allegations in the Complaint and Answer; Intel's activities in
support of its brand, and the value of Intel's brand; and competition among Intel, AMD and other
companies manufacturing and selling microprocessors and other related products.

38)     **Masaaki Kinoshita**
        Regional Sales Manager – Fujitsu Account (June 2005-present);
        Regional Sales Manager – Hitachi, Sharp, MEI, Dell Japan, and Hewlett Packard Japan
        Account (June 2003-June 2005).

Mr. Kinoshita has information concerning Intel's sales and marketing, including Intel's business
relationships with the above-listed accounts during all or part of the time period covered by the
Complaint; the allegations in the Complaint and Answer; communications and negotiations with
customers concerning the purchase of Intel's products, including pricing, discounts, incentives,
rebates, promotional or advertising support; contractual agreements with customers; and
competition among Intel, AMD and other companies manufacturing and selling microprocessors
and other related products.

39)     **Kazuhiko Kitagawa**
        General Manager – Worldwide Sony Sales & Program Office (August 2004-present);
        Regional Sales Manager – Fujitsu Account (May 2002- August 2004)

Mr. Kitagawa has information regarding sales and marketing activities with respect to Intel's
relationships with customers located in Japan, including Fujitsu and Sony; competition among
Intel, AMD and other companies manufacturing and selling microprocessors and other related
products; communications and negotiations with customers including discussions concerning
pricing, discounts, rebates, incentives, promotional or advertising support; contractual agreements
with customers; and innovation and competitive conditions in the computer industry.

40)     **Ernst Kunerth**
        Former Account Manager – Fujitsu-Siemens (until Feb 2005);
        Current District Manager – Asia/EC accounts

Mr. Kunerth has information concerning Intel's sales and marketing, including Intel's business
relationship with Fujitsu-Siemens during all or part of the time period covered by the Complaint;
the allegations in the Complaint and Answer; communications and negotiations with customers
concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates,
promotional or advertising support; contractual agreements with customers; and competition
among Intel, AMD and other companies manufacturing and selling microprocessors and other
related products.

41)     **Rue Kutsuzawa**
        Business Management Team Manager – Intel K.K. Sales and Marketing (February 2004-
        present)

Mr. Kutsuzawa has information concerning Intel's demand and revenue forecasting,
microprocessor supply management and pricing issues in Japan.

42)     **Charlotte Lamprecht**
        Director – Digital Home Brand Management

Ms. Lamprecht has information concerning Intel's sales and marketing, including Intel's business
relationship with Sony during all or part of the time period covered by the Complaint; the
allegations in the Complaint and Answer; communications and negotiations with customers
concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates,
promotional or advertising support; contractual agreements with customers; contractual

8

agreements with customers; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; and innovation and competitive conditions in the computer industry.

43)  **Bill Leszinske**
     Director – Digital Home Marketing

Mr. Leszinske has information regarding Intel's sales and marketing activities, including the marketing of chipsets.

44)  **Sean Maloney**
     Executive Vice President and General Manager – Mobility Group

Mr. Maloney has information regarding sales and marketing activities worldwide for Intel microprocessor products, and the design, development and marketing of mobile and communications products and platforms.

45)  **Jeffrey McCrea**
     President – Intel Americas; Vice President – Sales and Marketing Group; Former Vice President – Desktop Platforms Group; Former Director – Corporate Client Marketing

Mr. McCrea has information regarding Intel's sales and marketing activities in North and South America; Intel's customer relationships and its various programs that provide financial, marketing, training and technical support to customers; Intel's negotiations and contractual relationships with customers; the allegations in the Complaint and Answer; competition among Intel, AMD and other companies manufacturing microprocessors and other related products; and innovation and competitive conditions in the computer industry.

46)  **Christian Morales**
     Vice President – Sales and Marketing Group; General Manager – Europe, Middle East, and Africa Region.

Mr. Morales has information regarding Intel's sales and marketing activities in the Europe, Middle East, Africa and Asia Pacific Regions, and Intel's customer relationships, including its programs that provide financial, marketing, training and technical support to customers; the allegations in the Complaint and Answer; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products.

47)  **Jean Ann Nichols**
     Computer Sales Group Director – North America

Ms. Nichols has information concerning Intel's sales and marketing, including Intel's business relationships with ATIPA, Supermicro and Rackable Systems during all or part of the time period covered by the Complaint; the allegations in the Complaint and Answer; communications and negotiations with customers concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates, promotional or advertising support; contractual agreements with customers; competition among Intel, AMD and other companies manufacturing and selling microprocessors or other related products; and innovation and competitive conditions in the computer industry.

48)    **Masahiro Nishimori**
       Retail Operations Account Manager – Customer Solutions Group

Mr. Nishimori has information concerning Intel's sales and marketing, including Intel's business
relationship with Hitachi during all or part of the time period covered by the Complaint; the
allegations in the Complaint and Answer; communications and negotiations with customers
concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates,
promotional or advertising support; contractual agreements with customers; and competition
among Intel, AMD and other companies manufacturing and selling microprocessors and other
related products.

49)    **Hiroki Ohinata**
       General Manager – Sony Worldwide Sales and Program Office

Mr. Ohinata has information concerning Intel's sales and marketing, including Intel's business
relationship with Sony during all or part of the time period covered by the Complaint; the
allegations in the Complaint and Answer; communications and negotiations with customers
concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates,
promotional or advertising support; contractual agreements with customers; contractual
agreements with customers; competition among Intel, AMD and other companies manufacturing
and selling microprocessors and other related products; and innovation and competitive
conditions in the computer industry.

50)    **Jon Omer**
       Server Account Manager – IBM/Lenovo

Mr. Omer has information concerning Intel's sales and marketing, including Intel's business
relationship with IBM/Lenovo during all or part of the time period covered by the Complaint; the
allegations in the Complaint and Answer; communications and negotiations with customers
concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates,
promotional or advertising support; contractual agreements with customers; and competition
among Intel, AMD and other companies manufacturing and selling microprocessors and other
related products.

51)    **Paul Otellini**
       President and Chief Executive Officer

Mr. Otellini has information regarding Intel's overall business and strategies, including Intel's
microprocessor and chipset businesses and strategies for desktop, mobile and enterprise
computing; the history of Intel and the reasons for Intel's growth and success; the allegations of
the Complaint and Answer; Intel's customer relationships; Intel's investment in the development
of innovative new technologies; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; and innovation and
competitive conditions in the computer industry.

52)    **Stuart Pann**
       Vice President – Sales & Marketing Group; General Manager – Customer Fulfillment,
       Planning & Logistics, Microprocessor Marketing & Business Planning

Mr. Pann has information regarding Intel's microprocessor and chipset pricing; Intel's sales
strategies and forecasting, market planning and competitive analysis; the allegations of the

Complaint and Answer; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; and innovation and competitive conditions in the computer industry.

53) **Greg Pearson**
    Vice President – Intel K.K. Sales and Marketing Group; Co-President – Intel K.K;
    Representative Director – Intel K.K.

Mr. Pearson has information regarding sales and marketing activities in Japan; Intel's customer relationships, including its programs that provide financial, marketing, training and technical support to customers; the allegations in the Complaint and Answer; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products, and sales and marketing of communications products to wireless, networking and embedded computing customers.

54) **David K. Powell**
    Director – Reseller Channel Operation World Wide Revenue and Distribution Marketing

Mr. Powell has information concerning Intel's relationships with distributors/resellers, including Intel's various programs that provide financial, marketing, training and technical support to authorized distributors.

55) **Justin R. Rattner**
    Director – Corporate Technology Group

Mr. Rattner has information regarding Intel's technology development and research relating to microprocessors and chipsets.

56) **Art Roehm**
    World Wide Account Manager – Dell

Mr. Roehm has information concerning Intel's sales and marketing, including Intel's business relationship with Dell during all or part of the time period covered by the Complaint; the allegations in the Complaint and Answer; communications and negotiations with customers concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates, promotional or advertising support; contractual agreements with customers; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; and innovation and competitive conditions in the computer industry.

57) **Dianne L. Rudolph**
    Vice President – Finance and Enterprise Services; Director – Platform Finance Groups

Ms. Rudolph has information regarding financial planning, reporting, and analysis in support of the Intel Business Units and the Sales and Marketing Group.

58) **William M. Siu**
    Vice President and General Manager – Channel Platforms Group

Mr. Siu has information regarding Intel's overall business strategies, as well as the development and marketing of products for the distributor/reseller channel worldwide.

59)    **Kirk Skaugen**
       General Manager – Server Platforms Group,
       Platform Memory Operation Group, part of the Technology Manufacturing Group

Mr. Skaugen has information regarding Intel's technology development of single and dual-
processor server and workstation platforms, as well as the architecture and design of
microprocessors and chipsets.

60)    **Rick Skett**
       Country Manager – United Kingdom and Ireland

Mr. Skett has information regarding sales and marketing activities in the United Kingdom; Intel's
customer relationships, including its programs that provide financial, marketing, training and
technical support to customers; the allegations in the Complaint and Answer; and competition
among Intel, AMD and other companies manufacturing and selling microprocessors and other
related products.

61)    **Kevin J. Smith**
       Director – Compiler Lab

Mr. Smith has information concerning Intel's design and sale of compilers; use of Intel
compilers; competition among compiler developers; benchmarking of Intel's compilers; and
allegations in the Complaint and Answer relating to compilers.

62)    **Alberto Spinelli**
       Account Manager – Acer

Mr. Spinelli has information concerning Intel's sales and marketing, including Intel's business
relationship with Acer during all or part of the time period covered by the Complaint; the
allegations in the Complaint and Answer; communications and negotiations with customers
concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates,
promotional or advertising support; contractual agreements with customers; and competition
among Intel, AMD and other companies manufacturing and selling microprocessors and other
related products.

63)    **Erik Steeb**
       World Wide Account Manager – Hewlett-Packard

Mr. Steeb has information concerning Intel's sales and marketing, including Intel's business
relationship with Hewlett-Packard during all or part of the time period covered by the Complaint;
the allegations in the Complaint and Answer; communications and negotiations with customers
concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates,
promotional or advertising support; contractual agreements with customers; competition among
Intel, AMD and other companies manufacturing and selling microprocessors and other related
products; and innovation and competitive conditions in the computer industry.

64)    **David J. Stitzenberg**
       Manager – Microprocessor Marketing & Business Planning

Mr. Stitzenberg has information regarding microprocessor and chipset pricing, marketing and
business planning; Intel's sales strategies and forecasting, market planning and competitive

analysis; the allegations of the Complaint and Answer; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; and innovation and competitive conditions in the computer industry.

65) **Jacklyn A. Sturm**
Vice President – Finance and Enterprise Services; Controller – Technology and Manufacturing Group

Ms. Sturm has information regarding Intel's technology development and manufacturing, including financial management, controls and cost reduction.

66) **Shunichi Takahashi**
Acting Operations Manager – Intel K.K.

Mr. Takahashi has information regarding Intel's marketing, pricing and overall business strategy in Japan.

67) **Juergen Thiel**
Director – Multinational Accounts and European Union Customers

Mr. Thiel has information regarding sales and marketing activities in the Europe, Middle East and Africa Region; and Intel's customer relationships, including its programs that provide financial, marketing, training and technical support to customers; the allegations in the Complaint and Answer; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products.

68) **Shirley Turner**
Director – Director of Channel Marketing, North America

Ms. Turner has information concerning Intel's marketing and relationships with distributors/resellers, including Intel's various programs that provide financial, marketing, training and technical support to authorized distributors.

69) **Robert Wang**
Account Manager – Acer

Mr. Wang has information concerning Intel's sales and marketing, including Intel's business relationship with Acer during all or part of the time period covered by the Complaint; the allegations in the Complaint and Answer; communications and negotiations with customers concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates, promotional or advertising support; contractual agreements with customers; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products.

70) **John Wong**
Regional Sales Manager – Toshiba

Mr. Wong has information concerning Intel's sales and marketing, including Intel's business relationship with Toshiba during all or part of the time period covered by the Complaint; the allegations in the Complaint and Answer; communications and negotiations with customers concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates,

promotional or advertising support; contractual agreements with customers; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products.

71) **Xu (Ian) Yang**
Vice President – Sales and Marketing Group; General Manager – Asia Pacific Region

Mr. Yang has information regarding Intel's sales, marketing, purchasing and enabling of products in the Asia-Pacific Region, Intel's customer relationships in that region, including its programs that provide financial, marketing, training and technical support to customers; the allegations in the Complaint; and competition among Intel, AMD and other companies manufacturing and selling microprocessors.

72) **Kazumasa Yoshida**
Vice President – Intel K.K. Sales and Marketing Group; Co-President – Intel K.K.; Representative Director – Intel K.K.

Mr. Yoshida has information regarding Intel's sales and marketing activities in Japan, and Intel's customer relationships, including its programs that provide financial, marketing, training and technical support to customers; the allegations in the Complaint and Answer; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; and innovation and competitive conditions in the computer industry.

73) **Takehiro Yoshii**
Account Manager – Fujitsu

Mr. Yoshii has information regarding Intel's sales and marketing, including Intel's business relationship with Fujitsu during all or part of the time period covered by the Complaint; the allegations in the Complaint and Answer; communications and negotiations with customers concerning the purchase of Intel's products, including pricing, discounts, incentives, rebates, promotional or advertising support; customer contractual agreements; and competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products.

## EXHIBIT B

## THIRD PARTY WITNESSES

**Acer**

74)     **Gianfranco Lanci**
        Acer – President
        Centro Colleoni-Pal.Perseo
        Via Paracelso, 12
        20041 Agrate Brianza (MI)
        Email: Gianfranco_lanci@acer-euro.com

Mr. Lanci has information concerning Intel's business relationship with Acer during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Acer and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Acer's products, sales, advertising and promotions; Acer's financial performance; and innovation and competitive conditions in the computer industry.

75)     **J.T. Wang**
        Acer – Chairman of the Board and Chief Executive Officer
        8F, 88, Sec.1
        Hsin Tai Wu Rd.,
        Hsichih Taipei, Hsien 221,
        Taiwan, R.O.C.
        Email: jtwang@acer.com.tw

Mr. Wang has information concerning Intel's business relationship with Acer during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Acer and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Acer's products, sales, advertising and promotions; Acer's financial performance; and innovation and competitive conditions in the computer industry.

76)     **Jim Wong**
        Acer – President, IT Products Group
        8F, 88, Sec.1
        Hsin Tai Wu Rd.,
        Hsichih Taipei, Hsien 221,
        Taiwan, R.O.C.
        Email: jimwong@acer.com.tw

Mr. Wong has information concerning Intel's business relationship with Acer during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual

1

agreements between Acer and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Acer's products, sales, advertising and promotions; Acer's financial performance; and innovation and competitive conditions in the computer industry.

## ASI

77)    **Christine Liang**
       ASI – President
       48289 Fremont Blvd
       Fremont, CA  94538
       Email: christine.liang@asipartner.com

Ms. Liang has information concerning Intel's business relationship with ASI during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between ASI and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; ASI's products, sales, advertising and promotions; ASI's financial performance; and innovation and competitive conditions in the computer industry.

78)    **Kent Tibbils**
       ASI – Director of Business Development
       48289 Fremont Blvd
       Fremont, CA  94538
       Email: kent.tibbils@asipartner.com

Mr. Tibbils has information concerning Intel's business relationship with ASI during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between ASI and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; ASI's products, sales, advertising and promotions; ASI's financial performance; and innovation and competitive conditions in the computer industry.

## ATIPA

79)    **Mike Zheng**
       ATIPA – President
       4921 Legends Dr
       Lawrence, KS  66049
       Email: mike@microtechcomp.com

Mr. Zheng has information concerning Intel's business relationship with Atipa Technologies during all or part of the time period covered by the Complaint.  This may include information of financial incentives and other support, including technical support, provided to Atipa; communications between Intel or AMD and Atipa Systems; and competitive conditions in the market for servers.

2

**Avnet**

80)   **Andy Bryant**
      Avnet Inc. – Senior Vice President; Avnet Logistics – President
      8700 S Price Road
      Tempe, AZ  85284
      Phone: (480) 643-7011
      Email: andy.bryant@avnet.com

Mr. Bryant has information concerning Intel's business relationship with Avnet during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Avnet and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Avnet's products, sales, advertising and promotions; Avnet's financial performance; and innovation and competitive conditions in the computer industry.

81)   **Pat Cathey**
      Avnet Applied Computer Solutions – President
      8700 S Price Road
      Tempe, AZ  85284
      Email: pat.cathey@avnet.com

Mr. Cathey has information concerning Intel's business relationship with Avnet during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Avnet and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Avnet's products, sales, advertising and promotions; Avnet's financial performance; and innovation and competitive conditions in the computer industry.

82)   **Ned Kelly**
      Avnet – Former Senior Vice President
      Phone: (602) 315-0227
      Email: ned_kelly@3com.com

Mr. Kelly has information concerning Intel's business relationship with Avnet during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Avnet and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Avnet's products, sales, advertising and promotions; Avnet's financial performance; and innovation and competitive conditions in the computer industry.

83)    **Roy Vallee**
Avnet – Chief Executive Officer
2211 South 47th Street
Phoenix, AZ 85034
Phone: (480) 643-2000

Mr. Vallee has information concerning Intel's business relationship with Avnet during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Avnet and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Avnet's products, sales, advertising and promotions; Avnet's financial performance; and innovation and competitive conditions in the computer industry.

**Best Buy**

84)    **Wendy Fritz**
Best Buy – Vice President of Computing
Best Buy Corporate Campus
7601 Penn Ave South
Richfield, MN 55423-3645

Ms. Fritz has information concerning Intel's business relationship with Best Buy during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Best Buy and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Best Buy's products, sales, advertising and promotions; Best Buy's financial performance; and innovation and competitive conditions in the computer industry.

85)    **Dave Morrish**
Best Buy –Senior Vice President
Best Buy Corporate Campus
7601 Penn Ave South
Richfield, MN 55423-3645

Mr. Morrish has information concerning Intel's business relationship with Best Buy during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Best Buy and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Best Buy's products, sales, advertising and promotions; Best Buy's financial performance; and innovation and competitive conditions in the computer industry.

**Boulanger**

86)    **Oliver Beal**
       Boulanger – Multimedia Manager
       2 avenue de l'avenir
       59 650 Villeneuve d'Ascq
       France
       Email: beal-ol@boulnet.com

Mr. Beal has information concerning Intel's business relationship with Boulanger during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Boulanger and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Boulanger's products, sales, advertising and promotions; Boulanger's financial performance; and innovation and competitive conditions in the computer industry.

87)    **Herve Boisse**
       Boulanger – Manager of New Market Development
       2 avenue de l'avenir
       59 650 Villeneuve d'Ascq
       France
       Email: beal-ol@boulnet.com

Mr. Boisse has information concerning Intel's business relationship with Boulanger during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Boulanger and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Boulanger's products, sales, advertising and promotions; Boulanger's financial performance; and innovation and competitive conditions in the computer industry.

**Circuit City**

88)    **Elliot Becker**
       Circuit City – Merchandise Manager of PCs
       Phone: (804) 418-8209
       Email: elliot_becker@circuitcity.com

Mr. Becker has information concerning Intel's business relationship with Circuit City during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Circuit City and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other

suppliers of computers; Circuit City's products, sales, advertising and promotions; Circuit City's financial performance; and innovation and competitive conditions in the computer industry.

89)    **Mike Ryan**
        Circuit City – Former Vice President of Merchandising
        3615 Maryland Court
        Richmond, VA  23233
        Phone: (804) 273-0334
        Email: mike@theryanpartnership.com

Mr. Ryan has information concerning Intel's business relationship with Circuit City during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Circuit City and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Circuit City's products, sales, advertising and promotions; Circuit City's financial performance; and innovation and competitive conditions in the computer industry.

## CompUSA

90)    **Gary Bale**
        CompUSA – Vice President of Merchandising for Computers 2000-2004
        14951 N Dallas Pkwy
        Dallas, TX  75240
        Email: Gary_bale@compusa.com

Mr. Bale has information concerning Intel's business relationship with CompUSA during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between CompUSA and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; CompUSA's products, sales, advertising and promotions; CompUSA's financial performance; and innovation and competitive conditions in the computer industry.

91)    **Janine Mitchell**
        CompUSA – Former Buyer for Desktop and Notebooks (2000-2004)
        2200 Old Germantown Rd
        Delray Beach, FL  33445
        Phone: (561) 438-4800
        Email: jmitchell@officedepot.com

Ms. Mitchell has information concerning Intel's business relationship with CompUSA during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between CompUSA and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel,

AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; CompUSA's products, sales, advertising and promotions; CompUSA's financial performance; and innovation and competitive conditions in the computer industry.

92)    **Brian Woods**
CompUSA – Executive Vice President of Merchandising
14951 North Dallas Parkway
Dallas, TX  75254

Mr. Woods has information concerning Intel's business relationship with CompUSA during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between CompUSA and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; CompUSA's products, sales, advertising and promotions; CompUSA's financial performance; and innovation and competitive conditions in the computer industry.

**Costco**

93)    **Dave Schmenger**
Costco – Assistant General Merchandise Manager
Phone: (425) 313-6048

Mr. Schmenger has information concerning Intel's business relationship with Costco during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Costco and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Costco's products, sales, advertising and promotions; Costco's financial performance; and innovation and competitive conditions in the computer industry.

94)    **Janet White**
Costco – Assistant General Merchandise Manager, Computers
Phone: (425) 313-8730

Ms. White has information concerning Intel's business relationship with Costco during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Costco and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Costco's products, sales, advertising and promotions; Costco's financial performance; and innovation and competitive conditions in the computer industry.

**Dell**

95)    **Dan Allen**
       Dell – Worldwide Procurement
       One Dell Way
       Round Rock, TX  78682

Mr. Allen has information concerning Intel's business relationship with Dell during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Dell and Intel; competition among Intel, AMD and other companies manufacturing microprocessors; Dell's products, sales, advertising and promotions; Dell's financial performance; and innovation and competitive conditions in the computer industry.

96)    **Brad Anderson**
       Dell – Senior Vice President, Product Group
       One Dell Way
       Round Rock, TX  78682

Mr. Anderson has information concerning Intel's business relationship with Dell and Hewlett Packard during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Dell and Intel and Intel and Hewlett Packard; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Dell's and Hewlett Packard's products, sales, advertising and promotions; Dell's financial performance; and innovation and competitive conditions in the computer industry.

97)    **Jeff Clarke**
       Dell – Senior Vice President, Products Group
       One Dell Way
       Round Rock, TX  78682

Mr. Clarke has information concerning Intel's business relationship with Dell during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Dell and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Dell's products, sales, advertising and promotions; Dell's financial performance; and innovation and competitive conditions in the computer industry.

98)    **Michael Dell**
       Dell – Chairman of the Board
       One Dell Way
       Round Rock, TX  78682

Mr. Dell has information concerning Intel's business relationship with Dell during all or part of the time period covered by the Complaint.  This may include information concerning Intel's

products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Dell and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Dell's products, sales, advertising and promotions; Dell's financial performance; and innovation and competitive conditions in the computer industry.

99)     **Alex Gruzen**
        Dell – Senior Vice President, Product Group; formerly HP
        One Dell Way
        Round Rock, TX  78682

Mr. Gruzen has information concerning Intel's business relationship with Hewlett Packard and Dell during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Dell and Intel and Hewlett Packard and Dell; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Dell's and Hewlett Packard's products, sales, advertising and promotions; Dell's financial performance; and innovation and competitive conditions in the computer industry.

100)    **John Medica**
        Dell – Senior Vice President, Product Group
        One Dell Way
        Round Rock, TX  78682

Mr. Medica has information concerning Intel's business relationship with Dell during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Dell and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Dell's products, sales, advertising and promotions; Dell's financial performance; and innovation and competitive conditions in the computer industry.

101)    **Glenn Neland**
        Dell – Senior Vice President. World Wide Procurement
        One Dell Way
        Round Rock, TX  78682

Mr. Neland has information concerning Intel's business relationship with Dell during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Dell and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Dell's products, sales, advertising and promotions; Dell's financial performance; and innovation and competitive conditions in the computer industry.

102) **Kevin B. Rollins**
Dell – President and Chief Executive Officer
One Dell Way
Round Rock, TX  78682

Mr. Rollins has information concerning Intel's business relationship with Dell during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Dell and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Dell's products, sales, advertising and promotions; Dell's financial performance; and innovation and competitive conditions in the computer industry.

## Dixons/DSG (European Division)

103) **Neil Old**
Dixons/DSG – Commercial Director (European Division)
Phone: 01727 205 102
Email: neil.old@dixons.co.uk

Mr. Old has information concerning Intel's business relationship with Dixons/DSG during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Dixons/DSG and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Dixons/DSG's products, sales, advertising and promotions; Dixons/DSG's financial performance; and innovation and competitive conditions in the computer industry.

104) **Simon Turner**
Dixons/DSG – European Managing Director
Phone: 01727 205 944
Email: simon.turner@dixons.co.uk

Mr. Turner has information concerning Intel's business relationship with Dixons/DSG during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Dixons/DSG and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Dixons/DSG's products, sales, advertising and promotions; Dixons/DSG's financial performance; and innovation and competitive conditions in the computer industry.

105) **Jon Pierre Van Tiel**
Dixons/DSG – Europe Desktop Buyer, Brand
Phone: 01727 206 635
Email: jean.pierre.van.tiel@dixons.co.uk

Mr. Van Tiel has information concerning Intel's business relationship with Dixons/DSG during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Dixons/DSG and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Dixons/DSG's products, sales, advertising and promotions; Dixons/DSG's financial performance; and innovation and competitive conditions in the computer industry.

106) **Philippe Voisin**
Dixons/DSG – Europe Notebook Buyer
Phone: 01727 203 295
Email: Philippe.Voisin@dixons.co.uk

Mr. Voisin has information concerning Intel's business relationship with Dixons/DSG during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Dixons/DSG and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Dixons/DSG's products, sales, advertising and promotions; Dixons/DSG's financial performance; and innovation and competitive conditions in the computer industry.

**Fry's**

107) **Raj Seth**
Fry's – Computer Merchandising & Operations Manager
Phone: (408) 487-4522
Email: rks@i.frys.com

Mr. Seth has information concerning Intel's business relationship with Fry's during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Fry's and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Fry's' products, sales, advertising and promotions; Fry's' financial performance; and innovation and competitive conditions in the computer industry.

11

**Fujitsu**

108) **Kaz Igarashi**
Fujitsu –2002 Assistant General Manager of Mobile; 2003/04 General Manager of
Mobile Product Division; 2005 Vice President of Personal System Business Group
1-1, Kamikodanaka, 4-chome,
Nakahara-ku, Kawasaki-shi
Kanagawa, 211-8588, Japan
Email: igarashi@pc.fujitsu.com

Mr. Igarashi has information concerning Intel's business relationship with Fujitsu during all or
part of the time period covered by the Complaint. This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Fujitsu and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; Fujitsu's products, sales,
advertising and promotions; Fujitsu's financial performance; and innovation and competitive
conditions in the computer industry.

109) **Chiaki Ito**
Fujitsu – Executive Vice President, Member, Board of Directors
1-1, Kamikodanaka, 4-chome,
Nakahara-ku, Kawasaki-shi
Kanagawa, 211-8588, Japan
Email: igarashi@pc.fujitsu.com

Mr. Ito has information concerning Intel's business relationship with Fujitsu during all or part of
the time period covered by the Complaint. This may include information concerning Intel's
products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Fujitsu and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; Fujitsu's products, sales,
advertising and promotions; Fujitsu's financial performance; and innovation and competitive
conditions in the computer industry.

110) **Kimihisa Ito**
Fujitsu – Senior Vice President, President, Ubiquitous Products Business Group
1-1, Kamikodanaka, 4-chome,
Nakahara-ku, Kawasaki-shi
Kanagawa, 211-8588, Japan
Email: igarashi@pc.fujitsu.com

Mr. Ito has information concerning Intel's business relationship with Fujitsu during all or part of
the time period covered by the Complaint. This may include information concerning Intel's
products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Fujitsu and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; Fujitsu's products, sales,
advertising and promotions; Fujitsu's financial performance; and innovation and competitive
conditions in the computer industry.

111)    **Kuniaki Saito**
      Fujitsu – 2002 Director of Consumer Product Dept. (Desktop); 2003/04 General Manager
      of Desktop Product Division
      1-1, Kamikodanaka, 4-chome,
      Nakahara-ku, Kawasaki-shi
      Kanagawa, 211-8588, Japan
      Email: saito.kuni@pc.fujitsu.com

Mr. Saito has information concerning Intel's business relationship with Fujitsu during all or part
of the time period covered by the Complaint.  This may include information concerning Intel's
products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Fujitsu and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; Fujitsu's products, sales,
advertising and promotions; Fujitsu's financial performance; and innovation and competitive
conditions in the computer industry.

112)    **Masami Yamamoto**
      Fujitsu – 2002 General Manager of Desktop/Mobile Product Group, 2004 Vice President
      of Personal System Business Group (PC Group); 2005 Corporate Vice President and
      Group President of Personal System Business Group
      1-1, Kamikodanaka, 4-chome,
      Nakahara-ku, Kawasaki-shi
      Kanagawa, 211-8588, Japan
      Email: yamamoto.masami@jp.fujitsu.com

Mr. Yamamoto has information concerning Intel's business relationship with Fujitsu during all or
part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Fujitsu and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; Fujitsu's products, sales,
advertising and promotions; Fujitsu's financial performance; and innovation and competitive
conditions in the computer industry.

**Fujitsu-Siemens**

113)    **Bernd Bischoff**
      Fujitsu-Siemens Computers – President and Chief Executive Officer
      Het Kwadrant 1
      3606 AZ Maarssen,
      The Netherlands

Mr. Bischoff has information concerning Intel's business relationship with Fujitsu-Siemens
during all or part of the time period covered by the Complaint.  This may include information
concerning Intel's products; communications and negotiations with Intel concerning the purchase
of Intel's products, including pricing, and related promotional or advertising support; contractual
agreements between Fujitsu-Siemens and Intel; competition among Intel, AMD and other
companies manufacturing and selling microprocessors and other related products; Fujitsu-
Siemens's products, sales, advertising and promotions; Fujitsu-Siemens's financial performance;
and innovation and competitive conditions in the computer industry.

13

114)  **Peter Esser**
      Fujitsu-Siemens Computers – Executive Vice President, Volume Products and Supply
      Operations
      Fujitsu Siemens Computers GmbH
      Buergermeister-Ulrich-Strasse 100
      D-86199  Augsburg
      Germany
      Email: peter.esser@fujitsu-siemens.com

Mr. Esser has information concerning Intel's business relationship with Fujitsu-Siemens during
all or part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Fujitsu-Siemens and Intel; competition among Intel, AMD and other
companies manufacturing and selling microprocessors and other related products; Fujitsu-
Siemens's products, sales, advertising and promotions; Fujitsu-Siemens's financial performance;
and innovation and competitive conditions in the computer industry.

115)  **Dieter Herzog**
      Fujitsu-Siemens Computers – Executive Vice President, Enterprise Products
      Heinz-Nixdorf-Ring 1
      33106  Paderborn
      Email: dieter.herzog@fujitsu-siemens.com

Mr. Herzog has information concerning Intel's business relationship with Fujitsu-Siemens during
all or part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Fujitsu-Siemens and Intel; competition among Intel, AMD and other
companies manufacturing and selling microprocessors and other related products; Fujitsu-
Siemens's products, sales, advertising and promotions; Fujitsu-Siemens's financial performance;
and innovation and competitive conditions in the computer industry.

116)  **Markus Scholl**
      Fujitsu-Siemens Computers – Director of Global Sourcing CPU & Multimedia;
      Commodity Manager CPU & Chipset
      Buergermeister-Ullrich-Strasse 100
      86199  Augsburg
      Germany
      Email: markus.scholl@fujitsu-siemens.com

Mr. Scholl has information concerning Intel's business relationship with Fujitsu-Siemens during
all or part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Fujitsu-Siemens and Intel; competition among Intel, AMD and other
companies manufacturing and selling microprocessors and other related products; Fujitsu-
Siemens's products, sales, advertising and promotions; Fujitsu-Siemens's financial performance;
and innovation and competitive conditions in the computer industry.

117)    **Andreas Thimmel**
        Fujitsu Siemens – Vice President, Business Clients
        Buergermeister Ulrich Str. 100
        86199  Augsburg
        Germany
        Email: andreas.Thimmel@fujitsu-siemens.com

Mr. Thimmel has information concerning Intel's business relationship with Fujitsu-Siemens
during all or part of the time period covered by the Complaint.  This may include information
concerning Intel's products; communications and negotiations with Intel concerning the purchase
of Intel's products, including pricing, and related promotional or advertising support; contractual
agreements between Fujitsu-Siemens and Intel; competition among Intel, AMD and other
companies manufacturing and selling microprocessors and other related products; Fujitsu-
Siemens's products, sales, advertising and promotions; Fujitsu-Siemens's financial performance;
and innovation and competitive conditions in the computer industry.

### Future Shop / Best Buy Canada

118)    **Charles Tobin**
        Future Shop / Best Buy Canada – Vice President
        Phone: (604) 412-1125
        Email: ctobin@futureshop.com

Mr. Tobin has information concerning Intel's business relationship with Future Shop and Best
Buy Canada during all or part of the time period covered by the Complaint.  This may include
information concerning Intel's products; communications and negotiations with Intel concerning
the terms and conditions of incentives, rebates or promotional, advertising and training support;
the value and importance of such support; contractual agreements between Future Shop and Intel
and between Best Buy Canada and Intel; considerations evaluated in connection with the
purchase of computers using microprocessors manufactured by Intel, AMD or any other company
manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Future
Shop and Best Buy Canada's products, sales, advertising and promotions; Future Shop and Best
Buy Canada's financial performance; and innovation and competitive conditions in the computer
industry.

119)    **Martin Vandervelden**
        Future Shop / Best Buy Canada – Senior Product Manager
        Phone: (604) 412-1106
        Email: mvanderv@bestbuycanada.com

Mr. Vandervelden has information concerning Intel's business relationship with Future Shop and
Best Buy Canada during all or part of the time period covered by the Complaint.  This may
include information concerning Intel's products; communications and negotiations with Intel
concerning the terms and conditions of incentives, rebates or promotional, advertising and
training support; the value and importance of such support; contractual agreements between
Future Shop and Intel and between Best Buy Canada and Intel; considerations evaluated in
connection with the purchase of computers using microprocessors manufactured by Intel, AMD
or any other company manufacturing microprocessors; discussions with OEMS or other suppliers
of computers; Future Shop and Best Buy Canada's products, sales, advertising and promotions;
Future Shop and Best Buy Canada's financial performance; and innovation and competitive
conditions in the computer industry.

**Gateway**

120)  **Bob Davidson**
      Gateway – Senior Vice President, U.S. Retail
      7565 Irvine Center Drive
      Irvine, CA  92618
      Phone: (800) 846-2000

Mr. Davidson has information concerning Intel's business relationship with Gateway during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Gateway and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Gateway's products, sales, advertising and promotions; Gateway's financial performance; and innovation and competitive conditions in the computer industry.

121)  **Wayne R. Inouye**
      Gateway – President and Chief Executive Officer
      7565 Irvine Center Drive
      Irvine, CA  92618-2930

Mr. Inouye has information concerning Intel's business relationship with Gateway during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Gateway and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Gateway's products, sales, advertising and promotions; Gateway's financial performance; and innovation and competitive conditions in the computer industry.

122)  **Chris Klassen**
      Gateway – Operations (Supply Chain Operations, Procurement & Supply Planning);
      Director, Desktop/Mobile/Server ODM Professional/Direct
      7565 Irvine Center Drive
      Irvine, CA  92618-2930
      Email: chris.klassen@gateway.com

Mr. Klassen has information concerning Intel's business relationship with Gateway during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Gateway and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Gateway's products, sales, advertising and promotions; Gateway's financial performance; and innovation and competitive conditions in the computer industry.

123) **Chuck May**
Gateway – Product & Marketing (Pricing and Configuration Management)
Vice President, Pricing and Configuration Management
7565 Irvine Center Drive
Irvine, CA 92618-2930

Mr. May has information concerning Intel's business relationship with Gateway during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Gateway and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Gateway's products, sales, advertising and promotions; Gateway's financial performance; and innovation and competitive conditions in the computer industry.

124) **Greg Memo**
Gateway – Senior Vice President, Products, Marketing, & Web
7565 Irvine Center Drive
Irvine, CA 92618-2930
Email: greg.memo@gateway.com

Mr. Memo has information concerning Intel's business relationship with Gateway during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Gateway and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Gateway's products, sales, advertising and promotions; Gateway's financial performance; and innovation and competitive conditions in the computer industry.

125) **Ted Waitt**
Gateway – Former Chief Executive Officer and Chairman of the Board
7565 Irvine Center Drive
Irvine, CA 92618-2930

Mr. Waitt has information concerning Intel's business relationship with Gateway during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Gateway and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Gateway's products, sales, advertising and promotions; Gateway's financial performance; and innovation and competitive conditions in the computer industry.

**Gericom**

126) **Regina Wagner**
Gericom – Vice President Sales and Marketing
4020 Linz
Austria
Email: Regina@gericom.com

Ms. Wagner has information concerning Intel's business relationship with Gericom during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Gericom and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Gericom's products, sales, advertising and promotions; Gericom's financial performance; and innovation and competitive conditions in the computer industry.

**Hewlett Packard**

127) **Michael Capellas**
Hewlett-Packard / Compaq – Former President and Chief Executive Officer Compaq; President and Chief Executive Officer, MCI
22001 Loudoun County Parkway
Ashburn, VA 20147

Mr. Capellas has information concerning Intel's business relationship with Hewlett-Packard / Compaq during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Hewlett-Packard / Compaq and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Hewlett-Packard / Compaq's products, sales, advertising and promotions; Hewlett-Packard / Compaq's financial performance; and innovation and competitive conditions in the computer industry.

128) **Ted Clarke**
Hewlett-Packard – Vice President and General Manager, Mobile Computing Global Business
20555 SH 249, MS 120502
Houston, TX  77070

Mr. Clarke has information concerning Intel's business relationship with Hewlett-Packard during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Hewlett-Packard and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Hewlett-Packard's products, sales, advertising and promotions; Hewlett-Packard's financial performance; and innovation and competitive conditions in the computer industry.

129) **Dick Conrad**
Hewlett-Packard – Senior Vice President, Global Operations Supply Chain
20555 SH 249, MS 040830
Houston, TX 77070
Phone: (281) 514-7784

Mr. Conrad has information concerning Intel's business relationship with Hewlett-Packard during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Hewlett-Packard and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Hewlett-Packard's products, sales, advertising and promotions; Hewlett-Packard's financial performance; and innovation and competitive conditions in the computer industry.

130) **Carly Fiorina**
Hewlett-Packard – Former Chief Executive Officer
c/o Hewlett-Packard
3000 Hanover Street
Palo Alto, CA 94304-1185

Ms. Fiorina has information concerning Intel's business relationship with Hewlett-Packard during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Hewlett-Packard and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Hewlett-Packard's products, sales, advertising and promotions; Hewlett-Packard's financial performance; and innovation and competitive conditions in the computer industry.

131) **Jeff Groudan**
Hewlett-Packard – Vice President Business of Marketing for Commercial Desktop
20555 SH 249, MS 080206
Houston, TX 77070

Mr. Groudan has information concerning Intel's business relationship with Hewlett-Packard during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Hewlett-Packard and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Hewlett-Packard's products, sales, advertising and promotions; Hewlett-Packard's financial performance; and innovation and competitive conditions in the computer industry.

132) **John Romano**
Hewlett Packard – Vice President Home Products Division (Consumer PC Division)
10500 Ridgeview Court, MS 4280
Cupertino, CA  95014
Phone: (408) 343-5855

Mr. Romano has information concerning Intel's business relationship with Hewlett-Packard during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Hewlett-Packard and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Hewlett-Packard's products, sales, advertising and promotions; Hewlett-Packard's financial performance; and innovation and competitive conditions in the computer industry.

133) **Scott Stallard**
Hewlett Packard – Senior Vice President, Enterprise Server & Storage
19447 Prunridge Ave.
MS 4226
Cupertino, CA  95014
Phone: (408) 873-5700

Mr. Stallard has information concerning Intel's business relationship with Hewlett-Packard during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Hewlett-Packard and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Hewlett-Packard's products, sales, advertising and promotions; Hewlett-Packard's financial performance; and innovation and competitive conditions in the computer industry.

134) **Jim Zafarana**
Hewlett Packard – Vice President/General Manager, Workstation Products
3404 E. Harmony Road
MC 41-6L
Ft. Collins, CO  80528

Mr. Zafarana has information concerning Intel's business relationship with Hewlett-Packard during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Hewlett-Packard and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Hewlett-Packard's products, sales, advertising and promotions; Hewlett-Packard's financial performance; and innovation and competitive conditions in the computer industry.

135)     **Duane Zitzner**
         Hewlett Packard – Former Executive Vice President, Personal Systems Group
         Email: duane.zitzner@hp.com

Mr. Zitzner has information concerning Intel's business relationship with Hewlett-Packard during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Hewlett-Packard and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Hewlett-Packard's products, sales, advertising and promotions; Hewlett-Packard's financial performance; and innovation and competitive conditions in the computer industry.

**Hitachi**

136)     **Toru Kaneko**
         Hitachi – General Manager, Internet Systems Platform Division, Ubiquitous Platform Systems
         292 Yoshida-cho, Totsuka-ku,
         Kanagawa-ken, 244-0817
         Email: toru.kaneko.fa@hitachi.com

Mr. Kaneko has information concerning Intel's business relationship with Hitachi during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Hitachi and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Hitachi's products, sales, advertising and promotions; Hitachi's financial performance; and innovation and competitive conditions in the computer industry.

137)     **Shinya Katsuki**
         Hitachi – Assistant Manager, Purchasing Department
         292 Yoshida-cho, Totsuka-ku
         Kanagawa-ken, 244-0817
         Email: skatsuki@ebina.hitachi.co.jp

Mr. Katsuki has information concerning Intel's business relationship with Hitachi during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Hitachi and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Hitachi's products, sales, advertising and promotions; Hitachi's financial performance; and innovation and competitive conditions in the computer industry.

138)    **Keiji Kojima**
        Hitachi – Deputy General Manager, Internet Systems Platforms Division, Ubiquitous
        Platform Systems
        Shin-Otemachi Bldg. 2-1
        Otemachi 2-chome, 100-0004
        Email: keiji.kojima.yq@hitachi.com

Mr. Kojima has information concerning Intel's business relationship with Hitachi during all or
part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Hitachi and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; Hitachi's products, sales,
advertising and promotions; Hitachi's financial performance; and innovation and competitive
conditions in the computer industry.

139)    **Kiyoharu Oi**
        Hitachi – Assistant Manager, Purchasing Department
        1 Horiyamashita, Hadano-shi,
        Kanagawa-ken 259-1392
        Email: kiyoharu@ebina.hitachi.co.jp

Mr. Oi has information concerning Intel's business relationship with Hitachi during all or part of
the time period covered by the Complaint.  This may include information concerning Intel's
products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Hitachi and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; Hitachi's products, sales,
advertising and promotions; Hitachi's financial performance; and innovation and competitive
conditions in the computer industry.

140)    **Masatsugu Shinozaki**
        Hitachi – CS0, Automotive Systems
        16F Hitachi Soft Tower B, 27-18,
        Higashi Shinagawa 4-chome,
        Shinagawa-ku, Tokyo, 140-0002
        Email: masatsugu.shinozaki.ap@hitachi.com

Mr. Shinozaki has information concerning Intel's business relationship with Hitachi during all or
part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Hitachi and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; Hitachi's products, sales,
advertising and promotions; Hitachi's financial performance; and innovation and competitive
conditions in the computer industry.

**IBM**

141) **Rod Adkins**
IBM –Vice President Development for Servers, Sys. & Tech. Group –
MD 3332, Bldg SOM3
Route 100, Somers, NY  10589

Mr. Adkins has information concerning Intel's business relationship with IBM during all or part
of the time period covered by the Complaint.  This may include information concerning Intel's
products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between IBM and Intel; competition among Intel, AMD and other companies; IBM's
products, sales, advertising and promotions; IBM's financial performance; and innovation and
competitive conditions in the computer industry.

142) **Ian Crawford**
IBM – Vice President, Global Procurement Sourcing
Phone: 44-1475-893377
Email: ijc@uk.ibm.com

Mr. Crawford has information concerning Intel's business relationship with IBM during all or
part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between IBM and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; IBM's products, sales,
advertising and promotions; IBM's financial performance; and innovation and competitive
conditions in the computer industry.

143) **Samuel J. Palmisano**
IBM – Chairman of the Board and Chief Executive Officer
New Orchard Road
Armonk, NY 10504

Mr. Palmisano has information concerning Intel's business relationship with IBM during all or
part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between IBM and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; IBM's products, sales,
advertising and promotions; IBM's financial performance; and innovation and competitive
conditions in the computer industry.

144) **John Patterson**
IBM – Vice President and Chief Procurement Officer
Route 100, Somers, NY  10589
Email: jmp@us.ibm.com

Mr. Patterson has information concerning Intel's business relationship with IBM during all or part
of the time period covered by the Complaint.  This may include information concerning Intel's
products; communications and negotiations with Intel concerning the purchase of Intel's

products, including pricing, and related promotional or advertising support; contractual agreements between IBM and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; IBM's products, sales, advertising and promotions; IBM's financial performance; and innovation and competitive conditions in the computer industry.

145)  **Leo Suarez**
IBM – Vice President and Business Line Executive, xSeries Division, IBM Systems and Technology Group Marketing
3039 Cornwallis Rd.
RTP, NC  27709
Email: lsuarez@us.ibm.com

Mr. Suarez has information concerning Intel's business relationship with IBM during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between IBM and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; IBM's products, sales, advertising and promotions; IBM's financial performance; and innovation and competitive conditions in the computer industry.

146)  **Susan Whitney**
IBM – Systems Group GM, eServer xSeries IBM Sys. & Tech Group
MD 4200, Bldg SOM4
Route 100,  Somers, NY  10589
Email: swhitney@us.ibm.com

Ms. Whitney has information concerning Intel's business relationship with IBM during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between IBM and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; IBM's products, sales, advertising and promotions; IBM's financial performance; and innovation and competitive conditions in the computer industry.

147)  **Bill Zietler**
IBM – Senior Vice President & Group Executive, IBM Systems & Technology Group
MD 4220, Bldg SOM 4
Route 100, Somers, NY  10589
Email: zeitler@us.ibm.com

Mr. Zietler has information concerning Intel's business relationship with IBM during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between IBM and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; IBM's products, sales, advertising and promotions; IBM's financial performance; and innovation and competitive conditions in the computer industry.

**IBM/Lenovo**

148)  **Peter Hortensius**
      IBM/Lenovo International – Senior Vice President, World Wide Product Development
      3039 Cornwallis Rd
      RTP, NC 27709
      Email: phortens@us.lenovo.com

Mr. Hortensius has information concerning Intel's business relationship with IBM/Lenovo during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between IBM/Lenovo and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; IBM/Lenovo's products, sales, advertising and promotions; IBM/Lenovo's financial performance; and innovation and competitive conditions in the computer industry.

149)  **Fran O'Sullivan**
      IBM/Lenovo International – Senior Vice President & Chief Operating Officer
      3039 Cornwallis Rd
      RTP, NC 27709
      Email: fosulli@us.lenovo.com

Ms. O'Sullivan has information concerning Intel's business relationship with IBM/Lenovo during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between IBM/Lenovo and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; IBM/Lenovo's products, sales, advertising and promotions; IBM/Lenovo's financial performance; and innovation and competitive conditions in the computer industry.

150)  **Steve Ward**
      IBM/Lenovo International – President & Chief Executive Officer; Vice
      President/General Manager of Personal Systems Group
      One Manhattanville Road, Suite PH
      Purchase, NY 10577
      Email: wards@us.lenovo.com

Mr. Ward has information concerning Intel's business relationship with IBM/Lenovo during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between IBM/Lenovo and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; IBM/Lenovo's products, sales, advertising and promotions; IBM/Lenovo's financial performance; and innovation and competitive conditions in the computer industry.

**Lenovo China**

151)    **Jun Liu**
        Lenovo China – Senior Vice President, Chief Operating Officer
        No. 6 Chuang Ye Road
        Haidian District,
        Beijing - Post Code  100085
        China
        Email: liujun@lenovo.com

Mr. Liu has information concerning Intel's business relationship with Lenovo during all or part of
the time period covered by the Complaint.  This may include information concerning Intel's
products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Lenovo and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; Lenovo's products, sales,
advertising and promotions; Lenovo's financial performance; and innovation and competitive
conditions in the computer industry.

152)    **Qiao Song**
        Lenovo Group – Senior Vice President; Chief Procurement Officer
        No. 6 Chuang Ye Road
        Haidian District,
        Beijing - Post Code  100085
        China
        Email: qiaosong@lenovo.com

Mr. Song has information concerning Intel's business relationship with Lenovo during all or part
of the time period covered by the Complaint.  This may include information concerning Intel's
products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Lenovo and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; Lenovo's products, sales,
advertising and promotions; Lenovo's financial performance; and innovation and competitive
conditions in the computer industry.

153)    **Yang Yuanging**
        Lenovo Group – Chairman of the Board
        No. 6 Chuang Ye Road
        Haidian District,
        Beijing - Post Code  100085
        China
        Email: yangyq@lenovo.com

Mr. Yuanging has information concerning Intel's business relationship with Lenovo during all or
part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Lenovo and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; Lenovo's products, sales,

advertising and promotions; Lenovo's financial performance; and innovation and competitive conditions in the computer industry.

**Ingram Micro**

154) **Michael Beyersdoerfer**
Ingram Micro – Director of Vendor Management, Components
1600 E. St. Andrew Place
Santa Ana, CA 92705
Email: mike.beyersdoerfer@ingrammicro.com

Mr. Beyersdoerfer has information concerning Intel's business relationship with Ingram Micro during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Ingram Micro and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Ingram Micro's products, sales, advertising and promotions; Ingram Micro's financial performance; and innovation and competitive conditions in the computer industry.

155) **Geno Marcoux**
Ingram Micro – Former Vice President of Components; Juniper Networks – Director of Distribution
600 Anton Blvd., Suite 100
Costa Mesa, CA 92626
Phone: (408) 936-4887
Email: marcoux@juniper.net

Mr. Marcoux has information concerning Intel's business relationship with Ingram Micro during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Ingram Micro and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Ingram Micro's products, sales, advertising and promotions; Ingram Micro's financial performance; and innovation and competitive conditions in the computer industry.

156) **Kevin Murai**
Ingram Micro – President and Chief Operating Officer
1600 E. St. Andrew Place
Santa Ana, CA 92799-5125
Phone: (714) 382-2004
Email: kevin.murai@ingrammicro.com

Mr. Murai has information concerning Intel's business relationship with Ingram Micro during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Ingram Micro and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Ingram Micro's

products, sales, advertising and promotions; Ingram Micro's financial performance; and innovation and competitive conditions in the computer industry.

**Media Markt**

157) **Johanes Kempter**
Media Saturn IT Management GMBH – General Manager
Wankelstrasse 585046 Ingolstadt
Germany
Email: kempter@media-saturn.com

Mr. Kempter has information concerning Intel's business relationship with Media Markt during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Media Markt and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Media Markt's products, sales, advertising and promotions; Media Markt's financial performance; and innovation and competitive conditions in the computer industry.

158) **Steffen Stremme**
Media Markt and Saturn Holding GMBH – Managing Director
Wankelstrasse 585046 Ingolstadt
Germany
Email: stremme@media-saturn.com

Mr. Stremme has information concerning Intel's business relationship with Media Markt during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Media Markt and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Media Markt's products, sales, advertising and promotions; Media Markt's financial performance; and innovation and competitive conditions in the computer industry.

159) **Marco Stiemart**
Media Markt and Saturn Verwaltungs GMBH – Purchasing and Product Management, Computers, Software, Telecom
Wankelstrasse 585046 Ingolstadt
Germany
Email: stiemart@media-saturn.com

Mr. Stiemart has information concerning Intel's business relationship with Media Markt during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Media Markt and Intel; considerations evaluated

28

in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Media Markt's products, sales, advertising and promotions; Media Markt's financial performance; and innovation and competitive conditions in the computer industry.

160) **Wolfgang Kirsch**
Media Saturn International GMBH – General Manager
Wankelstrasse 585046 Ingolstadt
Germany
Email: wkirsch@media-saturn.com

Mr. Kirsch has information concerning Intel's business relationship with Media Markt during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Media Markt and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Media Markt's products, sales, advertising and promotions; Media Markt's financial performance; and innovation and competitive conditions in the computer industry.

## NEC

161) **Akinobu Kanasugi**
NEC – President
7-1, Shiba 5-chome
Minato-ku, Tokyo, 108-8001

Mr. Kanasugi has information concerning Intel's business relationship with NEC Corporation during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between NEC Corporation and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; NEC Corporation's products, sales, advertising and promotions; NEC Corporation's financial performance; and innovation and competitive conditions in the computer industry.

162) **Kazuhiko Kobayashi**
NEC – Executive Vice President and Member of the Board
7-1, Shiba 5-chome
Minato-ku, Tokyo, 108-8001
Email: k-kobayashi@ah.jp.nec.com

Mr. Kobayashi has information concerning Intel's business relationship with NEC Corporation during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between NEC Corporation and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; NEC

29

Corporation's products, sales, advertising and promotions; NEC Corporation's financial performance; and innovation and competitive conditions in the computer industry.

163)   **Tadao Kondo**
        NEC Solutions America, Inc. – President and Chief Executive Officer
        2890 Scott Boulevard
        Santa Clara, CA 95050
        Email: Tadao.Kondo@necsam.com

Mr. Kondo has information concerning Intel's business relationship with NEC Corporation during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between NEC Corporation and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; NEC Corporation's products, sales, advertising and promotions; NEC Corporation's financial performance; and innovation and competitive conditions in the computer industry.

164)   **Hiroyuki Masuda**
        NEC Personal Products, Ltd – Senior Vice President
        11-1, Osaki 1-chome,
        Shinigawa-ku, Tokyo 141-0032
        Email: h-masuda@bq.jp.nec.com

Mr. Masuda has information concerning Intel's business relationship with NEC Corporation during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between NEC Corporation and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; NEC Corporation's products, sales, advertising and promotions; NEC Corporation's financial performance; and innovation and competitive conditions in the computer industry.

165)   **Nobuhiro Odake**
        NEC Personal Products, Ltd – General Manager of Purchasing Division
        11-1, Osaki 1-chome,
        Shinigawa-ku, Tokyo 141-0032
        Email: n-odake@cj.jp.nec.com

Mr. Odake has information concerning Intel's business relationship with NEC Corporation during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between NEC Corporation and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; NEC Corporation's products, sales, advertising and promotions; NEC Corporation's financial performance; and innovation and competitive conditions in the computer industry.

166) **Akihito Otake**
NEC Corporation – Senior Vice President (Network Division)
1131 Hinode, Abiko
Chiba 270-1198
Email: a-otake@ce.jp.nec.com

Mr. Otake has information concerning Intel's business relationship with NEC Corporation during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between NEC Corporation and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; NEC Corporation's products, sales, advertising and promotions; NEC Corporation's financial performance; and innovation and competitive conditions in the computer industry.

167) **Yoshiaki Tsuda**
NEC Display Solutions, Ltd – Executive Vice President
13-23, Shibaura 4-chome,
Minato-ku, Tokyo 108-0023
Email: y-tsuda@bc.jp.nec.com

Mr. Tsuda has information concerning Intel's business relationship with NEC Corporation during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between NEC Corporation and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; NEC Corporation's products, sales, advertising and promotions; NEC Corporation's financial performance; and innovation and competitive conditions in the computer industry.

## NEC-CI

168) **Aymar de Lencquesaing**
Packard Bell – Chief Executive Officer and General Manager
Immeuble Optimata
10, rue Godefroy
92821 Puteaux Cedex
France
Phone: +33 (1) 55 23 77 53
Email: aymar@nec-computers.com

Mr. Lencquesaing has information concerning Intel's business relationship with NEC-CI during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between NEC-CI and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; NEC-CI's products, sales, advertising and promotions; NEC-CI's financial performance; and innovation and competitive conditions in the computer industry.

169)   **Louis Perrin**
       Packard Bell – Sales & Marketing Director, Mobile Division
       Immeuble Optima
       10, rue Godefroy
       92821  Puteaux Cedex
       France
       Phone: +33 (1) 55 23 78 66
       Email: Louis.Perrin@packardbell. com

Mr. Perrin has information concerning Intel's business relationship with NEC-CI during all or
part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between NEC-CI and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; NEC-CI's products, sales,
advertising and promotions; NEC-CI's financial performance; and innovation and competitive
conditions in the computer industry.

170)   **Fernez Sebastien**
       NEC – Senior Buyer
       299, Av du General Patton BP 645
       49006  Angers Cedex 01
       France
       Phone: +33 (2) 41 36 74 52
       Email: sebastien.fernez@nec-computers.com

Mr. Sebastien has information concerning Intel's business relationship with NEC-CI during all or
part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between NEC-CI and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; NEC-CI's products, sales,
advertising and promotions; NEC-CI's financial performance; and innovation and competitive
conditions in the computer industry.

171)   **Jean-Claude Tagger**
       NEC – Vice President, Sales Europe
       Immeuble Optima
       10, rue Godefroy
       92821  Puteaux Cedex
       France
       Phone: +33 (1) 55 23 74 18
       Email: jean-claud.tagger@nec-computers.com

Mr. Tagger has information concerning Intel's business relationship with NEC-CI during all or
part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between NEC-CI and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; NEC-CI's products, sales,

advertising and promotions; NEC-CI's financial performance; and innovation and competitive conditions in the computer industry.

172)   **Fabrice Vincenty**
       NEC – Director of Desktop Marketing
       299, Av du General Patton BP 645
       49006  Angers Cedex 01
       France
       Phone: +33 (2) 41 36 70 62
       Email: fabrice.vincenty@nec-computers.com

Mr. Vincenty has information concerning Intel's business relationship with NEC-CI during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between NEC-CI and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; NEC-CI's products, sales, advertising and promotions; NEC-CI's financial performance; and innovation and competitive conditions in the computer industry.

**Office Depot**

173)   **John Lostroscio**
       Office Depot – Executive Vice President of Technology Merchandising
       2200 Old Germantown Road
       Delray Beach, FL  33445
       Phone: (561) 438-4800
       Email: jlostroscio@officedepot.com

Mr. Lostroscio has information concerning Intel's business relationship with Office Depot during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Office Depot and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing and selling microprocessors and other related products; discussions with OEMS or other suppliers of computers; Office Depot's products, sales, advertising and promotions; Office Depot's financial performance; and innovation and competitive conditions in the computer industry.

174)   **Carol Martin**
       Office Depot – Former Director of Technology Merchandising
       2200 Old Germantown Road
       Delray Beach, FL  33445
       Phone: (561) 438-4800
       Email: cmartin@officedepot.com

Ms. Martin has information concerning Intel's business relationship with Office Depot during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance

of such support; contractual agreements between Office Depot and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Office Depot's products, sales, advertising and promotions; Office Depot's financial performance; and innovation and competitive conditions in the computer industry.

175)  **Janine Mitchell**
       Office Depot – Director of Technology Merchandising
       2200 Old Germantown Road
       Delray Beach, FL   3445
       Phone: (561) 438-4800
       Email: jmitchell@officedepot.com

Ms. Mitchell has information concerning Intel's business relationship with Office Depot during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Office Depot and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Office Depot's products, sales, advertising and promotions; Office Depot's financial performance; and innovation and competitive conditions in the computer industry.

**Office Max**

176)  **John Bulgarella**
       Office Max – Vice President GMM Suppliers
       3605 Warrensville Center Rd
       Shaker Heights, OH  44122-5203

Mr. Bulgarella has information concerning Intel's business relationship with Office Max during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Office Max and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Office Max's products, sales, advertising and promotions; Office Max's financial performance; and innovation and competitive conditions in the computer industry.

177)  **Steve Embree**
       Office Max – Executive Vice President, Merchandising
       150 E. Pierce Road
       Itasca, ILL.  60143

Mr. Embree has information concerning Intel's business relationship with Office Depot during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance

of such support; contractual agreements between Office Depot and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Office Depot's products, sales, advertising and promotions; Office Depot's financial performance; and innovation and competitive conditions in the computer industry.

## Quote Components

178)   **Michel Hofste**
       Quote Components – Purchase Manager
       Phone: + 31 6 541 573751
       Email: m.hofste@quote.nl

Mr. Hofste has information concerning Intel's business relationship with Quote Components during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Quote Components and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Quote Components' products, sales, advertising and promotions; Quote Components' financial performance; and innovation and competitive conditions in the computer industry.

179)   **Rene Lammers**
       Quote Components – Chief Executive Officer
       Phone: + 31 6 51242381
       Email: r.lammers@quote.nl

Mr. Lammers has information concerning Intel's business relationship with Quote Components during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between Quote Components and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; Quote Components' products, sales, advertising and promotions; Quote Components' financial performance; and innovation and competitive conditions in the computer industry.

## Rackable Systems

180)   **Tom Barton**
       Rackable Systems – President and Chief Executive Officer
       1933 Milmont Dr
       Milpitas, CA  95035

Mr. Barton has information concerning Intel's business relationship with Rackable Systems during all or part of the time period covered by the Complaint. This may include information of financial incentives and other support, including technical support, provided to Rackable

Systems; communications between Intel or AMD and Rackable Systems; and competitive conditions in the market for servers.

181) **Giovanni Coglitore**
Rackable Systems – Co-Founder, CTO and Director
1933 Milmont Dr
Milpitas, CA  95035

Mr. Coglitore has information concerning Intel's business relationship with Rackable Systems during all or part of the time period covered by the Complaint.  This may include information of financial incentives and other support, including technical support, provided to Rackable Systems; communications between Intel or AMD and Rackable Systems; and competitive conditions in the market for servers.

**RIC/Euronics**

182) **Martin Mayer**
RIC – PC Buyer
Berblingerstrasse 1
71254 Ditzingen
Germany
Phone: +49 7156 933 264
Email: martin.mayer@ric.de

Mr. Mayer has information concerning Intel's business relationship with RIC/Euronics during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between RIC/Euronics and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; RIC/Euronics' products, sales, advertising and promotions; RIC/Euronics' financial performance; and innovation and competitive conditions in the computer industry.

183) **Philipp Neuffer**
Euronics – Director of PCs
Berblingerstrasse 1
71254 Ditzingen
Germany
Phone: +49 7156 933 473
Email: Philipp.Neuffer@euronics.de

Mr. Neuffer has information concerning Intel's business relationship with RIC/Euronics during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the terms and conditions of incentives, rebates or promotional, advertising and training support; the value and importance of such support; contractual agreements between RIC/Euronics and Intel; considerations evaluated in connection with the purchase of computers using microprocessors manufactured by Intel, AMD or any other company manufacturing microprocessors; discussions with OEMS or other suppliers of computers; RIC/Euronics' products, sales, advertising and promotions;

36

RIC/Euronics' financial performance; and innovation and competitive conditions in the computer industry.

**Solectron**

184)  **Craig London**
Solectron – Executive Vice President; Chief Marketing and Strategy Officer
847 Gilbralter Dr. Building 5
Milpitas, CA  95035
Email:  craig.london@ca.sir.com

Mr. London has information concerning Intel's business relationship with Solectron during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Solectron and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Solectron's products, sales, advertising and promotions; Solectron's financial performance; and innovation and competitive conditions in the computer industry.

**Sony**

185)  **Ryosuke Akahane**
Sony Corporation IT & Communications Network Co. –
General Manager, Department No. 7 (Vaio Business Division)
6-7-35 Kitashinagawa Shinagawa-ku
Tokyo, 141-0001 Japan
Email: akahane@dvpj.sony.co.jp

Mr. Akahane has information concerning Intel's business relationship with Sony during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Sony and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Sony's products, sales, advertising and promotions; Sony's financial performance; and innovation and competitive conditions in the computer industry.

186)  **Yoshihisa (Bob) Ishida**
Sony Corporation IT & Communications Network Company –
Senior General Manager, VAIO Business Division
6-7-35 Kitashinagawa Shinagawa-ku
Tokyo, 141-0001 Japan
Email: ishida@sm.sony.co.jp

Mr. Ishida has information concerning Intel's business relationship with Sony during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Sony and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Sony's products, sales,

advertising and promotions; Sony's financial performance; and innovation and competitive conditions in the computer industry.

187)   **Masato (Marty) Ohno**
        Sony Corporation IT & Communications Network Company – General Manager, Business Development Department (VAIO Business Division)
        6-7-35 Kitashinagawa Shinagawa-ku
        Tokyo, 141-0001 Japan
        Email: ohno@sm.sony.co.jp

Mr. Ohno has information concerning Intel's business relationship with Sony during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Sony and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Sony's products, sales, advertising and promotions; Sony's financial performance; and innovation and competitive conditions in the computer industry.

188)   **Kunimasa Suzuki**
        Sony Corporation IT & Communications Network Company – General Manager, Area Business Management Department (VAIO Business Division)
        6-7-35 Kitashinagawa Shinagawa-ku
        Tokyo, 141-0001 Japan
        Email: Kunimasa.Suzuki@jp.sony.com

Mr. Suzuki has information concerning Intel's business relationship with Sony during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Sony and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Sony's products, sales, advertising and promotions; Sony's financial performance; and innovation and competitive conditions in the computer industry.

189)   **Tasuku Yazaki**
        Sony Corporation IT & Communications Network Company – General Manager, Product Planning Department (VAIO Business Division)
        6-7-35 Kitashinagawa Shinagawa-ku
        Tokyo, 141-0001 Japan
        Email: yazaki@sm.sony.co.jp

Mr. Yazaki has information concerning Intel's business relationship with Sony during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Sony and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Sony's products, sales, advertising and promotions; Sony's financial performance; and innovation and competitive conditions in the computer industry.

## Synnex

193)  **Robert Huang**
Synnex – President & Chief Executive Officer
44201 Nobel Drive
Fremont, CA  94538
Email: bobh@synnex.com

Mr. Huang has information concerning Intel's business relationship with Synnex during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Synnex and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Synnex's products, sales, advertising and promotions; Synnex's financial performance; and innovation and competitive conditions in the computer industry.

194)  **Stephen Ichinaga**
Synnex – Senior Vice President Systems Integration
44201 Nobel Drive
Fremont, CA  94538
Email: SteveI@synnex.com

Mr. Ichinaga has information concerning Intel's business relationship with Synnex during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Synnex and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Synnex's products, sales, advertising and promotions; Synnex's financial performance; and innovation and competitive conditions in the computer industry.

## Tech Data

195)  **Elio Levy**
Tech Data – Former Senior Vice-President of Marketing
1170 Gulf Blvd
Clearwater, FL  33760
Email: elev1@tampabay.rr.com

Mr. Levy has information concerning Intel's business relationship with Tech Data during all or part of the time period covered by the Complaint.  This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Tech Data and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Tech Data's products, sales, advertising and promotions; Tech Data's financial performance; and innovation and competitive conditions in the computer industry.

196) **Heather Murray**
Tech Data – Product Manager
5350 Tech Data Drive
Clearwater, FL 33760
Email: heather.murray@techdata.com

Ms. Murray has information concerning Intel's business relationship with Tech Data during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Tech Data and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Tech Data's products, sales, advertising and promotions; Tech Data's financial performance; and innovation and competitive conditions in the computer industry.

197) **Steve Raymund**
Tech Data – Chairman of the Board and Chief Executive Officer
5350 Tech Data Drive
MS A4-1
Clearwater, FL 33760
Phone: (727) 539-7429
Email: sraymund@techdata.com

Mr. Raymund has information concerning Intel's business relationship with Tech Data during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Tech Data and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Tech Data's products, sales, advertising and promotions; Tech Data's financial performance; and innovation and competitive conditions in the computer industry.

**Time Computers**

198) **Michael Chater**
Time Group – Commercial Director
Simonstone Business Park
Blackburn Road BB12 7TG
United Kingdom
Email: mc@timegroup.ae

Mr. Chater has information concerning Intel's business relationship with Time Computers during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Time Computers and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Time Computers' products, sales, advertising and promotions; Time Computers' financial performance; and innovation and competitive conditions in the computer industry.

41

**Toshiba**

199) **Yoshihiro Maeda**
Toshiba – President and Chief Executive Officer of Toshiba Technology
1-1 Shibaura 1-Chome
Minato-Ku, Tokyo 105-8001, Japan

Mr. Maeda has information concerning Intel's business relationship with Toshiba during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Toshiba and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Toshiba's products, sales, advertising and promotions; Toshiba's financial performance; and innovation and competitive conditions in the computer industry.

200) **Hisatsugu Nonaka**
Toshiba – Corporate Senior Vice President; President and Chief Executive Officer, Personal Computer and Network Company
1-1 Shibaura 1-Chome
Minato-Ku, Tokyo 105-8001, Japan
Email: hisatsugu.nonaka@toshiba.co.jp

Mr. Nonaka has information concerning Intel's business relationship with Toshiba during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Toshiba and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Toshiba's products, sales, advertising and promotions; Toshiba's financial performance; and innovation and competitive conditions in the computer industry.

201) **Tsutomu Sanada**
Toshiba - Technology Executive – Personal Computer, Digital Media Network Company
1-1 Shibaura 1-Chome
Minato-Ku, Tokyo 105-8001, Japan
Email: tsutomu.sanada@toshiba.co.jp

Mr. Sanada has information concerning Intel's business relationship with Toshiba during all or part of the time period covered by the Complaint. This may include information concerning Intel's products; communications and negotiations with Intel concerning the purchase of Intel's products, including pricing, and related promotional or advertising support; contractual agreements between Toshiba and Intel; competition among Intel, AMD and other companies manufacturing and selling microprocessors and other related products; Toshiba's products, sales, advertising and promotions; Toshiba's financial performance; and innovation and competitive conditions in the computer industry.

202)   **Nobuhiro Yoshida**
Toshiba - Corporate Vice President; Chief Technology Executive – Digital Media
Network Company
1-1 Shibaura 1-Chome
Minato-Ku, Tokyo 105-8001, Japan
Email: nobuhiro.yoshida@toshiba.co.jp

Mr. Yoshida has information concerning Intel's business relationship with Toshiba during all or
part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the purchase of Intel's
products, including pricing, and related promotional or advertising support; contractual
agreements between Toshiba and Intel; competition among Intel, AMD and other companies
manufacturing and selling microprocessors and other related products; Toshiba's products, sales,
advertising and promotions; Toshiba's financial performance; and innovation and competitive
conditions in the computer industry.

**Vobis**

203)   **Dr. Jürgen Rakow**
Vobis – Chief Executive Officer
Berliner Strasse 140
14467 Potsdam, Germany

Mr. Rakow has information concerning Intel's business relationship with Vobis during all or part
of the time period covered by the Complaint.  This may include information concerning Intel's
products; communications and negotiations with Intel concerning the terms and conditions of
incentives, rebates or promotional, advertising and training support; the value and importance of
such support; contractual agreements between Vobis and Intel; considerations evaluated in
connection with the purchase of computers using microprocessors manufactured by Intel, AMD
or any other company manufacturing microprocessors; discussions with OEMS or other suppliers
of computers; Vobis's products, sales, advertising and promotions; Vobis's financial
performance; and innovation and competitive conditions in the computer industry.

**Wal-Mart**

204)   **John Kooy**
Wal-Mart Vice President and Division Merchandise Manager, Computers, Peripherals
and Photo
702 SW 8th St.
Bentonville, AR  72716-0060
Phone: (479) 277-6243
Email: john.kooy@wal-mart.com

Mr. Kooy has information concerning Intel's business relationship with Wal-Mart during all or
part of the time period covered by the Complaint.  This may include information concerning
Intel's products; communications and negotiations with Intel concerning the terms and conditions
of incentives, rebates or promotional, advertising and training support; the value and importance
of such support; contractual agreements between Wal-Mart and Intel; considerations evaluated in
connection with the purchase of computers using microprocessors manufactured by Intel, AMD
or any other company manufacturing microprocessors; discussions with OEMS or other suppliers

43

of computers; Wal-Mart's products, sales, advertising and promotions; Wal-Mart's financial performance; and innovation and competitive conditions in the computer industry.