**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION, | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>INTEL CORPORATION,<br><br>                    Defendants. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the attached motion to extend the class certification briefing schedule will be presented to the Court on June 6, 2008, at 2:00 p.m. In order to meet the deadlines for the Court's June 6, 2008 motion day, Intel provided a copy of its motion to Class Counsel on May 20, 2008, only two business days after the Class Certification motion was filed, and requested that the Class respond to the Motion to Extend by the Court's deadline of May 30 at noon. Class Counsel has agreed to respond on that schedule, and Intel has agreed to waive its right to a reply brief, because it believes that this Motion must be heard before the Court's next motion day on July 11, a date that would be too close to the current due date for Intel's response to the class certification briefing.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David M. Balabanian<br>Donn P. Pickett<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>(415) 393-2000<br><br>Richard A. Ripley<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, N.W.<br>Washington, D.C.  20006<br>(202) 373-6000 | By: */s/ W. Harding Drane, Jr.*<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com |
| Dated:  May 22, 2008 | Attorneys for Defendant<br>INTEL CORPORATION |

865774/29282