# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION<br><br>_____<br><br>PHIL PAUL, *on behalf of himself and all others similarly situated*,<br><br>      Plaintiffs,<br><br>  v.<br><br>INTEL CORPORATION,<br><br>      Defendant. | )<br>)<br>)  MDL Docket No. 05-1717-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-485-JJF<br>)<br>)  CONSOLIDATED ACTION<br>)<br>)<br>)<br>)  **PUBLIC VERSION**<br>)<br>)<br>)<br>) |

## DECLARATION OF JON T. KING IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

    PRICKETT JONES & ELLIOTT, P.A.
    James L. Holzman (#663)
    J. Clayton Athey (#4378)
    Laina M. Herbert (#4717)
    Melissa N. Donimirski (#4701)
    1310 King Street
    P.O. Box 1328
    Wilmington, DE  19899
    (302) 888-6500
    jlholzman@prickett.com
    jcathey@prickett.com
    lmherbert@prickett.com
    mndonimirski@prickett.com
    Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated

# THE ATTACHMENTS HAVE BEEN REDACTED IN THEIR ENTIRETY