**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

Direct Dial
(302) 651-7836
SHANDLER@RLF.COM

June 13, 2008

**VIA ELECTRONIC MAIL & HAND DELIVERY**
The Honorable Vincent J. Poppiti
Special Master
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801-4226

> Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*, C.A. No. 05-441-JJF; *In re Intel Corporation*, C.A. No. 05-MD-1717-JJF; and *Phil Paul, et al. v. Intel Corporation*, C.A. 05-484-JJF

Dear Judge Poppiti:

Attached please find a draft Case Management Order No. 6, concerning deposition procedures and protocols. All of the terms are agreeable to AMD and Class Plaintiffs, and with one exception, we understand that all of the terms are agreeable to Intel as well.

The one exception is the sentence highlighted in the attached draft, Paragraph 5(d). That provision has been proposed by AMD and Class Plaintiffs, but has not been approved by Intel. We will be prepared to discuss this with you during our call scheduled for 2pm ET.

Thank you.

Respectfully,

*/s/ Chad M. Shandler*

Chad M. Shandler (#3796)
shandler@rlf.com

CMS/ps
Enclosure

RLF1-3292428-1