

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019  Direct Phone
302 658-1192  Fax

June 13, 2008

## VIA ELECTRONIC FILING, E-MAIL AND BY HAND

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801

> Re:  Discovery Matter No. 4
> *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
> C. A. No. 05-441-JJF;
> *In re Intel Corp.,* C.A. No. 05-1717-JJF; and
> *Phil Paul v. Intel Corporation (Consolidated),* C. A. No. 05-485 (JJF)

Dear Judge Poppiti:

Intel provides the enclosed information pursuant to Paragraph 8 of the Order Regarding Intel's Evidence Preservation Issues. The enclosed document is marked Confidential and is being filed under seal.

Respectfully submitted,

W. Harding Drane, Jr. (#1023)

WHD/mho
86949/ 29282

cc:  James L. Holzman, Esquire (By electronic mail)
     Frederick L. Cottrell, III, Esquire (By electronic mail)