**SEALED DOCUMENT**

Case 1:05-md-01717-JJF     Document 984     Filed 06/13/2008     Page 1 of 1