# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br> Defendants. | C. A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, <br><br> Defendant. | C. A. No. 05-485-JJF <br><br> CONSOLIDATED ACTION |

## NOTICE OF TAKING DEPOSITION OF
## INTEL CORPORATION AND INTEL KABUSHIKI KAISHA

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (collectively, "AMD") will take the deposition of defendants Intel Corporation and Intel Kabushiki Kaisha (collectively, "Intel") on July 14, 2008, beginning at 9:00 a.m., at the offices of O'Melveny & Myers LLP, 2765 Sand Hill Road, Menlo Park, CA 94025, or at such other time and place as the parties may agree. The deposition will be recorded by stenographic and sound-and-visual (videographic) means, will be taken before a Notary Public or other officer authorized

LA1:1164125.1

to administer oaths, and will continue from day to day until completed, weekends and public holidays excepted.

Reference is made to the "Description of Matters on Which Examination is Requested" attached hereto as Exhibit A and incorporated herein by this reference. In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Intel is hereby notified of its obligation to designate one or more officers, directors, or managing agents (or other persons who consent to do so) to testify on its behalf as to all matters embraced in the "Description of Matters on Which Examination is Requested" and known or reasonably available to Intel.

|  |  |
|---|---|
| OF COUNSEL:<br>Charles P. Diamond<br>  cdiamond@omm.com<br>Linda J. Smith<br>  lsmith@omm.com<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067<br>(310) 246-6800<br><br>Mark A. Samuels<br>  msamuels@omm.com<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>213-430-6000<br><br>Dated:  June 19, 2008 | /s/ Chad M. Shandler<br>Frederick L. Cottrell, III (#2555)<br>Chad M. Shandler (#3796)<br>Steven J. Fineman (#4025)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>shandler@rlf.com<br>fineman@rlf.com<br>Attorneys for Plaintiffs Advanced Micro<br>  Devices, Inc. and AMD International Sales<br>  & Service, Ltd. |

LA1:1164125.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

| | |
|---|---|
| **BY HAND DELIVERY** | **BY HAND DELIVERY** |
| Richard L. Horwitz, Esquire | James L. Holzman, Esquire |
| Potter Anderson & Corroon LLP | Prickett, Jones & Eliott, P.A. |
| 1313 North Market Street | 1310 King Street |
| P. O. Box 951 | P.O. Box 1328 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1328 |

I hereby certify that on June 19, 2008, I have sent by Electronic Mail the foregoing document to the following non-registered participants

| | |
|---|---|
| Darren B. Bernhard, Esquire | Robert E. Cooper, Esquire |
| Howrey LLP | Daniel S. Floyd, Esquire |
| 1299 Pennsylvania Avenue, N.W. | Gibson, Dunn & Crutcher LLP |
| Washington, DC 20004-2402 | 333 South Grand Avenue |
| | Los Angeles, California 90071-3197 |

Daniel A. Small, Esquire
Cohen Milstein, Hausfeld & Toll, L.L.C.
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, DC 20005

                                      */s/ Chad M. Shandler*
                                      Chad M. Shandler (#3796)

RLF1-3294496-1