## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) ) ) | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>              Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br>              Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

### NOTICE OF TAKING DEPOSITION OF

### KRISTIN MCCOLLAM

**PLEASE TAKE NOTICE** that plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (collectively, "AMD") will take the deposition of Kristin McCollam on July 28, 2008, beginning at 9:00 a.m., at 7171 Southwest Parkway, Building 100, Austin, Texas, 78735, or at such other time and place as the parties may agree. The deposition will be recorded by stenographic and sound-and-visual (videographic) means, will be taken before a Notary Public or other officer authorized to administer oaths, and will continue from day to day

until completed, weekends and public holidays excepted. So far as known to AMD, the deponent is a current employee of one or both of defendants Intel Corporation and Intel Kabushiki Kaisha (collectively "Intel").

|  |  |
|---|---|
| | */s/ Chad M. Shandler* |
| | Frederick L. Cottrell, III (#2555) |
| | Chad M. Shandler (#3796) |
| | Steven J. Fineman (#4025) |
| | Richards, Layton & Finger, P.A. |
| | One Rodney Square |
| | P.O. Box 551 |
| | Wilmington, Delaware 19899 |
| OF COUNSEL: | (302) 651-7700 |
| Charles P. Diamond | cottrell@rlf.com |
|   cdiamond@omm.com | shandler@rlf.com |
| Linda J. Smith | fineman@rlf.com |
|   lsmith@omm.com | Attorneys for Plaintiffs Advanced Micro |
| O'Melveny & Myers LLP |   Devices, Inc. and AMD International Sales |
| 1999 Avenue of the Stars, 7th Floor |   & Service, Ltd. |
| Los Angeles, CA  90067 | |
| (310) 246-6800 | |

Mark A. Samuels
  msamuels@omm.com
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
213-430-6000

Dated:  June 19, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

| **BY HAND DELIVERY** | **BY HAND DELIVERY** |
|---|---|
| Richard L. Horwitz, Esquire | James L. Holzman, Esquire |
| Potter Anderson & Corroon LLP | Prickett, Jones & Eliott, P.A. |
| 1313 North Market Street | 1310 King Street |
| P. O. Box 951 | P.O. Box 1328 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1328 |

I hereby certify that on June 19, 2008, I have sent by Electronic Mail the foregoing document to the following non-registered participants

| | |
|---|---|
| Darren B. Bernhard, Esquire | Robert E. Cooper, Esquire |
| Howrey LLP | Daniel S. Floyd, Esquire |
| 1299 Pennsylvania Avenue, N.W. | Gibson, Dunn & Crutcher LLP |
| Washington, DC 20004-2402 | 333 South Grand Avenue |
| | Los Angeles, California 90071-3197 |

Daniel A. Small, Esquire
Cohen Milstein, Hausfeld & Toll, L.L.C.
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, DC 20005

　　　　　　　　　　　　　　　　　　　*/s/ Chad M. Shandler*
　　　　　　　　　　　　　　　　　　　Chad M. Shandler (#3796)

RLF1-3294496-1