## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | |
| Plaintiffs, | C.A. No. 05-441-JJF |
| v. | |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | |
| Defendants. | |
| PHIL PAUL, on behalf of himself and all others similarly situated, | |
| Plaintiffs, | Civil Action No. 05-485-JJF |
| v. | CONSOLIDATED ACTION |
| INTEL CORPORATION, | |
| Defendant. | |

### NOTICE OF TAKING DEPOSITION OF
### INTEL CORPORATION AND INTEL KABUSHIKI KAISHA

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, the Class Plaintiffs will take the deposition of defendants Intel Corporation and Intel

Kabushiki Kaisha (collectively, "Intel") on July 14, 2008, beginning at 9:00 a.m., at the offices

of O'Melveny & Myers LLP, Embarcadero Center West, 275 Battery Street, San Francisco,

California, or at such other time and place as the parties may agree. The deposition will be

recorded by stenographic and sound-and-visual (videographic) means, will be taken before a

Notary Public or other officer authorized to administer oaths, and will continue from day to day

until completed, weekends and public holidays excepted.

19684.1\372539v1

Reference is made to the "Description of Matters on Which Examination is Requested" attached hereto as Exhibit A and incorporated herein by this reference. In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Intel is hereby notified of its obligation to designate one or more officers, directors, or managing agents (or other persons who consent to do so) to testify on its behalf as to all matters embraced in the "Description of Matters on Which Examination is Requested" and known or reasonably available to Intel.

Dated: June 19, 2008

PRICKETT JONES & ELLIOTT, P.A.

By: _Laina M. Herbert_

James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
Melissa N. Donimirski (#4701)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
mndonimirski@prickett.com
*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated*

OF COUNSEL:

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

Michael P. Lehmann
Jon T. King
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111

Steve W. Berman
Anthony D. Shapiro
Erin K. Flory
Steve W. Fimmel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Guido Saveri
R. Alexander Saveri
Lisa Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

19684.1\372539v1

2

Craig C. Corbitt
Judith A. Zahid
ZELLE, HOFMANN, VOELBEL, MASON &
GETTE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104

*Interim Co-Lead Counsel for the Class
Plaintiffs*

EXHIBIT A

## EXHIBIT A

### DESCRIPTION OF MATTERS ON
### WHICH EXAMINATION IS REQUESTED

### I. DEFINITION

1. "Intel" shall mean and refer collectively to defendants Intel Corporation and Intel Kabushiki Kaisha, including their respective past and present officers, directors, agents, attorneys, employees, consultants, or other persons acting on either of their behalf.

### II. SUBJECT MATTER

1. Intel corporate policies and practices concerning the use, retention and indexing of executed written contracts setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

2. Intel's corporate policies and practices concerning the documentation of all terms and conditions of sale of x86 microprocessors, including all discounts, rebates, MDF funds, and other consideration provided by Intel in connection with such sales.

3. The existence of executed written contracts between Intel and Hewlett-Packard setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

4. The existence of executed written contracts between Intel and IBM setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

5. The existence of executed written contracts between Intel and Dell setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

6. The existence of executed written contracts between Intel and Lenovo setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

7. The existence of executed written contracts between Intel and Toshiba setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

19684.1\372539v1

8.    The existence of executed written contracts between Intel and Gateway setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

9.    The existence of executed written contracts between Intel and Acer setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

10.    The existence of executed written contracts between Intel and Fujitsu-Siemens setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

11.    The existence of executed written contracts between Intel and NEC setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

12.    The existence of executed written contracts between Intel and Fujitsu setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

13.    The existence of executed written contracts between Intel and Sony setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.