## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | C.A. No. 05-441-JJF |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | ) ) ) ) | |
| Defendants. | ) ) | |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-485-JJF |
| v. | ) ) | CONSOLIDATED ACTION |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) ) | |

## JOINDER OF THIRD-PARTY DISTRIBUTORS TO OPPOSITION BY OTHER THIRD PARTIES TO MOTION OF UNION FEDERALE DES CONSOMMATEURS – QUE CHOISIR TO INTERVENE FOR THE PURPOSE OF SEEKING MODIFICATIONS TO PROTECTIVE ORDER AND APPLICATION PURSUANT TO 28 U.S.C. § 1782

Ingram Micro Inc., Avnet, Inc. and Tech Data Corporation (the "Third-Party Distributors") hereby join in the opposition of other third parties to the motion of Union Federale des Consommateurs – Que Choisir to intervene in the above-captioned proceedings for the purpose of seeking modifications to the protective order adopted by this Court on September 26, 2006 (the "Protective Order"), and application pursuant to 28 U.S.C. § 1782.

The Third-Party Distributors participated in the proceedings before the Special Master relating to the formulation of the Protective Order, received subpoenas from the parties seeking the production of substantial information – including information of a highly confidential and commercially sensitive nature – and are producing information in response to the subpoenas.

Dated: Wilmington, Delaware
June 26, 2008

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899-1028
(302) 427-0400 Telephone
(302) 427-8242 Facsimile

Attorneys for Ingram Micro Inc., Avnet, Inc. and Tech Data Corporation


-and-


SHEPPARD MULLIN RICHTER & HAMPTON LLP
Jonathan P. Hersey
Scott B. Lieberman
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
(714) 513-5100 Telephone
(714) 513-5130 Facsimile

Attorneys for Ingram Micro Inc.


-and-

1866912.1
1867622.1

FENNEMORE CRAIG, P.C.
Timothy J. Burke
Amy Abdo
3003 North Central Avenue, Suite 2600
Phoenix, AZ 85012
(602) 916-5000 Telephone
(602) 916-5999 Facsimile

Attorneys for Avnet, Inc.


-and-

SHUTTS & BOWEN LLP
Eric S. Adams
100 S. Ashley Drive, Suite 1500
Tampa, FL 33602
(813) 229-8900 Telephone
(813) 229-8901 Facsimile

Attorneys for Tech Data Corporation

1866912.1
1867622.1