# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION<br><br>_____<br><br>PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated*,<br><br>          Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>          Defendant. | )<br>)<br>) MDL Docket No. 05-1717-JJF<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>)<br>) **PUBLIC VERSION**<br>)<br>)<br>) |

## EXHIBITS TO DECLARATION OF JON T. KING IN SUPPORT
## OF CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

PRICKETT JONES & ELLIOTT, P.A.
James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
Melissa N. Donimirski (#4701)
1310 King Street
P.O. Box 1328
Wilmington, DE  19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
mndonimirski@prickett.com
Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated

# THE ATTACHMENTS HAVE BEEN REDACTED IN THEIR ENTIRETY