

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019  Direct Phone
302 658-1192  Fax

July 1, 2008

**VIA ELECTRONIC FILING, E-MAIL AND BY HAND**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801

  Re: **Discovery Matter No. 12**
    *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*,
    **C. A. No. 05-441-JJF;**
    *In re Intel Corp.*, **C.A. No. 05-1717-JJF; and**
    *Phil Paul v. Intel Corporation (Consolidated)*, **C. A. No. 05-485 (JJF)**

Dear Judge Poppiti:

  In the Scheduling Order related to QC's motion and application (D.I. 764 in the 05-485 case), Your Honor indicated that you would be establishing a date for oral argument. Intel's counsel who will argue QC's motion and 1782 application will be out of the country, in Asia, from August 4 through August 15, and will return to his office on August 18. Accordingly, Intel respectfully requests that oral argument be scheduled on or before Friday, August 1, or on or after Tuesday, August 19.

            Respectfully submitted,

            W. Harding Drane, Jr. (#1023)

WHD/rb
872341 / 29282

  cc: James L. Holzman, Esquire (By electronic mail)
     Frederick L. Cottrell, III, Esquire (By electronic mail)