## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) ) ) ) ) ) MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC., a<br>Delaware corporation, and AMD<br>INTERNATIONAL SALES & SERVICES, LTD.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br>and INTEL KABUSHIKI KAISHA, a Japanese<br>corporation,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 05-441-JJF ) ) ) ) ) ) ) ) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendants. | ) ) ) ) C.A. No. 05-485-JJF ) ) CONSOLIDATED ACTION ) ) ) ) ) ) ) |

## STIPULATED ORDER ON AMD'S MOTION TO QUASH AND INTEL'S
## MOTION TO COMPEL (DM4-d)

The parties, through their respective attorneys and subject to order of the Court,

agree on the following schedule for briefing and a hearing on the captioned motions:

1.    AMD's response to Intel's motion to compel and reply on its motion to quash shall be served and filed on or before July 24, 2008;

2.    Intel's reply on its motion to compel shall be served and filed on or before August 8, 2008; and

3.    A hearing on these motions shall be held before the Special Master on August 21, 2008 at 1:00 p.m..

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
rhorwitz@potteranderson.com
W. Harding Drane, Jr. (#1023)
wdrane@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19890-0951
(302) 984-6000
Attorneys for Intel Corporation and
Intel Kabushiki Kaisha

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
Attorneys for Advanced Micro Devices, Inc.
and AMD International Sales & Service, Ltd.

SO ORDERED this _8TH_ day of July, 2008.

Vincent J. Poppiti (#100614)
Special Master

2

RLF1-3300075-1