IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>     Plaintiffs,<br>  v.<br><br>INTEL CORPORATION,<br><br>     Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of E. Kent Hirsch, Esquire and Marshall Dale Evans, Esquire to represent Plaintiffs in this matter.

            PRICKETT, JONES & ELLIOTT, P.A.

            By: /s/ Laina M. Herbert
            James L. Holzman (Bar ID #663)
            J. Clayton Athey (Bar ID #4378)
            Laina M. Herbert (Bar ID #4717)
            Melissa N. Donimirski (#4701)
            1310 King Street, Box 1328
            Wilmington, Delaware 19899
            (302) 888-6500
            jlholzman@prickett.com
            jcathey@prickett.com
            lmherbert@prickett.com
            mndonimirski@prickett.com
            *Interim Liaison Counsel for the Class Plaintiffs*

Dated: July 15, 2008

## ORDER GRANTING MOTION

The foregoing application of E. Kent Hirsch, Esquire and Marshall Dale Evans, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

SO ORDERED this _____ day of _____, 2008.

            _____
            United States District Judge

19684.1\372230v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Arkansas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 7, 2008

Marshall Dale Evans
The Evans Law Firm, P.A.
2333 N. Green Acres Rd
P.O. Box 1986
Fayetteville, AR 72702-1986
(479) 521-9998 Telephone
(479) 521-9995 Telefax
dale@evans-law-firm.com email

19684.1\343119v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted practicing and in good standing as a member of the Bar of the State of Arkansas, admitted to practice before the Arkansas Supreme Court; the United States District Court, Eastern and Western Districts of Arkansas; and the Eighth Circuit Court of Appeals, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this action.

Dated: July 11, 2008

E. Kent Hirsch
Hirsch Law Firm, P.A.
107 W. Emma Avenue
Springdale, AR 72764
(479) 751-0251
kent@hirschlawfirm.com