

Frederick L. Cottrell, III
302-651-7509
cottrell@rlf.com

July 15, 2008

**BY ELECTRONIC MAIL**
**AND HAND DELIVERY**
The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 Market Street
Wilmington, DE 19801-4226

Re:  *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*, C.A. No. 05-441-JJF; *In re Intel Corporation*, C.A. No. 05-MD-1717-JJF; and *Phil Paul, et al. v. Intel Corporation*, C.A. 05-484-JJF

Dear Judge Poppiti:

The parties provide this joint report pursuant to Amended Case Management Order No. 6, dated June 20, 2008, which requires within fifteen days of the end of every second month that the parties "jointly report on the number of hours of depositions each has expended during the preceding two months and any issues relating to the progress of the depositions, or any other issues, that have arisen in connection with the depositions."

### Number of Hours of Depositions Expended by Each Side

There were no depositions between June 5 and the end of June. Thus, the number of hours expended by each party in the period since Amended Case Management Order No. 6 became effective and the end of the preceding month is zero.

During the first fourteen days of July, the parties expended the following numbers of hours: Intel ten hours, AMD and Class eleven hours. These hours will be included in the total number of hours of depositions conducted in July and August which the parties will submit in their next joint report to the Court on September 15, 2008.

### Other Issues in Connection with Depositions

There are no issues relating to the progress of the depositions or any other issues that have arisen in connection with the depositions that the parties believe presently require Your Honor's attention.

■ ■ ■

The Honorable Vincent J. Poppiti
July 15, 2008
Page 2


Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)


FLC,III/afg
cc:     Clerk of the Court (By Electronic Filing)
        Richard L. Horwitz, Esquire (Via Electronic Mail)
        James L. Holzman, Esquire (Via Electronic Mail)