United States District Court
District of Delaware

**FILED**
JUL 2 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In Re: Intel Corp. Microprocessor Antitrust Litigation
Jonathan Lee Riches, Intervenor

MDL Docket No: 05-1717-JJF   Civil No: 05-485-JJF

Motion For Reconsideration & Clarification
Motion To Intervene as Plaintiff under Fed R. Civ P rule 24(A)2, 24(B)
Motion To Amend Complaint

Comes Now the Plaintiff, Intervenor Jonathan Lee Riches, in pro-se, moves this honorable court to intervene in this Intel Litigation under Fed R. Civ P rule 24(A)2 - as a matter of right or rule 24(B) - Permissive Intervention. I move for a motion for reconsideration to allow me to intervene as I have new Information about Intel. I'm a convicted computer hacker and I have Information to support plaintiffs claims. Intel chips are easy hackable, and management fails to reveal this at the shareholders meeting. My case is in Houston Texas, H-03-90. I recieved 125 months for Identity Theft. I have more Information for this courts or Lawyers dealing with the fundamentals of spyware, trojan horses, or Electronic eavesdropping.
  Jonathan Lee Riches prays this court will grant his motions for relief.

respectfully,

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

7-23-08

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

United States District Court
District of Delaware
Clerk of Court
J. Caleb Boggs Fed Bldg.
844 N. King St.
Wilmington, Delaware 19801

FLORENCE SC 295
25 JUL 2008 PM 11