# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>  Defendants. | C.A. No. 05-441-JJF |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Michael McGuinness, Robert E. Postawko, Bernard C. Barmann, Jr., Dominic J. Ferullo, Marc S. Williams and Chad Geving of O'Melveny & Myers, LLP, 400 South Hope Street, Los Angeles, California 90071; Chrystiane B. Pereira, Kevin D. Feder, and Christopher D. Rossfeld of O'Melveny & Myers, LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067 to represent Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. in this matter.

RLF1-3308836-1

|  |  |
|---|---|
|  | /s/ Steven J. Fineman |
|  | Jesse A. Finkelstein (#1090) |
|  | Frederick L. Cottrell, III (#2555) |
|  | Chad M. Shandler (#3796) |
|  | Steven J. Fineman (#4025) |
|  | Richards, Layton & Finger, P.A. |
|  | One Rodney Square |
|  | P.O. Box 551 |
|  | Wilmington, Delaware 19899 |
|  | (302) 651-7700 |
|  | Finkelstein@rlf.com |
|  | Cottrell@rlf.com |
|  | Shandler@rlf.com |
|  | Fineman@rlf.com |
| Dated: August 4, 2008 | Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* are granted on this _____ day of _____, 2008.

_____
United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

                                                        /s/ Michael McGuinness
Michael McGuinness
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California 90071
213-430-6000

Dated: August 1, 2008

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

Robert E. Postawko
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California 90071
213-430-6000

Dated: August 1, 2008

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

*[signature]*

Bernard C. Barmann, Jr.
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California 90071
213-430-6000

Dated: August 1, 2008

RLF1-3307904-1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

Dominic J. Ferullo
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California 90071
213-430-6000

Dated: August 1, 2008

RLF1-3307904-1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

Marc S. Williams
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California 90071
213-430-6000

Dated: August 1, 2008

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

_____
Chad Geving
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California 90071
213-430-6000

Dated: August 4, 2008

# CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

 

*/s/ Chrystiane B. Pereira*
Chrystiane B. Pereira
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, California 90067
310-553-6700

Dated: August 1, 2008

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

_____
Kevin D. Feder
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, California 90067
310-553-6700

Dated: August 1, 2008

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

 

_____
Kristopher D. Rossfeld
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, California 90067
310-553-6700

Dated: August 1, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>W. Harding Drane, Jr., Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P. O. Box 951<br>Wilmington, DE   19899 | James L. Holzman, Esquire<br>Prickett, Jones & Eliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899-1328 |

and have sent via electronic mail to the following non-registered participants:

| | |
|---|---|
| Darren B. Bernhard, Esquire<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 | Robert E. Cooper, Esquire<br>Daniel S. Floyd, Esquire<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197 |
| Daniel A. Small, Esquire<br>Cohen Milstein Hausfeld & Toll, L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500 - West Tower<br>Washington, DC 20005 | |

*/s/ Steven J. Fineman*
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com