IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated,*<br>                    Plaintiffs,<br>     v.<br>INTEL CORPORATION,<br>                    Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 5, 2008, copies of the FIFTH SUPPLEMENT TO PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANT INTEL CORPORATION'S FIRST SET OF INTERROGATORIES TO CLASS PLAINTIFFS and this NOTICE OF SERVICE were served as shown:

**BY HAND**

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter Anderson & Corroon LLP
1313 N. Market St.
Sixth Floor
P.O. Box 951
Wilmington, DE 19801

**BY HAND**

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Richard A. Ripley, Esq.
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 572-7603

19684.1\376283v1

Dated: August 5, 2008

                                      PRICKETT JONES & ELLIOTT, P.A.

                          By: */s/ Laina M. Herbert*

                              James L. Holzman (#663)
                              J. Clayton Athey (#4378)

Of Counsel:                      Laina M. Herbert (#4717)
                              Melissa N. Donimirski (#4701)

Michael D. Hausfeld           1310 King Street
Daniel A. Small                  P.O. Box 1328
Brent W. Landau               Wilmington, DE 19899
COHEN, MILSTEIN, HAUSFELD    jlholzman@prickett.com
& TOLL, P.L.L.C.                jcathey@prickett.com
1100 New York Avenue, NW      lmherbert@prickett.com
Suite 500, West Tower          mndonimirski@prickett.com
Washington, DC 20005          Telephone: (302) 888-6500
Telephone: (202) 408-4600      Facsimile: (302) 658-8111
Facsimile: (202) 408-4699       *Interim Liaison Counsel for the Class Plaintiffs*

Michael P. Lehmann
Jon T. King
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

Steve W. Berman
Anthony D. Shapiro
Erin K. Flory
Steve W. Fimmel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Guido Saveri
R. Alexander Saveri
Lisa Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

19684.1\376283v1                 2

Craig C. Corbitt
Judith A. Zahid
ZELLE, HOFMANN, VOELBEL,
MASON & GETTE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 639-0770

*Interim Co-Lead Counsel for the Class Plaintiffs*