# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>Defendants. | C. A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>Defendant. | C. A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## NOTICE OF TAKING DEPOSITION
## OF EILEEN CLARY

**PLEASE TAKE NOTICE** that plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (collectively, "AMD") will take the deposition of Eileen Clary on September 24, 2008, beginning at 9:00 a.m., at the offices of O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, California, or at such other time and place as the parties may agree. The deposition will be recorded by stenographic and sound-and-visual (videographic) means, will be taken before a Notary Public or other officer authorized to administer oaths, and will continue from day to day until completed, weekends and public

holidays excepted.  So far as known to AMD, the deponent is a current employee of one or both of defendants Intel Corporation and Intel Kabushiki Kaisha (collectively "Intel").

|  |  |
|---|---|
| |     */s/ Steven J. Fineman* |
| | Frederick L. Cottrell, III (#2555) |
| | Chad M. Shandler (#3796) |
| | Steven J. Fineman (#4025) |
| | Richards, Layton & Finger, P.A. |
| | One Rodney Square |
| | P.O. Box 551 |
| | Wilmington, Delaware 19899 |
| OF COUNSEL: | 302-651-7700 |
| Charles P. Diamond | cottrell@rlf.com |
|   cdiamond@omm.com | shandler@rlf.com |
| Linda J. Smith | fineman@rlf.com |
|   lsmith@omm.com | Attorneys for Plaintiffs Advanced Micro |
| O'Melveny & Myers LLP |   Devices, Inc. and AMD International Sales |
| 1999 Avenue of the Stars, 7th Floor |   & Service, Ltd. |
| Los Angeles, CA  90067 | |
| 310-246-6800 | |
| | |
| Mark A. Samuels | |
|   msamuels@omm.com | |
| O'Melveny & Myers LLP | |
| 400 South Hope Street | |
| Los Angeles, CA 90071 | |
| 213-430-6000 | |

Dated:  August 11, 2008

2

RLF1-3311003-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

| | |
|---|---|
| Richard L. Horwitz, Esquire | James L. Holzman, Esquire |
| W. Harding Drane, Jr., Esquire | Prickett, Jones & Eliott, P.A. |
| Potter Anderson & Corroon LLP | 1310 King Street |
| 1313 North Market Street | P.O. Box 1328 |
| P. O. Box 951 | Wilmington, DE 19899-1328 |
| Wilmington, DE 19899 | |

and have sent via electronic mail to the following non-registered participants:

| | |
|---|---|
| Darren B. Bernhard, Esquire | Robert E. Cooper, Esquire |
| Howrey LLP | Daniel S. Floyd, Esquire |
| 1299 Pennsylvania Avenue, N.W. | Gibson, Dunn & Crutcher LLP |
| Washington, DC 20004-2402 | 333 South Grand Avenue |
| | Los Angeles, California 90071-3197 |
| Daniel A. Small, Esquire | |
| Cohen Milstein Hausfeld & Toll, L.L.C. | |
| 1100 New York Avenue, N.W. | |
| Suite 500 - West Tower | |
| Washington, DC 20005 | |

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com

RLF1-3311003-1