IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) | MDL No. 05-1717-JJF |
| | ) | |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, | ) ) ) ) ) | Civil Action No. 05-441-JJF |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | ) ) ) ) | |
| Defendants. | ) ) | |
| PHIL PAUL, on behalf of himself and al others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-485-JJF |
| v. | ) ) | |
| INTEL CORPORATION, | ) ) | CONSOLIDATED ACTION |
| Defendant. | ) | |

**JOINDER OF NON-PARTY ACER AMERICA CORPORATION TO
THE THIRD PARTIES' SUPPLEMENTAL BRIEF
IN OPPOSITION TO MOTION OF UNION FEDERALE DES CONSOMMATEURS –
QUE CHOISIR TO INTERVENE FOR THE PURPOSE OF SEEKING
MODIFICATIONS TO PROTECTIVE ORDER
AND APPLICATION PURSUANT TO 28 U.S.C. §1782**

{A&L-00071792-}

Non-party Acer America Corporation hereby joins in the Third Parties' Supplemental Brief in Opposition to Motion of Union Federale Des Consommateurs – Que Choisir to Intervene for the Purpose of Seeking Modifications to Protective Order and Application Pursuant to 28 U.S.C. § 1782, which was filed today by third-parties Hewlett-Packard Company, Microsoft Corporation, and Dell Inc.

In filing this joinder, non-party Acer America Corporation does not consent to the personal jurisdiction of this Court or any court in the State of Delaware and expressly reserves all rights to object to the service of process and/or this Court's or any court's exercise of jurisdiction over its person.

Respectfully submitted,

/s/ John M. Seaman

J. Travis Laster (# 3514)
John M. Seaman (# 3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
302.778.1000
Laster@abramslaster.com
Seaman@abramslaster.com

*Attorneys for Non-Party*
*Acer America Corporation*

DATED: August 18, 2008