IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) ) ) ) ) | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>        Plaintiffs,<br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-441 (JJF) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br>INTEL CORPORATION,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**JOINDER OF LG ELECTRONICS USA, INC. AND LG ELECTRONICS, INC. (KOREA) TO CERTAIN THIRD PARTIES' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION OF UNION FEDERALE DES CONSOMMATEURS – QUE CHOISIR TO INTERVENE FOR THE PURPOSE OF SEEKING MODIFICATIONS TO PROTECTIVE ORDER AND APPLICATION PURSUANT TO 28 U.S.C. §1782**

LG Electronics USA, Inc. and LG Electronics, Inc. (Korea) ("LG Electronics"), by their undersigned counsel, hereby join in the Third Parties' Supplemental Brief in Opposition to

Motion of Union Federale des Consommateurs - Que Chosir to Intervene for the Purpose of Seeking Modifications to Protective Order and Application Pursuant to 28 U.S.C. §1782 (the "Supplemental Brief") [D.I. 1125], and adopt and incorporate by reference herein the arguments set forth in the Supplemental Brief.

Dated: August 18, 2008

ASHBY & GEDDES, P.A.

/s/ William P. Bowden

William P. Bowden (DE I.D. No. 2553)
Ricardo Palacio (DE I.D. No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone: 302-654-1888
Facsimile: 302-654-2067
wbowden@ashby-geddes.com
rpalacio@ashby-geddes.com

-and-

SIDLEY AUSTIN LLP
Isaac S. Greaney
787 Seventh Avenue
New York, NY  10019
Telephone: 212-839-5300
Facsimile: 212-839-5599
igreaney@sidley.com

*Attorneys for LG Electronics USA, Inc. and LG Electronics, Inc. (Korea)*