IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>　　　　　　　　Defendant. | ) ) ) ) ) ) ) Civil Action No. 05-485-JJF ) ) ) CONSOLIDATED ACTION ) ) ) ) |

## NOTICE OF SERVICE

I, the undersigned Interim Liaison Counsel for Class Plaintiffs, do hereby certify that on August 19, 2008, I caused copies of the **PLAINTIFFS' OBJECTIONS TO NOTICE OF DEPOSITION AND TO SUBPOENA** *AD TESTIFICANDUM* **AND** *DUCES TECUM* **DIRECTED TO KEITH B. LEFFLER** and this **NOTICE OF SERVICE** to be served on the following counsel of record as shown:

**BY HAND**

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Floor
P.O. Box 951
Wilmington, DE  19801

**BY HAND**

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Richard A. Ripley, Esq.
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

                                      PRICKETT JONES & ELLIOTT, P.A.

Dated: August 19, 2008          By: /s/ *Melissa N. Donimirski*
                                        James L. Holzman (#663)
                                        J. Clayton Athey (#4378)
                                        Laina M. Herbert (#4717)
                                        Melissa N. Donimirski (#4701)

**OF COUNSEL:**                  1310 King Street
                                        P.O. Box 1328

Michael D. Hausfeld, Esq.        Wilmington, DE 19899
Daniel A. Small, Esq.             jlholzman@prickett.com
Brent W. Landau, Esq.           jcathey@prickett.com
COHEN, MILSTEIN, HAUSFELD  lmherbert@prickett.com
& TOLL, P.L.L.C.                  mndonimirski@prickett.com
1100 New York Avenue, NW      Telephone: (302) 888-6500
Suite 500, West Tower           Facsimile: (302) 658-8111
Washington, DC 20005
Telephone: (202) 408-4600      *Interim Liaison Counsel for the Class Plaintiffs*
Facsimile: (202) 408-4699

Michael P. Lehmann, Esq.
Jon T. King, Esq.
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

Steve W. Berman, Esq.
Anthony D. Shapiro, Esq.
Erin K. Flory, Esq.
Steve W. Fimmel, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Guido Saveri, Esq.
R. Alexander Saveri, Esq.
Lisa Saveri, Esq.
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Craig C. Corbitt, Esq.
Judith A. Zahid, Esq.
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:   (415) 639-0770