IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself and all others similarly situated*,<br><br>                Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>                Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |
| CARL CUNNINGHAM, *on behalf of himself and all others similarly situated*,<br><br>                Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>                Defendant. | Civil Action No. 08-009-JJF |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the address, telephone number and facsimile number for Brent W. Landau, Esquire of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., counsel for plaintiffs Phil Paul in C.A. No. 05-485-JJF and Carl Cunningham in C.A. No. 08-009-JJF, has changed as follows:

        **Brent W. Landau**
        **Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
        **255 S. 17th Street**
        **Suite 1307**
        **Philadelphia, PA 19103**
        **Phone: (267) 773-4684**
        **Fax: (267) 773-4690**

19684.1\378281v1

Mr. Landau's e-mail address will remain the same.

DATED: August 25, 2008

OF COUNSEL:

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

Michael P. Lehmann
Jon T. King
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111

Steve W. Berman
Anthony D. Shapiro
Erin K. Flory
Steve W. Fimmel
HAGENS BERMAN SOBOL SHAPIRO
LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Guido Saveri
R. Alexander Saveri
Lisa Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Craig C. Corbitt
Judith A. Zahid
ZELLE, HOFMANN, VOELBEL,
MASON & GETTE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104

PRICKETT JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
Laina M. Herbert (Bar ID #4717)
Melissa N. Donimirski (Bar ID #4701)
1310 King Street, Box 1328
Wilmington, Delaware 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
mndonimirski@prickett.com
*Interim Liaison Counsel for Class Plaintiffs*

19684.1\378281v1                                  2