IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                              Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>                              Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## STATEMENT OF ERRATA

The following corrects certain errata in the May 16, 2008 Declaration of Keith B. Leffler (D.I. 920 in MDL No. 05-1717-JJF):

| Paragraph | Change |
|---|---|
| 8 G last line | be a to be at a |
| 12 5th line | microprocessor to microprocessors |
| 23 1st line | Intel's sales to Intel's U.S. sales |
| 44 2d last line | microprocessor' to microprocessors' |
| 45 1st line | specific net transactions to specific transactions |
| 55 7th line | end-user PC to direct |
| 110 1st line | six to seven |
| 114 | should be<br>$D_{MYST} = Purchases_{MYST} * OC_{MY} * Pass\text{-}on\%_{YST}$,<br>Where: $D_{MYST}$ are the damages from purchase of a personal computer with microprocessor M in year Y from source S in state T,[1] |

---

[1] This formulation allows for different overcharges to be estimated depending on the particular microprocessor P, the time of purchase Y, and the source (OEM direct, retailer, VAR) S.

19684.1.\378389v1

Purchases$_{MYST}$ are the purchases of a PC with Intel microprocessors M in year Y from source S in state T,

OC$_{MY}$ is the overcharge to direct purchasers for Microprocessor M in year Y, and

Pass-on%$_{YST}$ is the estimated pass-on percent for year Y from source S in state T.

| Footnote | Change |
|---|---|
| 58 | Delete  [this is a double edged sword] <br> don't' to don't |
| 72 | given competitive pricing  to given above competitive pricing |
| 105 | 0175 )Intel to 0175)  Intel |
| 154 | I also did not have information on the manufacturer of the computer sold for PC Mall and did not include dummy variables for the manufacturer as I did for the retailers and CDW. to This regression specification does not include OEM dummy variables.  Inclusion of these variables caused no significant change in the pass-on estimate. |
| 169 | $ to 4 |

The foregoing corrections are true and accurate to the best of my knowledge and belief.

_____           8/26/08
Keith B. Leffler, Ph.D.              Date