# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) <br>) <br>) MDL No. 05-1717-JJF<br>) <br>) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　　　　　　Defendant. | ) <br>) <br>) <br>) <br>) Civil Action No. 05-485-JJF<br>) <br>) CONSOLIDATED ACTION<br>) <br>) <br>) <br>) |

## STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

The plaintiffs in the above-captioned consolidated action and Intel Corporation, through their respective counsel of record, and subject to the approval of the Special Master, hereby stipulate and agree to the following:

1. Intel shall have until October 30, 2008 to file its opposition to Class Plaintiffs' motion for class certification and shall not request any further extensions to file this brief.

2. Intel and the Class Plaintiffs will meet and confer after Intel files its opposition to Class Plaintiffs' motion for certification to determine when Class Plaintiffs' reply will be filed and proposed dates for the hearing on the motion.

3. Upon Class Plaintiffs' filing of their reply brief in support of their motion for class certification, the parties will meet and confer regarding whether Intel will be allowed further deposition of Class Plaintiffs' economics expert for class certification, Dr. Keith B. Leffler, and a surreply. The parties reserve their rights as to these issues.

4. Intel will take the deposition of Dr. Leffler according to the previously agreed upon schedule on August 28 and 29, 2008. The parties reserve their rights regarding whether Dr. Leffler's deposition may extend beyond those two days.

5. Class Plaintiffs may add Cammy Nelson and Mark Anthony as putative class representatives, without filing a motion. The parties to this stipulation agree the depositions of these two plaintiffs will occur promptly and will not count against the hours allocated to Intel for merits depositions in Case Management Order No. 6, paragraph (1)(f).

| **PRICKETT JONES & ELLIOTT, P.A.** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| By: /s/ James L. Holzman<br>James L. Holzman (#663)<br>J. Clayton Athey (#4378)<br>Laina M. Herbert (#4717)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>lmherbert@prickett.com<br>*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated* | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6027<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br>*Attorneys for Intel Corporation and Intel Kabushiki Kaisha*<br>879762/29282 |

**SO ORDERED** this 28th day of August, 2008.

_____
Vincent J. Poppiti (DSBA 100614)
Special Master

2