# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) |
| | MDL No. 05-1717-JJF |

|  |  |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 05-441-JJF |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | ) ) ) ) |
| Defendants. | ) ) ) |

|  |  |
|---|---|
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) Civil Action No. 05-485-JJF ) |
| v. | ) CONSOLIDATED ACTION ) |
| INTEL CORPORATION, | ) ) |
| Defendant. | ) ) |

## STIPULATION AND ORDER

Union Federale des Consommateurs - Que Choisir ("QC") and Intel Corporation, by and

through their respective counsel, and subject to the Special Master's approval, hereby stipulate

and agree that QC may file its supplemental brief, previously due on September 3, 2008, on or

before September 9, 2008.

Dated:  August 29, 2008

**PRICKETT JONES & ELLIOTT, P.A.**          **POTTER ANDERSON & CORROON LLP**

By:  _/s/ J. Clayton Athey_          By:  _/s/ Richard L. Horwitz_
    James L. Holzman (#663)              Richard L. Horwitz (#2246)
    J. Clayton Athey (#4378)              W. Harding Drane, Jr. (#1023)
    1310 King Street              1313 North Market Street
    P.O. Box 1328              P.O. Box 951
    Wilmington, DE  19899              Wilmington, DE  19899
    (302) 888-6500              (302) 984-6027
    jlholzman@prickett.com              rhorwitz@potteranderson.com
    jcathey@prickett.com              wdrane@potteranderson.com
    _Counsel for Union Federale des_              _Attorneys for Intel Corporation and Intel_
    _Consommateurs - Que Choisir_              _Kabushiki Kaisha_


ENTERED this ____ day of _____, 2008.


              _____
              Vincent J. Poppiti (DSBA No. 100614)
              Special Master