EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                 Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>                 Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**DECLARATION OF HENRY A. CIRILLO**

PRICKETT JONES & ELLIOTT, P.A.
James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
Melissa N. Donimirski (#4701)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
mndonimirski@prickett.com
Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated

OF COUNSEL:

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

Michael P. Lehmann
Jon T. King
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111

Steve W. Berman
Anthony D. Shapiro
Erin K. Flory
Steve W. Fimmel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Guido Saveri
R. Alexander Saveri
Lisa Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Craig C. Corbitt
Judith A. Zahid
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104

I, HENRY A. CIRILLO, declare:

1. I am an attorney at law, licensed to practice by the State Bar of California, and am admitted before this Court *pro hac vice* in this matter. I currently practice law with Zelle, Hofmann, Voelbel, Mason & Gette, LLP ("Zelle Hofmann"), and until May 30th of this year practiced law with The Furth Firm LLP ("Furth"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness, I could and would competently testify thereto.

2. In May 2008, Furth and Zelle Hofmann agreed to have Zelle Hofmann assume professional responsibility for virtually all Furth cases, including the instant case. Moreover, senior Furth antitrust attorneys Henry A. Cirillo and Michael Christian, as well as Furth owner and founder, Frederick P. Furth, joined Zelle Hofmann as "Of Counsel."

3. In anticipation of the Furth-Zelle transaction, the Furth attorneys moving to Zelle Hofmann and Furth's intention to seek leave to withdraw from this case, Plaintiffs' May 16, 2008 class certification motion asks this Court to appoint Zelle Hofmann (rather than Furth) to serve as class counsel along with Cohen Milstein, Hagens Berman, and Saveri. In addition, Furth will soon file a notice of withdrawal and substitution with respect to the individual plaintiffs for which it is currently counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28 day of August, 2008 at San Francisco, California.

_____
Henry A. Cirillo