IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION )<br><br>PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                    Plaintiffs,<br>          v.<br><br>INTEL CORPORATION,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   MDL Docket No. 05-1717-JJF<br><br><br>   Civil Action No. 05-485-JJF<br><br>   CONSOLIDATED ACTION |

**[PROPOSED] ORDER GRANTING MOTION OF THE FURTH FIRM
FOR LEAVE TO WITHDRAW AND FOR THE SUBSTITUTION OF ZELLE,
HOFMANN, VOELBEL, MASON & GETTE LLP AS INTERIM CLASS COUNSEL**

AND NOW, this _____ day of _____, 2008, upon consideration of the

Motion of The Furth Firm LLP ("Furth") for Leave to Withdraw and for the Substitution of

Zelle, Hofmann, Voelbel, Mason & Gette LLP ("Zelle Hofmann") as Interim Class Counsel, the

Court hereby:

1.    Grants Furth's Motion to Withdraw as Interim Class Counsel;

2.    Substitutes Zelle Hofmann in Furth's place as Interim Class Counsel; and

3.    Modifies Paragraph 6 of its April 18, 2006 Memorandum Order (D.I. 51 in MDL

No. 05-1717-JJF) by deleting Furth and substituting Zelle Hofmann as Interim Class Counsel.

IT IS SO ORDERED:

_____
United States District Judge

19684.1\375361v6