

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**W. Harding Drane, Jr.**
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019  Direct Phone
302 658-1192  Fax

September 3, 2008

**<u>VIA E-MAIL AND BY HAND</u>**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801

> **Re:   Discovery Matter No. 4**
> ***Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,***
> **C. A. No. 05-441-JJF;**
> ***In re Intel Corp.,*** **C.A. No. 05-1717-JJF; and**
> ***<u>Phil Paul v. Intel Corporation (Consolidated)</u>,* C. A. No. 05-485 (JJF)**

Dear Judge Poppiti:

Intel provides the enclosed information, which amends information previously provided pursuant to Paragraph 8 of the Order Regarding Intel's Evidence Preservation Issues.  The enclosed document is marked Confidential and is being filed under seal.

Respectfully submitted,

/s/ W. Harding Drane, Jr.

W.  Harding Drane, Jr. (#1023)

WHD/mho
880990/ 29282

cc:   James L. Holzman, Esquire (By electronic mail)
         Frederick L. Cottrell, III, Esquire (By electronic mail)
         Clerk of the U.S. District Court (By e-file)