

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019  Direct Phone
302 658-1192  Fax

September 3, 2008

**VIA ELECTRONIC MAIL AND BY HAND**
The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801-4226

  Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*, C.A. No. 05-441-JJF; *In re Intel Corporation*, C.A. No. 05-MD-1717-JJF; *and Phil Paul, et al. v. Intel Corporation*, C.A. 05-485-JJF  DM 4a

Dear Judge Poppiti:

  Pursuant to the hearings before Your Honor on December 27, 2007 and January 3, 2008, enclosed please find one page of Weil interview notes (bearing Bates No. WEIL 006512) being provided by Intel for your *in camera* review. As reflected in the hearing transcripts, the parties have agreed that providing the enclosed materials for *in camera* review will not constitute a waiver of any attorney-client or work product privileges.

  The document enclosed is a set of notes prepared by the Weil attorneys that reflects the discussion between the Weil attorney and one custodian.

  As requested by Your Honor during the January 3, 2008 hearing, Intel has provided its proposed redactions in the enclosed materials. The portions of the enclosed materials that Intel believes to constitute core work product have been highlighted in yellow. In addition, Intel has highlighted certain portions of the enclosed materials in pink. These proposed redactions are those that Intel believes constitute work product and do not fit the rationale for which the materials are sought in the pending motion. As indicated in the prior hearings, Intel believes that the interview notes also are protected by the attorney-client privilege, in which case

The Honorable Vincent J. Poppiti
September 3, 2008
Page Two

the materials would be withheld in their entirety. Intel has not highlighted the documents to reflect this position on the attorney-client privilege, but continues to assert that position on a global basis.

We will, of course, be pleased to discuss or address any issue that you wish to raise concerning these notes. Thank you for your consideration of these matters.

Respectfully submitted,

/s/ W. Harding Drane, Jr.

W. Harding Drane, Jr. (#1023)

WHD/cet
Enclosure (For Judge Poppiti's Eyes Only)
cc:   Charles Diamond, Counsel for AMD (without enclosures, via electronic mail)
      Michael Hausfeld, Interim Class Counsel (without enclosures, via electronic mail)
      Frederick L. Cottrell, III, Esquire (without enclosures, via electronic mail)
      James L. Holzman, Esquire (without enclosures, via electronic mail)
      Clerk of the U.S. District Court (without enclosure via electronic filing)

880995/29282