IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) )<br>) )<br>) )<br>) ) MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>               Plaintiffs,<br>  v.<br><br>INTEL CORPORATION,<br><br>               Defendant. | ) )<br>) )<br>) )<br>) )<br>) ) Civil Action No. 05-485-JJF<br>) )<br>) ) CONSOLIDATED ACTION<br>) )<br>) ) |
| MICHAEL H. ROACH, on behalf of himself and<br>all others similarly situated,<br><br>               Plaintiff,<br>  v.<br><br>INTEL CORPORATION,<br><br>               Defendant. | ) )<br>) )<br>) )<br>) )<br>) ) Civil Action No. 05-617-JJF<br>) )<br>) )<br>) ) |

## SUBSTITUTION OF COUNSEL

TO:    Dr. Peter T. Dalleo, Clerk of the Court
        District Court of Delaware
        800 North King Street
        Wilmington, Delaware 19801

**PLEASE ENTER** the appearances of James L. Holzman, J. Clayton Athey, Laina M. Herbert and Melissa N. Donimirski of Prickett, Jones & Elliott, P.A., as attorneys for Plaintiff Michael H. Roach in the above-captioned matters and **PLEASE WITHDRAW** the appearance of Thomas P. Dove and Alex C. Turan of The Furth Firm, LLP.

19684.1\379093v1

| | |
|---|---|
| THE FURTH FIRM, LLP | PRICKETT, JONES & ELLIOTT, P.A. |
| /s/ Thomas P. Dove | /s/ Laina M. Herbert |
| Thomas P. Dove<br>Alex C. Turan<br>225 Bush Street, 15th Floor<br>San Francisco, California 94104-4249<br>Telephone: (415) 433-2070<br>Facsimile: (415) 982-2076<br>tdove@furth.com<br>aturan@furth.com | James L. Holzman (Bar ID #663)<br>J. Clayton Athey (Bar ID #4378)<br>Laina M. Herbert (Bar ID #4717)<br>Melissa N. Donimirski (Bar ID #4701)<br>1310 King Street, Box 1328<br>Wilmington, Delaware 19899<br>Telephone: (302) 888-6500<br>Facsimile: (302) 658-8111<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>lmherbert@prickett.com<br>mndonimirski@prickett.com<br>*Attorneys for Plaintiff Michael H. Roach* |

*Of Counsel:*
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
Craig C. Corbitt (Cal. State Bar ID #83251)
Judith A. Zahid (Cal. State Bar ID #215418)
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Dated: September 4, 2008