IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)     MDL Docket No. 05-1717-JJF<br>) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                              Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>                              Defendant. | )<br>)<br>)<br>)<br>)<br>)     Civil Action No. 05-485-JJF<br>)<br>)     CONSOLIDATED ACTION<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael E. Jacobs, Esquire to represent Plaintiffs in this matter.

                                                        PRICKETT, JONES & ELLIOTT, P.A.

                                                        By: /s/ Laina M. Herbert
                                                        James L. Holzman (Bar ID #663)
                                                        J. Clayton Athey (Bar ID #4378)
                                                        Laina M. Herbert (Bar ID #4717)
                                                        Melissa N. Donimirski (Bar ID #4701)
                                                        1310 King Street, Box 1328
                                                        Wilmington, Delaware 19899
                                                        (302) 888-6500
                                                        jlholzman@prickett.com
                                                        jcathey@prickett.com
                                                        lmherbert@prickett.com
                                                        mndonimirski@prickett.com
                                                        *Interim Liaison Counsel for the Class Plaintiffs*

Dated: September 5, 2008

## ORDER GRANTING MOTION

The foregoing application of Michael E. Jacobs, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

        SO ORDERED this _____ day of _____, 2008.

                                                        _____
                                                        United States District Judge

19684.1\378989v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and the United States District Court for the District of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 9/2/2008     By: /s/ Michael E. Jacobs
Michael E. Jacobs (MN Atty No. 0309552)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
(612) 339-2020
mjacobs@zelle.com

327507v1