## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ) | |
| INTEL CORPORATION ) | |
| MICROPROCESSOR ANTITRUST ) | MDL No. 05-1717-JJF |
| LITIGATION ) | |
| ——————————————— ) | |
| ) | |
| ADVANCED MICRO DEVICES, INC., a ) | |
| Delaware corporation, and AMD ) | |
| INTERNATIONAL SALES & SERVICE, LTD., ) | |
| a Delaware corporation, ) | |
| ) | C.A. No. 05-441-JJF |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| INTEL CORPORATION, a Delaware corporation, ) | |
| and INTEL KABUSHIKI KAISHA, a Japanese ) | |
| corporation, ) | |
| Defendants. ) | |
| ——————————————— ) | |
| ) | |
| PHIL PAUL, on behalf of himself ) | |
| and all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 05-485-JJF |
| v. ) | |
| ) | CONSOLIDATED ACTION |
| INTEL CORPORATION, ) | |
| Defendant. ) | |
| ——————————————— ) | |

### INTEL CORPORATION'S AND INTEL KABUSHIKA KAISHA'S
### AMENDED NOTICE OF DEPOSITION OF WILLIAM EDWARDS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30,

defendants Intel Corporation and Intel Kabushika Kaisha, through their undersigned

counsel, will take the deposition upon oral examination of William Edwards on September

24-25, 2008, commencing at 9:00 A.M. at the offices of Strasburger & Price, LLP, 600

Congress Avenue, Suite 1600, Austin, Texas 78701-2974, or at such other time and place as

the parties may agree.

The deposition will be recorded stenographic and sound-and-visual (videographic) means, will be taken before an officer authorized to administer oaths, and will continue from day to day until completed, weekends and public holidays excepted.

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Robert E. Cooper
Daniel S. Floyd
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071
(213) 229-7000

Peter E. Moll
Darren B. Bernhard
Howrey LLP
1299 Pennsylvania Avenue
N.W. Washington, DC  20004
(203) 783-0800

By: */s/ W. Harding Drane, Jr.*
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com

*Attorneys for Defendants*
*Intel Corporation and Intel Kabushiki Kaisha*

Dated:  September 11, 2008

882160 / 29282