**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) ) ) | MDL  No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-485-JJF <br><br> CONSOLIDATED ACTION |

**NOTICE OF TAKING DEPOSITION OF
<u>SHERVIN KHERDAPIR</u>**


**PLEASE TAKE NOTICE** that plaintiffs Advanced Micro Devices, Inc. and AMD

International Sales & Service, Ltd. (collectively, "AMD") will take the deposition of Shervin

Kherdapir on October 29, 2008, beginning at 9:00 a.m., at the offices of O'Melveny & Myers

LLP, 400 South Hope Street, 18th Floor, Los Angeles, California, or at such other time and place

as the parties may agree.  The deposition will be recorded by stenographic and sound-and-visual

(videographic) means, will be taken before a Notary Public or other officer authorized to

administer oaths, and will continue from day to day until completed, weekends and public

holidays excepted.  So far as known to AMD, the deponent is a current employee of one or both of

defendants Intel Corporation and Intel Kabushiki Kaisha (collectively "Intel").


OF COUNSEL:
Charles P. Diamond
cdiamond@omm.com
Linda J. Smith
lsmith@omm.com
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
(310) 246-6800

Mark A. Samuels
msamuels@omm.com
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
213-430-6000

Dated:  September 12, 2008

/s/ Fredeick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com
shandler@rlf.com
fineman@rlf.com
*Attorneys for Plaintiffs Advanced Micro
  Devices, Inc. and AMD International Sales
  & Service, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2008, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF and have sent by electronic mail to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

I hereby certify that on September 12, 2008, I have sent by electronic mail the foregoing

document to the following non-registered participants

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

/s/ *Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3305609-1