# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) ) ) MDL No. 05-1717-JJF ) ) ) |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>                    Plaintiffs,<br>   v.<br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br>                    Defendants. | ) ) ) ) ) ) ) ) C.A. No. 05-441-JJF ) ) ) ) ) ) ) ) ) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br>   v.<br>INTEL CORPORATION,<br>                  Defendant. | ) ) ) ) ) C.A. No. 05-485-JJF ) ) CONSOLIDATED ACTION ) ) ) |

### INTEL CORPORATION'S AND INTEL KABUSHIKA KAISHA'S NOTICE OF DEPOSITION OF TIM WRIGHT, TOM SCHOFIELD, JEFF VENDITTE, KAREN GUO, JONATHAN SMITH, RICK GAYLE, MIKE LEARY, AARON FEEN, REX MEEK, ANIMESH MISHRA, MICHAEL SHEBANOW, JOHN PRINCIPE, JEFF GRUGER AND JIM SLEVIN

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 30, defendants Intel Corporation and Intel Kabushika Kaisha, through their undersigned counsel, will take the depositions upon oral examination of the following persons on the dates and

locations as indicated below or at such other times and places as the parties may agree:

| | | |
|---|---|---|
| Tim Wright[1] | April 6, 2009 at 9:00 a.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Tom Schofiled | April 7, 2009 at 9:00 a.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Jeff Venditte[2] | April 27, 2009 at 9:00 a.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Karen Guo | April 28, 2009 at 9:00 a.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Jonathan Smith[3] | April 13, 2009 at 9:00 a.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Rick Gayle | April 29, 2009 at 9:00 a.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Mike Leary | April 30, 2009 at 9:00 a.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Aaron Feen | April 30, 2009 at 1:00 p.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Rex Meek | April 14, 2009 at 9:00 a.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Animesh Mishra | April 14, 2009 at 1:00 p.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |

---

[1] Approximately 10 hours of examination time needed.
[2] Approximately 4 hours of examination time needed.
[3] Approximately 6 hours of examination time needed.

| | | |
|---|---|---|
| Michael Shebanow | April 15, 2009 at 9:00 a.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| John Principe[4] | April 16, 2009 at 9:00 a.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Jeff Gruger | April 17, 2009 at 9:00 a.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Jim Slevin | April 17, 2009 at 1:00 p.m. | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |

Defendants estimate needing approximately two (2) to three (3) hours of examination time for each deponent unless otherwise noted. The deposition will be recorded by stenographic and sound-and-visual (videographic) means, will be taken before an officer authorized to administer oaths, and will continue from day to day until completed, weekends and public holidays excepted.

| | |
|---|---|
| OF COUNSEL: | **POTTER ANDERSON & CORROON LLP** |
| Robert E. Cooper<br>Daniel S. Floyd<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 900071<br>(213) 229-7000 | By: /s/ W. Harding Drane, Jr.<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com |
| Peter E. Moll<br>Darren B. Bernhard<br>Howrey LLP<br>1299 Pennsylvania Avenue<br>N.W. Washington, DC 20004<br>(202) 783-0800 | *Attorneys for Defendants*<br>*Intel Corporation and Intel Kabushiki Kaisha* |

Dated: March 12, 2009

906767/29282

---

[4] Approximately 4 hours of examination time needed.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, W. Harding Drane, Jr., hereby certify that on March 12, 2009, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

I hereby certify that on March 12, 2009, I have Electronically Mailed the documents to the following non-registered participants:

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
cdiamond@omm.com
lsmith@omm.com

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071
msamuels@omm.com

Salem M. Katsh
Laurin B. Grollman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, New York 10019
skatsh@kasowitz.com
lgrollman@kasowitz.com

Daniel A. Small
Cohen, Milstein, Hausfeld & Toll , P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
dsmall@cmht.com

| | |
|---|---|
| Craig C. Corbitt<br>Judith A. Zahid<br>Zelle Hofmann Voelbel & Mason LLP<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104<br>ccorbitt@zelle.com<br>jzahid@zelle.com | Steve W. Berman<br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>tony@hbsslaw.com |
| Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco, CA 94111<br>guido@saveri.com<br>rick@saveri.com | Michael D. Hausfeld<br>Brent W. Landau<br>Hausfeld LLP<br>1146 19th Street, NW<br>Fifth Floor<br>Washington, DC 20036<br>mhausfeld@hausfeldllp.com<br>blandau@hausfeldllp.com |
| Michael P. Lehmann<br>Jon T. King<br>Hausfeld LLP<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104<br>mlehmann@hausfeldllp.com<br>jking@hausfeldllp.com | |

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
*Attorneys for Defendants*
*Intel Corporation and Intel Kabushiki Kasiha*

Dated: March 12, 2009