# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION, | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## STIPULATED FACTS RELATING TO
## CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500

jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com

Interim Liaison Counsel and Attorneys for
Phil Paul, on behalf of himself and all other
similarly situated

Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER, ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000

rhorwitz@potteranderson.com
wdrane@potteranderson.com

Attorneys for Defendant
Intel Corporation

DATED: February 1, 2010

Pursuant to the Court's order, the parties stipulate to the following facts relating to Class Plaintiffs' motion for class certification:

1. Intel's principal place of business is located in Santa Clara, California.

2. A general-purpose microprocessor, an integrated circuit capable of executing instructions and performing mathematical computations at very high speeds, is the brain of every computer.

3. Intel and AMD x86 microprocessors are used in desktop and mobile personal computers ("PCs"). Mobile computers are also known as "laptops" or "notebooks."

4. Intel and AMD x86 microprocessors, among others, are also used in servers, computer systems that provide essential services across a network.

5. Beginning in 1996, AMD introduced a series of its own (*i.e.*, non-clone) x86 microprocessors, the K5-K7 microprocessors. The K7, introduced in June 1999, was branded the "Athlon".

6. In 2003, AMD introduced the Opteron microprocessor, which was designed specifically for servers.

7. The proposed indirect purchaser classes include personal computer buyers in the consumer, SMB, and enterprise segments. Those classes exclude purchasers of servers and stand-alone microprocessors.

8. The issue of market definition is common to the proposed classes.

9. Counsel for Class Plaintiffs will adequately represent the classes.

10. AMD is not a party to the Class Plaintiffs' action.

11. Intel's microprocessors are characterized by different brand names (e.g., Pentium 4, Pentium D, Celeron, Core 2 Duo, etc.) and different performance characteristics.

12. Intel sells x86 microprocessors to original equipment manufacturers ("OEMs"), and distributors.

13. OEMs manufacture (or contract for the manufacture of) desktop and mobile computers, and in some cases servers. OEMs that sold personal computers during the class period include Dell, Hewlett Packard ("HP"), Compaq, IBM, Lenovo, Fujitsu-Siemens, Gateway/eMachines, Toshiba, TAIS, Acer, NEC, NECAM, Sony, and SEL.

14. HP bought Compaq in 2002.

15. In 2005, IBM sold its PC business, but not its server business, to Lenovo.

16. OEMs may sell PCs directly to end-users and/or to retailers or valued added resellers ("VARs") that resell them to end-users.

Respectfully submitted,

PRICKETT JONES & ELLIOTT, P.A.

By: /s/ James L. Holzman
James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com

*Interim Liaison Counsel and
Attorneys for Phil Paul, on behalf of
himself and all other similarly
situated*

POTTER ANDERSON & CORROON LLP

By: /s/ W. Harding Drane, Jr.
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com

*Attorneys for Defendant
Intel Corporation*

951825v.1/29282

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, W. Harding Drane, Jr. hereby certify that on February 1, 2010, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

> James L. Holzman
> J. Clayton Athey
> Prickett, Jones & Elliott, P.A.
> 1310 King Street
> P.O. Box 1328
> Wilmington, DE 19899

I hereby certify that on February 1, 2010, I have Electronically Mailed the documents to the following non-registered participants:

> Daniel A. Small
> Cohen, Milstein, Hausfeld & Toll , P.L.L.C.
> 1100 New York Avenue, NW
> Suite 500, West Tower
> Washington, DC 20005
> dsmall@cmht.com

By: /s/ W. Harding Drane, Jr.
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
*Attorneys for Defendants*
*Intel Corporation and Intel Kabushiki Kasiha*