UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION, | MDL No. 05-1717-LPS |
| PHIL PAUL, on behalf of himself and all others similarly situated, | C.A. No. 05-485-LPS |
| Plaintiffs, | CONSOLIDATED ACTION |
| v. | |
| INTEL CORPORATION, | |
| Defendant. | |

## [~~PROPOSED~~] ORDER OF DISMISSAL AND FINAL JUDGMENT

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the parties' Joint Stipulation of Dismissal, the Court orders that all claims brought by Plaintiffs be dismissed in their entirety with prejudice, each party to bear its own costs. The United States District Court for the District of Delaware shall retain jurisdiction over the implementation, enforcement, and performance of the Settlement Agreement between the parties, and shall have exclusive jurisdiction over any suit, action, proceeding, or dispute arising out of or relating to the Settlement Agreement or the applicability of the Settlement Agreement.

SO ORDERED this 17th day of September, 2015.

_____
United States District Court Judge